**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

Northern_____  District of Georgia_____
                                    (State)

Case number (*If known*): _____  Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    **12/15**

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

Atlanta Light Bulbs, Inc._____

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 2109 Mountain Industrial Blvd_____ | _____ |
| Number      Street | Number      Street |
| _____ | _____ |
|  | P.O. Box |
| Tucker_____ GA  30084 | _____ |
| City        State   ZIP Code | City        State   ZIP Code |
|  | **Location of principal assets, if different from principal place of business** |
| DeKalb County_____ | _____ |
| County | Number      Street |
|  | _____ |
|  | City        State   ZIP Code |

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor ___Atlanta Light Bulbs, Inc._____     Case number (*if known*)_____
            <sub>Name</sub>

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | ___https://www.atlantalightbulbs.com/_____ |

**7.** **Type of debtor**

[X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

[ ] Partnership (excluding  LLP)

[ ] Other type of debtor. Specify: _____

**8.** **Type of debtor's business**

*Check one:*

[ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))

[ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

[ ] Railroad (as defined in 11 U.S.C. § 101(44))

[ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))

[ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))

[ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))

[X] None of the types of business listed.

[ ] Unknown type of business.

**9.** **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

[X] No

[ ] Yes. Debtor _____     Relationship _____

District _____ Date filed _____ Case number, if known_____
                                       MM / DD / YYYY

Debtor _____     Relationship _____

District _____ Date filed _____ Case number, if known_____
                                       MM / DD / YYYY

### Part 3:    Report About the Case

**10. Venue**

*Check one:*

[X] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

[ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

[X] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

[ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

[X] No

[ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor    Atlanta Light Bulbs, Inc.
_____
Name

Case number (if known)_____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Halco Lighting Technologies, LLC | Trade Debt | $ 303,514.47 |
| | Candela Corporation | Trade Debt | $ 29,186.75 |
| | Norcross Electric Supply Company | Trade Debt | $ 153,879.93 |
| | | Total of petitioners' claims | $ 486,581.15 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:    Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

**Name and mailing address of petitioner**

Halco Lighting Technologies, LLC
_____
Name

2940 Pacific Drive
_____
Number    Street

| Norcross | GA | 30071 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Chris Chickansoky, CEO
_____
Name

2940 Pacific Drive
_____
Number    Street

| Norcross | GA | 30071 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/13/2022
_____
MM / DD / YYYY

✗ chris chickanosky
_____
Signature of petitioner or representative, including representative's title

Jason M. Torf *
_____
Printed name

Ice Miller LLP
_____
Firm name, if any

200 W. Madison Street, Suite 3500
_____
Number    Street

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

| Contact phone  312-726-6244 | Email  Jason.Torf@icemiller.com |
|---|---|

Bar number    Illinois ARDC # 6256778  (*pro hac to be filed)

State    _____

✗ _____
Signature of attorney

Date signed  4/15/22
_____
MM / DD / YYYY

Debtor    Atlanta Light Bulbs, Inc.
_____
Name

Case number (if known)_____

---

**Name and mailing address of petitioner**

Candela Corporation
_____
Name

5600 Argosy Ave., Suite 300
_____
Number    Street

Huntington Beach          CA          92649
_____
City                     State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

James Baas, President
_____
Name

5600 Argosy Ave., Suite 300
_____
Number    Street

Huntington Beach          CA          92649
_____
City                     State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/08/2022
              MM / DD /YYYY

✗ *James Baas*
_____
Signature of petitioner or representative, including representative's title

---

Jason M. Torf *
_____
Printed name

Ice Miller LLP
_____
Firm name, if any

200 W. Madison Street, Suite 3500
_____
Number    Street

Chicago                  IL          60606
_____
City                     State      ZIP Code

Contact phone    312-726-6244      Email   Jason.Torf@icemiller.com

Bar number        Illinois ARDC # 6256778  (*pro hac to be filed)

State            _____

✗ _____
Signature of attorney

Date signed    4/15/22
              MM / DD /YYYY

---

**Name and mailing address of petitioner**

Norcross Electric Supply Company
_____
Name

4190 Capital View Drive
_____
Number    Street

Suwanee                  GA          30024
_____
City                     State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Kristen R. Mathis, Secretary
_____
Name

4190 Capital View Drive
_____
Number    Street

Suwanee                  GA          30024
_____
City                     State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____
              MM / DD /YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Jason M. Torf *
_____
Printed name

Ice Miller LLP
_____
Firm name, if any

200 W. Madison Street, Suite 3500
_____
Number    Street

Chicago                  IL          60606
_____
City                     State      ZIP Code

Contact phone    312-726-6244      Email   Jason.Torf@icemiller.com

Bar number        Illinois ARDC # 6256778

State            _____

✗ _____
Signature of attorney

Date signed    _____
              MM / DD /YYYY

---

Official Form 205            Involuntary Petition Against a Non-Individual            page 4

Debtor     Atlanta Light Bulbs, Inc.                                      Case number (if known)_____
           _____
           Name

---

**Name and mailing address of petitioner**

Candela Corporation
_____
Name

5600 Argosy Ave., Suite 300
_____
Number    Street

Huntington Beach          CA          92649
_____
City                      State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

James Baas, President
_____
Name

5600 Argosy Ave., Suite 300
_____
Number    Street

Huntington Beach          CA          92649
_____
City                      State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM  / DD / YYYY

✘ _____

Signature of petitioner or representative, including representative's title

Jason M. Torf *
_____
Printed name

Ice Miller LLP
_____
Firm name, if any

200 W. Madison Street, Suite 3500
_____
Number    Street

Chicago                   IL          60606
_____
City                      State       ZIP Code

Contact phone  312-726-6244    Email  Jason.Torf@icemiller.com

Bar number     Illinois ARDC # 6256778

State          _____

✘ _____

Signature of attorney

Date signed  _____
             MM  / DD / YYYY

---

**Name and mailing address of petitioner**

Norcross Electric Supply Company
_____
Name

4190 Capital View Drive
_____
Number    Street

Suwanee                   GA          30024
_____
City                      State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Kristen R. Mathis, Secretary
_____
Name

4190 Capital View Drive
_____
Number    Street

Suwanee                   GA          30024
_____
City                      State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/12/2022
             MM / DD / YYYY

✘ _____

Signature of petitioner or representative, including representative's title

Jason M. Torf *
_____
Printed name

Ice Miller LLP
_____
Firm name, if any

200 W. Madison Street, Suite 3500
_____
Number    Street

Chicago                   IL          60606
_____
City                      State       ZIP Code

Contact phone  312-726-6244    Email  Jason.Torf@icemiller.com

Bar number     Illinois ARDC # 6256778    (*pro hac to be filed)

State          _____

✘ _____

Signature of attorney

Date signed  4/15/22
             MM / DD / YYYY

---