B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## **Northern** District Of **Georgia**

In re  Atlanta Light Bulbs, Inc.        ,        )         Case No.  22-52950
        Debtor*                                           )
                                                           )         Chapter  11 (Involuntary)
                                                           )

## **SUMMONS TO DEBTOR IN INVOLUNTARY CASE**

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on _____ (date), requesting an order for relief under chapter __11__ of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

        Address of the clerk:
        United States Bankruptcy Court Clerk's Office
        Richard B. Russell Federal Building
        75 Ted Turner Dr SW
        Atlanta, GA 30303

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

        Name and Address of Petitioner's Attorney:

| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Ice Miller LLP |
| --- | --- |
| Attn:  Kathleen G. Furr | Attn:  Jason M. Torf |
| Monarch Plaza, Suite 1600 | 200 W. Madison Street, Suite 3500 |
| 3414 Peachtree Road, N.E. | Chicago, IL 60606-3417 |
| Atlanta, Georgia 30326 | |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                            _____ (Clerk of the Bankruptcy Court)

    Date: _____            By: _____ (Deputy Clerk)

\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name:    _____

Business Address:    _____

_____