B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
# Northern District Of Georgia

In re  Atlanta Light Bulbs, Inc.         ,  )   Case No.  22-52950
      Debtor*                                    )
                                                      )   Chapter  11 (Involuntary)
                                                      )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

      A petition under title 11, United States Code was filed against you in this bankruptcy court on _____ (date), requesting an order for relief under chapter  11  of the Bankruptcy Code (title 11 of the United States Code).

      YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

      Address of the clerk:
      United States Bankruptcy Court Clerk's Office
      Richard B. Russell Federal Building
      75 Ted Turner Dr SW
      Atlanta, GA 30303

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:

| | |
|---|---|
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Ice Miller LLP |
| Attn: Kathleen G. Furr | Attn: Jason M. Torf |
| Monarch Plaza, Suite 1600 | 200 W. Madison Street, Suite 3500 |
| 3414 Peachtree Road, N.E. | Chicago, IL 60606-3417 |
| Atlanta, Georgia 30326 | |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                                  (Clerk of the Bankruptcy Court)

Date:  APR 1 9 2022     By: _____ (Deputy Clerk)

---

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).