B2500E (Form 2500E) (12/15)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re <u>Atlanta Light Bulbs, Inc.</u>, ) | Case No. | <u>22-52950</u> |
| ) | | |
| Debtor. ) | Chapter | <u>11 (Involuntary)</u> |
| ) | | |

## CERTIFICATE OF SERVICE

I, Kathleen G. Furr, certify that on April 19, 2022, I served the Summons to Debtor in Involuntary Case and a copy of the Involuntary Petition Against a Non-Individual on Atlanta Light Bulbs, Inc., the debtor in this case, by United States Mail, certified with return receipt requested and postage prepaid, to the following:

| | |
|---|---|
| Atlanta Light Bulbs, Inc.<br>Attn: Jessica Mendoza, CEO<br>2109 Mountain Industrial Blvd<br>Tucker, GA 30084 | McGahren Law Firm, LLC<br>Attn: Matthew F. McGahren<br>6171 Crooked Creek Road NW<br>Peachtree Corners, GA 30092 |
| Atlanta Light Bulbs, Inc.<br>Attn: Jeffrey Mangieri, Reg. Agent<br>2 Ravinia Drive, Suite 1530<br>Atlanta, GA 30346 | |

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 19, 2022.

| | |
|---|---|
| | */s/ Kathleen G. Furr* |
| BAKER DONELSON BEARMAN | Kathleen G. Furr |
| CALDWELL & BERKOWITZ, PC | Georgia Bar No. 589008 |
| 3414 Peachtree Rd, NE, Suite 1500 | E: kfurr@bakerdonelson.com |
| Atlanta, GA 30326 | |
| T: (404) 577-6000 | *Counsel for Petitioners/Creditors* |