# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.: 22-52950-PMB |
| ATLANTA LIGHT BULBS, INC., ) | |
| ) | CHAPTER 11 |
| DEBTOR. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Todd J. Poole & Scott B. McMahan, of Poole Huffman, LLC, file this Notice of Appearance and Request for Notices for Major Supply, Inc., a creditor and party in interest in the above-styled case, and hereby request receipt of all notices and orders entered in this case.

Respectfully submitted this the 3rd day of May 2022.

                                                           POOLE HUFFMAN, LLC
                                                       */s/ Scott B. McMahan*
                                                       Todd J. Poole
                                                       Georgia Bar No. 583755
                                                       Scott B. McMahan
                                                       Georgia Bar No. 706240
                                                       3562 Habersham at Northlake
                                                       Building J, Suite 200
                                                       Tucker, Georgia 30084
                                                       Tel: (404) 373-4008
                                                       Fax: (888) 709-5723
                                                       todd@poolehuffman.com

scott@poolehuffman.com
Attorneys for Major Supply, Inc.

2

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** using the CM/ECF system, which will automatically send email notification of such filing to the following:

    U.S. Trustee

And by first class mail to:

    Atlanta Light Bulbs, Inc.
    2109 Mountain Industrial Blvd.
    Tucker, GA 30084

This the 3rd day of May 2022.

    POOLE HUFFMAN, LLC
    */s/ Scott B. McMahan*
    Todd J. Poole
    Georgia Bar No. 583755
    Scott B. McMahan
    Georgia Bar No. 706240
    3562 Habersham at Northlake
    Building J, Suite 200
    Tucker, Georgia 30084
    Tel: (404) 373-4008
    Fax: (888) 709-5723
    todd@poolehuffman.com
    scott@poolehuffman.com
    Attorneys for Major Supply, Inc.