**IT IS ORDERED as set forth below:**



Date: May 12, 2022

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**ATLANTA LIGHT BULBS, INC.,**<br><br>    Debtor. | **CHAPTER 11**<br><br>**CASE NO. 22-52950-pmb** |
| **TANDEM BANK,**<br><br>    Movant,<br><br>**v.**<br><br>**ATLANTA LIGHT BULBS, INC.,**<br><br>    Respondent. | **CONTESTED MATTER** |

**ORDER GRANTING MOTION FOR EXAMINATION PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

The Motion of Tandem Bank (the "Movant") for an order pursuant to Federal Rule of Bankruptcy Procedure 2004 to take discovery and conduct an examination of Atlanta Light Bulbs, Inc. (the "Debtor"), filed herein on May 11, 2022 (Doc. No. 16) (the "Motion"), having been read and considered, it is

**ORDERED** that the Motion be, and the same hereby is, **granted** as follows: pursuant to Fed.R.Bankr.P. 2004(a), the Movant is authorized to proceed with discovery and conduct an examination of Debtor by and through its designated representative in accordance with Fed.R.Bankr.P. 2004(b) at a mutually agreed date, time, and place. It is further

**ORDERED** that the examination may be rescheduled or adjourned from time to time and place to place by agreement of the parties, by announcements at the examination, or as set forth in a notice filed with the Court and served on Debtor and its counsel. It is further

**ORDERED** that if attendance and, if applicable, production of designated documents in connection with said examination, cannot be obtained voluntarily, the Movant may compel such attendance and production of documents as stated in Fed.R.Bankr.P. 2004(c) in the manner provided in Fed.R.Bankr.P. 9016, which incorporates the procedure for the issuance of a subpoena as set forth in Federal Rule of Civil Procedure 45. It is further

**ORDERED** that the Debtor shall timely respond to any document requests made by Movant in accordance with Fed.R.Bankr.P. 2004(c). The Debtor may assert written objections in good faith to the requests as if such requests had been served pursuant to Fed.R.Bankr.P. 7034, and shall produce to the Movant all responsive documents that are not subject to a valid timely asserted objection.

The Clerk is directed to serve a copy of this Order upon the Debtor, counsel for the Movant, and the United States Trustee.

**END OF DOCUMENT**

Prepared and Presented By:
**JONES & WALDEN LLC**
*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
699 Piedmont Avenue, N.E.
Atlanta, Georgia 30308
(404) 564-9300
lpineyro@joneswalden.com
Attorney for Movant

**<u>Distribution List:</u>**

Leslie M. Pineyro, Jones & Walden LLC, 699 Piedmont Avenue, N.E., Atlanta, Georgia 30308

Atlanta Light Bulbs, Inc., Attn: Jessica Mendoza, CFO, CEO & Secretary, 2109 Mountain Industrial Blvd, Tucker, GA 30084

United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303