**IT IS ORDERED as set forth below:**



Date: May 23, 2022

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ATLANTA LIGHT BULBS, INC. | : | CASE NO. 22-52950-PMB |
| | : | |
| Debtor. | : | |

## ORDER FOR RELIEF

Petitioning creditors Halco Lighting Technologies, LLC, Candela Corporation, and Norcross Electric Supply Company (collectively, the "Petitioning Creditors") filed an Involuntary Petition (the "Petition") under Chapter 11 against Atlanta Light Bulbs, Inc. (the "Debtor") on April 15, 2022 (Docket No. 1).  On April 19, 2022, the Clerk of Court issued the Involuntary Summons (Docket No. 3).  Pursuant to the Certificate of Service of Summons filed April 19, 2022 (Docket No. 5), the Debtor was served with the Petition and the Involuntary Summons via its registered agent Jeffrey Mangieri at 2 Ravinia Drive, Suite 1530, Atlanta, Georgia 30346.  The Debtor's answer to the Involuntary Summons was due no later than May 13, 2022.  The Debtor failed to

answer or otherwise respond. Pursuant to 11 U.S.C. § 303(h), entry of this Order for Relief under Chapter 11 of the Bankruptcy Code is appropriate and warranted. Accordingly, it is hereby

**ORDERED** that the Order for Relief under Chapter 11 is hereby **GRANTED**. It is further

**ORDERED** that the Debtor shall comply with Federal Rules of Bankruptcy Procedure 1007(a)(2), (b)(1) and (c) by timely filing the requisite documents.

The Clerk's Office is directed to serve a copy of this Order upon the Debtor, the United States Trustee, and all parties on the mailing matrix.

**[END OF DOCUMENT]**