## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Atlanta Light Bulbs, Inc.**
2109 Mountain Industrial Blvd
Tucker, GA 30084

Case No.: **22−52950−pmb**
Chapter: **11**
Judge: **Paul Baisier**

### Notice of First Meeting of Creditors

Notice is hereby given that the Telephonic 341 Meeting of Creditors will be held on June 23, 2022 at 01:00pm. To attend the telephonic meeting, Dial: 8889029750 and enter: 9635734, when prompted for participation code.

This is an involuntary bankruptcy case. No schedules have been filed at this time.

_____
M. Regina Thomas
Clerk of Court,
U.S. Bankruptcy Court

Dated: May 26, 2022

Form 300