UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ATLANTA LIGHT BULBS, INC., | ) | CASE NO. 22-52950-pmb |
| | ) | |
| Debtor. | ) | |

## APPOINTMENT AND NOTICE OF APPOINTMENT
## OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee for Region 21 hereby appoints the creditors listed on the attached Exhibit "A" to serve on the Committee of Creditors Holding Unsecured Claims in the above-captioned case.

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

*/s/ Thomas W. Dworschak*
Thomas W. Dworschak
Attorney for the United States Trustee
Georgia Bar No. 236380
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4439
Thomas.W.Dworschak@USDOJ.gov

# EXHIBIT A

**Candela Corporation**
5600 Argosy Ave Suite 300
Huntington Beach, Ca 92649
(800) 922-9226 x4200
jbaas@candelacorp.com

    Represented by:
    Jason M. Torf
    Tucker Ellis LLP
    233 S. Wacker Dr., Suite 6950
    Chicago, IL 60606-9997
    (312) 256-9432
    jason.torf@tuckerellis.com

**Halco Lighting Technologies, LLC**
Chris Chickanosky, CEO
2940 Pacific Dr.
Norcross, GA 30071
(470) 292-7736
cchickanosky@halcolighting.com

    Represented by:
    Jason M. Torf
    Tucker Ellis LLP
    233 S. Wacker Dr., Suite 6950
    Chicago, IL 60606-9997
    (312) 256-9432
    jason.torf@tuckerellis.com

**Norcross Electric Supply Company**
Attn: Jim C. Joedecke, Jr.
Anderson Tate & Carr, P.C
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097
(770) 513-1622
jjoedecke@atclawfirm.com

    Represented by:
    Jason M. Torf
    Tucker Ellis LLP

233 S. Wacker Dr., Suite 6950
Chicago, IL 60606-9997
(312) 256-9432
jason.torf@tuckerellis.com

## CERTIFICATE OF SERVICE

This is to certify that I have on June 8, 2022, electronically filed the foregoing Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims using the Bankruptcy Court's Electronic Case Filing program, and served as followed by electronic mail:

jason.torf@tuckerellis.com
jbaas@candelacorp.com
cchickanosky@halcolighting.com
jjoedecke@atclawfirm.com

I further certify that I have on June 8, 2022 caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following party at the address shown:

Atlanta Light Bulbs, Inc.
Attn: Jessica Mendoza, CFO, CEO & Secretary
2109 Mountain Industrial Blvd
Tucker, GA 30084

*/s/ Thomas W. Dworschak*

3