

**IT IS ORDERED as set forth below:**

**Date: June 8, 2022**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE:** | |
| **ATLANTA LIGHT BULBS, INC.,** | **CHAPTER 11** |
| Debtor. | **CASE NO. 22-52950-pmb** |
| **TANDEM BANK,** | |
| Movant, | **CONTESTED MATTER** |
| v. | |
| **ATLANTA LIGHT BULBS, INC.** | |
| Respondent. | |

**ORDER GRANTING TANDEM BANK'S MOTIONS FOR EMERGENCY
HEARING AND NOTICE OF HEARING ON MOTION FOR RELIEF FROM
THE AUTOMATIC STAY AND MOTION REQUESTING ENTRY OF ORDER
PROHIBITING USE OF CASH COLLATERAL**

On June 8, 2022, Tandem Bank (the "Movant") filed a *Motion for Relief from the Automatic Stay* (the "MRAS") (Doc. No. 33), a *Motion Requesting Entry of Order Prohibiting Use of Cash*

*Collateral* (the "Cash Collateral Motion" and together with the MRAS, the "Pending Motions") (Doc. No. 35), and two *Motions for Expedited Hearing* (the "Emergency Motions") (Doc. Nos. 34 & 36). After review of the matters, it is hereby

**ORDERED** that the Emergency Motions are **GRANTED**, and the Court will hold a hearing regarding the Pending Motions on the **13th day of June, 2022, commencing at 1:20 p.m. in Courtroom 1202**, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. It is further

**ORDERED** that Movant's Counsel shall serve a copy of this Order and Notice of Hearing by the method or methods (phone call, electronic mail, fax, courier, etc.) that will provide expeditious notice and service to the Debtor, the Office of the United States Trustee, and any parties that have filed a notice of appearance in this case. Movant's Counsel shall serve a copy of this Order and Notice of Hearing by mail on all other creditors listed on the mailing matrix in this case. Movant's Counsel is further directed to file a certificate of service setting forth the manner and method of all such service prior to the hearing.

Your rights may be affected by the Court's ruling on the Pending Motions. You should read the Pending Motions carefully and discuss the Pending Motions with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the pleading or if you want the Court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the Pending Motions with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303.

**[End of Order]**

Prepared and presented by:
**JONES & WALDEN LLC**
*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Tandem Bank
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
 (404) 564-9300
lpineyro@joneswalden.com