Case 22-52950-pmb    Doc 41-6    Filed 06/10/22    Entered 06/10/22 16:18:39    Desc
Exhibit F    Page 1 of 1

