



## LED BULBS



LED Corn Cobs

T8 Plug and Play Tubes

T8 Direct Wire Ballast Bypass

Antique Filament Bulbs

## LED FIXTURES



Outdoor Wallpack

LED Wafer Downlights

LED Outdoor Flood Lights

LED Parking Lot Lighting

## FEATURED PRODUCTS



★★★★★

**LED WALLPACK - WATTAGE SELECTABLE - 4000 KELVIN - 1450 - 6850 LUMENS (TWX2 LED ALO 40K MVOLT DDBTXD)**



★★★★★

**4 FT - LED T8 - 15W - 3500K - 1600 LUMENS - MEDIUM BI-PIN (G13) BASE (LED15T8/BYP/SE/835)**



★★★★★

**BALLAST KTEB-226-1-TP KEYSTONE**



$132.04 ea.



## YOUR TRUSTED LIGHTING SOLUTIONS SUPPLIER

### EXCEEDING EXPECTATIONS SINCE 1981

Since 1981, our main focus has been to grow our business by being your #1 trusted source for lighting. Today, we continually strive to find the best talent to support your needs and hold our vendor partners to the highest standards. Atlanta Light Bulbs prides itself on keeping a diverse product offering of lighting controls, ballasts, incandescent, halogen, fluorescent and the latest in cutting-edge LED lighting solutions and smart lighting, all from brands you can trust. Our goal is to grow our relationship with each and every client using our extensive and granular knowledge of lighting. This is a value that we give to you free of charge. Our highly knowledgeable experts are more than competent in lighting energy analysis, energy efficient lighting, LED lighting retrofits and the latest in the world of lighting.

### FAMILY OWNED AND OPERATED

Our family owned and operated company takes great care to function as a respected resource in our field. We financially support the Atlanta Better Business Challenge, and we are members of the National Association of Independent Electrical Distributors, SouthFace, the Cox Family Enterprise Center, the Building Owners and Managers Association, the US Green Buildings Council, and Green Chamber of the South. We are also certified Lighting Specialists (LS-1) by NAILD, we are partnered with Energy Star, and we involve ourselves in many other respects with the industry and with the community.

## COMMERCIAL LIGHTING

Attention electricians and lighting contractors: We carry **commercial lighting** fixtures, replacement sockets, ballasts and LED bulbs. We're available to help you satisfy specific requirements for your next lighting retrofit. Just tell us your light tones, energy requirements, lighting purposes, and environments and we'll take it from there. We're your trusted resource in lighting!

### WHAT OUR CUSTOMERS THINK...



**Top Rated**

Customer Service Department

Learn More



**Earn Rewards**

On every dollar you spent

Learn More



**Volume Pricing**

Program for bulk orders

Learn More



**Shop With Trust**

40 Year Old business

Learn More



**Returns**

AtlantaLightBulbs.com wants to



**Shipping**

We ship with care! Our team understands the importance of



**Warranty**

Most products come with a stated manufacturer's warranty. Learn



**Contact**

Questions? Our awesome customer service team is here to

make returns easy, so we offer a 30 day return policy. **Learn more**

getting your bulbs to you safely. **Learn more**

**about** our peace of mind buying experience

help. **Chat, Email or Give us a Call!**

## ARTICLES FROM OUR LIGHTING EXPERTS
### READ MORE



Posted by Doug Root on 31st Aug 2021

**Are All UV Bulbs Germicidal?**

You may have heard it said at some point or other that extreme care must be exercised when handling … **read more**



Posted by Doug Root on 24th Aug 2021

**All about Osram Bulbs**

Osram Licht AG, also known simply as OSRAM, produces some of the most highly regarded products in t … **read more**



Posted by Doug Root on 10th Aug 2021

**A Quick Classification of Fluorescent Tube Lights**

Fluorescent lights, though they were developed in some form nearly a hundred years ago, are widely … **read more**



Posted by Doug Root on 6th Aug 2021

**Electronic Ballasts: Purpose and Types**

Have you ever stood underneath an old fluorescent light bulb, enjoying the ambient flickering and b … **read more**










