# ABOUT US

# ATLANTA LIGHT BULBS



Since 1981, Atlanta Light Bulbs has supplied light bulbs, ballasts and light fixtures to commercial, industrial, and residential customers in the Atlanta metro and worldwide. The company was started by our founder, Gary Root. In the early 80's Gary paid close attention to customers' needs and was able to capture market share by putting the customer first.

By the early 1990s, the company relocated to a larger facility, featuring a lighting showroom and warehouse space. This new warehouse space stocked the ever-expanding and diversifying lighting inventory demanded by our growing customer base: Specialty lamps, projector lamps, medical lamps, European bulbs, miniature lamps, light fixtures, and lighting installations.

**Atlanta Light Bulbs** became a leader in lighting the Atlanta skyline through its competitive prices and ability to source globally. In 1998, the launch of AtlantaLightBulbs.com enabled the company to provide its vast product knowledge, inventory, and value to

national and international market. One of the first companies in Atlanta to offer its inventory and services online, alongside the launch of the BulbMatrix, Atlanta Light Bulbs grew into a premier online lighting supplier.

In 2015, **ALB Energy Solutions** was formed as a response to shifting market dynamics toward energy-efficient lighting and a request from our commercial and industrial customers for more "consultative solutions." With solutions backed by over 35 years of solid experience in commercial lighting distribution, along with a full line of strategically sourced, energy efficient innovative technologies, we are well positioned to offer these services.

While our main objective is to help customers conserve energy used by lighting, we also have an extensive knowledge base and portfolio to offer our customers both new and innovative technologies as well as traditional and alternative lighting sources to make the most of their lighting budgets. Comprehensive services include:

- **Lighting Energy Analysis**
- **Energy Efficient Lighting & LED Options**
- **Utility Rebate Calculations and Advice**
- **Lighting Installation & Removal**
- **Recycling**
- **Project Financing**

The ALB Lighting & Energy Solutions facility houses corporate offices, wholesale counter and sales division, national and international sales divisions, regional solutions sales divisions, distribution center, and a state of the art energy efficiency showroom that allows customers to test and view emerging products and technologies.

- Family owned and operated.
- 38 years of experience in the lighting industry.
- **Members of NAED**.
- Vistage International.
- **Certified Lighting Specialists (LS-1) by NAILD**.
- Member of the Cox Family Enterprise Center.
- **Georgia Power Trade Ally Partner**



- **US Green Buildings Council Member**
- **Sponsor of the Atlanta Better Buildings Challenge**
- **Green Chamber of the South Member**

## A MESSAGE FROM OUR CEO...

"AtlantaLightBulbs.com caters to many of the world's elite businesses and firms. Our account list is growing day by day due to the hard work of our employees. We appreciate the opportunity to earn your business, and are honored to serve those who are our customers. We take pride in learning who our customers are and personalizing our business relationship with them."



## AT OUR CORE, WE BELIEVE...

**We are a Family & Team** - First and foremost, we are a family business. We care deeply for one another's well-being, personal growth, and happiness. We are all on the same team and we have each other's back. We are the ALB family!

**We are Passionate** - We love what we do and we love making our customers' lives easier. We are passionate about sharing our knowledge. We get things done and we are driven to find you the best value for your needs

**We are Attentive & Solution Driven** - We pride ourselves in listening to our customers to help them with the best solutions

their needs. We listen to understand. We think outside the bulb and will work hard to make create win/win solutions.

**We Mutually Trust & Respect** - We've been in business since 1981 and have made it this far by being a brand and company that people can trust and are happy to shop with. Trust is earned and we don't take that lightly. We pride ourselves in working with trusted suppliers and always back the product we sell. We are committed to quality. We are people first and operate our business with morals and virtue. We pride ourselves in honesty. We value and respect our customers and employees, the only way to build a lasting relationship.

**We are Curious & Innovative** - Change is the only constant; so, we embrace change and pride ourselves in staying on top of the ever-changing market and technology to provide a seamless customer experience with the solutions that you need. We are curious and we like to push the limit; curiosity fuels innovation!

**We Love to Smile & Have Fun** - We work hard but we play hard too! We love what we do and we love to make each other smile, including our customers. Life is too short to not have fun; be light hearted, always smile, and enjoy the moment!

**Click here for more reviews**

