# STORE LOCATION





