**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ATLANTA LIGHT BULBS, INC., | ) | CASE NO.: 22-52950-PMB |
| | ) | |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL OF**
**MOTION FOR EXPEDITED HEARING [Docket No. 52]**

COMES NOW, The Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc. (the "Committee"), by its undersigned counsel, and hereby gives notice of its withdrawal of the *Motion for Expedited Hearing* [Docket No. 52] filed June 13, 2022.

Dated: June 14, 2022

Respectfully submitted,

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ATLANTA LIGHT BULBS, INC.

By: /s/Kathleen G. Furr
Kathleen G. Furr (GA Bar No. 589008)
BAKER DONELSON BEARMAN CALDWELL &
BERKOWITZ, PC
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 577-6000 (Telephone)
(404) 221-6501 (Facsimile)
kfurr@bakerdonelson.com

*[Proposed] Co-Counsel for the Official Committee
of Unsecured Creditors of Atlanta Light Bulbs, Inc.*

-and-

Jason M. Torf (admitted *pro hac vice*)
Brian J. Jackiw (*pro hac vice* pending)
TUCKER ELLIS LLP
233 S. Wacker Dr.

Suite 6950
Chicago, Illinois 60606-9997
(312) 256-9432 (Telephone)
(312) 624-6309 (Facsimile)
jason.torf@tuckerellis.com
brian.jackiw@tuckerellis.com

*[Proposed] Co-Counsel for the Official Committee
of Unsecured Creditors of Atlanta Light Bulbs, Inc.*

2

## CERTIFICATE OF SERVICE

This is to certify that on June 14, 2022, I electronically filed the foregoing *Notice of Withdrawal of Motion for Expedited Hearing [Docket No. 52]* with the Clerk of Court using the CM/ECF system, which automatically sent e-mail notifications of such filing to the below listed attorneys of record:

Thomas Dworschak
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303
thomas.w.dworschak@usdoj.gov

Ronald A. Levine
Levine & Block, LLC
P.O. Box 422148
Atlanta, GA 30342
rlevine@levineblock.com

Scott B. McMahan
Poole Huffman, LLC
Building J, Suite 200
3562 Habersham at Northlake
Tucker, GA 30084
ecf@poolehuffman.com

Leslie M. Pineyro
Jones and Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308
lpineyro@joneswalden.com

Todd J Poole
3562 Habersham at Northlake
Building J, Ste 200
Tucker, GA 30084
todd@poolehuffman.com

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084
michael@roblgroup.com

Todd H. Surden
Hartman Simons & Wood
400 Interstate North Parkway SE
Suite 600
Atlanta, GA 30339
todd.surden@hartmansimons.com

Kristen A. Yadlosky
Hartman Simons & Wood
400 Interstate North Parkway SE
Suite 600
Atlanta, GA 30339
kristen.yadlosky@hartmansimons.com

and that I also served the below parties via USPS with proper postage:

Atlanta Light Bulbs, Inc.
2109 Mountain Industrial Blvd
Tucker, GA 30084

American Express Travel Related Services Co., Inc.
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-1041

| | |
|---|---|
| Bryan Kaplan<br>6065 Roswell Road, Suite 540<br>Atlanta, GA 30328 | CBC Lighting Inc.<br>Kaplan Legal Services, LLC<br>6065 Roswell Road, Suite 540<br>Atlanta, GA 30328 |
| Fanlight Corporation, Inc.<br>c/o Simpson, Uchitel & Wilson, LLP<br>P.O. Box 550105<br>Atlanta, GA 30355-2505 | Ford Motor Credit Company, LLC<br>Drawer 55-953<br>P.O. Box 55000<br>Detroit, MI 48255-0953 |
| Hatch Transformers, Inc., d/b/a Hatch Lighting<br>c/o Simpson, Uchitel & Wilson, LLP<br>P.O BOX 550105<br>Atlanta, GA 303055-2505 | Worldwide Specialty Lamp, LLC<br>c/o Bryan Kaplan, Esq.<br>6065 Roswell Road, Suite 540<br>Atlanta, GA 30328 |

By: /s/Kathleen G. Furr
Kathleen G. Furr (GA Bar No. 589008)

*[Proposed] Co-Counsel for the Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc.*