

**IT IS ORDERED as set forth below:**

**Date: June 15, 2022**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ATLANTA LIGHT BULBS, INC., | ) | CASE NO.: 22-52950-PMB |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE

THIS MATTER is before the Court on The Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc.'s (the "Committee") Motion for Appointment of Chapter 11 Trustee ("Motion") [Docket No. 51]. A hearing on the Motion was held on June 13, 2022 (the "Hearing"). On the same date, hearings were held on Tandem Bank's Motion to Dismiss Case [Docket No. 23] which was supplemented on June 10, 2022 [Docket No. 40]; Sun Court Partners, LP's Motion for Relief from Stay [Docket No. 28]; Tandem Bank's Motion for Relief from Stay [Docket No. 33]; and Tandem Bank's Motion to Prohibit Use of Cash Collateral [Docket No. 36] (the "Additional Motions"). Debtor was given notice of all of the Additional Motions, but did not appear for any of the hearings on June 13, 2022. Jason Torf and Kathleen Furr appeared on behalf of the Committee. Leslie Pineyro and Leon Jones appeared on behalf of Tandem Bank. Michael Robl and Maxwell Bowen appeared on behalf of Jesse Root. Kristen Yadlosky

appeared on behalf of Sun Court Partners, LP.  Thomas W. Dworschak appeared on behalf of the United States Trustee.

For the reasons stated on the record, and based on good cause shown, the Court finds that it is appropriate to grant the Motion and appoint a Chapter 11 Trustee.  *See, e.g., Allen v. King*, 461 B.R. 709 (D. Mass. 2011) (finding that the bankruptcy court had the authority to appoint a Chapter 11 Trustee *sua sponte*).  Even if the Motion were not pending, the Court finds that appropriate circumstances exist in this case based on the evidence presented at the Hearing and the Debtor's failure to appear in this case.

For the reasons stated on the record, and based on good cause shown, it is hereby

1.	ORDERED that the Motion is **GRANTED**. It is further

2.	ORDERED that, pursuant 11 U.S.C. §§ 105 and 1104, the United States Trustee shall appoint a Chapter 11 Trustee in this case. It is further

3.	ORDERED that the United States Trustee is directed to appoint a Chapter 11 Trustee in this case as expeditiously as is reasonably possible, in light of the circumstances in this case adduced at the Hearing  It is further

4.	ORDERED that the Clerk of Court is directed to serve this Order on all creditors and parties in interest.

### END OF ORDER ###

| Prepared and presented by: | Reviewed as to Form Only: |
|---|---|
| | MARY IDA TOWNSON |
| By: /s/Kathleen G. Furr | UNITED STATES TRUSTEE |
| Kathleen G. Furr | REGION 21 |
| Georgia Bar No. 589008 | |
| BAKER DONELSON BEARMAN | /s/ Thomas W. Dworschak (signed with |
| CALDWELL & BERKOWITZ, PC | express permission by KGF) |
| 3414 Peachtree Road, N.E. | Thomas W. Dworschak |
| Atlanta, Georgia 30326 | Attorney for the United States Trustee |
| (404) 577-6000 (Telephone) | Georgia Bar No. 236380 |
| (404) 221-6501 (Facsimile) | United States Department of Justice |
| kfurr@bakerdonelson.com | Office of the United States Trustee |
| | Suite 362, Richard Russell Building |
| [Proposed] Co-Counsel for the Official | 75 Ted Turner Drive, SW |
| Committee of Unsecured Creditors of Atlanta | Atlanta, Georgia 30303 |
| Light Bulbs, Inc. | (404) 331-4439 |
| | Thomas.W.Dworschak@USDOJ.gov |

-and-

Jason M. Torf (admitted *pro hac vice*)
Brian J. Jackiw (*pro hac vice* pending)
TUCKER ELLIS LLP
233 S. Wacker Dr.
Suite 6950
Chicago, Illinois 60606-9997
(312) 256-9432 (Telephone)
(312) 624-6309 (Facsimile)
jason.torf@tuckerellis.com
brian.jackiw@tuckerellis.com

*[Proposed] Co-Counsel for the Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc.*

| | |
|---|---|
| Reviewed as to Form Only: | Reviewed as to Form Only: |
| /s/Kathleen G. Furr (signed with express permission by KGF) | /s/ Leslie M. Pineyro (signed with express permission by KGF) |
| Michael D. Robl | Leslie M. Pineyro |
| Georgia Bar No. 610905 | Georgia Bar No. 589009 |
| Robl Law Group LLC | Jones and Walden, LLC |
| Suite 250 | 699 Piedmont Avenue NE |
| 3754 LaVista Road | Atlanta, GA 30308 |
| Tucker, GA 30084 | lpineyro@joneswalden.com |
| michael@roblgroup.com | |
| | *Counsel for Tandem Bank* |
| *Counsel for Jesse Root* | |

Reviewed as to Form Only:

/s/ Kristen A. Yadlosky (signed with express permission by KGF)
Kristen A. Yadlosky
Georgia Bar No. 779614
Hartman Simons & Wood
400 Interstate North Parkway SE
Suite 600
Atlanta, GA 30339
kristen.yadlosky@hartmansimons.com

*Counsel for Sun Court Partners, LP*

4

**DISTRIBUTION LIST**

Thomas Dworschak
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303
thomas.w.dworschak@usdoj.gov

Scott B. McMahan
Poole Huffman, LLC
Building J, Suite 200
3562 Habersham at Northlake
Tucker, GA 30084
ecf@poolehuffman.com

Todd J Poole
3562 Habersham at Northlake
Building J, Ste 200
Tucker, GA 30084
todd@poolehuffman.com

Todd H. Surden
Hartman Simons & Wood
400 Interstate North Parkway SE
Suite 600
Atlanta, GA 30339
todd.surden@hartmansimons.com

Atlanta Light Bulbs, Inc.
2109 Mountain Industrial Blvd
Tucker, GA 30084

Bryan Kaplan
6065 Roswell Road, Suite 540
Atlanta, GA 30328

Fanlight Corporation, Inc.
c/o Simpson, Uchitel & Wilson, LLP
P.O. Box 550105
Atlanta, GA 30355-2505

Ronald A. Levine
Levine & Block, LLC
P.O. Box 422148
Atlanta, GA 30342
rlevine@levineblock.com

Leslie M. Pineyro
Jones and Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308
lpineyro@joneswalden.com

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084
michael@roblgroup.com

Kristen A. Yadlosky
Hartman Simons & Wood
400 Interstate North Parkway SE
Suite 600
Atlanta, GA 30339
kristen.yadlosky@hartmansimons.com

American Express Travel Related Services
Co., Inc.
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-1041

CBC Lighting Inc.
Kaplan Legal Services, LLC
6065 Roswell Road, Suite 540
Atlanta, GA 30328

Ford Motor Credit Company, LLC
Drawer 55-953
P.O. Box 55000
Detroit, MI 48255-0953

Hatch Transformers, Inc., d/b/a Hatch Lighting
c/o Simpson, Uchitel & Wilson, LLP
P.O BOX 550105
Atlanta, GA 303055-2505

Worldwide Specialty Lamp, LLC
c/o Bryan Kaplan, Esq.
6065 Roswell Road, Suite 540
Atlanta, GA 30328

Halco Lighting Technologies, LLC
2940 Pacific Drive
Norcross, GA 30071

Candela Corporation
5600 Argosay Ave, Suite 300
Huntington Beach, CA 92649

Norcross Electric Supply Company
4190 Capital View Drive
Suwanee, GA 30024

All parties on the mailing matrix in this case