**IT IS ORDERED as set forth below:**



Date: June 16, 2022

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ATLANTA LIGHT BULBS, INC., | : | CASE NO. 22-52950-PMB |
| | : | |
| Debtor. | : | JUDGE BAISIER |
| | : | |
| SUN COURT PARTNERS, LP, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ATLANTA LIGHT BULBS, INC., | : | |
| | : | |
| Respondent. | : | |

### ORDER GRANTING MOTION OF SUN COURT PARTNERS, LP FOR RELIEF FROM THE AUTOMATIC STAY, FOR REJECTION OF THE LEASE *NUNC PRO TUNC* AND FOR ABANDONMENT OF ANY PROPERTY IN THE PREMISES

THIS MATTER is before the Court on Sun Court Partner, LP's ("**Landlord**" or "**Movant**") Motion for Relief from the Automatic Stay, for Rejection of the Lease Nunc Pro Tunc and for Abandonment of any Property in the Premises ("**Motion**") [Docket No. 28]. Movant contends service was proper upon all parties. A hearing on the Motion was held on June

3724668-1 13212.0001000

13, 2022, at which the Debtor did not appear. Kathleen G. Furr and Jason M. Torf appeared on behalf of The Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc. Michael D. Robl and Max Bowen appeared on behalf of Jesse Root. Thomas Dworschak appeared on behalf of the United States Trustee. Kristen Yadlosky appeared on behalf of the Movant. This matter having come before the Court, and there being no opposition to the relief sought in the Motion; accordingly, it is hereby

ORDERED that the Motion is GRANTED; it is further Ordered that

1. The automatic stay of 11 U.S.C. § 362(a) is *modified* to allow Movant to take possession of the leased premises and to otherwise enforce its contractual, state law and statutory rights to the leased premises including (without limitation) taking all necessary steps to evict the Debtor from the Premises located at Suite 460, 2 Sun Court, Peachtree Corners, Gwinnett County, Georgia 30092 ("**Premises**");

2. The Lease between the Debtor and Movant is deemed rejected *nunc pro tunc* to the Petition Date pursuant to 11 U.S.C. § 365(a);

3. Any property remaining in the leased premises be deemed abandoned pursuant to 11 U.S.C. § 554(a);

4. Notwithstanding the foregoing, Landlord shall not dispose of any property remaining in the Premises until thirty (30) days after the entry of this Order;

5. Nothing in this Order shall be deemed to limit Movant's claim for prepetition amounts owed under the Lease or Landlord's claim for lease rejection damages pursuant to 11 U.S.C. § 502(b)(6);

6. The automatic stay of 11 U.S.C. § 362(a) is further *modified* to allow Tandem Bank to take possession of any property remaining in the Premises and to otherwise enforce its contractual, statutory and state law rights in and to said property;

7. The stay of Rule 4001(a)(3) is modified so that Movant and/or Tandem Bank may immediately proceed under this Order; and

8. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

[END OF DOCUMENT]

PREPARED AND SUBMITTED BY:
HARTMAN SIMONS & WOOD LLP

/s/ *Kristen A. Yadlosky*
Todd H. Surden
Georgia Bar No. 774046
Kristen A. Yadlosky
Georgia Bar No. 779615
6400 Powers Ferry Road NW #400
Atlanta, GA  30339
Tel:  (770) 955-3555
todd.surden@hartmansimons.com
kristen.yadlosky@hartmansimons.com
Counsel for Movant

3724668-1 13212.0001000

| | |
|---|---|
| Reviewed as to Form Only:<br><br>By: */s/ Kathleen G. Furr*<br>Kathleen G. Furr<br>Georgia Bar No. 589008<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ, PC<br>3414 Peachtree Road, N.E.<br>Atlanta, Georgia 30326<br>(404) 577-6000 (Telephone)<br>(404) 221-6501 (Facsimile)<br>kfurr@bakerdonelson.com<br><br>*[Proposed] Co-Counsel for the Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc.*<br><br>-and-<br><br>Jason M. Torf (admitted *pro hac vice*)<br>Brian J. Jackiw (*pro hac vice* pending)<br>TUCKER ELLIS LLP<br>233 S. Wacker Dr.<br>Suite 6950<br>Chicago, Illinois 60606-9997<br>(312) 256-9432 (Telephone)<br>(312) 624-6309 (Facsimile)<br>jason.torf@tuckerellis.com<br>brian.jackiw@tuckerellis.com<br><br>*[Proposed] Co-Counsel for the Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc.* | Reviewed as to Form Only:<br>MARY IDA TOWNSON<br>REGION 21<br>*/s/ Thomas W. Dworschak*<br>Thomas W. Dworschak<br>Attorney for the United States Trustee<br>Georgia Bar No. 236380<br>United States Department of Justice<br>Office of the United States Trustee<br>Suite 362, Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303<br>(404) 331-4439<br>Thomas.W.Dworschak@USDOJ.gov |
| Reviewed as to Form Only:<br><br>*/s/ Michael D. Robl*<br>Michael D. Robl<br>Georgia Bar No. 610905<br>Robl Law Group LLC<br>Suite 250<br>3754 LaVista Road<br>Tucker, GA 30084<br>michael@roblgroup.com<br><br>*Counsel for Jesse Root* | Reviewed as to Form Only:<br><br>*/s/ Leslie M. Pineyro*<br>Leslie M. Pineyro<br>Georgia Bar No. 589009<br>Jones and Walden, LLC<br>699 Piedmont Avenue NE<br>Atlanta, GA 30308<br>lpineyro@joneswalden.com<br><br>*Counsel for Tandem Bank* |

3724668-1 13212.0001000

# DISTRIBUTION LIST

Thomas Dworschak
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

Ronald A. Levine
Levine & Block, LLC
P.O. Box 422148
Atlanta, GA 30342

Scott B. McMahan
Poole Huffman, LLC
Building J, Suite 200
3562 Habersham at Northlake
Tucker, GA 30084

Leslie M. Pineyro
Jones and Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308

Todd J Poole
3562 Habersham at Northlake
Building J, Ste 200
Tucker, GA 30084

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Todd H. Surden
Hartman Simons & Wood
400 Interstate North Parkway SE
Suite 600
Atlanta, GA 30339

Kristen A. Yadlosky
Hartman Simons & Wood
400 Interstate North Parkway SE
Suite 600
Atlanta, GA 30339

3724668-1 13212.0001000

Atlanta Light Bulbs, Inc.
2109 Mountain Industrial Blvd
Tucker, GA 30084

American Express Travel Related Services Co., Inc.
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-1041

Bryan Kaplan
6065 Roswell Road, Suite 540
Atlanta, GA 30328

CBC Lighting Inc.
Kaplan Legal Services, LLC
6065 Roswell Road, Suite 540
Atlanta, GA 30328

Fanlight Corporation, Inc.
c/o Simpson, Uchitel & Wilson, LLP
P.O. Box 550105
Atlanta, GA 30355-2505

Ford Motor Credit Company, LLC
Drawer 55-953
P.O. Box 55000
Detroit, MI 48255-0953

Hatch Transformers, Inc., d/b/a Hatch Lighting
c/o Simpson, Uchitel & Wilson, LLP
P.O BOX 550105
Atlanta, GA 303055-2505

Worldwide Specialty Lamp, LLC
c/o Bryan Kaplan, Esq.
6065 Roswell Road, Suite 540
Atlanta, GA 30328

Halco Lighting Technologies, LLC
2940 Pacific Drive
Norcross, GA 30071

Candela Corporation
5600 Argosay Ave, Suite 300
Huntington Beach, CA 92649

Norcross Electric Supply Company
4190 Capital View Drive
Suwanee, GA 30024