**IT IS ORDERED as set forth below:**



Date: June 16, 2022

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> **ATLANTA LIGHT BULBS, INC.,** <br><br> Debtor. | **CHAPTER 11** <br><br> **CASE NO. 22-52950-pmb** |
| **TANDEM BANK,** <br><br> Movant, <br> v. <br><br> **ATLANTA LIGHT BULBS, INC.,** <br><br> Respondent. | **CONTESTED MATTER** |

### ORDER GRANTING TANDEM BANK'S MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY

This matter came before the Court for hearing on June 13, 2022, at 1:20 p.m. (the "Hearing") on the *Motion for Relief from the Automatic Stay* (the "Motion") (Doc. No. 33) filed by Tandem Bank (the "Movant") on June 8, 2022. At the Hearing, Leon S. Jones and Leslie M.

Pineyro appeared on behalf of Movant. Kathleen G. Furr and Jason M. Torf appeared on behalf of The Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc. Michael D. Robl and Max Bowen appeared on behalf of Jesse Root. Thomas Dworschak appeared on behalf of the United States Trustee. Kristen Yadlosky appeared on behalf of Sun Court Partners, LP. No party appeared in opposition to the Motion. Upon review of the same and based upon the findings of the Court at the Hearing which are adopted herein and made a part of this Order, it is

**ORDERED** that the Motion be, and the same hereby is, GRANTED in part as set forth in this Order. It is further

**ORDERED** that the automatic stay is modified so that Movant is authorized to repossess and liquidate any of Movant's collateral located at Debtor's leased office space located at 2 Sun Court, Suite 460, Peachtree Corners, GA 30092. It is further

**ORDERED** that the automatic stay is also modified so that Movant and its agents are authorized to enter into Debtor's premises located at 2109 Mountain Industrial Blvd, Tucker, GA 30084 (the "Mountain Industrial Premises") for the purposes of taking a physical inspection and inventory of all of Movant's collateral at such premises including but not limited to all inventory and equipment located at the Mountain Industrial Premises, and the Debtor and all of its officers, employees, and agents are hereby ordered to cooperate with and not to interfere with Movant's actions as set forth and authorized in this Order. It is further

**ORDERED** that the Court defers ruling on any further relief requested in the Motion until any further hearing on the Motion, which shall be reset upon request. It is further

**ORDERED** that this Order is without prejudice to any further or other relief which Tandem Bank may request and any party in interest's right to object to the same. It is further

**ORDERED** that this that this Order shall be effective instanter without the necessity of any fourteen day stay, all as authorized by the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3).

**[END OF DOCUMENT]**

Prepared and presented by:
**JONES & WALDEN LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Tandem Bank
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
lpineyro@joneswalden.com

Reviewed as to form by:
**ROBL LAW GROUP LLC**

*/s/ Michael D. Robl*
Michael D. Robl
Georgia Bar No. 610905
Attorney for Jesse Root
Suite 250
3754 LaVista Road
Tucker, GA 30084
(404) 373-5153
michael@roblgroup.com

Reviewed as to form by:
**MARY IDA TOWNSON**
**UNITED STATES TRUSTEE**
**REGION 21**

*/s/ Thomas W. Dworschak*
Thomas W. Dworschak
Attorney for the United States Trustee
Georgia Bar No. 236380
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4439
Thomas.W.Dworschak@USDOJ.gov

Reviewed as to form by:
**BAKER DONELSON**

*/s/ Kathleen G. Furr*
Kathleen G. Furr
Georgia Bar No. 589008
Attorney for The Official Committee of
Unsecured Creditors of Atlanta Light Bulbs, Inc.
3414 Peachtree Road, NE
Suite 1500, Monarch Plaza
Atlanta, GA 30326
(404) 577-6000
kfurr@bakerdonelson.com

Reviewed as to form by:
**TUCKER ELLIS LLP**

*/s/ Jason M. Torf*
Jason M. Torf (admitted *pro hac vice*)
Illinois Bar No. 6256778
Attorney for The Official Committee of
Unsecured Creditors of Atlanta Light Bulbs, Inc.
Suite 6950
233 S. Wacker Drive
Chicago, IL 60606
(312) 256-9432
Jason.torf@tuckerellis.com

**Distribution List:**

Leslie M. Pineyro, Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, GA 30308

Office of the United States Trustee, Suite 362, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Atlanta Light Bulbs, Inc., Attn: Jessica Mendoza, CEO, 2109 Mountain Industrial Blvd, Tucker, GA 30084