

**IT IS ORDERED as set forth below:**

**Date: June 16, 2022**

_____

**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **ATLANTA LIGHT BULBS, INC.,** | **CASE NO. 22-52950-pmb** |
|     **Debtor.** | |
| **TANDEM BANK,** | |
|     **Movant,** | **CONTESTED MATTER** |
| **v.** | |
| **ATLANTA LIGHT BULBS, INC.** | |
|     **Respondent.** | |

**ORDER PROHIBITING USE OF CASH COLLATERAL**

This matter came before the Court for hearing on June 13, 2022, at 1:20 p.m. (the

"Hearing") on the *Motion Requesting Entry of Order Prohibiting Use of Cash Collateral* (the

"Motion") (Doc. No. 35) filed by Tandem Bank (the "Movant") on June 8, 2022. At the Hearing,

Leon S. Jones and Leslie M. Pineyro appeared on behalf of Movant. Kathleen G. Furr and Jason M. Torf appeared on behalf of The Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc. Michael D. Robl and Max Bowen appeared on behalf of Jesse Root. Thomas Dworschak appeared on behalf of the United States Trustee. Kristen Yadlosky appeared on behalf of Sun Court Partners, LP. No party appeared in opposition to the Motion. Upon review of the same, it is

**ORDERED** that the Motion be, and the same hereby is, **GRANTED**, and it is further

**ORDERED** that Debtor is prohibited from the use of cash collateral. Without limitation, Debtor is prohibited from using any cash which constitutes proceeds of inventory or receivables of Debtor.  It is further

**ORDERED** that this Order is entered without prejudice to a subsequent motion seeking authority to use cash collateral and Tandem Bank's right to oppose any subsequent request.

**[END OF DOCUMENT]**

Prepared and presented by:

**JONES & WALDEN LLC**
*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Tandem Bank
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
lpineyro@joneswalden.com

No opposition by:

**BAKER DONELSON**
*/s/ Kathleen G. Furr*
Kathleen G. Furr
Georgia Bar No. 589008
Attorney for The Official Committee of
Unsecured Creditors of Atlanta Light Bulbs, Inc.
3414 Peachtree Road, NE
Suite 1500, Monarch Plaza
Atlanta, GA 30326
(404) 577-6000
kfurr@bakerdonelson.com

No opposition by:

**ROBL LAW GROUP LLC**
*/s/ Michael D. Robl*
Michael D. Robl
Georgia Bar No. 610905
Attorney for Jesse Root
Suite 250
3754 LaVista Road
Tucker, GA 30084
(404) 373-5153
michael@roblgroup.com

No opposition by:

**TUCKER ELLIS LLP**
*/s/ Jason M. Torf*
Jason M. Torf (admitted *pro hac vice*)
Illinois Bar No. 6256778
Attorney for The Official Committee of
Unsecured Creditors of Atlanta Light Bulbs, Inc.
Suite 6950
233 S. Wacker Drive
Chicago, IL 60606
(312) 256-9432
Jason.torf@tuckerellis.com

No opposition by:

**MARY IDA TOWNSON**
**UNITED STATES TRUSTEE**
**REGION 21**

_/s/ Thomas W. Dworschak_
Thomas W. Dworschak
Attorney for the United States Trustee
Georgia Bar No. 236380
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4439
Thomas.W.Dworschak@USDOJ.gov

**Distribution List:**

Leslie M. Pineyro, Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, GA 30308

Office of the United States Trustee, Suite 362, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Atlanta Light Bulbs, Inc., Attn: Jessica Mendoza, CEO, 2109 Mountain Industrial Blvd, Tucker, GA 30084