UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ATLANTA LIGHT BULBS, INC., | ) | CASE NO. 22-52950-pmb |
| | ) | |
| DEBTOR. | ) | |

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE AND SETTING OF BOND

Pursuant to the Order of this Court directing the United States Trustee to appoint a Chapter 11 Trustee (Dkt. No. 58), the United States Trustee hereby appoints the following person Chapter 11 Trustee:

> S. Gregory Hays, CTP, CIRA
> Managing Principal
> Hays Financial Consulting, LLC
> 2964 Peachtree Road, Suite 555
> Atlanta, GA 30305-2153
> (404) 926-0051

Bond is hereby fixed in the amount of $10,000.

This appointment made this 17th day of June, 2022.

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

*/s/ Thomas W. Dworschak*
Thomas W. Dworschak
Attorney for the United States Trustee
Georgia Bar No. 236380
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4439
Thomas.W.Dworschak@USDOJ.gov