**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ATLANTA LIGHT BULBS, INC., | ) | CASE NO. 22-52950-pmb |
| | ) | |
| DEBTOR. | ) | |

**UNITED STATES TRUSTEE'S APPLICATION FOR ORDER**
**APPROVING APPOINTMENT OF TRUSTEE**

The United States Trustee (the "Applicant") hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving Appointment of Trustee, and in support thereof, states as follows:

1. The Applicant has appointed S. Gregory Hays as Trustee in the above captioned case on June 17, 2022.

2. Counsel for the Applicant has consulted with the following parties in interest regarding the appointment of the Trustee:

    a. Jason M. Torf as Counsel for the Official Committee of Unsecured Creditors;

    b. Aaron Clark as Counsel for Debtor's principal;

    c. Todd H. Surden as Counsel for Sun Court Partners, LP;

    d. Leon Jones as Counsel for Tandem Bank;

    e. Ronald A. Levine as Counsel for Ford Motor Credit Company, LLC;

    f. Todd J Poole as Counsel for Major Supply, Inc.; and

    g. Michael D. Robl as Counsel for Jesse Root.

3. To the best of the Applicant's knowledge, the Trustee's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement filed in support of this Application.

WHEREFORE, Applicant requests that the Court enter an Order Approving Appointment of S. Gregory Hays as Trustee in the above-captioned case.

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

***/s/ Thomas W. Dworschak*_**
Thomas W. Dworschak
Attorney for the United States Trustee
Georgia Bar No. 236380
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4439
Thomas.W.Dworschak@USDOJ.gov

2