**IT IS ORDERED as set forth below:**



**Date: June 17, 2022**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ATLANTA LIGHT BULBS, INC., | ) | CASE NO. 22-52950-pmb |
| | ) | |
| DEBTOR. | ) | |

### ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

The Court having considered the Application of the United States Trustee for entry of an Order approving appointment of S. Gregory Hays as Chapter 11 Trustee in the above-captioned case, filed on June 17, 2022 (Dkt. No. 67) it is hereby

**ORDERED** that the appointment is approved.

**END OF DOCUMENT**

Order prepared and submitted by:

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

*/s/ Thomas W. Dworschak*
Thomas W. Dworschak
Attorney for the United States Trustee

Georgia Bar No. 236380
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4439
Thomas.W.Dworschak@USDOJ.gov

## DISTRIBUTION LIST

ALL PARTIES ON THE MAILING MATRIX.