**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | \| | CASE NO. 22-52950-PMB |
| | \| | |
| **ATLANTA LIGHT BULBS, INC.** | \| | **CHAPTER 11** |
| | \| | |
| Debtor. | \| | **JUDGE BAISIER** |

## CERTIFICATE OF SERVICE

This is to certify that on June 22, 2022, I, S. Gregory Hays, caused to be served copies of the *Order Approving Application of Professionals, Subject to Objection (Hourly Fee)* [Docket No. 81] by first class United States Mail, postage prepaid, on all of those entities set forth on Exhibit "A" at the address stated.

This 22nd day of June, 2022.

                                                                                 */s/ S. Gregory Hays*
                                                                                 S. Gregory Hays
                                                                                 Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

```
Label Matrix for local noticing          American Express Travel Related Services Co.   Atlanta Light Bulbs, Inc.
113E-1                                   c/o Zwicker and Associates, P.C.               2109 Mountain Industrial Blvd
Case 22-52950-pmb                        Attorneys/Agents for Creditor                  Tucker, GA 30084-5013
Northern District of Georgia             P.O. Box 9043
Atlanta                                  Andover, MA 01810-0943
Wed Jun 22 10:14:10 EDT 2022

Bryan Kaplan                             CBC Lighting Inc.                              Candela Corporation
6065 Roswell Road, Suite 540             Kaplan Legal Services, LLC                     5600 Argosy Ave, Suite 300
Atlanta, GA 30328                        6065 Roswell Road, Suite 540                   Huntington Beach, CA 92649-1011
atlanta 30328-4038                       Atlanta, GA 30328
                                         atlanta, GA 30328-4038


Thomas Dworschak                         Energetic Lighting, Inc., a division of Yank   Fanlight Corporation, Inc.
Office of the U. S. Trustee              540 North Golden Circle Drive                  c/o Simpson, Uchitel & Wilson, LLP
Room 362                                 Suite 203                                      P.O. Box 550105
75 Ted Turner Drive, SW                  Santa Ana, CA 92705-3914                       Atlanta, GA 30355-2605
Atlanta, GA 30303-3330


(p)FORD MOTOR CREDIT COMPANY             Kathleen G. Furr                               Halco Lighting Technologies, LLC
P O BOX 62180                            Baker Donelson                                 2940 Pacific Drive
COLORADO SPRINGS CO 80962-2180           3414 Peachtree Road, NE                        Norcross, GA 30071-1808
                                         Suite 1500, Monarch Plaza
                                         Atlanta, GA 30326-1153


Hatch Transformers, Inc., d/b/a Hatch Lighti   S. Gregory Hays                          Hays Financial Consulting LLC
c/o Simpson, Uchitel & Wilson, LLP       Hays Financial Consulting, LLC                 2964 Peachtree Road NW, Suite 555
P.O BOX 550105                           Suite 555                                      Atlanta, GA 30305-4909
Atlanta, GA 30355-2605                   2964 Peachtree Road
                                         Atlanta, GA 30305-4909


Internal Revenue Service                 Brian J. Jackiw                                Ronald A. Levine
P. O. Box 7346                           233 South Wacker                               Levine & Block, LLC
Philadelphia, PA 19101-7346              Suite 6950                                     P.O. Box 422148
                                         Chicago, IL 60606-6395                         Atlanta, GA 30342-9148


Scott B. McMahan                         Norcross Electric Supply Company               Leslie M. Pineyro
Poole Huffman, LLC                       4190 Capital View Drive                        Jones and Walden, LLC
Building J, Suite 200                    Suwanee, GA 30024-3979                         699 Piedmont Avenue NE
3562 Habersham at Northlake                                                             Atlanta, GA 30308-1400
Tucker, GA 30084-4010


Todd J Poole                             Michael D. Robl                                Secretary of the Treasury
3562 Habersham at Northlake              Robl Law Group LLC                             15th & Pennsylvania Avenue, NW
Building J, Ste 200                      Suite 250                                      Washington, DC 20200
Tucker, GA 30084-4010                    3754 LaVista Road
                                         Tucker, GA 30084-5623


Henry F. Sewell Jr.                      Todd H. Surden                                 Jason M Torf
Law Offices of Henry F. Sewell, Jr., LLC Hartman Simons & Wood                          Tucker Ellis LLP
Suite 555                                400 Interstate North Parkway SE                Suite 6950
2964 Peachtree Road, NW                  Suite 600                                      233 S. Wacker Dr.
Atlanta, GA 30305-4909                   Atlanta, GA 30339-5001                         Chicago, IL 60606-9997


Jason M. Torf                            U. S. Securities and Exchange Commission       United States Trustee
Ice Miller LLP                           Office of Reorganization                       362 Richard Russell Federal Building
200 W. Madison Street                    Suite 900                                      75 Ted Turner Drive, SW
Suite 3500                               950 East Paces Ferry Road, NE                  Atlanta, GA 30303-3315
Chicago, IL 60606-3417                   Atlanta, GA 30326-1382
```

```
Worldwide Specialty Lamp, LLC              Kristen A. Yadlosky
c/o Bryan Kaplan, Esq.                     Hartman Simons & Wood
6065 Roswell Road, Suite 540               400 Interstate North Parkway SE
Atlanta, GA 30328                          Suite 600
Atlanta, GA 30328-4038                     Atlanta, GA 30339-5001
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Ford Motor Credit Company, LLC
Drawer 55-953
P.O. Box 55000
Detroit, MI 48255-0953
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ford Motor Credit Company, LLC A Delaware    (u)Major Supply, Inc.         (u)Jesse Root

(u)Sun Court Partners, LP                       (u)Tandem Bank                (u)The Official Committee of Unsecured Credit
```

```
End of Label Matrix
Mailable recipients    31
Bypassed recipients     6
Total                  37
```