# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-52950 |
| | ) | |
| | ) | |
| | ) | |
| ATLANTA LIGHT BULBS, INC. | ) | Chapter 11 |
| | ) | |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

      This is to certify that on June 13, 2022, I electronically filed the foregoing Application for Order Authorizing and Approving Employment of Tucker Ellis, LLP as Counsel for the Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc., with the Clerk of Court using the CM/ECF system, which automatically sent e-mail notifications of such filing to the below listed attorneys of record:

Thomas Dworschak
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303
thomas.w.dworschak@usdoj.gov

Ronald A. Levine
Levine & Block, LLC
P.O. Box 422148
Atlanta, GA 30342
rlevine@levineblock.com

Scott B. McMahan
Poole Huffman, LLC
Building J, Suite 200
3562 Habersham at Northlake
Tucker, GA 30084
ecf@poolehuffman.com

Leslie M. Pineyro
Jones and Walden, LLC

699 Piedmont Avenue NE
Atlanta, GA 30308
lpineyro@joneswalden.com

Todd J Poole
3562 Habersham at Northlake
Building J, Ste 200
Tucker, GA 30084
todd@poolehuffman.com

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084
michael@roblgroup.com

Todd H. Surden
Hartman Simons & Wood
400 Interstate North Parkway SE
Suite 600
Atlanta, GA 30339
todd.surden@hartmansimons.com

Kristen A. Yadlosky
Hartman Simons & Wood
400 Interstate North Parkway SE
Suite 600
Atlanta, GA 30339
kristen.yadlosky@hartmansimons.com

John C. Cannizzaro
Behalf of Creditor
Halco Lighting Technologies LLC, Candela Corporation, & Norcross Electric Supply Company
john.cannizzaro@icemiller.com

Kathleen G. Furr
Behalf of Creditor
Halco Lighting Technologies LLC, Candela Corporation & Norcross Electric Supply Company
kfurr@bakerdonelson.com

Jason Torf
Behalf of Creditor
Halco Lighting Technologies LLC, Candela Corporation & Norcross Electric Supply Company
Jason.Torf@tuckerellis.com

2

and that I also served the below parties via USPS with proper postage affixed:

Atlanta Light Bulbs, Inc.
2109 Mountain Industrial Blvd
Tucker, GA 30084

Candela Corporation
5600 Argosy Ave Suite 300
Huntington Beach, Ca 92649

Norcross Electric Supply Company
Attn: Jim C. Joedecke, Jr.
Anderson Tate & Carr, P.C
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097

Halco Lighting Technologies, LLC
Chris Chickanosky, CEO
2940 Pacific Dr.
Norcross, GA 30071

American Express Travel Related Services
Co., Inc.
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043

Andover, MA 01810-1041
Bryan Kaplan
6065 Roswell Road, Suite 540
Atlanta, GA 30328

CBC Lighting Inc.
Kaplan Legal Services, LLC
6065 Roswell Road, Suite 540
Atlanta, GA 30328

Fanlight Corporation, Inc.
c/o Simpson, Uchitel & Wilson, LLP
P.O. Box 550105
Atlanta, GA 30355-2505

Ford Motor Credit Company, LLC
Drawer 55-953
P.O. Box 55000

3

Detroit, MI 48255-0953

Hatch Transformers, Inc., d/b/a Hatch Lighting
c/o Simpson, Uchitel & Wilson, LLP
P.O BOX 550105
Atlanta, GA 303055-2505

Worldwide Specialty Lamp, LLC
c/o Bryan Kaplan, Esq.
6065 Roswell Road, Suite 540
Atlanta, GA 30328

4

Dated: June 22, 2022

Respectfully submitted,

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ATLANTA LIGHT BULBS, INC.

By: /s/*Jason M. Torf*
Jason M. Torf, Esq.
Brian J. Jackiw, Esq.
Tucker Ellis LLP
233 S. Wacker Drive, Suite 6950
Chicago, Illinois 60606
Phone: 312-256-9432
Jason.torf@tuckerellis.com
Brian.jackiw@tuckerellis.com

*[Proposed]Counsel for the Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc.*