

**IT IS ORDERED as set forth below:**

**Date: June 22, 2022**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge
Signed as Revised by the Court**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ATLANTA LIGHT BULBS, INC., | ) | CASE NO.: 22-52950-PMB |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING APPLICATION FOR ORDER
AUTHORIZING AND APPROVING EMPLOYMENT OF TUCKER ELLIS
LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ATLANTA LIGHT BULBS, INC., SUBJECT TO OBJECTION**

The Official Committee of Unsecured Creditors ("Committee") filed on June 13, 2022 [Docket No. 49] an *Application for Order Authorizing and Approving Employment of Tucker Ellis LLP as Counsel for the Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc., Nunc Pro Tunc to June 10, 2022* (the "Applicant") as counsel for the Committee in this case (the "Application"). No hearing is necessary on the Application absent the filing of an objection to it. Pursuant to a certificate of service filed with or attached to the Application, the

Application has been served on the United States Trustee as required by Federal Rule of Bankruptcy Procedure 2014, and all parties in interest in this case, and any party that has filed a notice of appearance or request for notices in this case as of the date of the filing of the Application. No further service of the Application is necessary.

The Application and accompanying affidavit of Jason M. Torf demonstrate preliminarily that the Applicant are attorneys qualified to practice in this Court and are disinterested. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014, the Application is **GRANTED,** and the Committee is authorized to employ the Applicant as its counsel for the Committee during the Debtor's Chapter 11 case, subject to objection as provided for herein; and it is further

ORDERED that compensation may be paid and expenses reimbursed to the Applicant only pursuant to an application filed and approved by this Court pursuant to 11 U.S.C. §§ 330, 331, Federal Rule of Bankruptcy Procedure 2016, the Local Rules, applicable orders of this Court, and the guidelines, practices and customs of the United States Trustee, unless the Court orders otherwise; and it is further

ORDERED that any party in interest shall have twenty-one (21) days from the service of this Order to file an objection to the Application and/or the relief provided in this Order; and it is further

ORDERED that if an objection is timely filed counsel for the Committee will set the Application and all such objections for hearing pursuant to the Court's Open Calendar Procedures; and it is further

ORDERED that if no objection to this Order is timely filed, this Order shall be a final Order approving the Application; and it is further

ORDERED that counsel for the Committee shall, within three (3) days of the entry of this Order, cause a copy of this Order to be served by first class mail, postage prepaid, on all parties served with the Application, and shall file promptly thereafter a certificate of service confirming such service.

### END OF ORDER ###

Prepared and presented by:

JASON M. TORF, ESQ
BRIAN J. JACKIW, ESQ

*/s/ Jason M. Torf*
Tucker Ellis LLP
233 S. Wacker Dr., Suite 6950
Chicago, Illinois 60606
P: 312-256-9432
Jason.Torf@Tuckerellis.com
Brian.jackiw@tuckerellis.com

*[Proposed] Counsel for the Official Committee
of Unsecured Creditors of Atlanta Light Bulbs, Inc.*

4