**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Atlanta Light Bulbs, Inc., | ) | Case No.: 22-52950-pmb |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that on June 22, 2022 I served a true and correct copy of the *Order Approving Application for Order Authorizing and Approving Employment of Tucker Ellis LLP as Counsel for the Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc, Subject to Objection* filed on June 22, 2022 (Docket No. 85) via First-Class United States Mail, postage prepaid, to the following:

Thomas Dworschak
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

Ronald A. Levine
Levine & Block, LLC
P.O. Box 422148
Atlanta, GA 30342

Scott B. McMahan
Poole Huffman, LLC
Building J, Suite 200
3562 Habersham at Northlake
Tucker, GA 30084

Leslie M. Pineyro
Jones and Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308

Todd J Poole
3562 Habersham at Northlake
Building J, Ste 200
Tucker, GA 30084

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Todd H. Surden
Hartman Simons & Wood
400 Interstate North Parkway SE
Suite 600
Atlanta, GA 30339

Kristen A. Yadlosky
Hartman Simons & Wood
400 Interstate North Parkway SE
Suite 600
Atlanta, GA 30339

Atlanta Light Bulbs, Inc.
2109 Mountain Industrial Blvd
Tucker, GA 30084

American Express Travel Related Services Co., Inc.
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-1041

Bryan Kaplan
6065 Roswell Road, Suite 540
Atlanta, GA 30328

CBC Lighting Inc.
Kaplan Legal Services, LLC
6065 Roswell Road, Suite 540
Atlanta, GA 30328

Fanlight Corporation, Inc.
c/o Simpson, Uchitel & Wilson, LLP
P.O. Box 550105
Atlanta, GA 30355-2505

Ford Motor Credit Company, LLC
Drawer 55-953
P.O. Box 55000
Detroit, MI 48255-0953

Hatch Transformers, Inc., d/b/a Hatch Lighting
c/o Simpson, Uchitel & Wilson, LLP
P.O BOX 550105
Atlanta, GA 303055-2505

Worldwide Specialty Lamp, LLC
c/o Bryan Kaplan, Esq.
6065 Roswell Road, Suite 540
Atlanta, GA 30328

Halco Lighting Technologies, LLC
2940 Pacific Drive
Norcross, GA 30071

Candela Corporation
5600 Argosay Ave, Suite 300
Huntington Beach, CA 92649

Norcross Electric Supply Company
4190 Capital View Drive
Suwanee, GA 30024

Energetic Lighting, Inc., a division of Yankon Ind
540 North Golden Circle Drive
Suite 203
Santa Ana, CA 92705

S. Gregory Hays, CTP, CIRA
Chapter 11 Trustee
Managing Principal
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305-2153

Henry F. Sewell, Jr., Esq.
Law Offices of Henry F. Sewell, Jr., LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Respectfully submitted this 22nd day of June 2022.

          */s/ Jason M. Torf*
          Jason M. Torf, Esq.
          Brian J. Jackiw, Esq.
          TUCKER ELLIS LLP
          233 S. Wacker Drive, Suite 6950
          Chicago, Illinois 60606
          Phone: 312-256-9432
          Jason.torf@tuckerellis.com
          Brian.jackiw@tuckerellis.com

*Counsel for the Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc.*