UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ATLANTA LIGHT BULBS. INC, | : | CASE NO. 22-52950-PMB |
| | : | |
| Debtor. | : | JUDGE BAISIER |

## NOTICE OF LACK OF INSURANCE OR INADEQUATE INSURANCE COVERAGE

**NOTICE IS HEREBY GIVEN** by S. Gregory Hays, the Chapter 11 Trustee (the "**Trustee**") of the bankruptcy estate (the "**Estate**") of the above-named Debtor (the "**Debtor**"), that the following property in which the Debtor has a full or partial interest (the "**Property**") may not be insured, may not be sufficiently insured, may not be covered by enforceable hazard or liability insurance for the benefit of the Debtor, the secured creditors, or the Estate, or the current insurance may lapse in the near future:

  2020 Ford T250 (VIN last six # B23773)
  2021 Ford F150 (VIN last six # B50953)
  2021 Ford F250 (VIN last six # D85279)
  2021 Ford F150 (VIN last six # D64134)
  2021 Ford F150 (VIN last six # B90817)
  2019 Ford E350 (VIN last six # C60873)
  2019 Ford E350 (VIN last six # C60881)
  All other assets of the Debtor unknown to the Trustee at this time

The Trustee and the Estate lacks sufficient funds to pay insurance premiums. Any secured party or party in interest that has an interest in the

Property should be on notice to purchase and obtain appropriate insurance to protect their interest in the Property.

Submitted this 23rd day of June, 2022.

                                                                                               */s/ S. Gregory Hays*
                                                                                               S. Gregory Hays
                                                                                               Chapter 11 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060