**IT IS ORDERED as set forth below:**



**Date: June 28, 2022**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ATLANTA LIGHT BULBS, INC. | ) | CASE NO. 22-52950-PMB |
| | ) | |
|     Debtor. | ) | |
| ------------------------- | ) | ------------------------------ |
| | ) | |
| FORD MOTOR CREDIT COMPANY, LLC A DELAWARE LIMITED LIABILITY COMPANY, | ) ) ) | CONTESTED MATTER |
| | ) | |
|     Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ATLANTA LIGHT BULBS, INC., and S. GREGORY HAYS, as Trustee, | ) ) ) | |
| | ) | |
|     Respondents. | ) | |
| | ) | |

## ORDER

FORD MOTOR CREDIT COMPANY, LLC A DELAWARE LIMITED LIABILITY COMPANY (hereinafter referred to as 'FMCC') filed a *Motion to*

*Terminate Stay and to Authorize Movant to Take Possession of Collateral* on 05/16/2022 (docket entry #20) which came on regularly for hearing on **06/27/2022** upon lawful notice given to all required parties-in-interest.  It appears to the Court that no opposition to the Motion was heard by Debtor or Trustee and that the parties were properly served, and that the same is proper, it is hereby

ORDERED that the stay afforded by 11 U.S.C. Section 362 is modified so that FMCC may take such action with respect to that certain 2020 Ford T250, Vehicle Identification No. 1FTBR1C81LKB23773, 2021 Ford F150, VIN 1FTFW1ED8MFB50953, 2021 Ford F250 VIN 1FT7W2BT6MED85279, 2021 Ford F150 VIN 1FTFW1E51MKD64134, 2021 Ford F150 VIN 1FTFW1E89MFB90817, 2019 Ford E350 VIN 1FDWE3F68KDC60873, 2019 Ford E350 VIN 1FDWE3F67KDC60881,  as is authorized by contract and State law.  FMCC shall remit to the Trustee such proceeds as exceed the lawful debt due, if any, following disposition of such vehicles.

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

**END OF DOCUMENT**

[Signatures on Next Page]

RE: FMCC v. Atlanta Light Bulbs, Inc.
    Chapter 11 Bankruptcy Case No. 22-52950-PMB

[SIGNATURE PAGE]

PRESENTED BY:

LEVINE & BLOCK, LLC

BY: /s/ Ronald A. Levine
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
P.O. Box 422148
Atlanta, GA 30342
(404) 231-4567

**DISTRIBUTION LIST**

Atlanta Light Bulbs, Inc.
2109 Mountain Industrial Blvd
Tucker, Georgia 30084

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Kathleen G. Furr
Baker Donelson
3414 Peachtree Road, NE
Suite 1500, Monarch Plaza
Atlanta, GA 30326

Jason M Torf
Tucker Ellis LLP
Suite 6950
233 S. Wacker Dr.
Chicago, IL 60606-9997

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 3030

Ronald A. Levine, Esq.
Levine & Block, LLC.
P.O. Box 422148
Atlanta, GA 30342