# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| ATLANTA LIGHT BULBS, INC. | : | CHAPTER 11 |
| | : | |
| Debtor. | : | JUDGE BAISIER |

### SUPPLEMENTAL DECLARATION OF HENRY F. SEWELL, JR. IN SUPPORT OF THE APPLICATION FOR APPROVAL OF EMPLOYMENT OF THE LAW OFFICES OF HENRY F. SEWELL, JR., LLC, AS COUNSEL FOR CHAPTER 11 TRUSTEE

**COMES NOW,** Henry F. Sewell, Jr., who, as a Supplement the Declaration of Henry F. Sewell, Jr. in support of the *Application for Approval of Employment of the Law Offices of Henry F. Sewell, Jr., LLC, as Counsel for Chapter 11 Trustee* filed June 24, 2022 at Docket No. 93, deposes and states as follows:

1.  No members, associates or other professional employees of the Firm have any connections with the United States Trustee or anyone employed in the Office of the United States Trustee.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

This 29th day of June, 2022.

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| ATLANTA LIGHT BULBS, INC. | : | CHAPTER 11 |
| | : | |
| **Debtor.** | : | JUDGE BAISIER |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Supplemental Declaration Of Henry F. Sewell, Jr in Support of the Application for Approval of Employment of the Law Offices of Henry F. Sewell, Jr., LLC, as Counsel for Chapter 11 Trustee* was served on June 29, 2022 via the Court's ECF system to all parties registered with the system who have filed appearances and requested notices.

Dated: June 29, 2022.

Respectfully submitted,

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

PROPOSED COUNSEL FOR THE TRUSTEE