

**IT IS ORDERED as set forth below:**

**Date: June 30, 2022**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | | CASE NO. 22-52950-PMB |
|---|---|---|
| ATLANTA LIGHT BULBS, INC., | | CHAPTER 11 |
| Debtor. | | JUDGE BAISIER |

**ORDER APPROVING APPLICATION
OF PROFESSIONAL, SUBJECT TO OBJECTION**

S. Gregory Hays, Chapter 11 Trustee for the bankruptcy estate of the above-captioned debtor (the "Trustee") filed on June 24, 2022 (Docket No. 93) an *Application to Employ* the Law Offices of Henry F. Sewell, Jr., LLC (the "Applicant") as counsel for the Trustee in this case (the "Application"). No hearing is necessary on the Application absent the filing of an objection to it. Pursuant to a certificate of service filed with or attached to the Application and a supplement thereto, the Application has been served on the United States Trustee as required by Federal Rule of Bankruptcy Procedure 2014, and on lenders with an interest in all or substantially all of the

Debtor's assets, any party that has filed a notice of appearance or request for notices in this case as of the date of the filing of the Application, and the twenty (20) largest unsecured creditors in this case to the extent that they are known in this Case. No further service of the Application is necessary.

The Application and accompanying affidavit of Henry F. Sewell, Jr. demonstrate preliminarily that the Applicant is qualified to practice in this Court and disinterested. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014, the Application is **GRANTED,** and the Trustee is authorized to employ the Applicant as its counsel during the Debtor's Chapter 11 case, subject to objection as provided for herein; and it is further

ORDERED that compensation may be paid and expenses reimbursed to the Applicant only pursuant to an application filed and approved by this Court pursuant to 11 U.S.C. §§ 330, 331 and Federal Rule of Bankruptcy Procedure 2016, unless the Court orders otherwise; and it is further

ORDERED that any party in interest shall have twenty-one (21) days from the service of this Order to file an objection to the Application and/or the relief provided in this Order; and it is further

ORDERED that if an objection is timely filed counsel for the Trustee will set the Application and all such objections for hearing pursuant to the Court's Open Calendar Procedures; and it is further

ORDERED that if no objection to this Order is timely filed, this Order shall be a final Order approving the Application; and it is further

ORDERED that counsel for the Trustee shall, within three (3) days of the entry of this Order,

cause a copy of this Order to be served by first class mail, postage prepaid,[1] on all parties served with the Application, and shall file promptly thereafter a certificate of service confirming such service.

**[END OF DOCUMENT]**

Prepared and presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

**/s/ Henry F. Sewell, Jr.**
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

PROPOSED COUNSELFOR THE TRUSTEE

---

[1] First class mail service is not required if the recipient is a registered ECF user who has agreed to waive all other service in favor of ECF service pursuant to Bankruptcy Local Rule 5005-8, in which case ECF notification shall serve as the required service. The party certifying service should certify ECF service on such recipients.