**IT IS ORDERED as set forth below:**



**Date: July 1, 2022**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 22-52950-PMB** |
| | : | |
| **ATLANTA LIGHT BULBS, INC.** | : | **CHAPTER 11** |
| | : | |
| **Debtor.** | : | **JUDGE BAISIER** |

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR EMERGENCY HEARING  AND NOTICE OF HEARING ON CHAPTER 11 TRUSTEE'S MOTION FOR AN ORDER CONVERTING THE CHAPTER 11 CASE OF THE DEBTOR TO A CASE UNDER CHAPTER 7**

On July 1, 2022, the Chapter 11 Trustee filed his *Emergency Motion for an Order Converting the Chapter 11 Case of the Debtor to a Case under Chapter 7 and Request for Expedited Hearing* (Docket No. 101).  After review of the Motion, it is hereby

1

**ORDERED** that the Emergency Motion is **GRANTED**, and a **<u>virtual hearing</u>** will be held regarding the Motion on the **6th day of July, commencing at 10:30 A.M.** via Judge Baisier's Virtual Hearing Room.[1]  It is further

**ORDERED** that Trustee's counsel shall serve a copy of this Order and Notice of Hearing by the method or methods (phone call, electronic mail, fax, courier, etc.) that will provide expeditious notice and service to the Debtor, the Debtor's principals, counsel for the Debtor's principals, the Official Committee of Unsecured Creditors appointed in this case, any creditors asserting secured claims or liens against the assets of the Debtor, the United States Trustee and any parties that have filed a notice of appearance in this case.  Trustee's counsel shall serve a copy of this Order and Notice of Hearing by mail on all other creditors listed on the mailing matrix in this case.  Trustee's counsel is further directed to file a certificate of service setting forth the manner and method of all such service prior to the hearing.

Your rights may be affected by the Court's ruling on the Motion. You should read the Motion carefully and discuss the Motion with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  A copy of the Motion may be obtained from counsel for the Trustee who is listed below.

If you do not want the Court to grant the relief sought in the pleading or if you want the Court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the Motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that

---

[1] The link for the Virtual Hearing Room can be found on Judge Baisier's webpage at
https://www.ganb.uscourts.gov/content/honorable-paul-m-baisier and is best used on a desktop or laptop computer but may be used on a phone or tablet.  Participants' devices must have a camera and audio.

2

it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303.

**END OF TEXT**

Prepared and presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ **Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555, 2964 Peachtree Road NW
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
Proposed Counsel for the Trustee

3