

**IT IS ORDERED as set forth below:**

**Date: June 30, 2022**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | \| | CASE NO. 22-52950-PMB |
| | \| | |
| ATLANTA LIGHT BULBS, INC., | \| | CHAPTER 11 |
| | \| | |
| Debtor. | \| | JUDGE BAISIER |

## ORDER APPROVING APPLICATION
## OF PROFESSIONAL, SUBJECT TO OBJECTION

S. Gregory Hays, Chapter 11 Trustee for the bankruptcy estate of the above-captioned debtor (the "Trustee") filed on June 24, 2022 (Docket No. 93) an *Application to Employ* the Law Offices of Henry F. Sewell, Jr., LLC (the "Applicant") as counsel for the Trustee in this case (the "Application"). No hearing is necessary on the Application absent the filing of an objection to it. Pursuant to a certificate of service filed with or attached to the Application and a supplement thereto, the Application has been served on the United States Trustee as required by Federal Rule of Bankruptcy Procedure 2014, and on lenders with an interest in all or substantially all of the

Debtor's assets, any party that has filed a notice of appearance or request for notices in this case as of the date of the filing of the Application, and the twenty (20) largest unsecured creditors in this case to the extent that they are known in this Case. No further service of the Application is necessary.

The Application and accompanying affidavit of Henry F. Sewell, Jr. demonstrate preliminarily that the Applicant is qualified to practice in this Court and disinterested. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014, the Application is **GRANTED,** and the Trustee is authorized to employ the Applicant as its counsel during the Debtor's Chapter 11 case, subject to objection as provided for herein; and it is further

ORDERED that compensation may be paid and expenses reimbursed to the Applicant only pursuant to an application filed and approved by this Court pursuant to 11 U.S.C. §§ 330, 331 and Federal Rule of Bankruptcy Procedure 2016, unless the Court orders otherwise; and it is further

ORDERED that any party in interest shall have twenty-one (21) days from the service of this Order to file an objection to the Application and/or the relief provided in this Order; and it is further

ORDERED that if an objection is timely filed counsel for the Trustee will set the Application and all such objections for hearing pursuant to the Court's Open Calendar Procedures; and it is further

ORDERED that if no objection to this Order is timely filed, this Order shall be a final Order approving the Application; and it is further

ORDERED that counsel for the Trustee shall, within three (3) days of the entry of this Order,

cause a copy of this Order to be served by first class mail, postage prepaid,[1] on all parties served with the Application, and shall file promptly thereafter a certificate of service confirming such service.

**[END OF DOCUMENT]**

Prepared and presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

***/s/ Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

PROPOSED COUNSELFOR THE TRUSTEE

---

[1] First class mail service is not required if the recipient is a registered ECF user who has agreed to waive all other service in favor of ECF service pursuant to Bankruptcy Local Rule 5005-8, in which case ECF notification shall serve as the required service. The party certifying service should certify ECF service on such recipients.

United States Bankruptcy Court

Northern District of Georgia

| In re: | Case No. 22-52950-pmb |
|---|---|
| Atlanta Light Bulbs, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 30, 2022 | Form ID: pdf408 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Atlanta Light Bulbs, Inc., 2109 Mountain Industrial Blvd, Tucker, GA 30084-5013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2022                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Henry F. Sewell, Jr. | on behalf of Trustee S. Gregory Hays hsewell@sewellfirm.com hsewell123@yahoo.com |
| Jason M Torf | on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Atlanta Light Bulbs Inc. jason.torf@tuckerellis.com |
| Jason M Torf | on behalf of Creditor Norcross Electric Supply Company jason.torf@tuckerellis.com |
| Jason M Torf | on behalf of Creditor Candela Corporation jason.torf@tuckerellis.com |
| Jason M Torf | on behalf of Creditor Halco Lighting Technologies LLC jason.torf@tuckerellis.com |
| Jason M. Torf | on behalf of Creditor Halco Lighting Technologies LLC Jason.Torf@icemiller.com |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 30, 2022 | Form ID: pdf408 | Total Noticed: 1 |

Jason M. Torf
    on behalf of Creditor Candela Corporation Jason.Torf@icemiller.com

Jason M. Torf
    on behalf of Creditor Norcross Electric Supply Company Jason.Torf@icemiller.com

Kathleen G. Furr
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Atlanta Light Bulbs  Inc. kfurr@bakerdonelson.com, lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr
    on behalf of Creditor Candela Corporation kfurr@bakerdonelson.com lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr
    on behalf of Creditor Halco Lighting Technologies  LLC kfurr@bakerdonelson.com, lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr
    on behalf of Creditor Norcross Electric Supply Company kfurr@bakerdonelson.com lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kristen A. Yadlosky
    on behalf of Creditor Sun Court Partners  LP kristen.yadlosky@hartmansimons.com, deloris.person@hartmansimons.com

Leslie M. Pineyro
    on behalf of Creditor Tandem Bank lpineyro@joneswalden.com jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com

Michael D. Robl
    on behalf of Creditor Jesse Root michael@roblgroup.com  max@roblgroup.com,lelena@roblgroup.com

Ronald A. Levine
    on behalf of Creditor Ford Motor Credit Company  LLC A Delaware Limited Liability Company rlevine@levineblock.com, rlevine682@gmail.com

S. Gregory Hays
    ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

Scott B. McMahan
    on behalf of Creditor Major Supply  Inc. ecf@poolehuffman.com, scott@poolehuffman.com

Thomas Dworschak
    on behalf of U.S. Trustee United States Trustee thomas.w.dworschak@usdoj.gov  ltctommyd@aol.com

Todd H. Surden
    on behalf of Creditor Sun Court Partners  LP todd.surden@hartmansimons.com, deloris.person@hartmansimons.com

Todd J Poole
    on behalf of Creditor Major Supply  Inc. todd@poolehuffman.com

TOTAL: 21