# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NOTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| ) | |
| **ATLANTA LIGHT BULBS, INC.,** ) | Case No. 22-52950-pmb |
| ) | |
| **Debtor.** ) | Judge Baisier |

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE
### OF PAPERS AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for BREIT Stone Mountain Owner, LLC. ("**BREIT**"), creditor and/or party in interest, and under, *inter alia*, Bankruptcy Rules 2002, 9007 and 9010(b), request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

| | |
|---|---|
| J. Robert Williamson | Matthew W. Levin |
| Scroggins & Williamson, P.C. | Scroggins & Williamson, P.C. |
| 4401 Northside Parkway | 4401 Northside Parkway |
| Suite 450 | Suite 450 |
| Atlanta, Georgia 30327 | Atlanta, Georgia 30327 |
| (404) 893-3880 (phone) | (404) 893-3880 (phone) |
| (404) 893-3886 (fax) | (404) 893-3886 (fax) |
| Email: rwilliamson@swlawfirm.com | Email: mlevin@swlawfirm.com |

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, including BREIT, with respect to, *inter alia*, the following: (a) the Debtor; or (b) property of the estate or proceeds thereof in which the Debtor may claim an interest; or (c) property or proceeds thereof in

the possession, custody or control of others that the Debtor may seek to use or claim; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by BREIT.

PLEASE TAKE FURTHER NOTICE that BREIT intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (1) the rights of BREIT to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) the rights of BREIT to have a district court judge hear and determine core matters that are beyond the adjudicatory authority of the bankruptcy court; (3) the rights of BREIT to trial by jury in any proceeding so triable in this case; (4) the rights of BREIT to have the applicable district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs or recoupments to which BREIT is or may be entitled, under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments BREIT expressly reserves.

This 6th day of July, 2022.

Respectfully submitted,

SCROGGINS & WILLIAMSON, P.C.

4401 Northside Parkway
Suite 450
Atlanta, GA 30327
T: (404) 893-3880
F: (404) 893-3886
E: rwilliamson@swlawfirm.com
   mlevin@swlawfirm.com

  /s/ J. Robert Williamson
J. ROBERT WILLIAMSON
Georgia Bar No. 765214

/s/ Matthew W. Levin
MATTHEW W. LEVIN
Georgia Bar No. 448270

*Counsel for BREIT Stone Mountain Owner, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I am counsel for BREIT Stone Mountain Owner, LLC, and that I have this date served the within and foregoing **Notice of Appearance, Request for Service of Papers and Reservation of Rights** by causing same to be deposited in the United States Mail with adequate postage affixed thereon and addressed to the following persons:

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr. LLC
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

This 6th day of July 2022.

                                                    Respectfully submitted,

                                                    SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 4401 Northside Parkway |   /s/ J. Robert Williamson |
| Suite 450 | J. ROBERT WILLIAMSON |
| Atlanta, GA 30327 | Georgia Bar No. 765214 |
| T: (404) 893-3880 | MATTHEW W. LEVIN |
| F: (404) 893-3886 | Georgia Bar No. 448270 |
| E: rwilliamson@swlawfirm.com | |
|    mlevin@swlawfirm.com | *Counsel for BREIT Stone Mountain Owner, LLC* |