**IT IS ORDERED as set forth below:**



Date: July 7, 2022

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| ATLANTA LIGHT BULBS, INC. | : | CHAPTER 11 |
| | : | |
| Debtor. | : | JUDGE BAISIER |

**ORDER GRANTING THE EMERGENCY MOTION BY CHAPTER 11 TRUSTEE FOR AN ORDER CONVERTING THE CHAPTER 11 CASE OF THE DEBTOR TO A CASE <u>UNDER CHAPTER 7</u>**

This matter came before the Court on the *Emergency Motion by Chapter 11 Trustee for an Order Converting the Chapter 11 Case of the Debtor to a Case under Chapter 7 and Request for Expedited Hearing* (the "**Emergency Motion**") (Docket No. 101)[1] filed by S. Gregory Hays,

---

[1] Capitalized, but undefined, terms herein shall have the meaning ascribed to such terms in the Application.

Chapter 11 Trustee (the "**Trustee**") for the bankruptcy estate of Atlanta Light Bulbs, Inc., Debtor (the "**Debtor**") in the above captioned case (the "**Case**"), seeking the entry of an order converting this Case to a case under Chapter 7 of the Bankruptcy Code.  On July 1, 2022, this Court entered its *Order Granting Chapter 11 Trustee's Motion For Emergency Hearing And Notice Of Hearing On Chapter 11 Trustee's Motion For An Order Converting The Chapter 11 Case Of The Debtor To A Case Under Chapter 7* (Docket No. 102) wherein the Court scheduled a hearing on the Emergency Motion for July 6, 2022 (the "**Hearing**").

Several parties appeared through counsel and were heard at the Hearing.  Counsel for Tandem Bank appeared and stated that Tandem Bank supported the Motion..  Counsel for Jesse Root and BREIT Stone Mountain Owner, LLC appeared and advised the Court that their respective clients did not oppose the Motion.  The United States Trustee appeared and advised the Court that it did not oppose the Motion.

The Official Committee of Unsecured Creditors (the "Committee") appeared through counsel and objected to the relief sought in the Motion.

In addition to argument of counsel, the Court also heard sworn testimony from the Trustee.

This Court having reviewed and considered the Motion, the objections asserted by the Committee, the evidence presented and argument of counsel at the Hearing, and, for the reasons stated by the Court on the record at the Hearing, which are incorporated herein, finds that cause exists for the conversion of this Chapter 11 Case to a case under Chapter 7 of the Bankruptcy Code, and it is accordingly

ORDERED that the relief sought in the Emergency Motion is GRANTED; and it is

FURTHER ORDERED, that the Committee's Objections are OVERRULED; and it is

FURTHER ORDERED, that this Case is hereby converted to a Case under Chapter 7 of the Bankruptcy Code effective as of date on which this Order is entered on the docket by this Court; and it is

FINALLY ORDERED, that the United States Trustee is directed to appoint an interim Chapter 7 Trustee

***END OF DOCUMENT***

Prepared and Presented by:

    LAW OFFICES OF HENRY F. SEWELL JR., LLC

    */s/ Henry F. Sewell, Jr.*
    Henry F. Sewell, Jr.
    Georgia Bar No. 636265
    2964 Peachtree Road NW, Suite 555
    Atlanta, GA 30305
    (404) 926-0053
    hsewell@sewellfirm.com
    COUNSEL FOR THE CHAPTER 11 TRUSTEE

DISTRIBUTION LIST

S. Gregory Hays, Trustee, Suite 555, 2964 Peachtree Road NW, Atlanta, Georgia 30305

Leslie M. Pineyro, Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, Georgia 30308

Office of the United States Trustee, Suite 362, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303

Atlanta Light Bulbs, Inc., Attn: Jessica Mendoza, CEO, 2109 Mountain Industrial Blvd, Tucker, Georgia 30084

Henry F. Sewell, Jr., Suite 555, 2964 Peachtree Road NW, Atlanta, Georgia 30305

Jason M. Torf, Tucker Ellis LLP, 233 S. Wacker Drive, Suite 6950, Chicago, Illinois 60606

Maxwell W. Bowen, Robl Law Group, 3754 Lavista Road, Suite 250, Tucker, Georgia 30084

All parties on the mailing matrix in this case