UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ATLANTA LIGHT BULBS, INC., | ) | CASE NO. 22-52950-PMB |
| | ) | |
| DEBTOR. | ) | |

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND SECTION 341(a) MEETING OF CREDITORS**

Pursuant to 11 U.S.C. § 701, the United States Trustee appoints **Kathleen Steil** as interim trustee in this case and designates him to preside over the meeting of creditors. Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the interim trustee appointed herein shall serve as trustee without further appointment or qualification. The trustee shall serve under the blanket bond heretofore approved. The name and address of the interim trustee and the date, time, and location of the section 341(a) meeting of creditors are as follows:

| | |
|---|---|
| **S. Gregory Hays**<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30302 -2153<br>Phone: (404) 926-0051 | **August 16, 2022, at 10:00 a.m.**<br><br>The meeting will be held by telephone conference call.<br>To attend, dial: **866-909-7148**.<br>When prompted, enter participant code: **4958999#.** |

Notice given by:

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
GA Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4437
jeneane.treace@usdoj.gov