UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ATLANTA LIGHT BULBS, INC., | ) | CASE NO. 22-52950-PMB |
| | ) | |
| DEBTOR. | ) | |

**CORRECTED NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND SECTION 341(a) MEETING OF CREDITORS**

Pursuant to 11 U.S.C. § 701, the United States Trustee appoints **S. Gregory Hays** as interim trustee in this case and designates him to preside over the meeting of creditors. Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the interim trustee appointed herein shall serve as trustee without further appointment or qualification. The trustee shall serve under the blanket bond heretofore approved. The name and address of the interim trustee and the date, time, and location of the section 341(a) meeting of creditors are as follows:

| | |
|---|---|
| **S. Gregory Hays**<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30302-2153<br>Phone: (404) 926-0051 | **August 16, 2022, at 10:00 a.m.**<br><br>The meeting will be held by telephone conference call.<br>To attend, dial: **866-909-7148**.<br>When prompted, enter participant code: **4958999#.** |

Notice given by:            MARY IDA TOWNSON
                           UNITED STATES TRUSTEE
                           REGION 21

                           *s/ Jeneane Treace*
                           R. Jeneane Treace
                           GA Bar No. 716620
                           United States Department of Justice
                           Office of the United States Trustee
                           362 Richard B. Russell Building
                           75 Ted Turner Drive, S.W.
                           Atlanta, Georgia 30303
                           (404) 331-4437
                           jeneane.treace@usdoj.gov

United States Bankruptcy Court

Northern District of Georgia

In re:  
Atlanta Light Bulbs, Inc.  
    Debtor

Case No. 22-52950-pmb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 3  
Date Rcvd: Jul 07, 2022      Form ID: pdf555      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Atlanta Light Bulbs, Inc., 2109 Mountain Industrial Blvd, Tucker, GA 30084-5013 |
| aty | + | Brian J. Jackiw, 233 South Wacker, Suite 6950, Chicago, IL 60606-6395 |
| cr | + | Candela Corporation, 5600 Argosy Ave, Suite 300, Huntington Beach, CA 92649-1011 |
| cr | + | Halco Lighting Technologies, LLC, 2940 Pacific Drive, Norcross, GA 30071-1808 |
| acc | + | Hays Financial Consulting LLC, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305-4909 |
| cr | + | Norcross Electric Supply Company, 4190 Capital View Drive, Suwanee, GA 30024-3979 |
| cr | + | Oracle America, Inc., Buchalter, a Professional Corporation, c/o Shawn M. Christianson, Esq., 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 23847841 | + | Bryan Kaplan, 6065 Roswell Road, Suite 540, Atlanta, GA 30328, atlanta 30328-4038 |
| 23847834 | + | CBC Lighting Inc., Kaplan Legal Services, LLC, 6065 Roswell Road, Suite 540, Atlanta, GA 30328, atlanta, GA 30328-4038 |
| 23875095 | + | Energetic Lighting, Inc., a division of Yankon Ind, 540 North Golden Circle Drive, Suite 203, Santa Ana, CA 92705-3914 |
| 23856044 | + | Fanlight Corporation, Inc., c/o Simpson, Uchitel & Wilson, LLP, P.O. Box 550105, Atlanta, GA 30355-2605 |
| 23856041 | + | Hatch Transformers, Inc., d/b/a Hatch Lighting, c/o Simpson, Uchitel & Wilson, LLP, P.O BOX 550105, Atlanta, GA 30355-2605 |
| 23894766 | + | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 23847842 | + | Worldwide Specialty Lamp, LLC, c/o Bryan Kaplan, Esq., 6065 Roswell Road, Suite 540, Atlanta, GA 30328, Atlanta, GA 30328-4038 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Jul 07 2022 20:04:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 23851029 | + | Email/Text: bkfilings@zwickerpc.com | Jul 07 2022 20:05:00 | American Express Travel Related Services Co., Inc., c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 23841975 | | Email/Text: EBNBKNOT@ford.com | Jul 07 2022 20:05:00 | Ford Motor Credit Company, LLC, Drawer 55-953, P.O. Box 55000, Detroit, MI 48255-0953 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 113E-9 User: bncadmin Page 2 of 3
Date Rcvd: Jul 07, 2022 Form ID: pdf555 Total Noticed: 17

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2022                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Henry F. Sewell, Jr.
on behalf of Trustee S. Gregory Hays hsewell@sewellfirm.com  hsewell123@yahoo.com

J. Robert Williamson
on behalf of Creditor BREIT Stone Mountain Owner  LLC rwilliamson@swlawfirm.com, centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazzani@swlawfirm.com;mlevin@swlawfirm.com

Jason M Torf
on behalf of Creditor Candela Corporation jason.torf@tuckerellis.com

Jason M Torf
on behalf of Creditor Halco Lighting Technologies  LLC jason.torf@tuckerellis.com

Jason M Torf
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Atlanta Light Bulbs  Inc. jason.torf@tuckerellis.com

Jason M Torf
on behalf of Creditor Norcross Electric Supply Company jason.torf@tuckerellis.com

Jason M. Torf
on behalf of Creditor Norcross Electric Supply Company Jason.Torf@icemiller.com

Jason M. Torf
on behalf of Creditor Halco Lighting Technologies  LLC Jason.Torf@icemiller.com

Jason M. Torf
on behalf of Creditor Candela Corporation Jason.Torf@icemiller.com

Kathleen G. Furr
on behalf of Creditor Halco Lighting Technologies  LLC kfurr@bakerdonelson.com, lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr
on behalf of Creditor Norcross Electric Supply Company kfurr@bakerdonelson.com lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Atlanta Light Bulbs  Inc. kfurr@bakerdonelson.com, lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr
on behalf of Creditor Candela Corporation kfurr@bakerdonelson.com lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kristen A. Yadlosky
on behalf of Creditor Sun Court Partners  LP kristen.yadlosky@hartmansimons.com, deloris.person@hartmansimons.com

Leslie M. Pineyro
on behalf of Creditor Tandem Bank lpineyro@joneswalden.com jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com

Matthew W. Levin
on behalf of Creditor BREIT Stone Mountain Owner  LLC mlevin@swlawfirm.com, fharris@swlawfirm.com;centralstation@swlawfirm.com;rwilliamson@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com

Michael D. Robl
on behalf of Creditor Jesse Root michael@roblgroup.com  max@roblgroup.com,lelena@roblgroup.com

Ronald A. Levine
on behalf of Creditor Ford Motor Credit Company  LLC A Delaware Limited Liability Company rlevine@levineblock.com, rlevine682@gmail.com

S. Gregory Hays

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 3 of 3 |
| Date Rcvd: Jul 07, 2022 | Form ID: pdf555 | Total Noticed: 17 |

ghays@haysconsulting.net saskue@haysconsulting.net;GA32@ecfcbis.com

Scott B. McMahan
    on behalf of Creditor Major Supply  Inc. ecf@poolehuffman.com, scott@poolehuffman.com

Shawn M. Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Thomas Dworschak
    on behalf of U.S. Trustee United States Trustee thomas.w.dworschak@usdoj.gov ltctommyd@aol.com

Todd H. Surden
    on behalf of Creditor Sun Court Partners  LP todd.surden@hartmansimons.com, deloris.person@hartmansimons.com

Todd J Poole
    on behalf of Creditor Major Supply  Inc. todd@poolehuffman.com

TOTAL: 24