**IT IS ORDERED as set forth below:**



**Date: July 15, 2022**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| IN RE: | | CASE NO. 22-52950-PMB |
|---|---|---|
| ATLANTA LIGHT BULBS, INC., | | CHAPTER 7 |
| Debtor. | | JUDGE BAISIER |

## ORDER APPROVING
## TRUSTEE'S COUNSEL, SUBJECT TO OBJECTION (HOURLY FEE)

On July 13, 2022, counsel for the Chapter 7 Trustee (the "Trustee") filed an *Application to Employ* (the "Application") the Law Offices of Henry F. Sewell, Jr., LLC  ("Trustee's Counsel") (Docket No. 114) to represent the Trustee in carrying out the Trustee's duties under Title 11. Trustee's Counsel will represent the Trustee on an hourly fee basis.  No notice or hearing on the Application is necessary.  Based upon the affidavit included in the Application, it appears that

1

Trustee's Counsel does not hold or represent an interest adverse to the estate and is a disinterested person as defined by 11 U.S.C. § 101(14).

Subject to objection filed by the United States Trustee or any other party in interest in this case within twenty-one (21) days from the date of entry of this Order, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Pursuant to 11 U.S.C. §§ 327(a) and FED. R. BANKR. P. 2014, the employment of Trustee's Counsel to represent the Trustee and the estate is hereby approved.[1]

2. No compensation shall be paid to Trustee's Counsel until the Court has allowed such compensation in accordance with 11 U.S.C. § 330 and 331 and FED. R. BANKR. P. 2016, after notice and a hearing on an appropriate application for compensation, copies of which shall be served on the Trustee and the United States Trustee.[2]

3. Any objection to this Order shall be served on the United States Trustee, the Trustee, and Trustee's Counsel. If an objection is timely filed, the Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's Open Calendar Procedures and shall provide notice of such hearing to the United States Trustee, Trustee's Counsel, and the objecting party.

---

[1] Nothing in this order is intended to approve any specific services to be rendered or to make a determination as to whether such services constitute legal services or the fulfilment of the Trustee's duties. All such issues are reserved for resolution in connection with any applications for compensation filed in accordance with 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016.

[2] See the United States Trustee Guidelines for Reviewing Applications for Compensation.

The United States Trustee will receive a copy of this Order via the CM/ECF system. The Trustee is directed to provide a copy of this Order to Trustee's Counsel at the following address: Suite 555, 2964 Peachtree Road, NW, Atlanta, Georgia 30305.

[END OF DOCUMENT]

Prepared and presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

PROPOSED COUNSELFOR THE TRUSTEE