UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ATLANTA LIGHT BULBS, INC, | : | CASE NO. 22-52950-PMB |
| | : | |
| Debtor. | : | JUDGE BAISIER |

**NOTICE OF FILING OF LIST OF CREDITORS**

**PLEASE TAKE** NOTICE that the creditors listed on **Exhibit "A"** have been

added to the creditor matrix.

Dated: July 21, 2022.

 */s/ S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060

**Exhibit "A" Follows**

ELECTRIC SUPPLY & EQUIPMENT
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20308
GREENSBORO, NC 27420

HORMEL FOODS CORP
P O BOX 900
AUSTIN, MN 55912

CINTAS CORPORATION -MASTER
6800 CINTAS BLVD CINCINNATI
CINCINNATI, OH 45262

ASTORIA FOOT CARE GROUP
31-17 DITMARS BLVD SUITE 1
ASTORIA, NY 11105

COMMERCIAL AND CUSTOM
CABINET
2111 KILMAN DRIVE
TUCKER, GA 30084

SUPER H MART DISTRIBUTION
2550 Pleasant Hill Rd
STE 300
Duluth, GA 30096

FLORIDA DEPARTMENT OF
CORRECTIONS
P.O. BOX 13600
TALLAHASSEE, FL 32317

DIVERSE MARKETING
2050 N. Stemmons Frwy.
Suite 439 & 421
Dallas, TX 75207, TX 75207

john crosby
534 white pelican
vero beach, FL 32963

John T Carter
PO BOX 772
Selma, AL 36702

Di-Coat Corporation
42900 W. 9 Mile Rd.
Novi, MI 48375

Nick Bohacz
27 JUNIPER DR
RICHBORO, PA 18954-1625

STEPHEN MULLADY
1100 CUMBERLAND RD
Chattanooga, TN 37419

David Paratore
8601 Bell Mountain Dr
Austin, TX 78730

Western Securities
2626 Howell St.
Suite 850
Dallas, TX 75204

BREIT INDUSTRIAL HOLDINGS
LLC (STREAM REALTY)
P.O. BOX 1232
Hicksville, NY 11802-1232

Trent Weaver
2204 Chestnut Road
Birmingham, AL 35216

ABRAMS GROUP CONSTRUCTION
3645 Hwy 90
Milton, FL 32571

Gregory Taylor
2000 Strathallan Woods Place
Innisfil, ON L9S 4T7

ROBERT N JONES MD
217 FAIRWAY DRIVE
NEW ORLEANS, LA 70124

Dennis Miller
8260 Lakeland Dr.
Granite Bay, CA 95746

KC ELECTRONIC DISTRIBUTORS
186 NORTH BELLE MEAD ROAD
East Setauket, NY 11733

Barton's Home Upgrading
121 Penny Lane
MCDONOUGH, GA 30253

TRUE VISION SYSTEMS

Dave Gomoll
3323 Dekalb Ln
Neenah, WI 54956

Sound Services-RH Nolte
Po Box 18
Bylas, AZ 85530

John Jimenez DDS
4831 SOQUEL DR
SOQUEL, CA 95073-2428

McNeely Electric, Inc.
8201 Alcorn Circle
Austin, TX 78748

John Keating
6122 36TH AVE NW
SEATTLE, WA 98107-2626

RKB Maintenance Solutions
350 Motor Parkway
Suite 412
Hauppauge, NY 11788

Harry Ruffino
5109 W. Lemon St.
Tampa, FL 33609

Tony Celli
28 E. Spring st
cookeville, TN 38501

Christopher Cooper
6956 Whitewater Ln
Lincoln, NE 68521

Jennifer W Gordona DDS LLC
105 East Ohio avenue
Mount Vernon, OH 43050

Pro Source Industrial, LLC
DBA. Mechanical Services
3806 Calhoun Ave
Chattanooga, TN 37407

Daniel Gray
867 Valley Street
Dayton, OH 45404

Ocean Glass Inn
37299 Rehoboth Avenue
Rehoboth Beach, DE 19971

Verum Analytics Industries
18916 Bonanza Way
Gaithersburg, MD 20879

Flo-control
80 Center Rd SE
Cartersville, GA 30121

Restaurant Technologies
2250 Pilot Knob Road
Ste 100
Mendota Heights, MN 55120

Sajjadian Medical Corp.
496 Old Newport Blvd
Suite 3
Newport Beach, CA 92663

Scott Long
8321 SNOWDEN OAKS PL
LAUREL, MD 20708

SILVERTON FIRST AID SQUAD
86 MAINE STREET
Toms River, NJ 08753-1780

MedCura Medical Center
5582 Memorial Dr.
Lithonia, GA 30032

Ilhom Islomov
1985 E 15TH ST APT D4
BROOKLYN, NY 11229-3343

Edward J. Lyons
847 Dewitt Road
Webster, NY 14580

Winfred Wiencke
2133 Newport Place NW
Washington, DC 20037

District850
2662 Fleischmann Road
Tallahassee, FL 32308

vonee pawlowski
PO Box 872
Hiawassee, GA 30546

Santosh Iyer
28 LEWISTON CIR
LANCASTER, PA 17601-4822

scott palmi
106 Cemetery Road
Putney, VT 05346

B B Storage LLC
1811 W Jackson St
Knoxville, IA 50138-1020

Dennis Jewell
14993 sw Scarlett dr
Tigard, OR 97224

Rameshwar Deokaran
555 E 90TH ST
NEW YORK, NY 10128-7803

Jan Schwartz
0175N 450 East
Bluffton, IN 46714

Todd McAreavey
2605 Fieldstone Trl
Ponca City, OK 74604

Elaine Cox
3907 - 103RD STREET CT
GIG HARBOR, WA 98332-8814

Jack Eiseman
466 MILL COVE DR
Dahlonega, GA 30533

Benz Research and Development
6447 Parkland Drive
Sarasota, FL 34243

Eileen Guptill
1387 NYE ST
CHARLESTON, SC 29407-5121

Sharon A. Colado
628 DAVID ST
LAKE IN THE HILLS, IL 60156-5205

RUSSELL LACEY
P. O. BOX 575
BOAZ, AL 35957

Robin Hopper
PO Box 670549
Chugiak, AK 99567

Peggy O'Halloran
6598 Springpath Lane
San Jose, CA 95120

Jackpot Junction Casino Hotel
PO Box 420
Morton, MN 56270

Connie Chen
4011 Crest Ct
Pleasanton, CA 94588

Current Electric
305 Wells St
Greenfield, MA 01301

Steven weiher
S76W13722 MCSHANE DR
MUSKEGO, WI 53150-3931

Chinook Engineering
860 S Windrose Drive
Coupeville, WA 98239

Joe De leon
1210 north Richmond Road
Bay #5
Wharton, TX 77488

Edward Blank
PO Box 180446
Boston, MA 02118

ANDREA MCKEEVER
4370 GUNNIN RD
Norcross, GA 30092

Monty Benhaim
10611 Garden Grove Ave
Northridge, CA 91326

Taniel m Cameron
9 York circle
tmcameron@hargray.com
Bluffton, SC 29909

Ben Hartshorn
490 JARVIS DR
MORGAN HILL, CA 95037-2809

Tyler MacGeorge
1031 Miller Dr.
Altamonte Springs, FL 32701

Jermaine Williams
2 Tibbits Ave
White Plains, NY 10606

Michael Fannin
46 Gema
San Clemente, CA 92672

WellMax Center for Preventive
Medicine
45200 Club Dr
Suite B
Indian Wells, CA 92210-8837

Sarah Markowitz
328 North Main St
Minoa, NY 13116

Noah Scher
559 Jacobs Place
Carbondale, CO 81623

chirag patel
628 U.S. 250
Norwalk, OH 44857

shaun kennedy
2070 kalakaua ave
Honolulu, HI 96815

Sparkles Smyrna
666 Smyrna Hill Dr
Smyrna, GA 30082

Wildwood Services LLC
2242 Otter Creeek Ln
Sarasota, FL 34240

JR Metzger
3101 Concord ROAD
Aston PA, PA 19014

RONALD CARPENTER
6 COLLEGE HILL RD
CANAAN, CT 06018-2313

JASON MARTON
471 Copano Ridge Rd
Rockport, TX 78382

Ron Conti
905 Harvest Lane
Indiana, PA 15701

Boise Diamond Tables
3949 Adams Street
Garden City, ID 83714

Gatewood Schools
139 Phillips Dr.
Eatonton, GA 31024

Robert Beaulieu
349 Black Brook Road
Goffstown, NH 03045

Naitram Gopaul
407 Keys Ferry Rd
McDonough, GA 30252

Rolando Martinez
4307 9th St.
Rockford, IL 61109

Quality Industries, Inc.
1595 Ocean Ave
Unit B1
Bohemia, NY 11716

NBT Bank
120 North Keyser Ave
Scranton, PA 18504

Fusco's The Spot
4432 E Bristol Rd
Feasterville Trevose, PA 19053

Fiona Lin
75 BRIAR HILL RD
NORWICH, CT 06360-6440

City of Dekalb Streets Dept.
1316 Market St
Dekalb, IL 60115-3533

Fairfield Inn and Suites
1355 Mall of Georgia Blvd.
Buford, GA 30519

Max Bodden
106 Bowsprit Drive
North Palm Beach, FL 33408

Eric Macbeth
503 E Maple St
River Falls, WI 54022-2516

Ashley Van Gelder
3307 Stone Heather Ct.
Herndon, VA 20171

Lewis Milner
19711 Edgecliff Drive
Euclid, OH 44119

Allison Meehan
8723 stony field way
louisville, KY 40299

Greg Mosely
5257 Highway 280 East
Pembroke, GA 31321

Cityplex
7777 South Lewis Avenue
Tulsa, OK 74171

Orchid Cove at Palm Harbor
2600 Highlands Blvd N
Palm Harbor, FL 34684

David Amheiser
3782 Wenkel Ford
Leslie, MO 63056

TBF Computing
1090 Cobb Industrial Dr
Marietta, GA 30066

James M Sharp
53 ALPINE GEM LN
TROUT CREEK, MT 59874-9410

James E. O'Brien
14 DAY ST
BLOOMFIELD, NJ 07003-4410

Elite Aviation c/o Donna Tipton
18600 EDISON AVE
CHESTERFIELD, MO 63005-3644

Z&R LIGHTING

ricky mcintyre
310 South Lake Avenue
Ridgeland, MS 39157

James Eifler
2800 N Flagler D
West Palm Beach, FL 33407

PRINCIPAL HANDY SOLUTIONS

PPG AEROSPACE
6022 Corporate Way
Indianapolis, IN 46278

Wiredup Electric Inc.
14723 Weeks Dr.
La Mirada, CA 90638

Bradley Harken
2808 South Radio Lane
Spokane, WA 99223

Tuyen Nguyen
23 Susan Drive
Pelham, NH 03076

HOLIDAY INN EXPRESS -
CADILLAC
7642 SOUTH US. 131
CADILLAC, MI 49601

POINTS ELECTRICAL
5500 Oakbrook Pkwy ste 210
NORCROSS, GA 30093

ATLANTA BOTANICAL GARDENS
ATTN: ACCOUNTS PAYABLE
1345 PIEDMONT AVE NE
ATLANTA, GA 30309

BECKER ADVENTIST SCHOOL
ATTN: ACCOUNTS PAYABLE
3567 COVINGTON HIGHWAY
DECATUR, GA 30032

BOSTON UNIVERSITY
ATTN:  ACCOUNTS PAYABLE
25 BUICK STREET
BOSTON, MA 2215

BRIARLAKE BAPTIST CHURCH
ATTN: ACCOUNTS PAYABLE
3715 LAVISTA RD
DECATUR, GA 30033

BUFORD HWY. FARMERS MKT
ATTN. ACCOUNTS PAYABLE
P. O. BOX 620533
ATLANTA, GA 30362

CORPUS CHRISTI CATHOLIC
CHURCH
ATTN: SALLY YADAV
600 MOUNTAIN VIEW DRIVE
STONE MOUNTAIN, GA 30083

DECATUR PRESBYTERIAN
CHURCH
ATTN ACCTS PAYABLE
205 SYCAMORE ST
DECATUR, GA 30030

ECKARDT ELECTRIC
ATTN. ACCOUNTS PAYABLE
3690 NORTH PEACHTREE ROAD
ATLANTA, GA 30341

EMORY
UNIVERSITY/PHARMACOLOGY
PO Box 3807
Scranton, PA 18505

GA CENTRAL ELECTRICAL
100 Commerce Drive
P.O. Box 723
Tyrone, GA 30290

METROPOWER INC
ATTN:  ACCOUNTS PAYABLE
PO BOX 5228
ALBANY, GA 31706

INFINITE ENERGY CENTER
ATT: Jan Mitchell - 678-620-4151
6400 SUGARLOAF PARKWAY
DULUTH, GA 30097

KENDALL ELECTRIC, INC (ALL 42)
5101 S. SPRINKLE ROAD
PORTAGE, MI 49002-2049

WAGES & SONS
ATTN: HANK WAGES
P.O. BOX 605
STONE MOUNTAIN, GA 30086

AMERICASMART
475 S. Grand Central Parkway
Suite 1615
Las Vegas, NV 89106

DECATUR DIGGS
141 GRAPE ST NE
ATLANTA, GA 30312

ALLGOOD PLUMBING &
ELECTRIC
5238 Royalwoods Parkway Suite 190
Tucker, GA 30084

GREEK ORTHODOX CATHEDRAL
2500 CLAIRMONT ROAD
ATTN: Victor Rodi - 678-478-8548
ATLANTA, GA 30329

NORTH DECATUR PRESBYTERIAN
CHURCH
611 MEDLOCK RD
DECATUR, GA 30033

ATLANTA RONALD MCDONALD
HOUSE
ATTN: ACCOUNTS PAYABLE
795 GATEWOOD ROAD
ATLANTA, GA 30329

DIAMOND RESTAURANT
SERVICE, INC
849 EDMONDSON RD
MONROE, GA 30656

GREATER ATLANTA CHRISTIAN
SCHOOL
1575 INDIAN TRAIL RD
NORCROSS, GA 30093

DIVINE MORTUARY SERVICES
5620 HILLANDALE DR
LITHONIA, GA 30058

GREEN GLOW DOCK LIGHT
4604 49th St. North
Suite 122
Saint Petersburg, FL 33709

FIRST SOUTHERN MANAGEMENT
LLC
1842 INDEPENDENCE SQUARE STE
C
ATLANTA, GA 30338

CHRIST OUR HOPE
CATHOLIC CHURCH
1786 WELLBORN ROAD
LITHONIA, GA 30058

ANDRUS ELECTRICAL
SOLUTIONS
10750 PLANTATION DRIVE
JOHNS CREEK, GA 30022

RELIANT REAL ESTATE
MANAGEMENT
15600 Old 41 Rd
Naples, FL 34110

NULIGHT CONSULTING
PO Box 3406
Loganville, GA 30052

CAPITAL ELECTRIC COMPANY
PO BOX 945650
Maitland, FL 32794

ACE CASH EXPRESS
3804 Gunn Hwy
Suite B
Tampa, FL 33618

COMMERCIAL LIGHTING
COMPANY
8201 NORTH HIMES AVE
TAMPA, FL 33614

Entertainment Technology Inc
155 Atlanta Hwy
Loganville, GA 30052

BATAVIA PUBLIC SCHOOLS
804 MAIN STREET
BATAVIA, IL 60510

City of West Palm Beach
1045 charlotte ave
west palm beach, FL 33401

Connie Liles Auto Parts
1127 W.Orange Ave
Tallahassee, FL 32310

Michel Moos
946 NORTH AVE NE
ATLANTA, GA 30306

Ronald Thon
1010 May Lane
Yankton, SD 57078

BLUEGRASS IRRIGATION &
LIGHTING INC
4855 Hills and Dales Rd NW
CANTON, OH 44708

Mark Allen
3640 Pallos Verdas Dr.
Dallas, TX 75229

Quest Diagnostics.com
1 Malcolm Ave.
Teterboro, NJ 07074

CAPITAL CITY ELECTRICAL SRV
1346 Oakbrook Dr
Suite 170A
Norcross, GA 30093

SOUTHLAND ELECTRIC, INC
ATT: SCOTT NELSON
2239 DILLARD STREET
TUCKER, GA 30084

CAPP, INC.
PO Box 127
Clifton Heights, PA 19018-0127

LOWE ELECTRIC SUPPLY
COMPANY
ATTN: ACCOUNTS PAYABLE
P O BOX 4767
MACON, GA 31208

MAINTENANCE SUPPLY
ATTN: ACCOUNTS PAYABLE
6910 Brasada Dr.
Houston, TX 77085

SYNOVOS
16888 STATE ROUTE 706
MONTROSE, PA 18801

ITV ASSOCIATES, INC.
1845 SOUTH LEE COURT
BUFORD, GA 30518

MARTIN SPROCKET & GEAR, INC.
ATTN: ACCOUNTS PAYABLE
P.O. BOX 886
SCOTTDALE, GA 30079

C.N.ROBINSON LIGHTING SUPPLY
ATTN. ACCOUNTS PAYABLE
4318 WASHINGTON BLVD.
BALTIMORE, MD 21227

NORTHROP GRUMMAN
1201 CONTINENTAL BLVD
CHARLOTTE, NC 28273

B&H ELECTRIC AND SUPPLY
1330 HWY 41 BYPASS
GRIFFIN, GA 30224

AMERICAN LIGHTING SUPPLY
ATTN: ACCOUNTS PAYABLE
P.O. BOX 1761
LILBURN, GA 30047

SOUTHERN EQUIPMENT SALES
ATTN: ACCOUNTS PAYABLE
1896 FORGE STREET
TUCKER, GA 30084

ACCO BRANDS - ONTARIO
PO BOX 842166
BOSTON, MA 02284

ABB Installation Products Inc.
PO Box 28073
Chicago, IL 60673

ABB Installation Products Inc.
1811 Hymus Blvd
Dorval, QC H9P1JK5

AC ELECTRONICS
3401 AVENUE D
ARLINGTON, TX 76011

Acuity Brands Lighting
PO Box 100863
Atlanta, GA 30384

ADT Commercial
PO Box 382109
Pittsburgh, PA 15251-8109

AFLAC
ATTN: REMITTANCE PROCESSI
1932 WYNNTON ROAD
COLUMBUS, GA 31999-0797

ALL METRO SUPPLY (#656.00)
3755 HEWATT COURT
SNELLVILLE, GA 30039

ALLIANCE SPORTS GROUP (NEBO)
DBA NEBO TOOLS
P O BOX 203246
DALLAS, TX 75320-3246

AMAX LIGHTING 65600
10268 SANTA FE SPRINGS RD
SANTA FE SPGS, CA 90670

AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448

AMERICAN TACK AND
HARDWARE
P. O. BOX 85077   (65600)
CHICAGO, IL 60680-0851

American Ultraviolet
212 S. Mt. Zion Road
Lebanon, IN 46052

ANTHONY
2388 COLLECTIONS CENTER DR
ACCT # 102260
CHICAGO, IL 60693

AT&T CAROL STREAM *835
P O BOX 5019
CAROL STREAM, IL 60197-5019

AT&T *1882 (79020)
PO BOX 105262
ATLANTA, GA 30348-5262

ATG ELECTRONICS
10700 7TH STREET
RCH CUCAMONGA, CA 91730

ATLAS LIGHTING PROD (#65600)
P. O. BOX 740471
ATLANTA, GA 30374-0471

ATR LIGHTING
PO BOX 67
RICHLAND, MO 65556

AXIS LED GROUP, LLC
L-3790
COLUMBUS, OH 43260-3790

Barron Lighting Group (EXITRONIX)
PO BOX 8271
PASADENA, CA 91109-8271

BLC America (formerly Green Energy
Lighting
16310 ARTHUR ST.
CERRITOS, CA 90703

BREIT Stone Mountain Owner LLC
PO Box 208046
Dallas, TX 75320-8046

BULBRITE INDUSTRIES
P. O. BOX 419890
BOSTON, MA 02241-9890

BULBTRONICS (#65600)
45 BANFI PLAZA N.
FARMINGDALE, NY 11735

CADMET, INC.
P.O. BOX 24
MALVERN, PA 19355

CANDELA CORPORATION
FILE #1033
1801 WEST OLYMPIC BLVD
PASADENA, CA 91199-1033

Capital One Spark
PO Box 71083
Charlotte, NC 28272-1083

CBC LIGHTING
3025 A BATES RD
MONTREAL, QC H3S 2W8

Chase Card Services
P. O. BOX 1423
Charlotte, NC 28201-1423

Chubb
PO Box 382001
Pittsburgh, PA 15250-8001

CITY ELECTRIC SUPPLY(C.E.S.)
PO Box 131811
Charleston Division
Dallas, TX 75313

CITY LIGHTS (65600)
PO BOX 6586
PHOENIX, AZ 85005

COMCAST
P O BOX 530098
ATLANTA, GA 30353-0098

Comcast (VOIP)
PO Box 37601
Philadelphia, PA 19101-0601

CommerceHub
25736 Network Place
Chicago, IL 60673-1257

Cooper Lighting (Eaton)
28362 Network Place
Chicago, IL 60673-1283

Creditsafe USA Inc
PO BOX 789985
PHILADELPHIA, PA 19178-9985

CREE LIGHTING
75 REMITTANCE DRIVE
SUITE 6403
CHICAGO, IL 60675-6403

DE ANDRADE MANGIERI LLC
ATTN JEFFERY M MANGIEI ESQ
2 RAVINIA DR STE 1530
ATLANTA, GA 30346

DEKALB COUNTY (SAN)
P. O. BOX 105942
DECATUR, GA 30348-5942

DEKALB COUNTY (WTR)
P. O. BOX 71224
Charlotte, NC 28272-1224

DEKALB COUNTY TAX
COMMISSIONER
P. O. BOX 100004
DECATUR, GA 30031-7004

Drew Bowen Electric
5231 Copelan Rd
Watkinsville, GA 30677

EDWIN GAYNOR CORPORATION
200 CHARLES STREET
STRATFORD, CT 06615

EIKO LTD.
8596 SOLUTION CENTER
CHICAGO, IL 60677-8005

ELONG INTERNATIONAL USA.
1200 W. CROSBY ROAD
CARROLLTON, TX 75006

ENCAPSULITE INTERNAT. (#65600)
P. O. BOX 1086
ROSENBERG, TX 77471

ENERGETIC LIGHTING,INC
13445 12TH STREET
CHINO, CA 91710

ESL Vision, LLC
1136 South 3600 West
Suite 400
Salt Lake City, UT 84104

EYE LIGHTING
9150 Hendricks Road
Mentor, OH 44060

FANLIGHT CORPORATION
2000 S. GROVE AVE, BLDG B
ONTARIO, CA 91761

FEDERAL EXPRESS
P.O. BOX 660481
DALLAS, TX 75266-0481

FEDEX FREIGHT EAST
DEPT CH
PO BOX 10306
PALATINE, IL 60055-0306

FEELUX
3000 NORTHWOODS PKWY
SUITE 165
NORCROSS, GA 30071

Ford Credit
PO Box 650574
Dallas, TX 75265-0574

FULHAM COMPANY
P.O. BOX 845686
Los Angeles, CA 90084-5686

FUSECO INC (75600)
1865 Corporate Dr., Ste 210
Norcross, GA 30093

GEORGIA DUPLICATING
PRODUCTS, INC. (Xerox)
P O BOX 3547
MACON, GA 31205

GEORGIA POWER COMPANY
(#79530)
96 ANNEX
ATLANTA, GA 30396-0001

GLOBAL INDUSTRIAL COMPANY
29833 Network Place
Chicago, IL 60673-1298

GREEN CREATIVE
PO Box 930495
Atlanta, GA 31193-0495

HALCO LIGHTING Technologies
LLC
PO BOX 936822
ATLANTA, GA 31193-6822

HATCH TRANSFORMERS
7821 WOODLANDS CENTER BLVD
TAMPA, FL 33614

Hep Group USA
12245 Florence Avenue
Santa Fe Springs, CA 90670

HOLIDAY DIVISION (#65600)
ACTION LIGHTING
310 ICE POND DR
BOZEMAN, MT 59715

HONYA Lighting
Garden City NY 11530 United States
Garden City, NY 11530

HOWARD INDUSTRIES
P. O. BOX 11407
BIRMINGHAM, AL 35246-1132

HUBBELL LIGHTING, INC.
DEPT CH 14175
PALATINE, IL 60055

Ignite Industrial Consignment
Attn: Jeff Heilman
568 George Bishop Pkwy
Myrtle Beach, SC 29579

Imaging Center
22647 Ventura Blvd.
Ste. 661
Woodland Hills, CA 91364

INDUSTRIAL PKG CORP (75601)
PO BOX 740438
ATLANTA, GA 30374-0438

INTERLIGHT
7939 NEW JERSEY AVENUE
HAMMOND, IN 46323-3040

INTERMATIC
P.O.BOX 71596
CHICAGO, IL 60694

INTERSTATE ALL BATTERIES WH
PO BOX 1909
SUWANEE, GA 30024

IRON MOUNTAIN
P O BOX 915004
DALLAS, TX 75391-5004

J.D. INTERNATIONAL
P. O. BOX 668755
POMPANO BEACH, FL 33066

Jiawei Technology (USA) Limited
29470 Union City Blvd.
Union City, CA 94587

JL Lighting
4505 Peachtree Industrial Blvd
STE D
Berkeley Lake, GA 30092

KEYSTONE TECHNOLOGIES
PO BOX 69159
Baltimore, MD 21264-9159

LADE ELECTRICAL
SUPPLY(#65600)
US ELECTRICAL SERVICES, INC,
ATTN: LBS
PO BOX 101569
ATLANTA, GA 30392-1569

LEDVANCE LLC *429484*
PO BOX 5163
Carol Stream, IL 60197-5163

LIGHT EFFICIENT DESIGN
188 NORTHWEST HWY
SUITE 301
CARY, IL 60013

LIGHTING ASSOCIATES
3600 SWIFTWATER PARK DRIVE
SUWANEE, GA 30024

Lighting Supply (formerly LIGHT
BULB DISTRIB.)
L-4058
Columbus, OH 43260-4058

LITETRONICS (#65600)
6969 West 73rd Street
BEDFORD PARK, IL 60638

LUMIRAM (#65600)
707 Executive Blvd. 1A
Valley Cottage, NY 10989

LUTRON ELECTRONICS (NO
DROPSHIP)
P O BOX 643782
PITTSBURGH, PA 15264-3782

MAJOR SUPPLY INTERNATIONAL
5400 NW 35TH Terrace
SUITE 104
Ft. Lauderdale, FL 33309

MARKET GROUP VENTURES
(#65600)
P. O. BOX 40
SHAWNIGAN LAKE, BC VOR 2WO

Maxair Mechanical LLC
3435 Breckinridge Blvd
Ste 120
Duluth, GA 30096

MAXLITE/SK AMERICA
PO BOX 844825
BOSTON, MA 02284-4825

McGahren Law Firm, LLC
6171 Crooked Creek Road
Peachtree Corners, GA 30092

MICROLAMP
2954 N. W. 60TH STREET
FT LAUDERDALE, FL 33309

MILLER OEM SUPPLIES (#65600)
3612 N. 16TH STREET
PHOENIX, AZ 85016

MILWAUKEE LIGHT BULB
P. O. BOX 125
OAK CREEK, WI 53154

Modern Forms
23550 Network Place
Chicago, IL 60673-1235

MORRIS PRODUCTS INC
53 CAREY ROAD
QUEENSBURY, NY 12804

MULTI LITE USA (#65600)
172 W. Providencia, Unit 101
Burbank, CA 91502

NICOR, INC
2200 MIDTOWN PL NE
STE A
ALBUQUERQUE, NM 87107

NORCROSS ELECTRIC SUPPLY
4190 Capital View Dr
Suwanee, GA 30024

NORMAN LAMPS
P. O. BOX 3550
ST CHARLES, IL 60174

Northwest Exterminating
830 Kennesaw Ave
Marietta, GA 30060

NORTHWEST MUTUAL
FINANCIAL NETWORK
ATTN: AUBREY VAUGH
3438 PEACHTREE RD SUITE 1200
ATLANTA, GA 30326

NSI Industries
9730 Northcross Center Ct
Huntersville, NC 28078

OFFICE DEPOT
PO BOX 88040
CHICAGO, IL 60680-1040

Old World Industries, LLC
P.O. BOX 204549
DALLAS, TX 75320

ON HOLD MEDIA GROUP
3001 DALLAS PARKWAY
SUITE 220
FRISCO, TX 75034

Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693

Orbit Industries, Inc.
2100 South Figueroa Street
Acct# 2409
Los Angeles, CA 90007

OSRAM SYLVANIA INC
P O BOX 2114
ACCT# 428412
CAROL STREAM, IL 60132-2114

OTTLITE TECHNOLOGIES
1715 N. WESTSHORE BLVD
TAMPA, FL 33607

Oxem, LLC
2413 Eastwood Village Dr.
Stockbridge, GA 30281

PHILIPS (FIXTURES) Luminairies
(Sesco)
P.O. Box 100194
Atlanta, GA 30384

Philips (LAMPS) Lighting
P.O. Box 100194
Atlanta, GA 30384

PHILIPS EMERGENCY LIGHTING
(#A000881)
P.O. BOX 100282
ATLANTA, GA 30384-0282

Philips Lighting Electronics
(ADVANCE)
P.O. Box 100194
ATLANTA, GA 30384

Photometric Design
1066 CHARTLEY DR SW
LILBURN, GA 30047

PITNEY BOWES GLOBAL
PO BOX 371887
PITTSBURGH, PA 15250-7887

POWERSELECT INC
15602 COMMERCE LANE
HUNTINGTON BEACH, CA 92649

PQL (#656.00)
2285 WARD AVENUE
SIMI VALLEY, CA 93065

QuikTrip Fleetmaster (QT)
PO Box 4337
Carol Stream, IL 60197-4337

R&L Carriers
PO Box 10020
Port William, OH 45164-2000

REECE SUPPLY CO OF GA (#65600)
5755 OAKBROOK PARKWAY
NORCROSS, GA 30093

RF Smart (ICS, Inc)
PO Box 638345
Cincinnati, OH 45263-8345

RIZE ENTERPRISES
PO BOX 1311
BRENTWOOD, NY 11717

ROBERT TAITZ
3860 Falls Landing Drive
Johns Creek, GA 30022

RST VISIONS IN COLOR
8655 Tamarack Ave
Sun Valley, CA 91352

SATCO PRODUCTS
900 N.W. 159TH DRIVE
MIAMI, FL 33169

SCANA ENERGY
PO BOX 100157
COLUMBIA, SC 29202-3157

SEBCO INDUSTRIES
2621 S. Main Street
SANTA ANA, CA 92707

Semperlite
141 Cassia Way
Suite A, Room 100
Henderson, NV 89014

SENGLED
155 Bluegrass Valley Pkwy
Suite 200
Alpharetta, GA 30005

SITLER'S SUPPLIES (#65600)
111 WEST VIEW DRIVE
WASHINGTON, IA 52353

Spot Lighting
PO Box 20860
Long Beach, CA 90801

STANDARD ENTERPRISES
DBA  WATT-MAN LED LIGHTING
P.O. BOX 1345
DECATUR, GA 30031

STAPLES ADVANTAGE
DEPT ATL
P O BOX 405386
ATLANTA, GA 30384-5386

SUNSHINE LIGHTING
744 CLINTON STREET
BROOKLYN, NY 11231

TECHNICAL CONSUMER
PRODUCTS
3691 SOLUTIONS CENTER
CHICAGO, IL 60677-3006

TECHNO USA LLC
1580 Boggs Road
Suite 500
Duluth, GA 30097

THE HARTFORD (#75850)
P. O. BOX 660916
DALLAS, TX 75266-0916

The Retirement Advantage
47 Park Place
Suite 850
Appleton, WI 54914

THHC LIGHTING
1411 North Batavia Street, Suite 212
Orange, CA 92867

TOPAZ LIGHTING (65600)
PO Box 7247, Mail Code 7333
Philadelphia, PA 19170-0001

TOPSTAR INTERNATIONAL
291 Kettering Drive
Ontario, CA 91761

TOPSTAR INTERNATIONAL
13668 VALLEY BLVD
SUITE D-2
CITY INDUSTRY, CA 91746

TRC Electroncis
4171 Stony Lane
Doylestown, PA 18902

UNITED PARCEL SERVICE (#65702)
P. O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001

UNIVERSAL LIGHTING
(MAGNETEK)
PO BOX 5510
CAROL STREAM, IL 60197-5510

US BANK EQUIPMENT FINANCE
P O BOX 790448
ST LOUIS, MO 63179-0448

USHIO AMERICA
6045 SOLUTION CENTER
CHICAGO, IL 60677-6000

van der Veen, Hartshorn & Levin
1219 Spruce St.
Philadelphia, PA 19107

Verizon Connect Fleet USA LLC
PO Box 15043
Albany, NY 12212-5043

WageWorks, Inc. (take care)
1100 Park Place, 4th floor
San Mateo, CA 94403

WESTINGHOUSE LIGHTING
(ANGELO)
P. O. BOX 780984
Philadelphia, PA 19178-0984

WORLDWIDE SPECIALTY
6759 OAK RIDGE COMMERCE WY
AUSTELL, GA 30168

XTRA LITE LIGHTING
6300 ST LOUIS STREET
MERIDIAN, MS 39307

ZLED Lighting
1536 Kings Highway North
Cherry Hill, NJ 08034

GEORGIA DEPT OF REV  (S&U Tax)
SALES AND USE TAX DIVISION
P. O. BOX 105296
Atlanta, GA 30348-5296

Signify North America Corporation
c/o Parnell & Parnell, P.A.
P.O. Box 2189
Montgomery AL 36102-2189

WORLDWIDE SPECIALTY LAMP,
LLC
6065 ROSWELL ROAD SUITE 540
ATLANTA GA 30328

J.D. International Lighting, Inc.
C/O Hays Potter & Martin, LLP
3945 Holcomb Bridge Road Suit 300
Peachtree Corners GA 30092

JL LIGHTING, LLC
10475 Medlock Bridge Road
Suite 820
Johns Creek GA 30097

CBC Lighting Inc.
6065 ROSWELL ROAD SUITE 540
ATLANTA GA 30328

Keystone Technologies, LLC
3530 Smoke Rise
Lawrenceville GA 30044

Versapay
548 Market Street, #43812
San Francisco, CA 94104

DAVID L. WOLOSHIN
ASTOR WEISS KAPLAN &
MANDEL LLP
200 SOUTH BROAD ST, SUITE 600
PHILADELPHIA, PA 19102

Daniel J. Devlin
VAN DER VEEN, HARTSHORN &
LEVIN
1219 Spruce Street
Philadelphia, PA 19107

Angela Little Hamilton
Parnell & Parnell
1200 Hwy 74 S., Ste 6-172
Peachtree City, GA 30269

M. Kyle Floyd
Stenger & Stenger
2618 East Paris Ave, SE
Grand Rapids, MI 49546

Michael T. Rafi
Rafi Law Firm LLC
1776 Peachtree St NW, Ste 423-South
Atlanta, GA 30309

Bryan S Kaplan
Kaplan Legal Services
6065 Roswell Rd, Ste 540
Atlanta, GA 30328

Stephen P. Fuler
Fuller Sloan, LLC
10475 Medlock Bridge Rd, Ste 820
Johns Creek GA 30097

Tyler Dillard
1960 Satellite Blvd, Ste 4000
Duluth, GA 30097

A Christian Wilson
Simpson, Uchitel & Wilson LLP
PO Box 550105
Atlanta, GA 30355

Small Business Administration
c/o CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Small Business Administration
Disaster Assistance Processing Ctr
14925 Kingsport Road
Fort Worth, TX 76155