## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Atlanta Light Bulbs, Inc.**
2109 Mountain Industrial Blvd
Tucker, GA 30084

Case No.: **22–52950–pmb**
Chapter: **7**
Judge: **Paul Baisier**

### NOTICE OF MEETING OF CREDITORS AND PROOFS OF CLAIMS DEADLINE

This case was converted to Chapter 7 on 7/7/2022.

You are hereby notified that the meeting of creditors has been scheduled for August 16, 2022 at 10:00 AM. The meeting will be telephonic. To attend, Dial: 8669097148 and enter: 4958999, when prompted for the participation code.

The Trustee reports that funds may be available for distribution. Therefore, you are notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before: 10/24/2022

File claim with:
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

The interim trustee assigned to this case is:
S. Gregory Hays
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30302–2153
Phone: (404)926–0051

M. Regina Thomas
Clerk of Court,
U.S. Bankruptcy Court

Dated: July 25, 2022

Form 300