## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In      Debtor(s)
Re:    **Atlanta Light Bulbs, Inc.**                    Case No.:  **22−52950−pmb**
         2109 Mountain Industrial Blvd                   Chapter:
         Tucker, GA 30084                                       Judge:  **Paul Baisier**

### NOTICE OF MEETING OF CREDITORS AND PROOFS OF CLAIMS DEADLINE

This case was converted to Chapter 7 on 7/7/2022.

You are hereby notified that the meeting of creditors has been scheduled for August 16, 2022 at 10:00 AM. The meeting will be telephonic. To attend, Dial: 8669097148 and enter: 4958999, when prompted for the participation code.

The Trustee reports that funds may be available for distribution. Therefore, you are notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before: 10/24/2022

File claim with:
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

The interim trustee assigned to this case is:
S. Gregory Hays
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30302−2153
Phone: (404)926−0051

_____
M. Regina Thomas
Clerk of Court,
U.S. Bankruptcy Court

Dated:  July 25, 2022

Form 300

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 22-52950-pmb

Atlanta Light Bulbs, Inc.                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                        User: bncadmin                                        Page 1 of 9

Date Rcvd: Jul 25, 2022                   Form ID: 300                              Total Noticed: 364

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Atlanta Light Bulbs, Inc., 2109 Mountain Industrial Blvd, Tucker, GA 30084-5013 |
| aty | + | Brian J. Jackiw, 233 South Wacker, Suite 6950, Chicago, IL 60606-6395 |
| cr | + | Candela Corporation, 5600 Argosy Ave, Suite 300, Huntington Beach, CA 92649-1011 |
| cr | + | Halco Lighting Technologies, LLC, 2940 Pacific Drive, Norcross, GA 30071-1808 |
| cr | + | Oracle America, Inc., Buchalter, a Professional Corporation, c/o Shawn M. Christianson, Esq., 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 23914858 | + | ABB Installation Products Inc., PO Box 28073, Chicago, IL 60673-0001 |
| 23914859 | | ABB Installation Products Inc., 1811 Hymus Blvd, Dorval, QC H9P1JK5 |
| 23914697 | + | ABRAMS GROUP CONSTRUCTION, 3645 Hwy 90, Milton, FL 32571-1075 |
| 23914860 | + | AC ELECTRONICS, 3401 AVENUE D, ARLINGTON, TX 76011-7607 |
| 23914857 | + | ACCO BRANDS - ONTARIO, PO BOX 842166, BOSTON, MA 02284-2166 |
| 23914833 | #+ | ACE CASH EXPRESS, 3804 Gunn Hwy, Suite B, Tampa, FL 33618-8791 |
| 23914862 | | ADT Commercial, PO Box 382109, Pittsburgh, PA 15251-8109 |
| 23914863 | | AFLAC, ATTN: REMITTANCE PROCESSI, 1932 WYNNTON ROAD, COLUMBUS, GA 31999-0797 |
| 23914864 | + | ALL METRO SUPPLY (#656.00), 3755 HEWATT COURT, SNELLVILLE, GA 30039-7022 |
| 23914819 | + | ALLGOOD PLUMBING & ELECTRIC, 5238 Royalwoods Parkway Suite 190, Tucker, GA 30084-8619 |
| 23914865 | | ALLIANCE SPORTS GROUP (NEBO), DBA NEBO TOOLS, P O BOX 203246, DALLAS, TX 75320-3246 |
| 23914866 | + | AMAX LIGHTING 65600, 10268 SANTA FE SPRINGS RD, SANTA FE SPGS, CA 90670-3339 |
| 23914868 | | AMERICAN TACK AND HARDWARE, P. O. BOX 85077 (65600), CHICAGO, IL 60680-0851 |
| 23914817 | + | AMERICASMART, 475 S. Grand Central Parkway, Suite 1615, Las Vegas, NV 89106-4552 |
| 23914751 | + | ANDREA MCKEEVER, 4370 GUNNIN RD, Norcross, GA 30092-1415 |
| 23914829 | + | ANDRUS ELECTRICAL SOLUTIONS, 10750 PLANTATION DRIVE, JOHNS CREEK, GA 30022-5653 |
| 23914870 | + | ANTHONY, 2388 COLLECTIONS CENTER DR, ACCT # 102260, CHICAGO, IL 60693-0001 |
| 23914863 | + | ASTORIA FOOT CARE GROUP, 31-17 DITMARS BLVD SUITE 1, ASTORIA, NY 11105-2300 |
| 23914872 | | AT&T 1882 (79020), PO BOX 105262, ATLANTA, GA 30348-5262 |
| 23914871 | + | AT&T CAROL STREAM 835, PO BOX 5019, CAROL STREAM, IL 60197-5019 |
| 23914803 | + | ATLANTA BOTANICAL GARDENS, ATTN: ACCOUNTS PAYABLE, 1345 PIEDMONT AVE NE, ATLANTA, GA 30309-3366 |
| 23914822 | + | ATLANTA RONALD MCDONALD HOUSE, ATTN: ACCOUNTS PAYABLE, 795 GATEWOOD ROAD, ATLANTA, GA 30329-4200 |
| 23914874 | | ATLAS LIGHTING PROD (#65600), P.O. BOX 740471, ATLANTA, GA 30374-0471 |
| 23914875 | + | ATR LIGHTING, PO BOX 67, RICHLAND, MO 65556-0067 |
| 23914876 | | AXIS LED GROUP, LLC, L-3790, COLUMBUS, OH 43260-3790 |
| 23914861 | + | Acuity Brands Lighting, PO Box 100863, Atlanta, GA 30384-0863 |
| 23914784 | + | Allison Meehan, 8723 stony field way, louisville, KY 40299-1597 |
| 23914869 | + | American Ultraviolet, 212 S. Mt. Zion Road, Lebanon, IN 46052-9479 |
| 23915025 | + | Angela Little Hamilton, Parnell & Parnell, 1200 Hwy 74 S., Ste 6-172, Peachtree City, GA 30269-3073 |
| 23914782 | + | Ashley Van Gelder, 3307 Stone Heather Ct., Herndon, VA 20171-4021 |
| 23914731 | | B B Storage LLC, 1811 W Jackson St, Knoxville, IA 50138-1020 |
| 23914854 | + | B&H ELECTRIC AND SUPPLY, 1330 HWY 41 BYPASS, GRIFFIN, GA 30224-3940 |
| 23914836 | | BATAVIA PUBLIC SCHOOLS, 804 MAIN STREET, BATAVIA, IL 60510-2437 |
| 23914804 | + | BECKER ADVENTIST SCHOOL, ATTN: ACCOUNTS PAYABLE, 3567 COVINGTON HIGHWAY, DECATUR, GA 30032-1847 |
| 23914878 | + | BLC America (formerly Green Energy Lighting, 16310 ARTHUR ST., CERRITOS, CA 90703-2129 |
| 23914841 | + | BLUEGRASS IRRIGATION & LIGHTING INC, 4855 Hills and Dales Rd NW, CANTON, OH 44708-1403 |

District/off: 113E-9 | User: bncadmin | Page 2 of 9
Date Rcvd: Jul 25, 2022 | Form ID: 300 | Total Noticed: 364

| | | |
|---|---|---|
| 23914805 | + | BOSTON UNIVERSITY, ATTN: ACCOUNTS PAYABLE, 25 BUICK STREET, BOSTON, MA 02215-1301 |
| 23914695 | | BREIT INDUSTRIAL HOLDINGS LLC (STREAM REALTY), P.O. BOX 1232, Hicksville, NY 11802-1232 |
| 23914879 | | BREIT Stone Mountain Owner LLC, PO Box 208046, Dallas, TX 75320-8046 |
| 23914806 | + | BRIARLAKE BAPTIST CHURCH, ATTN: ACCOUNTS PAYABLE, 3715 LAVISTA RD, DECATUR, GA 30033-1099 |
| 23914807 | + | BUFORD HWY. FARMERS MKT, ATTN. ACCOUNTS PAYABLE, P. O. BOX 620533, ATLANTA, GA 30362-2533 |
| 23914880 | | BULBRITE INDUSTRIES, P.O. BOX 419890, BOSTON, MA 02241-9890 |
| 23914881 | + | BULBTRONICS (#65600), 45 BANFI PLAZA N., FARMINGDALE, NY 11735-1539 |
| 23914877 | | Barron Lighting Group (EXITRONIX), PO BOX 8271, PASADENA, CA 91109-8271 |
| 23914702 | + | Barton's Home Upgrading, 121 Penny Lane, MCDONOUGH, GA 30253-7470 |
| 23914754 | | Ben Hartshorn, 490 JARVIS DR, MORGAN HILL, CA 95037-2809 |
| 23914738 | + | Benz Research and Development, 6447 Parkland Drive, Sarasota, FL 34243-4035 |
| 23914769 | + | Boise Diamond Tables, 3949 Adams Street, Garden City, ID 83714-6451 |
| 23914799 | + | Bradley Harken, 2808 South Radio Lane, Spokane, WA 99223-1406 |
| 23847841 | + | Bryan Kaplan, 6065 Roswell Road, Suite 540, Atlanta, GA 30328, atlanta 30328-4038 |
| 23915028 | + | Bryan S Kaplan, Kaplan Legal Services, 6065 Roswell Rd, Ste 540, Atlanta, GA 30328-4038 |
| 23914852 | + | C.N.ROBINSON LIGHTING SUPPLY, ATTN. ACCOUNTS PAYABLE, 4318 WASHINGTON BLVD., BALTIMORE, MD 21227-4536 |
| 23914883 | | CANDELA CORPORATION, FILE #1033, 1801 WEST OLYMPIC BLVD, PASADENA, CA 91199-1033 |
| 23914844 | + | CAPITAL CITY ELECTRICAL SRV, 1346 Oakbrook Dr, Suite 170A, Norcross, GA 30093-2229 |
| 23914832 | + | CAPITAL ELECTRIC COMPANY, PO BOX 945650, Maitland, FL 32794-5650 |
| 23914846 | | CAPP, INC., PO Box 127, Clifton Heights, PA 19018-0127 |
| 23914855 | | CBC LIGHTING, 3025 A BATES RD, MONTREAL, QC H3S 2W8 |
| 23915020 | + | CBC Lighting Inc., 6065 ROSWELL ROAD SUITE 540, ATLANTA GA 30328-4038 |
| 23847834 | + | CBC Lighting Inc., Kaplan Legal Services, LLC, 6065 Roswell Road, Suite 540, Atlanta, GA 30328, atlanta, GA 30328-4038 |
| 23914828 | + | CHRIST OUR HOPE, CATHOLIC CHURCH, 1786 WELLBORN ROAD, LITHONIA, GA 30058-5462 |
| 23914682 | | CINTAS CORPORATION -MASTER, 6800 CINTAS BLVD CINCINNATI, CINCINNATI, OH 45262 |
| 23914888 | + | CITY ELECTRIC SUPPLY(C.E.S.), PO Box 131811, Charleston Division, Dallas, TX 75313-1811 |
| 23914889 | + | CITY LIGHTS (65600), PO BOX 6586, PHOENIX, AZ 85005-6586 |
| 23914684 | + | COMMERCIAL AND CUSTOM CABINET, 2111 KILMAN DRIVE, TUCKER, GA 30084-6246 |
| 23914834 | + | COMMERCIAL LIGHTING COMPANY, 8201 NORTH HIMES AVE, TAMPA, FL 33614-2772 |
| 23914808 | + | CORPUS CHRISTI CATHOLIC CHURCH, ATTN: SALLY YADAV, 600 MOUNTAIN VIEW DRIVE, STONE MOUNTAIN, GA 30083-3598 |
| 23914895 | | CREE LIGHTING, 75 REMITTANCE DRIVE, SUITE 6403, CHICAGO, IL 60675-6403 |
| 23914748 | + | Chinook Engineering, 860 S Windrose Drive, Coupeville, WA 98239-3539 |
| 23914712 | + | Christopher Cooper, 6956 Whitewater Ln, Lincoln, NE 68521-8997 |
| 23914887 | | Chubb, PO Box 382001, Pittsburgh, PA 15250-8001 |
| 23913441 | + | City Lights, Inc., P.O. Box 6586, Phoenix, AZ, 85005, Phoenix, AZ 85005-6586 |
| 23914778 | | City of Dekalb Streets Dept., 1316 Market St, Dekalb, IL 60115-3533 |
| 23914837 | + | City of West Palm Beach, 1045 charlotte ave, west palm beach, FL 33401-6203 |
| 23914786 | + | Cityplex, 7777 South Lewis Avenue, Tulsa, OK 74171-0003 |
| 23914891 | | Comcast (VOIP), PO Box 37601, Philadelphia, PA 19101-0601 |
| 23914892 | | CommerceHub, 25736 Network Place, Chicago, IL 60673-1257 |
| 23914745 | + | Connie Chen, 4011 Crest Ct, Pleasanton, CA 94588-4406 |
| 23914838 | + | Connie Liles Auto Parts, 1127 W.Orange Ave, Tallahassee, FL 32310-6126 |
| 23914893 | | Cooper Lighting (Eaton), 28362 Network Place, Chicago, IL 60673-1283 |
| 23914894 | | Creditsafe USA Inc, PO BOX 789985, PHILADELPHIA, PA 19178-9985 |
| 23914746 | + | Current Electric, 305 Wells St, Greenfield, MA 01301-1639 |
| 23915023 | + | DAVID L. WOLOSHIN, ASTOR WEISS KAPLAN & MANDEL LLP, 200 SOUTH BROAD ST, SUITE 600, PHILADELPHIA, PA 19102-3813 |
| 23914896 | + | DE ANDRADE MANGIERI LLC, ATTN JEFFERY M MANGIEI ESQ, 2 RAVINIA DR STE 1530, ATLANTA, GA 30346-2169 |
| 23914818 | + | DECATUR DIGGS, 141 GRAPE ST NE, ATLANTA, GA 30312-1667 |
| 23914809 | + | DECATUR PRESBYTERIAN CHURCH, ATTN ACCTS PAYABLE, 205 SYCAMORE ST, DECATUR, GA 30030-3476 |
| 23914897 | | DEKALB COUNTY (SAN), P.O. BOX 105942, DECATUR, GA 30348-5942 |
| 23914898 | | DEKALB COUNTY (WTR), P.O. BOX 71224, Charlotte, NC 28272-1224 |
| 23914823 | + | DIAMOND RESTAURANT SERVICE, INC, 849 EDMONDSON RD, MONROE, GA 30656-4899 |
| 23914687 | + | DIVERSE MARKETING, 2050 N. Stemmons Frwy., Suite 439 & 421, Dallas, TX 75207-3214 |
| 23914825 | + | DIVINE MORTUARY SERVICES, 5620 HILLANDALE DR, LITHONIA, GA 30058-4861 |
| 23914715 | + | Daniel Gray, 867 Valley Street, Dayton, OH 45404-2065 |
| 23915024 | + | Daniel J. Devlin, VAN DER VEEN, HARTSHORN & LEVIN, 1219 Spruce Street, Philadelphia, PA 19107-5607 |
| 23914704 | + | Dave Gomoll, 3323 Dekalb Ln, Neenah, WI 54956-9032 |
| 23914788 | + | David Amheiser, 3782 Wenkel Ford, Leslie, MO 63056-1923 |
| 23914693 | + | David Paratore, 8601 Bell Mountain Dr, Austin, TX 78730-2833 |
| 23914732 | + | Dennis Jewell, 14993 sw Scarlett dr, Tigard, OR 97224-1510 |

District/off: 113E-9 User: bncadmin Page 3 of 9
Date Rcvd: Jul 25, 2022 Form ID: 300 Total Noticed: 364

| | | |
|---|---|---|
| 23914700 | + | Dennis Miller, 8260 Lakeland Dr., Granite Bay, CA 95746-6934 |
| 23914690 | + | Di-Coat Corporation, 42900 W. 9 Mile Rd., Novi, MI 48375-4123 |
| 23914727 | + | District850, 2662 Fleischmann Road, Tallahassee, FL 32308-5993 |
| 23914900 | + | Drew Bowen Electric, 5231 Copelan Rd, Watkinsville, GA 30677-4321 |
| 23914810 | #+ | ECKARDT ELECTRIC, ATTN. ACCOUNTS PAYABLE, 3690 NORTH PEACHTREE ROAD, ATLANTA, GA 30341-2337 |
| 23914901 | + | EDWIN GAYNOR CORPORATION, 200 CHARLES STREET, STRATFORD, CT 06615-6707 |
| 23914902 | | EIKO LTD., 8596 SOLUTION CENTER, CHICAGO, IL 60677-8005 |
| 23914680 | + | ELECTRIC SUPPLY & EQUIPMENT, ATTN: ACCOUNTS PAYABLE, P.O. BOX 20308, GREENSBORO, NC 27420-0308 |
| 23914903 | #+ | ELONG INTERNATIONAL USA., 1200 W. CROSBY ROAD, CARROLLTON, TX 75006-6906 |
| 23914811 | + | EMORY UNIVERSITY/PHARMACOLOGY, PO Box 3807, Scranton, PA 18505-0807 |
| 23914904 | + | ENCAPSULITE INTERNAT. (#65600), P. O. BOX 1086, ROSENBERG, TX 77471-1086 |
| 23914905 | + | ENERGETIC LIGHTING,INC, 13445 12TH STREET, CHINO, CA 91710-5206 |
| 23914906 | #+ | ESL Vision, LLC, 1136 South 3600 West, Suite 400, Salt Lake City, UT 84104-6527 |
| 23914907 | + | EYE LIGHTING, 9150 Hendricks Road, Mentor, OH 44060-2146 |
| 23914750 | + | Edward Blank, PO Box 180446, Boston, MA 02118-0005 |
| 23914725 | + | Edward J. Lyons, 847 Dewitt Road, Webster, NY 14580-1471 |
| 23914739 | | Eileen Guptill, 1387 NYE ST, CHARLESTON, SC 29407-5121 |
| 23914736 | | Elaine Cox, 3907 - 103RD STREET CT, GIG HARBOR, WA 98332-8814 |
| 23914792 | | Elite Aviation c/o Donna Tipton, 18600 EDISON AVE, CHESTERFIELD, MO 63005-3644 |
| 23875095 | + | Energetic Lighting, Inc., a division of Yankon Ind, 540 North Golden Circle Drive, Suite 203, Santa Ana, CA 92705-3914 |
| 23914835 | | Entertainment Technology Inc, 155 Atlanta Hwy, Loganville, GA 30052 |
| 23914781 | | Eric Macbeth, 503 E Maple St, River Falls, WI 54022-2516 |
| 23914908 | + | FANLIGHT CORPORATION, 2000 S. GROVE AVE, BLDG B, ONTARIO, CA 91761-4846 |
| 23914909 | | FEDERAL EXPRESS, P.O. BOX 660481, DALLAS, TX 75266-0481 |
| 23914910 | | FEDEX FREIGHT EAST, DEPT CH, PO BOX 10306, PALATINE, IL 60055-0306 |
| 23914911 | + | FEELUX, 3000 NORTHWOODS PKWY, SUITE 165, NORCROSS, GA 30071-1545 |
| 23914827 | + | FIRST SOUTHERN MANAGEMENT LLC, 1842 INDEPENDENCE SQUARE STE C, ATLANTA, GA 30338-5168 |
| 23914686 | + | FLORIDA DEPARTMENT OF CORRECTIONS, P.O. BOX 13600, TALLAHASSEE, FL 32317-3600 |
| 23914913 | | FULHAM COMPANY, P.O. BOX 845686, Los Angeles, CA 90084-5686 |
| 23914914 | + | FUSECO INC (75600), 1865 Corporate Dr., Ste 210, Norcross, GA 30093-2927 |
| 23914779 | + | Fairfield Inn and Suites, 1355 Mall of Georgia Blvd., Buford, GA 30519-6548 |
| 23856044 | + | Fanlight Corporation, Inc., c/o Simpson, Uchitel & Wilson, LLP, P.O. Box 550105, Atlanta, GA 30355-2605 |
| 23914777 | | Fiona Lin, 75 BRIAR HILL RD, NORWICH, CT 06360-6440 |
| 23914718 | + | Flo-control, 80 Center Rd SE, Cartersville, GA 30121-2956 |
| 23914912 | | Ford Credit, PO Box 650574, Dallas, TX 75265-0574 |
| 23914776 | + | Fusco's The Spot, 4432 E Bristol Rd, Feasterville Trevose, PA 19053-4758 |
| 23914812 | + | GA CENTRAL ELECTRICAL, 100 Commerce Drive, P.O. Box 723, Tyrone, GA 30290-0723 |
| 23914915 | + | GEORGIA DUPLICATING PRODUCTS, INC. (Xerox), P O BOX 3547, MACON, GA 31205-3547 |
| 23914916 | | GEORGIA POWER COMPANY (#79530), 96 ANNEX, ATLANTA, GA 30396-0001 |
| 23914917 | | GLOBAL INDUSTRIAL COMPANY, 29833 Network Place, Chicago, IL 60673-1298 |
| 23914824 | + | GREATER ATLANTA CHRISTIAN SCHOOL, 1575 INDIAN TRAIL RD, NORCROSS, GA 30093-2614 |
| 23914820 | + | GREEK ORTHODOX CATHEDRAL, 2500 CLAIRMONT ROAD, ATTN: Victor Rodi - 678-478-8548, ATLANTA, GA 30329-2709 |
| 23914918 | | GREEN CREATIVE, PO Box 930495, Atlanta, GA 31193-0495 |
| 23914826 | + | GREEN GLOW DOCK LIGHT, 4604 49th St. North, Suite 122, Saint Petersburg, FL 33709-3842 |
| 23914770 | + | Gatewood Schools, 139 Phillips Dr., Eatonton, GA 31024-1380 |
| 23914785 | + | Greg Mosely, 5257 Highway 280 East, Pembroke, GA 31321-6711 |
| 23914698 | | Gregory Taylor, 2000 Strathallan Woods Place, Innisfil, ON L9S 4T7 |
| 23914919 | | HALCO LIGHTING Technologies LLC, PO BOX 936822, ATLANTA, GA 31193-6822 |
| 23914922 | + | HOLIDAY DIVISION (#65600), ACTION LIGHTING, 310 ICE POND DR, BOZEMAN, MT 59715-5464 |
| 23914801 | | HOLIDAY INN EXPRESS - CADILLAC, 7642 SOUTH US. 131, CADILLAC, MI 49601 |
| 23914923 | | HONYA Lighting, Garden City NY 11530 United States, Garden City, NY 11530 |
| 23914681 | + | HORMEL FOODS CORP, PO BOX 900, AUSTIN, MN 55912-0963 |
| 23914924 | | HOWARD INDUSTRIES, P. O. BOX 11407, BIRMINGHAM, AL 35246-1132 |
| 23914925 | + | HUBBELL LIGHTING, INC., DEPT CH 14175, PALATINE, IL 60055-0001 |
| 23914710 | + | Harry Ruffino, 5109 W. Lemon St., Tampa, FL 33609-1105 |
| 23856041 | + | Hatch Transformers, Inc., d/b/a Hatch Lighting, c/o Simpson, Uchitel & Wilson, LLP, P.O BOX 550105, Atlanta, GA 30355-2605 |
| 23914921 | + | Hep Group USA, 12245 Florence Avenue, Santa Fe Springs, CA 90670-3805 |
| 23914928 | | INDUSTRIAL PKG CORP (75601), PO BOX 740438, ATLANTA, GA 30374-0438 |
| 23914814 | + | INFINITE ENERGY CENTER, ATT: Jan Mitchell - 678-620-4151, 6400 SUGARLOAF PARKWAY, DULUTH, GA 30097-7419 |
| 23914929 | | INTERLIGHT, 7939 NEW JERSEY AVENUE, HAMMOND, IN 46323-3040 |
| 23914930 | + | INTERMATIC, P.O.BOX 71596, CHICAGO, IL 60694-1596 |
| 23914931 | + | INTERSTATE ALL BATTERIES WH, PO BOX 1909, SUWANEE, GA 30024-0974 |
| 23914850 | + | ITV ASSOCIATES, INC., 1845 SOUTH LEE COURT, BUFORD, GA 30518-8811 |

District/off: 113E-9 User: bncadmin Page 4 of 9
Date Rcvd: Jul 25, 2022 Form ID: 300 Total Noticed: 364

| | | |
|---|---|---|
| 23914926 | + | Ignite Industrial Consignment, Attn: Jeff Heilman, 568 George Bishop Pkwy, Myrtle Beach, SC 29579-7339 |
| 23914927 | + | Imaging Center, 22647 Ventura Blvd., Ste. 661, Woodland Hills, CA 91364-1416 |
| 23914933 | + | J.D. INTERNATIONAL, P. O. BOX 668755, POMPANO BEACH, FL 33066-8755 |
| 23915018 | + | J.D. International Lighting, Inc., C/O Hays Potter & Martin, LLP, 3945 Holcomb Bridge Road Suit 300, Peachtree Corners GA 30092-5200 |
| 23914767 | #+ | JASON MARTON, 471 Copano Ridge Rd, Rockport, TX 78382-9635 |
| 23915019 | + | JL LIGHTING, LLC, 10475 Medlock Bridge Road, Suite 820, Johns Creek GA 30097-4437 |
| 23914935 | + | JL Lighting, 4505 Peachtree Industrial Blvd, STE D, Berkeley Lake, GA 30092-4917 |
| 23914765 | + | JR Metzger, 3101 Concord ROAD, Aston PA, PA 19014-2948 |
| 23914737 | + | Jack Eiseman, 466 MILL COVE DR, Dahlonega, GA 30533-6650 |
| 23914744 | + | Jackpot Junction Casino Hotel, PO Box 420, Morton, MN 56270-0420 |
| 23914791 | | James E. O'Brien, 14 DAY ST, BLOOMFIELD, NJ 07003-4410 |
| 23914795 | + | James Eifler, 2800 N Flagler D, West Palm Beach, FL 33407-5228 |
| 23914790 | | James M Sharp, 53 ALPINE GEM LN, TROUT CREEK, MT 59874-9410 |
| 23914734 | | Jan Schwartz, 0175N 450 East, Bluffton, IN 46714 |
| 23914713 | + | Jennifer W Gordona DDS LLC, 105 East Ohio avenue, Mount Vernon, OH 43050-3528 |
| 23914756 | + | Jermaine Williams, 2 Tibbits Ave, White Plains, NY 10606-2313 |
| 23899667 | + | Jessica Mendoza, c/o Aaron Clark, Gamble Clark LLP, 869 Virginia Cir NE, Atlanta, GA 30306-3768 |
| 23914934 | + | Jiawei Technology (USA) Limited, 29470 Union City Blvd., Union City, CA 94587-1239 |
| 23914749 | + | Joe De leon, 1210 north Richmond Road, Bay #5, Wharton, TX 77488-3014 |
| 23914706 | | John Jimenez DDS, 4831 SOQUEL DR, SOQUEL, CA 95073-2428 |
| 23914708 | | John Keating, 6122 36TH AVE NW, SEATTLE, WA 98107-2626 |
| 23914689 | + | John T Carter, PO BOX 772, Selma, AL 36702-0772 |
| 23914701 | + | KC ELECTRONIC DISTRIBUTORS, 186 NORTH BELLE MEAD ROAD, East Setauket, NY 11733-3455 |
| 23914815 | + | KENDALL ELECTRIC, INC (ALL 42), 5101 S. SPRINKLE ROAD, PORTAGE, MI 49002-2055 |
| 23914936 | | KEYSTONE TECHNOLOGIES, PO BOX 69159, Baltimore, MD 21264-9159 |
| 23915021 | + | Keystone Technologies, LLC, 3530 Smoke Rise, Lawrenceville GA 30044-4805 |
| 23914937 | | LADE ELECTRICAL SUPPLY(#65600), US ELECTRICAL SERVICES, INC, ATTN: LBS, PO BOX 101569, ATLANTA, GA 30392-1569 |
| 23914938 | | LEDVANCE LLC 429484, PO BOX 5163, Carol Stream, IL 60197-5163 |
| 23914939 | + | LIGHT EFFICIENT DESIGN, 188 NORTHWEST HWY, SUITE 301, CARY, IL 60013-2987 |
| 23914940 | + | LIGHTING ASSOCIATES, 3600 SWIFTWATER PARK DRIVE, SUWANEE, GA 30024-2188 |
| 23914942 | + | LITETRONICS (#65600), 6969 West 73rd Street, BEDFORD PARK, IL 60638-6025 |
| 23914943 | + | LUMIRAM (#65600), 707 Executive Blvd. 1A, Valley Cottage, NY 10989-2028 |
| 23914944 | | LUTRON ELECTRONICS (NO DROPSHIP), P O BOX 643782, PITTSBURGH, PA 15264-3782 |
| 23914783 | + | Lewis Milner, 19711 Edgecliff Drive, Euclid, OH 44119-1017 |
| 23914941 | | Lighting Supply (formerly LIGHT BULB DISTRIB.), L-4058, Columbus, OH 43260-4058 |
| 23915026 | + | M. Kyle Floyd, Stenger & Stenger, 2618 East Paris Ave, SE, Grand Rapids, MI 49546-2458 |
| 23914848 | + | MAINTENANCE SUPPLY, ATTN: ACCOUNTS PAYABLE, 6910 Brasada Dr., Houston, TX 77085-1530 |
| 23914945 | + | MAJOR SUPPLY INTERNATIONAL, 5400 NW 35TH Terrace, SUITE 104, Ft. Lauderdale, FL 33309-6321 |
| 23914946 | | MARKET GROUP VENTURES (#65600), P.O. BOX 40, SHAWNIGAN LAKE, BC V0R 2W0 |
| 23914851 | + | MARTIN SPROCKET & GEAR, INC., ATTN: ACCOUNTS PAYABLE, P.O. BOX 886, SCOTTDALE, GA 30079-0886 |
| 23914948 | | MAXLITE/SK AMERICA, PO BOX 844825, BOSTON, MA 02284-4825 |
| 23914813 | + | METROPOWER INC, ATTN: ACCOUNTS PAYABLE, PO BOX 5228, ALBANY, GA 31706-5228 |
| 23914950 | + | MICROLAMP, 2954 N. W. 60TH STREET, FT LAUDERDALE, FL 33309-1735 |
| 23914951 | + | MILLER OEM SUPPLIES (#65600), 3612 N. 16TH STREET, PHOENIX, AZ 85016-6422 |
| 23914952 | + | MILWAUKEE LIGHT BULB, P.O. BOX 125, OAK CREEK, WI 53154-0125 |
| 23914954 | + | MORRIS PRODUCTS INC, 53 CAREY ROAD, QUEENSBURY, NY 12804-7880 |
| 23914780 | + | Max Bodden, 106 Bowsprit Drive, North Palm Beach, FL 33408-5051 |
| 23914947 | + | Maxair Mechanical LLC, 3435 Breckinridge Blvd, Ste 120, Duluth, GA 30096-7674 |
| 23914949 | + | McGahren Law Firm, LLC, 6171 Crooked Creek Road, Peachtree Corners, GA 30092-3105 |
| 23914707 | + | McNeely Electric, Inc., 8201 Alcorn Circle, Austin, TX 78748-5415 |
| 23914723 | | MedCura Medical Center, 5582 Memorial Dr., Lithonia, GA 30032 |
| 23914757 | #+ | Michael Fannin, 46 Gema, San Clemente, CA 92672-9494 |
| 23915027 | + | Michael T. Rafi, Rafi Law Firm LLC, 1776 Peachtree St NW, Ste 423-South, Atlanta, GA 30309-2302 |
| 23914839 | + | Michel Moos, 946 NORTH AVE NE, ATLANTA, GA 30306-4456 |
| 23914953 | | Modern Forms, 23550 Network Place, Chicago, IL 60673-1235 |
| 23914752 | + | Monty Benhaim, 10611 Garden Grove Ave, Northridge, CA 91326-3211 |
| 23914956 | + | NICOR, INC, 2200 MIDTOWN PL NE, STE A, ALBUQUERQUE, NM 87107-3217 |
| 23914957 | + | NORCROSS ELECTRIC SUPPLY, 4190 Capital View Dr, Suwanee, GA 30024-3979 |
| 23914958 | + | NORMAN LAMPS, P.O. BOX 3550, ST CHARLES, IL 60174-9090 |
| 23914821 | + | NORTH DECATUR PRESBYTERIAN CHURCH, 611 MEDLOCK RD, DECATUR, GA 30033-5599 |
| 23914853 | + | NORTHROP GRUMMAN, 1201 CONTINENTAL BLVD, CHARLOTTE, NC 28273-6320 |

District/off: 113E-9 | User: bncadmin | Page 5 of 9
Date Rcvd: Jul 25, 2022 | Form ID: 300 | Total Noticed: 364

| | | |
|---|---|---|
| 23914960 | + | NORTHWEST MUTUAL FINANCIAL NETWORK, ATTN: AUBREY VAUGH, 3438 PEACHTREE RD SUITE 1200, ATLANTA, GA 30326-1555 |
| 23914961 | + | NSI Industries, 9730 Northcross Center Ct, Huntersville, NC 28078-7301 |
| 23914831 | + | NULIGHT CONSULTING, PO Box 3406, Loganville, GA 30052-1976 |
| 23914772 | + | Naitram Gopaul, 407 Keys Ferry Rd, McDonough, GA 30252-6161 |
| 23914691 | | Nick Bohacz, 27 JUNIPER DR, RICHBORO, PA 18954-1625 |
| 23914760 | + | Noah Scher, 559 Jacobs Place, Carbondale, CO 81623-2198 |
| 23914959 | + | Northwest Exterminating, 830 Kennesaw Ave, Marietta, GA 30060-1006 |
| 23914962 | | OFFICE DEPOT, PO BOX 88040, CHICAGO, IL 60680-1040 |
| 23914964 | + | ON HOLD MEDIA GROUP, 3001 DALLAS PARKWAY, SUITE 220, FRISCO, TX 75034-8672 |
| 23914967 | | OSRAM SYLVANIA INC, PO BOX 2114, CAROL STREAM, IL 60132-2114 |
| 23914968 | + | OTTLITE TECHNOLOGIES, 1715 N. WESTSHORE BLVD, TAMPA, FL 33607-3920 |
| 23914716 | + | Ocean Glass Inn, 37299 Rehoboth Avenue, Rehoboth Beach, DE 19971-3238 |
| 23914963 | + | Old World Industries, LLC, P.O. BOX 204549, DALLAS, TX 75320-4549 |
| 23914965 | + | Oracle America, Inc., Bank of America Lockbox Services, 15612 Collections Center Drive, Chicago, IL 60693-0001 |
| 23894766 | + | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 23914966 | + | Orbit Industries, Inc., 2100 South Figueroa Street, Los Angeles, CA 90007-2047 |
| 23914787 | + | Orchid Cove at Palmyra Harbor, 2600 Highlands Blvd N, Palm Harbor, FL 34684-2114 |
| 23914969 | #+ | Oxem, LLC, 2413 Eastwood Village Dr., Stockbridge, GA 30281-7733 |
| 23914970 | + | PHILIPS (FIXTURES) Luminairies (Sesco), P.O. Box 100194, Atlanta, GA 30384-0194 |
| 23914972 | | PHILIPS EMERGENCY LIGHTING (#A000881), P.O. BOX 100282, ATLANTA, GA 30384-0282 |
| 23914975 | | PITNEY BOWES GLOBAL, PO Box 371887, PITTSBURGH, PA 15250-7887 |
| 23914976 | + | POWERSELECT INC, 15602 COMMERCE LANE, HUNTINGTON BEACH, CA 92649-1604 |
| 23914797 | + | PPG AEROSPACE, 6022 Corporate Way, Indianapolis, IN 46278-2923 |
| 23914977 | + | PQL (#656.00), 2285 WARD AVENUE, SIMI VALLEY, CA 93065-1863 |
| 23914743 | + | Peggy O'Halloran, 6598 Springpath Lane, San Jose, CA 95120-4549 |
| 23914971 | + | Philips (LAMPS) Lighting, P.O. Box 100194, Atlanta, GA 30384-0194 |
| 23914973 | + | Philips Lighting Electronics (ADVANCE), P.O. Box 100194, ATLANTA, GA 30384-0194 |
| 23914974 | + | Photometric Design, 1066 CHARTLEY DR SW, LILBURN, GA 30047-5278 |
| 23914714 | #+ | Pro Source Industrial, LLC, DBA. Mechanical Services, 3806 Calhoun Ave, Chattanooga, TN 37407-2531 |
| 23914774 | + | Quality Industries, Inc., 1595 Ocean Ave, Unit B1, Bohemia, NY 11716-1948 |
| 23914843 | + | Quest Diagnostics.com, 1 Malcolm Ave., Teterboro, NJ 07608-1070 |
| 23914978 | | QuikTrip Fleetmaster (QT), PO Box 4337, Carol Stream, IL 60197-4337 |
| 23914979 | | R&L Carriers, PO Box 10020, Port William, OH 45164-2000 |
| 23914980 | + | REECE SUPPLY CO OF GA (#65600), 5755 OAKBROOK PARKWAY, NORCROSS, GA 30093-1836 |
| 23914830 | + | RELIANT REAL ESTATE MANAGEMENT, 15600 Old 41 Rd, Naples, FL 34110-8420 |
| 23914981 | | RF Smart (ICS, Inc), PO Box 638345, Cincinnati, OH 45263-8345 |
| 23914982 | + | RIZE ENTERPRISES, PO BOX 1311, BRENTWOOD, NY 11717-0688 |
| 23914709 | + | RKB Maintenance Solutions, 350 Motor Parkway, Suite 412, Hauppauge, NY 11788-5125 |
| 23914699 | + | ROBERT N JONES MD, 217 FAIRWAY DRIVE, NEW ORLEANS, LA 70124-1018 |
| 23914983 | + | ROBERT TAITZ, 3860 Falls Landing Drive, Johns Creek, GA 30022-8097 |
| 23914766 | | RONALD CARPENTER, 6 COLLEGE HILL RD, CANAAN, CT 06018-2313 |
| 23914984 | + | RST VISIONS IN COLOR, 8655 Tamarack Ave, Sun Valley, CA 91352-2505 |
| 23914741 | + | RUSSELL LACEY, P. O. BOX 575, BOAZ, AL 35957-0575 |
| 23914733 | | Rameshwar Deokaran, 555 E 90TH ST, NEW YORK, NY 10128-7803 |
| 23914719 | + | Restaurant Technologies, 2250 Pilot Knob Road, Ste 100, Mendota Heights, MN 55120-1127 |
| 23914771 | + | Robert Beaulieu, 349 Black Brook Road, Goffstown, NH 03045-2931 |
| 23914742 | + | Robin Hopper, PO Box 670549, Chugiak, AK 99567-0549 |
| 23914773 | + | Rolando Martinez, 4307 9th St., Rockford, IL 61109-3017 |
| 23914768 | + | Ron Conti, 905 Harvest Lane, Indiana, PA 15701-9738 |
| 23914840 | + | Ronald Thon, 1010 May Lane, Yankton, SD 57078-6313 |
| 23914985 | + | SATCO PRODUCTS, 900 N.W. 159TH DRIVE, MIAMI, FL 33169-5804 |
| 23914987 | + | SEBCO INDUSTRIES, 2621 S. Main Street, SANTA ANA, CA 92707-3432 |
| 23914989 | + | SENGLED, 155 Bluegrass Valley Pkwy, Suite 200, Alpharetta, GA 30005-2222 |
| 23914722 | | SILVERTON FIRST AID SQUAD, 86 MAINE STREET, Toms River, NJ 08753-1780 |
| 23914990 | + | SITLER'S SUPPLIES (#65600), 111 WEST VIEW DRIVE, WASHINGTON, IA 52353-2946 |
| 23914856 | + | SOUTHERN EQUIPMENT SALES, ATTN: ACCOUNTS PAYABLE, 1896 FORGE STREET, TUCKER, GA 30084-6628 |
| 23914845 | + | SOUTHLAND ELECTRIC, INC, ATT: SCOTT NELSON, 2239 DILLARD STREET, TUCKER, GA 30084-4824 |
| 23914992 | + | STANDARD ENTERPRISES, DBA WATT-MAN LED LIGHTING, P.O. Box 1345, DECATUR, GA 30031-1345 |
| 23914993 | | STAPLES ADVANTAGE, DEPT ATL, P O BOX 405386, ATLANTA, GA 30384-5386 |
| 23914692 | + | STEPHEN MULLADY, 1100 CUMBERLAND RD, Chattanooga, TN 37419-1006 |
| 23914994 | + | SUNSHINE LIGHTING, 744 CLINTON STREET, BROOKLYN, NY 11231-2101 |
| 23914685 | + | SUPER H MART DISTRIBUTION, 2550 Pleasant Hill Rd, STE 300, Duluth, GA 30096-9250 |

District/off: 113E-9                          User: bncadmin                          Page 6 of 9
Date Rcvd: Jul 25, 2022                       Form ID: 300                            Total Noticed: 364

| | | |
|---|---|---|
| 23914849 | + | SYNOVOS, 16888 STATE ROUTE 706, MONTROSE, PA 18801-6616 |
| 23914720 | + | Sajjadian Medical Corp., 496 Old Newport Blvd, Suite 3, Newport Beach, CA 92663-4264 |
| 23914729 | | Santosh Iyer, 28 LEWISTON CIR, LANCASTER, PA 17601-4822 |
| 23914759 | + | Sarah Markowitz, 328 North Main St, Minoa, NY 13116-1214 |
| 23914721 | + | Scott Long, 8321 SNOWDEN OAKS PL., LAUREL, MD 20708-2315 |
| 23914988 | + | Semperlite, 141 Cassia Way, Suite A, Room 100, Henderson, NV 89014-6650 |
| 23914740 | | Sharon A. Colado, 628 DAVID ST, LAKE IN THE HILLS, IL 60156-5205 |
| 23915032 | + | Small Business Administration, c/o CSC, 801 Adlai Stevenson Drive, Springfield, IL 62703-4261 |
| 23914705 | + | Sound Services-RH Nolte, Po Box 18, Bylas, AZ 85530-0018 |
| 23914763 | + | Sparkles Smyrna, 666 Smyrna Hill Dr, Smyrna, GA 30082-2836 |
| 23914991 | + | Spot Lighting, PO Box 20860, Long Beach, CA 90801-3860 |
| 23915029 | + | Stephen P. Fuler, Fuller Sloan, LLC, 10475 Medlock Bridge Rd, Ste 820, Johns Creek GA 30097-4437 |
| 23914747 | | Steven weiher, S76W13722 MCSHANE DR, MUSKEGO, WI 53150-3931 |
| 23903406 | + | Sun Court Partners, L.P., c/o Hartman Simons & Wood LLP, Attn: Todd H. Surden, Esq., 400 Interstate N Pkwy SE, #600, Atlanta, GA 30339-5001 |
| 23914789 | + | TBF Computing, 1090 Cobb Industrial Dr, Marietta, GA 30066-6622 |
| 23914995 | | TECHNICAL CONSUMER PRODUCTS, 3691 SOLUTIONS CENTER, CHICAGO, IL 60677-3006 |
| 23914996 | + | TECHNO USA LLC, 1580 Boggs Road, Suite 500, Duluth, GA 30096-1288 |
| 23914997 | | THE HARTFORD (#75850), P.O. BOX 660916, DALLAS, TX 75266-0916 |
| 23914999 | + | THHC LIGHTING, 1411 North Batavia Street, Suite 212, Orange, CA 92867-3526 |
| 23915000 | | TOPAZ LIGHTING (65600), PO Box 7247, Mail Code 7333, Philadelphia, PA 19170-0001 |
| 23915001 | #+ | TOPSTAR INTERNATIONAL, 291 Kettering Drive, Ontario, CA 91761-8132 |
| 23915003 | + | TRC Electroncis, 4171 Stony Lane, Doylestown, PA 18902-1160 |
| 23914753 | + | Taniel m Cameron, 9 York circle, Bluffton, SC 29909-3117 |
| 23914735 | + | Todd McAreavey, 2605 Fieldstone Trl, Ponca City, OK 74604-1612 |
| 23914711 | | Tony Celli, 28 E. Spring st, cookeville, TN 38501 |
| 23914696 | + | Trent Weaver, 2204 Chestnut Road, Birmingham, AL 35216-1510 |
| 23914800 | + | Tuyen Nguyen, 23 Susan Drive, Pelham, NH 03076-3571 |
| 23915030 | + | Tyler Dillard, 1960 Satellite Blvd, Ste 4000, Duluth, GA 30097-4128 |
| 23914755 | + | Tyler MacGeorge, 1031 Miller Dr., Altamonte Springs, FL 32701-2067 |
| 23915004 | | UNITED PARCEL SERVICE (#65702), P.O. BOX 7247-0244, PHILADELPHIA, PA 19170-0001 |
| 23915005 | | UNIVERSAL LIGHTING (MAGNETEK), PO BOX 5510, CAROL STREAM, IL 60197-5510 |
| 23915006 | | US BANK EQUIPMENT FINANCE, P O BOX 790448, ST LOUIS, MO 63179-0448 |
| 23915007 | | USHIO AMERICA, 6045 SOLUTION CENTER, CHICAGO, IL 60677-6000 |
| 23915009 | | Verizon Connect Fleet USA LLC, PO Box 15043, Albany, NY 12212-5043 |
| 23915022 | + | Versapay, 548 Market Street, #43812, San Francisco, CA 94104-5401 |
| 23914717 | #+ | Verum Analytics Industries, 18916 Bonanza Way, Gaithersburg, MD 20879-1512 |
| 23914816 | + | WAGES & SONS, ATTN: HANK WAGES, P.O. BOX 605, STONE MOUNTAIN, GA 30086-0605 |
| 23915011 | | WESTINGHOUSE LIGHTING (ANGELO), P. O. BOX 780984, Philadelphia, PA 19178-0984 |
| 23915012 | + | WORLDWIDE SPECIALTY, 6759 OAK RIDGE COMMERCE WY, AUSTELL, GA 30168-5891 |
| 23915017 | + | WORLDWIDE SPECIALTY LAMP, LLC, 6065 ROSWELL ROAD SUITE 540, ATLANTA GA 30328-4038 |
| 23915010 | + | WageWorks, Inc. (take care), 1100 Park Place, 4th floor, San Mateo, CA 94403-1599 |
| 23914758 | | WellMax Center for Preventive Medicine, 45200 Club Dr, Suite B, Indian Wells, CA 92210-8837 |
| 23914694 | + | Western Securities, 2626 Howell St., Suite 850, Dallas, TX 75204-4064 |
| 23914764 | + | Wildwood Services LLC, 2242 Otter Creeek Ln, Sarasota, FL 34240-8592 |
| 23914726 | + | Winfred Wiencke, 2133 Newport Place NW, Washington, DC 20037-3002 |
| 23914798 | + | Wiredup Electric Inc., 14723 Weeks Dr., La Mirada, CA 90638-1056 |
| 23847842 | + | Worldwide Specialty Lamp, LLC, c/o Bryan Kaplan, Esq., 6065 Roswell Road, Suite 540, Atlanta, GA 30328, Atlanta, GA 30328-4038 |
| 23915013 | + | XTRA LITE LIGHTING, 6300 ST LOUIS STREET, MERIDIAN, MS 39307-9560 |
| 23915014 | + | ZLED Lighting, 1536 Kings Highway North, Cherry Hill, NJ 08034-2313 |
| 23914761 | + | chirag patel, 628 U.S. 250, Norwalk, OH 44857-9214 |
| 23914688 | + | john crosby, 534 white pelican, vero beach, FL 32963-9561 |
| 23914794 | + | ricky mcintyre, 310 South Lake Avenue, Ridgeland, MS 39157-7003 |
| 23914730 | + | scott palmi, 106 Cemetery Road, Putney, VT 05346-8740 |
| 23914762 | + | shaun kennedy, 2070 kalakaua ave, Honolulu, HI 96815-2048 |
| 23915008 | + | van der Veen, Hartshorn & Levin, 1219 Spruce St., Philadelphia, PA 19107-5607 |
| 23914728 | + | vonee pawlowski, PO Box 872, Hiawassee, GA 30546-0872 |

TOTAL: 343

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|

District/off: 113E-9

Date Rcvd: Jul 25, 2022

User: bncadmin

Form ID: 300

Page 7 of 9

Total Noticed: 364

| | | | | |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Jul 25 2022 20:20:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 23915031 | + | Email/Text: cwilson@simplawatlanta.com | Jul 25 2022 20:20:00 | A Christian Wilson, Simpson, Uchitel & Wilson LLP, PO Box 550105, Atlanta, GA 30355-2605 |
| 23914867 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2022 20:27:34 | AMERICAN EXPRESS, PO BOX 650448, DALLAS, TX 75265-0448 |
| 23851029 | + | Email/Text: bkfilings@zwickerpc.com | Jul 25 2022 20:21:00 | American Express Travel Related Services Co., Inc., c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 23914882 | + | Email/Text: david_hartman@cadmet.com | Jul 25 2022 20:20:00 | CADMET, INC., P.O. BOX 24, MALVERN, PA 19355-0024 |
| 23914890 | | Email/Text: documentfiling@lciinc.com | Jul 25 2022 20:19:00 | COMCAST, PO BOX 530098, ATLANTA, GA 30353-0098 |
| 23914884 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2022 20:27:20 | Capital One Spark, PO Box 71083, Charlotte, NC 28272-1083 |
| 23914899 | | Email/Text: djelem@dekalbcountyga.gov | Jul 25 2022 20:20:00 | DEKALB COUNTY TAX COMMISSIONER, P. O. BOX 100004, DECATUR, GA 30031-7004 |
| 23841975 | | Email/Text: EBNBKNOT@ford.com | Jul 25 2022 20:21:00 | Ford Motor Credit Company, LLC, Drawer 55-953, P.O. Box 55000, Detroit, MI 48255-0953 |
| 23915015 | | Email/Text: brnotices@dor.ga.gov | Jul 25 2022 20:20:00 | GEORGIA DEPT OF REV (S&U Tax), SALES AND USE TAX DIVISION, P. O. BOX 105296, Atlanta, GA 30348-5296 |
| 23914920 | + | Email/Text: jerickson@hatchlighting.com | Jul 25 2022 20:20:27 | HATCH TRANSFORMERS, 7821 WOODLANDS CENTER BLVD, TAMPA, FL 33614-2410 |
| 23914932 | | Email/Text: bankruptcy2@ironmountain.com | Jul 25 2022 20:20:00 | IRON MOUNTAIN, P O BOX 915004, DALLAS, TX 75391-5004 |
| 23903177 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2022 20:20:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23914886 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2022 20:26:45 | Chase Card Services, P.O. BOX 1423, Charlotte, NC 28201-1423 |
| 23914847 | + | Email/Text: heather.hammock@loweelectric.com | Jul 25 2022 20:21:00 | LOWE ELECTRIC SUPPLY COMPANY, ATTN: ACCOUNTS PAYABLE, P O BOX 4767, MACON, GA 31208-4767 |
| 23914775 | + | Email/Text: bankruptcy@nbtbank.com | Jul 25 2022 20:21:00 | NBT Bank, 120 North Keyser Ave, Scranton, PA 18504-9701 |
| 23914986 | | Email/Text: bankruptcy@igs.com | Jul 25 2022 20:20:00 | SCANA ENERGY, PO BOX 100157, COLUMBIA, SC 29202-3157 |
| 23915016 | | Email/Text: bkrp@parnellsoutheast.com | Jul 25 2022 20:20:00 | Signify North America Corporation, c/o Parnell & Parnell, P.A., P.O. Box 2189, Montgomery AL 36102-2189 |
| 23915033 | + | Email/Text: PDELINQ@sba.gov | Jul 25 2022 20:20:00 | Small Business Administration, Disaster Assistance Processing Ctr, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 23914998 | + | Email/Text: billing@tra401k.com | Jul 25 2022 20:21:00 | The Retirement Advantage, 47 Park Place, Suite 850, Appleton, WI 54914-8233 |
| 23915036 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Jul 25 2022 20:20:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 21

District/off: 113E-9                              User: bncadmin                                    Page 8 of 9
Date Rcvd: Jul 25, 2022                           Form ID: 300                                Total Noticed: 364

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23914796 | | PRINCIPAL HANDY SOLUTIONS |
| 23914703 | | TRUE VISION SYSTEMS |
| 23914793 | | Z&R LIGHTING |
| cr | *+ | Norcross Electric Supply Company, 4190 Capital View Drive, Suwanee, GA 30024-3979 |
| 23914855 | ##+ | AMERICAN LIGHTING SUPPLY, ATTN: ACCOUNTS PAYABLE, P.O. BOX 1761, LILBURN, GA 30048-1761 |
| 23914873 | ##+ | ATG ELECTRONICS, 10700 7TH STREET, RCH CUCAMONGA, CA 91730-5404 |
| 23914724 | ## | Ilhom Islomov, 1985 E 15TH ST APT D4, BROOKLYN, NY 11229-3343 |
| 23914955 | ##+ | MULTI LITE USA (#65600), 172 W. Providencia, Unit 101, Burbank, CA 91502-2141 |
| 23914842 | ##+ | Mark Allen, 3640 Pallos Verdas Dr., Dallas, TX 75229-2625 |
| 23914802 | ##+ | POINTS ELECTRICAL, 5500 Oakbrook Pkwy ste 210, NORCROSS, GA 30093-2788 |
| 23915002 | ##+ | TOPSTAR INTERNATIONAL, 13668 VALLEY BLVD, SUITE D-2, CITY INDUSTRY, CA 91746-2572 |

TOTAL: 3 Undeliverable, 1 Duplicate, 7 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2022                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Henry F. Sewell, Jr. | on behalf of Trustee S. Gregory Hays hsewell@sewellfirm.com  hsewell123@yahoo.com |
| J. Robert Williamson | on behalf of Creditor BREIT Stone Mountain Owner  LLC rwilliamson@swlawfirm.com, centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazzani@swlawfirm.com;mlevin@swlawfirm.com |
| Jason M Torf | on behalf of Creditor Candela Corporation jason.torf@tuckerellis.com |
| Jason M Torf | on behalf of Creditor Halco Lighting Technologies  LLC jason.torf@tuckerellis.com |
| Jason M Torf | on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Atlanta Light Bulbs  Inc. jason.torf@tuckerellis.com |
| Jason M Torf | on behalf of Creditor Norcross Electric Supply Company jason.torf@tuckerellis.com |
| Jason M. Torf | on behalf of Creditor Norcross Electric Supply Company Jason.Torf@icemiller.com |
| Jason M. Torf | on behalf of Creditor Halco Lighting Technologies  LLC Jason.Torf@icemiller.com |
| Jason M. Torf | on behalf of Creditor Candela Corporation Jason.Torf@icemiller.com |

Kathleen G. Furr
on behalf of Creditor Halco Lighting Technologies  LLC kfurr@bakerdonelson.com,
lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr
on behalf of Creditor Norcross Electric Supply Company kfurr@bakerdonelson.com
lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Atlanta Light Bulbs  Inc.
kfurr@bakerdonelson.com, lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr
on behalf of Creditor Candela Corporation kfurr@bakerdonelson.com
lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kristen A. Yadlosky
on behalf of Creditor Sun Court Partners  LP kristen.yadlosky@hartmansimons.com, deloris.person@hartmansimons.com

Leslie M. Pineyro
on behalf of Creditor Tandem Bank lpineyro@joneswalden.com
jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;arich@joneswalden.com;ewooden@jone
swalden.com

Matthew W. Levin
on behalf of Creditor BREIT Stone Mountain Owner  LLC mlevin@swlawfirm.com,
fharris@swlawfirm.com;centralstation@swlawfirm.com;rwilliamson@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfir
m.com

Michael D. Robl
on behalf of Creditor Jesse Root michael@roblgroup.com  max@roblgroup.com,lelena@roblgroup.com

Ronald A. Levine
on behalf of Creditor Ford Motor Credit Company  LLC A Delaware Limited Liability Company rlevine@levineblock.com,
rlevine682@gmail.com

S. Gregory Hays
ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

Scott B. McMahan
on behalf of Creditor Major Supply  Inc. ecf@poolehuffman.com, scott@poolehuffman.com

Shawn M. Christianson
on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Thomas Dworschak
on behalf of U.S. Trustee United States Trustee thomas.w.dworschak@usdoj.gov  ltctommyd@aol.com

Todd H. Surden
on behalf of Creditor Sun Court Partners  LP todd.surden@hartmansimons.com, deloris.person@hartmansimons.com

Todd J Poole
on behalf of Creditor Major Supply  Inc. todd@poolehuffman.com


TOTAL: 24