UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ATLANTA LIGHT BULBS, INC., | ) | CASE NO. 22-52950-pmb |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

COMES NOW James C. Joedecke, Jr., and the law firm of Andersen, Tate & Carr, P.C., and files this Entry of Appearance and Demand for Service of Papers, as Counsel for and on behalf of Norcross Electric Supply Company, a creditor and party in interest in the above-styled case, and pursuant to Bankruptcy Rules 2002 and 9010 (b), and Bankruptcy Code Section 342, respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address and telephone number listed as follows:

James C. Joedecke, Jr., Esq.
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre, Suite 4000
1960 Satellite Boulevard
Duluth, GA 30097
Telephone: (770) 822-0900
Facsimile: (770) 822-9680
jjoedecke@atclawfirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules and additionally includes, without

1

limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Norcross Electric Supply Company additionally requests that the Clerk of the Court place the foregoing name and address on any mailing matrix to be prepared or existing in the above-numbered case.

Dated this 3rd day of August, 2022.

> Respectfully Submitted,
>
> **ANDERSEN, TATE & CARR, P.C.**
>
> /s/ James C. Joedecke, Jr.
> James C. Joedecke, Jr.
> State Bar No. 391885
> jjoedecke@atclawfirm.com
> Attorney for Norcross Electric Supply Company

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
770.822.0900 phone
770.822.9680 fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ATLANTA LIGHT BULBS, INC., | ) | CASE NO. 22-52950-pmb |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**, with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the attorneys of record.

Dated this 3rd day of August, 2022.

**ANDERSEN, TATE & CARR, P.C.**

/s/ James C. Joedecke, Jr.
James C. Joedecke, Jr.
State Bar No. 391885
jjoedecke@atclawfirm.com
Attorney for Norcross Electric Supply Company

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
770.822.0900 phone
770.822.9680 fax

3