

**IT IS ORDERED as set forth below:**

**Date: August 9, 2022**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 22-52950-PMB** |
| | : | |
| **ATLANTA LIGHT BULBS, INC.** | : | **CHAPTER 7** |
| | : | |
| **Debtor.** | : | **JUDGE BAISIER** |

**ORDER GRANTING MOTION FOR EXAMINATION**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

The Motion of the Trustee (the "Movant") for an order pursuant to Federal Rule of

Bankruptcy Procedure 2004 to take discovery and conduct an examination of SouthState Bank,

National Association (Inc.) f/k/a Atlantic Capital Bank, N.A. filed herein on July 21, 2022 (the

"Motion")(Docket No. 120)  having been read and considered, it is

**ORDERED** that the Motion be, and the same hereby is, **granted** as follows: pursuant to Fed.R.Bankr.P. 2004(a), the Movant is authorized to proceed with discovery and conduct an examination of SouthState Bank, National Association (Inc.) f/k/a Atlantic Capital Bank, N.A. ("Atlantic Capital") in accordance with Fed.R.Bankr.P. 2004(b) at a mutually agreed date, time, and place. It is further

**ORDERED** that the examination may be rescheduled or adjourned from time to time and place to place by agreement of the parties, by announcement at the examination, or as set forth in a notice filed with the Court and served on Atlantic Capital and its counsel and the Trustee. It is further

**ORDERED** that if attendance and, if applicable, production of designated documents in connection with said examination, cannot be obtained voluntarily, the Movant may compel such attendance and production of documents as stated in Fed.R.Bankr.P. 2004(c) in the manner provided in Fed.R.Bankr.P. 9016, which incorporates the procedure for the issuance of a subpoena as set forth in Federal Rule of Civil Procedure 45. It is further

**ORDERED** that Atlantic Capital shall timely respond to any document requests made by the Movant in accordance with Fed.R.Bankr.P. 2004(c).  Atlantic Capital may assert written objections in good faith to the requests as if such requests had been served pursuant to Fed.R.Bankr.P. 7034 and shall produce to the Movant all responsive documents that are not subject to a valid timely asserted objection.

The Clerk is directed to serve a copy of this Order upon counsel for the Movant, Atlantic

Capital, the Chapter 7 Trustee, and the United States Trustee.

***END OF DOCUMENT***

Prepared and Presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

*Counsel for S. Gregory Hays, as Chapter 7 Trustee of Atlanta Light Bulbs, Inc.*

**Parties to Be Served**

SouthState Bank, National Association (Inc.)
c/o John Corbett, CEO
1101 First Street South
Winter Haven, FL, 33880

S. Gregory Hays, Trustee
Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305

Henry F. Sewell, Jr.
Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305

Office of the United States Trustee
75 Ted Turner Drive, SW
Suite 362
Atlanta, Georgia 30303