**IT IS ORDERED as set forth below:**



Date: August 11, 2022

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN RE: | : | CASE NO. 22-52950-PMB |
|---|---|---|
|  | : |  |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
|  | : |  |
| Debtor. | : | JUDGE BAISIER |

**ORDER AND NOTICE
ESTABLISHING BAR DATE FIXING TIME FOR FILING GAP CLAIMS AND
CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS**

S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of Atlanta Light Bulbs, Inc., Debtor (the "**Debtor**") in the above captioned case (the "**Case**") has filed a *Motion to Set Bar Date for Gap Claims and Chapter 11 Administrative Expense Claims Exclusive of Professional Fees* [Doc. No. 126] (the "**Motion**"). In the Motion, the Trustee requests the entry of an order establishing a bar date for the filing of a request for allowance and

1

payment of Gap Claims under 11 U.S.C. § 502(f) or administrative expenses claims ("**Chapter 11 Administrative Claims**") as defined in 11 U.S.C. § 503, including under 11 U.S.C. § 503(b)(9), arising during the Chapter 11 Case herein. "**Gap Claims**" are claims arising in the ordinary course of the Debtor's business or financial affairs on or after April 15, 2022, the date of the involuntary petition, through May 22, 2022, the day before the entry of the order of relief. Upon review of same, it is

**ORDERED** that the Motion be, and the same hereby is, **GRANTED** as follows, and it is

**ORDERED, GAP CLAIMS ARE CLAIMS ARISING IN THE ORDINARY COURSE OF THE DEBTOR'S BUSINESS OR FINANCIAL AFFAIRS ON OR AFTER APRIL 15, 2022, THE DATE OF THE INVOLUNTARY PETITION, THROUGH MAY 22, 2022, THE DAY BEFORE THE ENTRY OF THE ORDER OF RELIEF.**

**ORDERED, CHAPTER 11 ADMINISTRATIVE CLAIMS ARE CLAIMS ARISING ON OR AFTER MAY 23, 2022, THE DATE ON WHICH THE ORDER FOR RELIEF WAS GRANTED HEREIN, THROUGH JULY 6, 2022, THE DATE PRIOR TO THE DATE OF CONVERSION OF THIS CASE TO A CHAPTER 7 CASE.**

**ORDERED AND NOTICE IS HEREBY GIVEN** that, other than the Chapter 11 Trustee, professionals of the Chapter 11 Trustee, or any person or entity who has previously filed a request for the allowance or payment of Gap Claims or Chapter 11 Administrative Claims, each creditor and party-in-interest who has or asserts any Gap Claims under 11 U.S.C. § 502(f) or Chapter 11 Administrative Claims against the Debtor pursuant to 11 U.S.C. § 503, including under 11 U.S.C.

503(b)(9), arising from the Chapter 11 Case herein **SHALL FILE A REQUEST FOR ALLOWANCE OF SUCH CLAIMS WITH:**

> Clerk, United States Bankruptcy Court
> Room 1340, Russell Federal Building
> and United States Courthouse
> 75 Ted Turner Drive, SW
> Atlanta, Georgia 30303

**ON OR BEFORE SEPTEMBER 26, 2022** (the "**Chapter 11 Gap and Administrative Claims Bar Date**"). A copy of the completed request should also be mailed to counsel for the Trustee at the following address: Law Offices of Henry F. Sewell, Jr., LLC, c/o Henry F. Sewell, Jr., Esq., Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305; it is further

**ORDERED AND NOTICE IS HEREBY GIVEN** that all requests for allowance of Gap Claims or Chapter 11 Administrative Claims addressed by this Order must be filed **no later than the Chapter 11 Gap and Administrative Claims Bar Date of September 26, 2022**. The Chapter 11 Gap and Administrative Claims Bar Date is the last day for a claimant, other than the Chapter 11 Trustee, any professionals of the Chapter 11 Trustee or any person or entity who has previously filed a request for the allowance or payment of all Gap Claims and Chapter 11 Administrative Claims to file a request for allowance of any Gap Claims under 11 U.S.C. § 502(f) or Chapter 11 Administrative Claims against the Estate or the Debtor under 11 U.S.C. § 503. To assert any Gap Claims or Chapter 11 Administrative Claims in the Case, claimants may use, as applicable, the Chapter 11 Administrative Claim Form attached as **Exhibit A** to this Order (the "**Administrative Claim Form**") or the Gap Claim Form attached as **Exhibit B** to this Order (the "**Gap Claim Form**" and collectively, the "**Claim Forms**"). The Claim Forms are approved; and it is

**ORDERED AND NOTICE IS HEREBY GIVEN THAT ANY CLAIMANT, OTHER THAN THE CHAPTER 11 TRUSTEE, ANY PROFESSIONALS OF THE CHAPTER 11 TRUSTEE, OR ANY PERSON OR ENTITY WHO HAS PREVIOUSLY FILED A REQUEST FOR THE ALLOWANCE OR PAYMENT OF ALL GAP CLAIMS AND CHAPTER 11 ADMINISTRATIVE CLAIMS WHO DOES NOT FILE A REQUEST FOR ALLOWANCE OF ITS GAP CLAIMS AND CHAPTER 11 ADMINISTRATIVE CLAIMS BY THE CHAPTER 11 GAP AND ADMINISTRATIVE CLAIMS BAR DATE MAY BE FOREVER BARRED FROM ANY RECOVERY FOR ANY SUCH GAP CLAIMS AND CHAPTER 11 ADMINISTRATIVE CLAIMS; and it is**

**ORDERED AND NOTICE IS HEREBY GIVEN** that Counsel for the Trustee is directed to serve a copy of this Order and the Claim Forms on all known holders of Gap Claims or Chapter 11 Administrative Claims in the Chapter 11 Case and all other creditors and parties in interest who might assert Gap Claims or Chapter 11 Administrative Claims against the Debtor, and on those parties in interest listed on the matrix of creditors in the Case.

*** END OF ORDER ***

Prepared and Presented By:
LAW OFFICES OF HENRY F. SEWELL JR., LLC

By: */s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Law Offices of Henry F. Sewell, Jr., LLC
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
Counsel for the Chapter 7 Trustee

## EXHIBIT A

**Chapter 11 Administrative Claim Form**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE BAISIER |

**REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE**
**EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503**

COMES NOW the claimant identified below and hereby requests the allowance of an administrative expense claim pursuant to Section 503 of the Bankruptcy Code, and hereby shows the following:

**Name of Claimant**: _____

**Address of Claimant**: _____
_____
_____

**Phone**: _____    **Email**: _____

**Amount of 11 U.S.C. § 503 Administrative Expense**: $_____

1. The undersigned holds an administrative expense claim arising on or after May 23, 2022, through July 6, 2022, pursuant to 11 U.S.C. § 503 in the amount identified above against the Debtor in the Chapter 11 Case:_____

2. The consideration for this debt (or ground for this liability) owed by the Debtor is as follows: _____
_____
_____
_____

3. The administrative expense is entitled to administrative priority under 11 U.S.C. § 503(b) and 11 U.S.C. § 507(a)(2) because:_____
_____
_____
_____

   4. A copy of the writing (invoice, purchase order, lease agreement, etc.) on which the administrative expense is founded, if any, is attached hereto or cannot be attached for the reason set forth in the statement attached hereto.

   5. The amount of all payments on the administrative expense have been credited and deducted for the purpose of making this request.

   6. The undersigned is aware that under 18 U.S.C. §§ 152 and 3571, the penalty for presenting a fraudulent claim in a bankruptcy case includes a fine of up to $500,000 or imprisonment for up to five years, or both.

   **WHEREFORE**, the undersigned requests that the Court allow the administrative expense or expenses requested herein, to be paid in accordance with the priorities set forth in the Bankruptcy Code and based upon availability of funds.

   **YOU ARE ENCOURAGED TO CONSULT YOUR ATTORNEY REGARDING THE LAW, YOUR LEGAL RIGHTS, THE MEANING OF TERMS USED IN THE BANKRUPTCY CODE, THIS REQUEST FORM AND THE CHAPTER 11 GAP AND ADMINISTRATIVE CLAIMS BAR DATE NOTICE.**

Dated: _____

Name of Claimant: _____

Signed: _____

By (if appropriate): _____

As Its (if appropriate): _____

**INSTRUCTIONS:** Mail the completed form to: Clerk, United States Bankruptcy Court, Room 1340, Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, so as to be received no later than September 26, 2022. A copy of the completed form should also be mailed to counsel for the Trustee at: Law Offices of Henry F. Sewell, Jr., LLC, c/o Henry F. Sewell, Jr., Esq., Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305.

## **EXHIBIT B**

**Gap Claim Form**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE BAISIER |

**REQUEST FOR ALLOWANCE AND PAYMENT OF GAP CLAIM
PURSUANT TO 11 U.S.C. § 502(f)**

COMES NOW the claimant identified below and hereby requests the allowance of a gap claim pursuant to Section 502(f) of the Bankruptcy Code, and hereby shows the following:

**Name of Claimant**: _____

**Address of Claimant**: _____
_____
_____

**Phone**: _____  **Email**: _____

**Amount of 11 U.S.C. § 502(f) Gap Claim**: $_____

1.   **The undersigned holds an "Gap Claim" arising in the ordinary course of the debtor's business or financial affairs on or after April 15, 2022, through May 22, 2022, pursuant to 11 U.S.C. § 502(f) in the amount identified above against the Debtor in the Chapter 11 Case**: _____

2.   The consideration for this debt (or ground for this liability) owed by the Debtor is as follows: _____
_____
_____
_____

3.   The Gap Claim is entitled to priority under 11 U.S.C. § 502(f) and 11 U.S.C. § 507(a)(3) because:_____
_____
_____
_____

4.   A copy of the writing (invoice, purchase order, lease agreement, etc.) on which the administrative expense is founded, if any, is attached hereto or cannot be attached for the reason set forth in the statement attached hereto.

5. The amount of all payments on the gap claim have been credited and deducted for the purpose of making this request.

6. The undersigned is aware that under 18 U.S.C. §§ 152 and 3571, the penalty for presenting a fraudulent claim in a bankruptcy case includes a fine of up to $500,000 or imprisonment for up to five years, or both.

**WHEREFORE**, the undersigned requests that the Court allow the gap claim requested herein, to be paid in accordance with the priorities set forth in the Bankruptcy Code and based upon availability of funds.

**YOU ARE ENCOURAGED TO CONSULT YOUR ATTORNEY REGARDING THE LAW, YOUR LEGAL RIGHTS, THE MEANING OF TERMS USED IN THE BANKRUPTCY CODE, THIS REQUEST FORM AND THE CHAPTER 11 GAP AND ADMINISTRATIVE CLAIMS BAR DATE NOTICE.**

Dated: _____

Name of Claimant: _____

Signed: _____

By (if appropriate): _____

As Its (if appropriate): _____

**INSTRUCTIONS:** Mail the completed form to: Clerk, United States Bankruptcy Court, Room 1340, Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, so as to be received no later than September 26, 2022. A copy of the completed form should also be mailed to counsel for the Trustee at: Law Offices of Henry F. Sewell, Jr., LLC, c/o Henry F. Sewell, Jr., Esq., Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305.