

**IT IS ORDERED as set forth below:**

**Date: August 11, 2022**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 22-52950-PMB** |
| | : | |
| **ATLANTA LIGHT BULBS, INC.,** | : | **CHAPTER 7** |
| | : | |
| **Debtor.** | : | **JUDGE BAISIER** |

**ORDER AND NOTICE**
**ESTABLISHING BAR DATE FIXING TIME FOR FILING GAP CLAIMS AND**
**CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS**

S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of Atlanta Light Bulbs, Inc., Debtor (the "**Debtor**") in the above captioned case (the "**Case**") has filed a *Motion to Set Bar Date for Gap Claims and Chapter 11 Administrative Expense Claims Exclusive of Professional Fees* [Doc. No. 126] (the "**Motion**"). In the Motion, the Trustee requests the entry of an order establishing a bar date for the filing of a request for allowance and

1

payment of Gap Claims under 11 U.S.C. § 502(f) or administrative expenses claims ("**Chapter 11 Administrative Claims**") as defined in 11 U.S.C. § 503, including under 11 U.S.C. § 503(b)(9), arising during the Chapter 11 Case herein. "**Gap Claims**" are claims arising in the ordinary course of the Debtor's business or financial affairs on or after April 15, 2022, the date of the involuntary petition, through May 22, 2022, the day before the entry of the order of relief. Upon review of same, it is

   **ORDERED** that the Motion be, and the same hereby is, **GRANTED** as follows, and it is

   **ORDERED, GAP CLAIMS ARE CLAIMS ARISING IN THE ORDINARY COURSE OF THE DEBTOR'S BUSINESS OR FINANCIAL AFFAIRS ON OR AFTER APRIL 15, 2022, THE DATE OF THE INVOLUNTARY PETITION, THROUGH MAY 22, 2022, THE DAY BEFORE THE ENTRY OF THE ORDER OF RELIEF.**

   **ORDERED, CHAPTER 11 ADMINISTRATIVE CLAIMS ARE CLAIMS ARISING ON OR AFTER MAY 23, 2022, THE DATE ON WHICH THE ORDER FOR RELIEF WAS GRANTED HEREIN, THROUGH JULY 6, 2022, THE DATE PRIOR TO THE DATE OF CONVERSION OF THIS CASE TO A CHAPTER 7 CASE.**

   **ORDERED AND NOTICE IS HEREBY GIVEN** that, other than the Chapter 11 Trustee, professionals of the Chapter 11 Trustee, or any person or entity who has previously filed a request for the allowance or payment of Gap Claims or Chapter 11 Administrative Claims, each creditor and party-in-interest who has or asserts any Gap Claims under 11 U.S.C. § 502(f) or Chapter 11 Administrative Claims against the Debtor pursuant to 11 U.S.C. § 503, including under 11 U.S.C.

503(b)(9), arising from the Chapter 11 Case herein **SHALL FILE A REQUEST FOR ALLOWANCE OF SUCH CLAIMS WITH:**

Clerk, United States Bankruptcy Court
Room 1340, Russell Federal Building
and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

**ON OR BEFORE <u>SEPTEMBER 26, 2022</u>** (the "**<u>Chapter 11 Gap and Administrative Claims Bar Date</u>**"). A copy of the completed request should also be mailed to counsel for the Trustee at the following address: Law Offices of Henry F. Sewell, Jr., LLC, c/o Henry F. Sewell, Jr., Esq., Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305; it is further

**ORDERED AND NOTICE IS HEREBY GIVEN** that all requests for allowance of Gap Claims or Chapter 11 Administrative Claims addressed by this Order must be filed **<u>no later than the Chapter 11 Gap and Administrative Claims Bar Date of September 26, 2022</u>**. The Chapter 11 Gap and Administrative Claims Bar Date is the last day for a claimant, other than the Chapter 11 Trustee, any professionals of the Chapter 11 Trustee or any person or entity who has previously filed a request for the allowance or payment of all Gap Claims and Chapter 11 Administrative Claims to file a request for allowance of any Gap Claims under 11 U.S.C. § 502(f) or Chapter 11 Administrative Claims against the Estate or the Debtor under 11 U.S.C. § 503. To assert any Gap Claims or Chapter 11 Administrative Claims in the Case, claimants may use, as applicable, the Chapter 11 Administrative Claim Form attached as **<u>Exhibit A</u>** to this Order (the "**<u>Administrative Claim Form</u>**") or the Gap Claim Form attached as **<u>Exhibit B</u>** to this Order (the "**<u>Gap Claim Form</u>**" and collectively, the "**<u>Claim Forms</u>**"). The Claim Forms are approved; and it is

3

**ORDERED AND NOTICE IS HEREBY GIVEN THAT ANY CLAIMANT, OTHER THAN THE CHAPTER 11 TRUSTEE, ANY PROFESSIONALS OF THE CHAPTER 11 TRUSTEE, OR  ANY PERSON OR ENTITY WHO HAS PREVIOUSLY FILED A REQUEST FOR THE ALLOWANCE OR PAYMENT OF ALL GAP CLAIMS AND CHAPTER 11 ADMINISTRATIVE CLAIMS WHO DOES NOT FILE A REQUEST FOR ALLOWANCE OF ITS GAP CLAIMS AND CHAPTER 11 ADMINISTRATIVE CLAIMS BY THE CHAPTER 11 GAP AND ADMINISTRATIVE CLAIMS BAR DATE MAY BE FOREVER BARRED FROM ANY RECOVERY FOR ANY SUCH GAP CLAIMS AND CHAPTER 11 ADMINISTRATIVE CLAIMS; and it is**

**ORDERED AND NOTICE IS HEREBY GIVEN** that Counsel for the Trustee is directed to serve a copy of this Order and the Claim Forms on all known holders of Gap Claims or Chapter 11 Administrative Claims in the Chapter 11 Case and all other creditors and parties in interest who might assert Gap Claims or Chapter 11 Administrative Claims against the Debtor, and on those parties in interest listed on the matrix of creditors in the Case.

**\*\*\* END OF ORDER \*\*\***

Prepared and Presented By:
LAW OFFICES OF HENRY F. SEWELL JR., LLC

By: */s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Law Offices of Henry F. Sewell, Jr., LLC
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
Counsel for the Chapter 7 Trustee

## EXHIBIT A

**Chapter 11 Administrative Claim Form**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | **CASE NO. 22-52950-PMB** |
| | : | |
| **ATLANTA LIGHT BULBS, INC.,** | : | **CHAPTER 7** |
| | : | |
| **Debtor.** | : | **JUDGE BAISIER** |

**REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE**
**EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503**

       COMES NOW the claimant identified below and hereby requests the allowance of an administrative expense claim pursuant to Section 503 of the Bankruptcy Code, and hereby shows the following:

**Name of Claimant**: _____

**Address of Claimant**: _____

_____

_____

**Phone**: _____          **Email**: _____

**Amount of 11 U.S.C. § 503 Administrative Expense**: $_____

       1.     The undersigned holds an administrative expense claim arising on or after May 23, 2022, through July 6, 2022, pursuant to 11 U.S.C. § 503 in the amount identified above against the Debtor in the Chapter 11 Case:_____

       2.     The consideration for this debt (or ground for this liability) owed by the Debtor is as follows: _____
_____
_____
_____

       3.     The administrative expense is entitled to administrative priority under 11 U.S.C. § 503(b) and 11 U.S.C. § 507(a)(2) because:_____
_____
_____
_____

4.     A copy of the writing (invoice, purchase order, lease agreement, etc.) on which the administrative expense is founded, if any, is attached hereto or cannot be attached for the reason set forth in the statement attached hereto.

5.     The amount of all payments on the administrative expense have been credited and deducted for the purpose of making this request.

6.     The undersigned is aware that under 18 U.S.C. §§ 152 and 3571, the penalty for presenting a fraudulent claim in a bankruptcy case includes a fine of up to $500,000 or imprisonment for up to five years, or both.

**WHEREFORE**, the undersigned requests that the Court allow the administrative expense or expenses requested herein, to be paid in accordance with the priorities set forth in the Bankruptcy Code and based upon availability of funds.

**YOU ARE ENCOURAGED TO CONSULT YOUR ATTORNEY REGARDING THE LAW, YOUR LEGAL RIGHTS, THE MEANING OF TERMS USED IN THE BANKRUPTCY CODE, THIS REQUEST FORM AND THE CHAPTER 11 GAP AND ADMINISTRATIVE CLAIMS BAR DATE NOTICE.**

Dated: _____

Name of Claimant:
_____

Signed:
_____

By (if appropriate):
_____

As Its (if appropriate):
_____

**INSTRUCTIONS:** Mail the completed form to: Clerk, United States Bankruptcy Court, Room 1340, Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, so as to be received no later than September 26, 2022. A copy of the completed form should also be mailed to counsel for the Trustee at: Law Offices of Henry F. Sewell, Jr., LLC, c/o Henry F. Sewell, Jr., Esq., Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305.

**<u>EXHIBIT B</u>**

**Gap Claim Form**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 22-52950-PMB** |
| | : | |
| **ATLANTA LIGHT BULBS, INC.,** | : | **CHAPTER 7** |
| | : | |
| **Debtor.** | : | **JUDGE BAISIER** |

**REQUEST FOR ALLOWANCE AND PAYMENT OF GAP CLAIM**
**PURSUANT TO 11 U.S.C. § 502(f)**

COMES NOW the claimant identified below and hereby requests the allowance of a gap claim pursuant to Section 502(f) of the Bankruptcy Code, and hereby shows the following:

**Name of Claimant**: _____

**Address of Claimant**: _____

_____

_____

**Phone**: _____        **Email**: _____

**Amount of 11 U.S.C. § 502(f) Gap Claim**: $_____

1.    **The undersigned holds an "Gap Claim" arising in the ordinary course of the debtor's business or financial affairs on or after April 15, 2022, through May 22, 2022, pursuant to 11 U.S.C. § 502(f) in the amount identified above against the Debtor in the Chapter 11 Case**: _____

2.    The consideration for this debt (or ground for this liability) owed by the Debtor is as follows: _____
_____
_____
_____

3.    The Gap Claim is entitled to priority under 11 U.S.C. § 502(f) and 11 U.S.C. § 507(a)(3) because:_____
_____
_____
_____

4.    A copy of the writing (invoice, purchase order, lease agreement, etc.) on which the administrative expense is founded, if any, is attached hereto or cannot be attached for the reason set forth in the statement attached hereto.

5.      The amount of all payments on the gap claim have been credited and deducted for the purpose of making this request.

6.      The undersigned is aware that under 18 U.S.C. §§ 152 and 3571, the penalty for presenting a fraudulent claim in a bankruptcy case includes a fine of up to $500,000 or imprisonment for up to five years, or both.

**WHEREFORE**, the undersigned requests that the Court allow the gap claim requested herein, to be paid in accordance with the priorities set forth in the Bankruptcy Code and based upon availability of funds.

**YOU ARE ENCOURAGED TO CONSULT YOUR ATTORNEY REGARDING THE LAW, YOUR LEGAL RIGHTS, THE MEANING OF TERMS USED IN THE BANKRUPTCY CODE, THIS REQUEST FORM AND THE CHAPTER 11 GAP AND ADMINISTRATIVE CLAIMS BAR DATE NOTICE.**

Dated: _____

Name of Claimant:

_____

Signed:

_____

By (if appropriate):

_____

As Its (if appropriate):

_____

**INSTRUCTIONS:** Mail the completed form to: Clerk, United States Bankruptcy Court, Room 1340, Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, so as to be received no later than September 26, 2022. A copy of the completed form should also be mailed to counsel for the Trustee at: Law Offices of Henry F. Sewell, Jr., LLC, c/o Henry F. Sewell, Jr., Esq., Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305.

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                        Case No. 22-52950-pmb

Atlanta Light Bulbs, Inc.                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf534 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

**Recip ID**        **Recipient Name and Address**
db            #+  Atlanta Light Bulbs, Inc., 2109 Mountain Industrial Blvd, Tucker, GA 30084-5013

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Henry F. Sewell, Jr. | |
| | on behalf of Trustee S. Gregory Hays hsewell@sewellfirm.com  hsewell123@yahoo.com |
| J. Robert Williamson | |
| | on behalf of Creditor BREIT Stone Mountain Owner  LLC rwilliamson@swlawfirm.com, centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazzani@swlawfirm.com;mlevin@swlawfirm.com |
| James C. Joedecke, Jr. | |
| | on behalf of Creditor Norcross Electric Supply Company jjoedecke@atclawfirm.com  tswanson@atclawfirm.com |
| Jason M Torf | |
| | on behalf of Creditor Halco Lighting Technologies  LLC jason.torf@tuckerellis.com |

District/off: 113E-9 User: bncadmin Page 2 of 2
Date Rcvd: Aug 11, 2022 Form ID: pdf534 Total Noticed: 1

Jason M Torf
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Atlanta Light Bulbs  Inc.
jason.torf@tuckerellis.com

Jason M Torf
on behalf of Creditor Norcross Electric Supply Company jason.torf@tuckerellis.com

Jason M Torf
on behalf of Creditor Candela Corporation jason.torf@tuckerellis.com

Jason M. Torf
on behalf of Creditor Halco Lighting Technologies  LLC Jason.Torf@icemiller.com

Jason M. Torf
on behalf of Creditor Candela Corporation Jason.Torf@icemiller.com

Jason M. Torf
on behalf of Creditor Norcross Electric Supply Company Jason.Torf@icemiller.com

Kathleen G. Furr
on behalf of Creditor Norcross Electric Supply Company kfurr@bakerdonelson.com
lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Atlanta Light Bulbs  Inc.
kfurr@bakerdonelson.com, lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr
on behalf of Creditor Candela Corporation kfurr@bakerdonelson.com
lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr
on behalf of Creditor Halco Lighting Technologies  LLC kfurr@bakerdonelson.com,
lgoforth@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kristen A. Yadlosky
on behalf of Creditor Sun Court Partners  LP deloris.person@hartmansimons.com

Leslie M. Pineyro
on behalf of Creditor Tandem Bank lpineyro@joneswalden.com
jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;arich@joneswalden.com;ewooden@jone
swalden.com

Matthew W. Levin
on behalf of Creditor BREIT Stone Mountain Owner  LLC mlevin@swlawfirm.com,
fharris@swlawfirm.com;centralstation@swlawfirm.com;rwilliamson@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfir
m.com

Michael D. Robl
on behalf of Creditor Jesse Root michael@roblgroup.com  max@roblgroup.com,lelena@roblgroup.com

Ronald A. Levine
on behalf of Creditor Ford Motor Credit Company  LLC A Delaware Limited Liability Company rlevine@levineblock.com,
rlevine682@gmail.com

S. Gregory Hays
ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

Scott B. McMahan
on behalf of Creditor Major Supply  Inc. ecf@poolehuffman.com, scott@poolehuffman.com

Shawn M. Christianson
on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Thomas Dworschak
on behalf of U.S. Trustee United States Trustee thomas.w.dworschak@usdoj.gov  ltctommyd@aol.com

Todd H. Surden
on behalf of Creditor Sun Court Partners  LP todd.surden@hartmansimons.com, deloris.person@hartmansimons.com

Todd J Poole
on behalf of Creditor Major Supply  Inc. todd@poolehuffman.com


TOTAL: 25