**Fill in this information to identify the case:**

Debtor name  **Atlanta Light Bulbs, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **22-52950**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Ford Motor Credit Company, LLC**<br>Creditor's Name<br><br>**c/o Ronald A. Levine**<br>**P.O. Box 422148**<br>**Atlanta, GA 30342**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br><br>Describe the lien | **$459,433.00** | **Unknown** |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Tandem Bank**<br>Creditor's Name<br><br>**c/o Attn: Leslie M. Pineyro**<br>**699 Piedmont Avenue, NE**<br>**Atlanta, GA 30308**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br><br>Describe the lien | **$600,000.00** | **Unknown** |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **U.S. Small Business Admin** | Describe debtor's property that is subject to a lien | **$2,025,551.37** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**200 W. Santa Ana Blvd.
Ste. 740
Santa Ana, CA 92701**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,084,984.37** |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Atlanta Light Bulbs, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **22-52950**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Allison Meehan**<br>**8723 stony field way**<br>**louisville, KY 40299**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | $2.21 | $2.21 |
| 2.2 | Priority creditor's name and mailing address<br>**ANDREA MCKEEVER**<br>**4370 GUNNIN RD**<br>**Norcross, GA 30092**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | $74.20 | $74.20 |

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.60 | $12.60 |
|---|---|---|---|---|

**Ashley Van Gelder**
**3307 Stone Heather Ct.**
**Herndon, VA 20171**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.90 | $171.90 |
|---|---|---|---|---|

**Ben Hartshorn**
**490 JARVIS DR**
**MORGAN HILL, CA 95037-2809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.90 | $161.90 |
|---|---|---|---|---|

**Bradley Harken**
**2808 South Radio Lane**
**Spokane, WA 99223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.26 | $55.26 |
|---|---|---|---|---|

**chirag patel**
**628 U.S. 250**
**Norwalk, OH 44857**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.45 | $6.45 |
|---|---|---|---|---|

**Christopher Cooper**
**6956 Whitewater Ln**
**Lincoln, NE 68521**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.73 | $24.73 |
|---|---|---|---|---|

**Connie Chen**
**4011 Crest Ct**
**Pleasanton, CA 94588**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.50 | $136.50 |
|---|---|---|---|---|

**Daniel Gray**
**867 Valley Street**
**Dayton, OH 45404**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.65 | $10.65 |
|---|---|---|---|---|

**Dave Gomoll**
**3323 Dekalb Ln**
**Neenah, WI 54956**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|

Name

---

**2.11** | Priority creditor's name and mailing address
**David Amheiser**
**3782 Wenkel Ford**
**Leslie, MO 63056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$44.00** | **$44.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address
**David Paratore**
**8601 Bell Mountain Dr**
**Austin, TX 78730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$36.58** | **$36.58**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address
**DEKALB COUNTY TAX**
**COMMISSIONER**
**P. O. BOX 100004**
**DECATUR, GA 30031-7004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address
**Dennis Jewell**
**14993 sw Scarlett dr**
**Tigard, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$12.96** | **$12.96**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.20 | $91.20 |
|---|---|---|---|---|

**Dennis Miller**
**8260 Lakeland Dr.**
**Granite Bay, CA 95746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.02 | $58.02 |
|---|---|---|---|---|

**Edward Blank**
**PO Box 180446**
**Boston, MA 02118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.99 | $22.99 |
|---|---|---|---|---|

**Edward J. Lyons**
**847 Dewitt Road**
**Webster, NY 14580**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.40 | $20.40 |
|---|---|---|---|---|

**Eileen Guptill**
**1387 NYE ST**
**CHARLESTON, SC 29407-5121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.98** | **$22.98** |
|---|---|---|---|---|
| | **Elaine Cox** | ☐ Contingent | | |
| | **3907 - 103RD STREET CT** | ☐ Unliquidated | | |
| | **GIG HARBOR, WA 98332-8814** | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79.87** | **$79.87** |
|---|---|---|---|---|
| | **Eric Macbeth** | ☐ Contingent | | |
| | **503 E Maple St** | ☐ Unliquidated | | |
| | **River Falls, WI 54022-2516** | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** | **$25.00** |
|---|---|---|---|---|
| | **Fiona Lin** | ☐ Contingent | | |
| | **75 BRIAR HILL RD** | ☐ Unliquidated | | |
| | **NORWICH, CT 06360-6440** | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **GEORGIA DEPT OF REV** | ☐ Contingent | | |
| | **SALES AND USE TAX DIVISION** | ☐ Unliquidated | | |
| | **P. O. BOX 105296** | ■ Disputed | | |
| | **Atlanta, GA 30348** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **GEORGIA DEPT OF REVENUE**<br>**Taxpayer Services Division**<br>**PO Box 105499**<br>**Atlanta, GA 30348** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$83.80** | **$83.80** |
|---|---|---|---|---|
| | **Greg Mosely**<br>**5257 Highway 280 East**<br>**Pembroke, GA 31321** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$76.93** | **$76.93** |
|---|---|---|---|---|
| | **Gregory Taylor**<br>**2000 Strathallan Woods Place**<br>**Innisfil, ON L9S 4T7** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$74.52** | **$74.52** |
|---|---|---|---|---|
| | **Harry Ruffino**<br>**5109 W. Lemon St.**<br>**Tampa, FL 33609** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $23.38 | $23.38 |
|---|---|---|---|---|
| | **Ilhom Islomov**<br>**1985 E 15TH ST APT D4**<br>**BROOKLYN, NY 11229-3343** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_7_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $85.90 | $85.90 |
|---|---|---|---|---|
| | **Jack Eiseman**<br>**466 MILL COVE DR**<br>**Dahlonega, GA 30533** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_7_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $22.00 | $22.00 |
|---|---|---|---|---|
| | **James E. O'Brien**<br>**14 DAY ST**<br>**BLOOMFIELD, NJ 07003-4410** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_7_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $15.46 | $15.46 |
|---|---|---|---|---|
| | **James Eifler**<br>**2800 N Flagler D**<br>**West Palm Beach, FL 33407** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_7_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.95** | **$39.95** |
|---|---|---|---|---|

**James M Sharp**
**53 ALPINE GEM LN**
**TROUT CREEK, MT 59874-9410**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.77** | **$36.77** |
|---|---|---|---|---|

**Jan Schwartz**
**0175N 450 East**
**Bluffton, IN 46714**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.59** | **$20.59** |
|---|---|---|---|---|

**JASON MARTON**
**471 Copano Ridge Rd**
**Rockport, TX 78382**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$720.00** | **$720.00** |
|---|---|---|---|---|

**Jermaine Williams**
**2 Tibbits Ave**
**White Plains, NY 10606**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|--------|--------|--------|--------|--------|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.22 | $13.22 |
|------|--------|--------|--------|--------|

Priority creditor's name and mailing address

**Joe De leon**
**1210 north Richmond Road**
**Bay #5**
**Wharton, TX 77488**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$13.22    $13.22

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |

**john crosby**
**534 white pelican**
**vero beach, FL 32963**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$84.00    $84.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.45 | $46.45 |

**John Keating**
**6122 36TH AVE NW**
**SEATTLE, WA 98107-2626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$46.45    $46.45

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.70 | $13.70 |

**John T Carter**
**PO BOX 772**
**Selma, AL 36702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$13.70    $13.70

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$243.42** | **$243.42** |

**JR Metzger**
**3101 Concord ROAD**
**Aston PA, PA 19014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$44.00** | **$44.00** |

**Lewis Milner**
**19711 Edgecliff Drive**
**Euclid, OH 44119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45.60** | **$45.60** |

**Mark Allen**
**3640 Pallos Verdas Dr.**
**Dallas, TX 75229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45.96** | **$45.96** |

**Max Bodden**
**106 Bowsprit Drive**
**North Palm Beach, FL 33408**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.60 | $15.60 |
|---|---|---|---|---|

**Michael Fannin**
**46 Gema**
**San Clemente, CA 92672**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.68 | $174.68 |
|---|---|---|---|---|

**Michel Moos**
**946 NORTH AVE NE**
**ATLANTA, GA 30306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.99 | $10.99 |
|---|---|---|---|---|

**Monty Benhaim**
**10611 Garden Grove Ave**
**Northridge, CA 91326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.28 | $203.28 |
|---|---|---|---|---|

**Naitram Gopaul**
**407 Keys Ferry Rd**
**McDonough, GA 30252**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.36 | $240.36 |
|---|---|---|---|---|
| | **Nick Bohacz** | *Check all that apply.* | | |
| | **27 JUNIPER DR** | ☐ Contingent | | |
| | **RICHBORO, PA 18954-1625** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No    ☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.05 | $37.05 |
|---|---|---|---|---|
| | **Noah Scher** | *Check all that apply.* | | |
| | **559 Jacobs Place** | ☐ Contingent | | |
| | **Carbondale, CO 81623** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No    ☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.12 | $54.12 |
|---|---|---|---|---|
| | **Peggy O'Halloran** | *Check all that apply.* | | |
| | **6598 Springpath Lane** | ☐ Contingent | | |
| | **San Jose, CA 95120** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No    ☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.40 | $672.40 |
|---|---|---|---|---|
| | **Rameshwar Deokaran** | *Check all that apply.* | | |
| | **555 E 90TH ST** | ☐ Contingent | | |
| | **NEW YORK, NY 10128-7803** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No    ☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.67 | $41.67 |
|---|---|---|---|---|

**ricky mcintyre**
**310 South Lake Avenue**
**Ridgeland, MS 39157**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.74 | $36.74 |
|---|---|---|---|---|

**Robert Beaulieu**
**349 Black Brook Road**
**Goffstown, NH 03045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.11 | $13.11 |
|---|---|---|---|---|

**Robin Hopper**
**PO Box 670549**
**Chugiak, AK 99567**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.80 | $13.80 |
|---|---|---|---|---|

**Rolando Martinez**
**4307 9th St.**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.13 | $36.13 |
|---|---|---|---|---|

**Ron Conti**
**905 Harvest Lane**
**Indiana, PA 15701**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |
|---|---|---|---|---|

**RONALD CARPENTER**
**6 COLLEGE HILL RD**
**CANAAN, CT 06018-2313**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ronald Finkenbinder**
**215 West Lisburn Rd**
**Mechanicsburg, PA 17055**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.92 | $207.92 |
|---|---|---|---|---|

**Ronald Thon**
**1010 May Lane**
**Yankton, SD 57078**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.68 | $34.68 |
|---|---|---|---|---|
| | **RUSSELL LACEY**<br>**P. O. BOX 575**<br>**BOAZ, AL 35957** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.58 | $27.58 |
|---|---|---|---|---|
| | **Santosh Iyer**<br>**28 LEWISTON CIR**<br>**LANCASTER, PA 17601-4822** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.73 | $24.73 |
|---|---|---|---|---|
| | **Sarah Markowitz**<br>**328 North Main St**<br>**Minoa, NY 13116** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.62 | $21.62 |
|---|---|---|---|---|
| | **Scott Long**<br>**8321 SNOWDEN OAKS PL**<br>**LAUREL, MD 20708** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.99 | $2.99 |
|---|---|---|---|---|
| | **scott palmi**<br>**106 Cemetery Road**<br>**Putney, VT 05346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.95 | $36.95 |
|---|---|---|---|---|
| | **Sharon A. Colado**<br>**628 DAVID ST**<br>**LAKE IN THE HILLS, IL 60156-5205** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.23 | $270.23 |
|---|---|---|---|---|
| | **shaun kennedy**<br>**2070 kalakaua ave**<br>**Honolulu, HI 96815** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.79 | $10.79 |
|---|---|---|---|---|
| | **STEPHEN MULLADY**<br>**1100 CUMBERLAND RD**<br>**Chattanooga, TN 37419** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.73 | $24.73 |
|---|---|---|---|---|

**Steven weiher**
**S76W13722 MCSHANE DR**
**MUSKEGO, WI 53150-3931**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.46 | $49.46 |
|---|---|---|---|---|

**Taniel m Cameron**
**9 York circle**
**Bluffton, SC 29909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.00 | $663.00 |
|---|---|---|---|---|

**Todd McAreavey**
**2605 Fieldstone Trl**
**Ponca City, OK 74604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |
|---|---|---|---|---|

**Tony Celli**
**28 E. Spring st**
**cookeville, TN 38501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number *(if known)* | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$60.32** | **$60.32** |
|---|---|---|---|---|
| | **Trent Weaver**<br>**2204 Chestnut Road**<br>**Birmingham, AL 35216** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$95.00** | **$95.00** |
|---|---|---|---|---|
| | **Tuyen Nguyen**<br>**23 Susan Drive**<br>**Pelham, NH 03076** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$588.06** | **$588.06** |
|---|---|---|---|---|
| | **Tyler MacGeorge**<br>**1031 Miller Dr.**<br>**Altamonte Springs, FL 32701** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$27.54** | **$27.54** |
|---|---|---|---|---|
| | **vonee pawlowski**<br>**PO Box 872**<br>**Hiawassee, GA 30546** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.49 | $56.49 |
|---|---|---|---|---|

**Winfred Wiencke**
**2133 Newport Place NW**
**Washington, DC 20037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,769.14** |
|---|---|---|---|

**ABB Installation Products Inc.**
**PO Box 28073**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,185.14** |
|---|---|---|---|

**ABB Installation Products Inc.**
**1811 Hymus Blvd**
**Dorval, QC H9P1JK5**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,208.00** |
|---|---|---|---|

**ABRAMS GROUP CONSTRUCTION**
**3645 Hwy 90**
**Milton, FL 32571**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Customer Credit Balance__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$948.87** |
|---|---|---|---|

**AC ELECTRONICS**
**3401 AVENUE D**
**ARLINGTON, TX 76011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.37** |
|---|---|---|---|

**ACCO BRANDS - ONTARIO**
**PO BOX 842166**
**BOSTON, MA 02284**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Customer Credit Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number *(if known)* | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138.04** |
|---|---|---|---|

**ACE CASH EXPRESS**
**3804 Gunn Hwy**
**Suite B**
**Tampa, FL 33618**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _Customer Credit Balance_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,987.50** |
|---|---|---|---|

**Acuity Brands Lighting**
**PO Box 100863**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.69** |
|---|---|---|---|

**ADT Commercial**
**PO Box 382109**
**Pittsburgh, PA 15251-8109**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,082.99** |
|---|---|---|---|

**AFLAC**
**ATTN:  REMITTANCE PROCESSI**
**1932 WYNNTON ROAD**
**COLUMBUS, GA 31999-0797**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,259.75** |
|---|---|---|---|

**ALL METRO SUPPLY (#656.00)**
**3755 HEWATT COURT**
**SNELLVILLE, GA 30039**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$525.19** |
|---|---|---|---|

**ALLGOOD PLUMBING & ELECTRIC**
**5238 Royalwoods Parkway**
**Suite 190**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _Customer Credit Balance_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,353.36** |
|---|---|---|---|

**ALLIANCE SPORTS GROUP (NEBO)**
**DBA NEBO TOOLS**
**P O BOX 203246**
**DALLAS, TX 75320-3246**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,656.20** |
|---|---|---|---|

**AMAX LIGHTING 65600**
**10268 SANTA FE SPRINGS RD**
**SANTA FE SPGS, CA 90670**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$219,918.00** |
|---|---|---|---|

**AMERICAN EXPRESS**
**PO BOX 650448**
**DALLAS, TX 75265-0448**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.64** |
|---|---|---|---|

**AMERICAN LIGHTING SUPPLY**
**ATTN: ACCOUNTS PAYABLE**
**P.O. BOX 1761**
**LILBURN, GA 30047**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$558.96** |
|---|---|---|---|

**AMERICAN TACK AND HARDWARE**
**P. O. BOX 85077  (65600)**
**CHICAGO, IL 60680-0851**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,710.00** |
|---|---|---|---|

**American Ultraviolet**
**212 S. Mt. Zion Road**
**Lebanon, IN 46052**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,290.58** |
|---|---|---|---|

**AMERICASMART**
**475 S. Grand Central Parkway**
**Suite 1615**
**Las Vegas, NV 89106**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$51.83** |
|---|---|---|---|

**ANDRUS ELECTRICAL SOLUTIONS**
**10750 PLANTATION DRIVE**
**JOHNS CREEK, GA 30022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,968.39**

ANTHONY
2388 COLLECTIONS CENTER DR
ACCT # 102260
CHICAGO, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154.80**

ASTORIA FOOT CARE GROUP
31-17 DITMARS BLVD SUITE 1
ASTORIA, NY 11105

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$868.46**

AT&T *1882 (79020)
PO BOX 105262
ATLANTA, GA 30348-5262

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,035.34**

AT&T CAROL STREAM *835
P O BOX 5019
CAROL STREAM, IL 60197-5019

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$753.41**

ATG ELECTRONICS
10700 7TH STREET
RCH CUCAMONGA, CA 91730

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$278.64**

ATLANTA BOTANICAL GARDENS
ATTN: ACCOUNTS PAYABLE
1345 PIEDMONT AVE NE
ATLANTA, GA 30309

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.74**

ATLANTA RONALD MCDONALD HOUSE
ATTN: ACCOUNTS PAYABLE
795 GATEWOOD ROAD
ATLANTA, GA 30329

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,929.00** |
|---|---|---|---|

**ATLAS LIGHTING PROD (#65600)**
**P. O. BOX 740471**
**ATLANTA, GA 30374-0471**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,340.42** |
|---|---|---|---|

**ATR LIGHTING**
**PO BOX 67**
**RICHLAND, MO 65556**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,512.40** |
|---|---|---|---|

**AXIS LED GROUP, LLC**
**L-3790**
**COLUMBUS, OH 43260-3790**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.94** |
|---|---|---|---|

**B B Storage LLC**
**1811 W Jackson St**
**Knoxville, IA 50138-1020**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.96** |
|---|---|---|---|

**B&H ELECTRIC AND SUPPLY**
**1330 HWY 41 BYPASS**
**GRIFFIN, GA 30224**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,900.00** |
|---|---|---|---|

**Barron Lighting Group (EXITRONIX)**
**PO BOX 8271**
**PASADENA, CA 91109-8271**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.46** |
|---|---|---|---|

**Barton's Home Upgrading**
**121 Penny Lane**
**MCDONOUGH, GA 30253**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$477.00** |
|---|---|---|---|

**BATAVIA PUBLIC SCHOOLS**
**804 MAIN STREET**
**BATAVIA, IL 60510**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _ **Customer Credit Balance** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$174.96** |
|---|---|---|---|

**BECKER ADVENTIST SCHOOL**
**ATTN: ACCOUNTS PAYABLE**
**3567 COVINGTON HIGHWAY**
**DECATUR, GA 30032**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _ **Customer Credit Balance** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$566.40** |
|---|---|---|---|

**Benz Research and Development**
**6447 Parkland Drive**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _ **Customer Credit Balance** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$474.38** |
|---|---|---|---|

**BLC America (formerly Green Energy Light**
**16310 ARTHUR ST.**
**CERRITOS, CA 90703**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _ **Vendor** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |
|---|---|---|---|

**BLUEGRASS IRRIGATION & LIGHTING INC**
**4855 Hills and Dales Rd NW**
**CANTON, OH 44708**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _ **Customer Credit Balance** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$618.64** |
|---|---|---|---|

**Boise Diamond Tables**
**3949 Adams Street**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _ **Customer Credit Balance** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bomar Pneumatics**
**5785 West 74th Street**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _ **Customer Credit Balance** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74.97** |
|---|---|---|---|

**BOSTON UNIVERSITY**
**ATTN:  ACCOUNTS PAYABLE**
**25 BUICK STREET**
**BOSTON, MA 02215**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69.02** |
|---|---|---|---|

**BREIT INDUSTRIAL HOLDINGS LLC**
**(STREAM RE**
**P.O. BOX 1232**
**Hicksville, NY 11802-1232**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,273.22** |
|---|---|---|---|

**BREIT Stone Mountain Owner LLC**
**PO Box 208046**
**Dallas, TX 75320-8046**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$255.95** |
|---|---|---|---|

**BRIARLAKE BAPTIST CHURCH**
**ATTN: ACCOUNTS PAYABLE**
**3715 LAVISTA RD**
**DECATUR, GA 30033**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$183.06** |
|---|---|---|---|

**BUFORD HWY. FARMERS MKT**
**ATTN. ACCOUNTS PAYABLE**
**P. O. BOX 620533**
**ATLANTA, GA 30362**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,477.89** |
|---|---|---|---|

**BULBRITE INDUSTRIES**
**P. O. BOX 419890**
**BOSTON, MA 02241-9890**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$532.00** |
|---|---|---|---|

**BULBTRONICS (#65600)**
**45 BANFI PLAZA N.**
**FARMINGDALE, NY 11735**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.41 |
|---|---|---|---|

**C.N.ROBINSON LIGHTING SUPPLY**
**ATTN. ACCOUNTS PAYABLE**
**4318 WASHINGTON BLVD.**
**BALTIMORE, MD 21227**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,810.08 |
|---|---|---|---|

**CADMET, INC.**
**P.O. BOX 24**
**MALVERN, PA 19355**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,207.74 |
|---|---|---|---|

**CANDELA CORPORATION**
**FILE #1033**
**1801 WEST OLYMPIC BLVD**
**PASADENA, CA 91199-1033**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.55 |
|---|---|---|---|

**CAPITAL CITY ELECTRICAL SRV**
**1346 Oakbrook Dr**
**Suite 170A**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.96 |
|---|---|---|---|

**CAPITAL ELECTRIC COMPANY**
**PO BOX 945650**
**Maitland, FL 32794**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,658.18 |
|---|---|---|---|

**Capital One Spark**
**PO Box 71083**
**Charlotte, NC 28272-1083**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.00 |
|---|---|---|---|

**CAPP, INC.**
**PO Box 127**
**Clifton Heights, PA 19018-0127**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,706.91** |
|---|---|---|---|

**CBC LIGHTING**
**3025 A BATES RD**
**MONTREAL, QC H3S 2W8**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$108,959.47** |
|---|---|---|---|

**Chase Card Services**
**P. O. BOX 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94.10** |
|---|---|---|---|

**Chinook Engineering**
**860 S Windrose Drive**
**Coupeville, WA 98239**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$194.19** |
|---|---|---|---|

**CHRIST OUR HOPE**
**CATHOLIC CHURCH**
**1786 WELLBORN ROAD**
**LITHONIA, GA 30058**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,112.24** |
|---|---|---|---|

**Chubb**
**PO Box 382001**
**Pittsburgh, PA 15250-8001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.28** |
|---|---|---|---|

**CINTAS CORPORATION -MASTER**
**6800 CINTAS BLVD CINCINNATI**
**CINCINNATI, OH 45262**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,929.90** |
|---|---|---|---|

**CITY ELECTRIC SUPPLY(C.E.S.)**
**PO Box 131811**
**Charleston Division**
**Dallas, TX 75313**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,087.61** |
|---|---|---|---|
| | **CITY LIGHTS (65600)** | ☐ Contingent | |
| | **PO BOX 6586** | ☐ Unliquidated | |
| | **PHOENIX, AZ 85005** | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59.90** |
|---|---|---|---|
| | **City of Dekalb Streets Dept.** | ☐ Contingent | |
| | **1316 Market St** | ☐ Unliquidated | |
| | **Dekalb, IL 60115-3533** | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Customer Credit Balance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.94** |
|---|---|---|---|
| | **City of West Palm Beach** | ☐ Contingent | |
| | **1045 charlotte ave** | ☐ Unliquidated | |
| | **west palm beach, FL 33401** | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Customer Credit Balance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13.44** |
|---|---|---|---|
| | **Cityplex** | ☐ Contingent | |
| | **7777 South Lewis Avenue** | ☐ Unliquidated | |
| | **Tulsa, OK 74171** | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Customer Credit Balance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$773.31** |
|---|---|---|---|
| | **COMCAST** | ☐ Contingent | |
| | **P O BOX 530098** | ☐ Unliquidated | |
| | **ATLANTA, GA 30353-0098** | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$912.90** |
|---|---|---|---|
| | **Comcast (VOIP)** | ☐ Contingent | |
| | **PO Box 37601** | ☐ Unliquidated | |
| | **Philadelphia, PA 19101-0601** | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$351.00** |
|---|---|---|---|
| | **CommerceHub** | ☐ Contingent | |
| | **25736 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1257** | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.08**

**COMMERCIAL AND CUSTOM CABINET**
**2111 KILMAN DRIVE**
**TUCKER, GA 30084**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$373.79**

**COMMERCIAL LIGHTING COMPANY**
**8201 NORTH HIMES AVE**
**TAMPA, FL 33614**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.00**

**Connie Liles Auto Parts**
**1127 W.Orange Ave**
**Tallahassee, FL 32310**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$885.26**

**Cooper Lighting (Eaton)**
**28362 Network Place**
**Chicago, IL 60673-1283**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.12**

**CORPUS CHRISTI CATHOLIC CHURCH**
**ATTN: SALLY YADAV**
**600 MOUNTAIN VIEW DRIVE**
**STONE MOUNTAIN, GA 30083**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Credence Resource Mgt**
**4222 Trinity Mills**
**Suite 260**
**Dallas, TX 75287**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Agent for ATT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$703.64**

**Creditsafe USA Inc**
**PO BOX 789985**
**PHILADELPHIA, PA 19178-9985**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.76** | Nonpriority creditor's name and mailing address | | **$1,470.90**

**CREE LIGHTING**
**75 REMITTANCE DRIVE**
**SUITE 6403**
**CHICAGO, IL 60675-6403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | | **Unknown**

**CST Co**
**PO Box 33127**
**Louisville, KY 40232**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Agent for Lutron Electroncis__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | | **$57.25**

**Current Electric**
**305 Wells St**
**Greenfield, MA 01301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | | **$502.53**

**DE ANDRADE MANGIERI LLC**
**ATTN JEFFERY M MANGIEI ESQ**
**2 RAVINIA DR STE 1530**
**ATLANTA, 30346 30346-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | | **$236.52**

**DECATUR DIGGS**
**141 GRAPE ST NE**
**ATLANTA, GA 30312**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | | **$167.28**

**DECATUR PRESBYTERIAN CHURCH**
**ATTN ACCTS PAYABLE**
**205 SYCAMORE ST**
**DECATUR, GA 30030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | | **$276.49**

**DEKALB COUNTY (SAN)**
**P. O. BOX 105942**
**DECATUR, GA 30348-5942**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$298.07** |
| | **DEKALB COUNTY (WTR)** | ☐ Contingent | |
| | **P. O. BOX 71224** | ☐ Unliquidated | |
| | **Charlotte, NC 28272-1224** | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6.01** |
| | **Di-Coat Corporation** | ☐ Contingent | |
| | **42900 W. 9 Mile Rd.** | ☐ Unliquidated | |
| | **Novi, MI 48375** | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Customer Credit Balance</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$367.20** |
| | **DIAMOND RESTAURANT SERVICE, INC** | ☐ Contingent | |
| | **849 EDMONDSON RD** | ☐ Unliquidated | |
| | **MONROE, GA 30656** | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Customer Credit Balance</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$222.92** |
| | **District850** | ☐ Contingent | |
| | **2662 Fleischmann Road** | ☐ Unliquidated | |
| | **Tallahassee, FL 32308** | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Customer Credit Balance</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$794.53** |
| | **DIVERSE MARKETING** | ☐ Contingent | |
| | **2050 N. Stemmons Frwy.** | ☐ Unliquidated | |
| | **Suite 439 & 421** | ☒ Disputed | |
| | **Dallas, TX 75207** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Customer Credit Balance</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$71.50** |
| | **DIVINE MORTUARY SERVICES** | ☐ Contingent | |
| | **5620 HILLANDALE DR** | ☐ Unliquidated | |
| | **LITHONIA, GA 30058** | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Customer Credit Balance</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,466.25** |
| | **Drew Bowen Electric** | ☐ Contingent | |
| | **5231 Copelan Rd** | ☐ Unliquidated | |
| | **Watkinsville, GA 30677** | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address

**ECKARDT ELECTRIC**
**ATTN. ACCOUNTS PAYABLE**
**3690 NORTH PEACHTREE ROAD**
**ATLANTA, GA 30341**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

**$832.33**

---

**3.91** | Nonpriority creditor's name and mailing address

**EDWIN GAYNOR CORPORATION**
**200 CHARLES STREET**
**STRATFORD, CT 06615**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,978.52**

---

**3.92** | Nonpriority creditor's name and mailing address

**EIKO LTD.**
**8596 SOLUTION CENTER**
**CHICAGO, IL 60677-8005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

**$148,345.44**

---

**3.93** | Nonpriority creditor's name and mailing address

**ELECTRIC SUPPLY & EQUIPMENT**
**ATTN: ACCOUNTS PAYABLE**
**P.O. BOX 20308**
**GREENSBORO, NC 27420**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

**$5.00**

---

**3.94** | Nonpriority creditor's name and mailing address

**Elite Aviation c/o Donna Tipton**
**18600 EDISON AVE**
**CHESTERFIELD, MO 63005-3644**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

**$19.34**

---

**3.95** | Nonpriority creditor's name and mailing address

**ELONG INTERNATIONAL USA.**
**1200 W. CROSBY ROAD**
**CARROLLTON, TX 75006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,940.74**

---

**3.96** | Nonpriority creditor's name and mailing address

**EMORY UNIVERSITY/PHARMACOLOGY**
**PO Box 3807**
**Scranton, PA 18505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

**$175.36**

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|--------|-------------------------------|--------------------------|--------------|
| | Name | | |

---

**3.97** | Nonpriority creditor's name and mailing address
**ENCAPSULITE INTERNAT. (#65600)**
P. O. BOX 1086
ROSENBERG, TX 77471

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No   ☐ Yes

**$6,042.96**

---

**3.98** | Nonpriority creditor's name and mailing address
**ENERGETIC LIGHTING,INC**
13445 12TH STREET
CHINO, CA 91710

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No   ☐ Yes

**$21,449.39**

---

**3.99** | Nonpriority creditor's name and mailing address
**Entertainment Technology Inc**
155 Atlanta Hwy
Loganville, GA 30052

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☒ No   ☐ Yes

**$299.60**

---

**3.100** | Nonpriority creditor's name and mailing address
**ESL Vision, LLC**
1136 South 3600 West
Suite 400
Salt Lake City, UT 84104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No   ☐ Yes

**$5,769.60**

---

**3.101** | Nonpriority creditor's name and mailing address
**EYE LIGHTING**
9150 Hendricks Road
Mentor, OH 44060

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No   ☐ Yes

**$29,557.35**

---

**3.102** | Nonpriority creditor's name and mailing address
**Fairfield Inn and Suites**
1355 Mall of Georgia Blvd.
Buford, GA 30519

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☒ No   ☐ Yes

**$485.99**

---

**3.103** | Nonpriority creditor's name and mailing address
**FANLIGHT CORPORATION**
2000 S. GROVE AVE, BLDG B
ONTARIO, CA 91761

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No   ☐ Yes

**$36,802.26**

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|

Name

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,650.24**

**FEDERAL EXPRESS**
**P.O. BOX 660481**
**DALLAS, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,970.26**

**FEDEX FREIGHT EAST**
**DEPT CH**
**PO BOX 10306**
**PALATINE, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**FEDEX Revenue Recovery Dept**
**P Box 371461**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,656.67**

**FEELUX**
**3000 NORTHWOODS PKWY**
**SUITE 165**
**NORCROSS, GA 30071**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.59**

**FIRST SOUTHERN MANAGEMENT LLC**
**1842 INDEPENDENCE SQUARE STE C**
**ATLANTA, GA 30338**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88.50**

**Flo-control**
**80 Center Rd SE**
**Cartersville, GA 30121**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$990.00**

**FLORIDA DEPARTMENT OF CORRECTIONS**
**P.O. BOX 13600**
**TALLAHASSEE, FL 32317**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,824.53** |
|---|---|---|---|

**Ford Credit**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,379.61** |
|---|---|---|---|

**FULHAM COMPANY**
**P.O. BOX 845686**
**Los Angeles, CA 90084-5686**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$585.00** |
|---|---|---|---|

**Fusco's The Spot**
**4432 E Bristol Rd**
**Feasterville Trevose, PA 19053**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Customer Credit Balance**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$690.16** |
|---|---|---|---|

**FUSECO INC (75600)**
**1865 Corporate Dr., Ste 210**
**Norcross, GA 30093**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,282.80** |
|---|---|---|---|

**GA CENTRAL ELECTRICAL**
**100 Commerce Drive**
**P.O. Box 723**
**Tyrone, GA 30290**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Customer Credit Balance**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$233.28** |
|---|---|---|---|

**Gatewood Schools**
**139 Phillips Dr.**
**Eatonton, GA 31024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Customer Credit Balance**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,251.30** |
|---|---|---|---|

**GEORGIA DUPLICATING PRODUCTS, INC.**
**(Xero**
**P O BOX 3547**
**MACON, GA 31205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.118**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,696.01** |
|---|---|---|
| **GEORGIA POWER COMPANY (#79530)**<br>**96 ANNEX**<br>**ATLANTA, GA 30396-0001** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.119**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$617.47** |
|---|---|---|
| **GLOBAL INDUSTRIAL COMPANY**<br>**29833 Network Place**<br>**Chicago, IL 60673-1298** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.120**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$221.68** |
|---|---|---|
| **GREATER ATLANTA CHRISTIAN SCHOOL**<br>**1575 INDIAN TRAIL RD**<br>**NORCROSS, GA 30093** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer Credit Balance** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.121**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44.88** |
|---|---|---|
| **GREEK ORTHODOX CATHEDRAL**<br>**2500 CLAIRMONT ROAD**<br>**ATTN: Victor Rodi**<br>**ATLANTA, GA 30329** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer Credit Balance** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.122**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,379.90** |
|---|---|---|
| **GREEN CREATIVE**<br>**PO Box 930495**<br>**Atlanta, GA 31193-0495** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.123**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24.98** |
|---|---|---|
| **GREEN GLOW DOCK LIGHT**<br>**4604 49th St. North**<br>**Suite 122**<br>**Saint Petersburg, FL 33709** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer Credit Balance** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.124**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$299,477.03** |
|---|---|---|
| **HALCO LIGHTING Technologies LLC**<br>**PO BOX 936822**<br>**ATLANTA, GA 31193-6822** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,604.72**

**HATCH TRANSFORMERS**
**7821 WOODLANDS CENTER BLVD**
**TAMPA, FL 33614**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,171.78**

**Hep Group USA**
**12245 Florence Avenue**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**HLI Solutions Inc.**
**Hubbell**
**701 Millennium Blvd**
**Geeenville, SC 29607**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,909.46**

**HOLIDAY DIVISION (#65600)**
**ACTION LIGHTING**
**310 ICE POND DR**
**BOZEMAN, MT 59715**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78.00**

**HOLIDAY INN EXPRESS - CADILLAC**
**7642 SOUTH US. 131**
**CADILLAC, MI 49601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,023.00**

**HONYA Lighting**
**Garden City NY 11530 United States**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.28**

**HORMEL FOODS CORP**
**P O BOX 900**
**AUSTIN, MN 55912**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,990.35**

HOWARD INDUSTRIES
P. O. BOX 11407
BIRMINGHAM, AL 35246-1132

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,229.30**

HUBBELL LIGHTING, INC.
DEPT CH 14175
PALATINE, IL 60055

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,366.77**

Ignite Industrial Consignment
Attn: Jeff Heilman
568 George Bishop Pkwy
Myrtle Beach, SC 29579

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$939.79**

Imaging Center
22647 Ventura Blvd.
Ste. 661
Woodland Hills, CA 91364

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,484.11**

INDUSTRIAL PKG CORP (75601)
PO BOX 740438
ATLANTA, GA 30374-0438

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56.18**

INFINITE ENERGY CENTER
ATT: Jan Mitchell
6400 SUGARLOAF PARKWAY
DULUTH, GA 30097

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37.78**

INTERLIGHT
7939 NEW JERSEY AVENUE
HAMMOND, IN 46323-3040

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,607.22** |
|---|---|---|---|

**INTERMATIC**
**P.O.BOX 71596**
**CHICAGO, IL 60694**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,445.69** |
|---|---|---|---|

**INTERSTATE ALL BATTERIES WH**
**PO BOX 1909**
**SUWANEE, GA 30024**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,153.18** |
|---|---|---|---|

**IRON MOUNTAIN**
**P O BOX 915004**
**DALLAS, TX 75391-5004**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$526.89** |
|---|---|---|---|

**ITV ASSOCIATES, INC.**
**1845 SOUTH LEE COURT**
**BUFORD, GA 30518**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,892.22** |
|---|---|---|---|

**J.D. INTERNATIONAL**
**P. O. BOX 668755**
**POMPANO BEACH, FL 33066**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87.16** |
|---|---|---|---|

**Jackpot Junction Casino Hotel**
**PO Box 420**
**Morton, MN 56270**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42.45** |
|---|---|---|---|

**Jennifer W Gordona DDS LLC**
**105 East Ohio avenue**
**Mount Vernon, OH 43050**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,836.51**

**Jiawei Technology (USA) Limited**
**29470 Union City Blvd.**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,712.30**

**JL Lighting**
**4505 Peachtree Industrial Blvd**
**STE D**
**Berkeley Lake, GA 30092**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,580.00**

**John Jimenez DDS**
**4831 SOQUEL DR**
**SOQUEL, CA 95073-2428**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,280.00**

**KC ELECTRONIC DISTRIBUTORS**
**186 NORTH BELLE MEAD ROAD**
**East Setauket, NY 11733**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.50**

**KENDALL ELECTRIC, INC (ALL 42)**
**5101 S. SPRINKLE ROAD**
**PORTAGE, MI 49002-2049**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$289,298.70**

**KEYSTONE TECHNOLOGIES**
**PO BOX 69159**
**Baltimore, MD 21264-9159**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,075.49**

**LADE ELECTRICAL SUPPLY(#65600)**
**US ELECTRICAL SERVICES, INC, ATTN:**
**LBS**
**PO BOX 101569**
**ATLANTA, GA 30392-1569**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,046.13** |
|---|---|---|---|
| | **LEDVANCE LLC \*429484\*** | ☐ Contingent | |
| | **PO BOX 5163** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-5163** | ☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,553.75** |
|---|---|---|---|
| | **LIGHT EFFICIENT DESIGN** | ☐ Contingent | |
| | **188 NORTHWEST HWY** | ☐ Unliquidated | |
| | **SUITE 301** | ☒ Disputed | |
| | **CARY, IL 60013** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,130.00** |
|---|---|---|---|
| | **LIGHTING ASSOCIATES** | ☐ Contingent | |
| | **3600 SWIFTWATER PARK DRIVE** | ☐ Unliquidated | |
| | **SUWANEE, GA 30024** | ☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,378.91** |
|---|---|---|---|
| | **Lighting Supply (formerly LIGHT BULB DIS** | ☐ Contingent | |
| | **L-4058** | ☐ Unliquidated | |
| | **Columbus, OH 43260-4058** | ☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,280.00** |
|---|---|---|---|
| | **LITETRONICS (#65600)** | ☐ Contingent | |
| | **6969 West 73rd Street** | ☐ Unliquidated | |
| | **BEDFORD PARK, IL 60638** | ☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166.00** |
|---|---|---|---|
| | **LOWE ELECTRIC SUPPLY COMPANY** | ☐ Contingent | |
| | **ATTN: ACCOUNTS PAYABLE** | ☐ Unliquidated | |
| | **P O BOX 4767** | ☒ Disputed | |
| | **MACON, GA 31208** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer Credit Balance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,786.29** |
|---|---|---|---|
| | **LUMIRAM (#65600)** | ☐ Contingent | |
| | **707 Executive Blvd. 1A** | ☐ Unliquidated | |
| | **Valley Cottage, NY 10989** | ☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor **Atlanta Light Bulbs, Inc.**
_____
Name

Case number (if known) **22-52950**
_____

| | | |
|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** | **$13,207.92** |
| | **LUTRON ELECTRONICS (NO DROPSHIP)** | |
| | P O BOX 643782 | |
| | **PITTSBURGH, PA 15264-3782** | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address** | **$226.30** |
| | **MAINTENANCE SUPPLY** | |
| | **ATTN: ACCOUNTS PAYABLE** | |
| | **6910 Brasada Dr.** | |
| | **Houston, TX 77085** | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** | **$98,216.30** |
| | **MAJOR SUPPLY INTERNATIONAL** | |
| | **5400 NW 35TH Terrace** | |
| | **SUITE 104** | |
| | **Ft. Lauderdale, FL 33309** | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address** | **$6,393.34** |
| | **MARKET GROUP VENTURES (#65600)** | |
| | **P. O. BOX 40** | |
| | **SHAWNIGAN LAKE, BC V0R 2W0** | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address** | **$4,644.00** |
| | **MARTIN SPROCKET & GEAR, INC.** | |
| | **ATTN: ACCOUNTS PAYABLE** | |
| | **P.O. BOX 886** | |
| | **SCOTTDALE, GA 30079** | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** | **$220.00** |
| | **Maxair Mechanical LLC** | |
| | **3435 Breckinridge Blvd** | |
| | **Ste 120** | |
| | **Duluth, GA 30096** | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | **$13,368.75** |
| | **MAXLITE/SK AMERICA** | |
| | **PO BOX 844825** | |
| | **BOSTON, MA 02284-4825** | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number *(if known)* | **22-52950** |
|---|---|---|---|---|

Name

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address**<br>**McGahren Law Firm, LLC**<br>**6171 Crooked Creek Road**<br>**Peachtree Corners, GA 30092**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Vendor<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$150.00** |
| 3.168 | **Nonpriority creditor's name and mailing address**<br>**McNeely Electric, Inc.**<br>**8201 Alcorn Circle**<br>**Austin, TX 78748**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Customer Credit Balance<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$159.00** |
| 3.169 | **Nonpriority creditor's name and mailing address**<br>**MedCura Medical Center**<br>**5582 Memorial Dr.**<br>**Lithonia, GA 30032**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Customer Credit Balance<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$161.73** |
| 3.170 | **Nonpriority creditor's name and mailing address**<br>**Merchant Services**<br>**PO Box 6010**<br>**Hagerstown, MD 21741**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Vendor<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.171 | **Nonpriority creditor's name and mailing address**<br>**METROPOWER INC**<br>**ATTN:  ACCOUNTS PAYABLE**<br>**PO BOX 5228**<br>**ALBANY, GA 31706**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Customer Credit Balance<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,067.97** |
| 3.172 | **Nonpriority creditor's name and mailing address**<br>**MICROLAMP**<br>**2954 N. W. 60TH STREET**<br>**FT LAUDERDALE, FL 33309**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Vendor<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$12,904.60** |
| 3.173 | **Nonpriority creditor's name and mailing address**<br>**MILLER OEM SUPPLIES (#65600)**<br>**3612 N. 16TH STREET**<br>**PHOENIX, AZ 85016**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Vendor<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$2,479.50** |

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,697.52 |
|---|---|---|---|

**MILWAUKEE LIGHT BULB**
**P. O. BOX 125**
**OAK CREEK, WI 53154**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,444.80 |
|---|---|---|---|

**Modern Forms**
**23550 Network Place**
**Chicago, IL 60673-1235**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,538.45 |
|---|---|---|---|

**MORRIS PRODUCTS INC**
**53 CAREY ROAD**
**QUEENSBURY, NY 12804**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,579.46 |
|---|---|---|---|

**MULTI LITE USA (#65600)**
**172 W. Providencia, Unit 101**
**Burbank, CA 91502**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Murphy Lomon & Associates**
**2860 River Rd, Ste 2000**
**Des Plaines, IL 60018**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Agent for Intermatic**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $280.80 |
|---|---|---|---|

**NBT Bank**
**120 North Keyser Ave**
**Scranton, PA 18504**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,424.51 |
|---|---|---|---|

**NICOR, INC**
**2200 MIDTOWN PL NE**
**STE A**
**ALBUQUERQUE, NM 87107**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$165,772.38** |
|---|---|---|---|

**NORCROSS ELECTRIC SUPPLY**
4190 Capital View Dr
Suwanee, GA 30024

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,331.30** |
|---|---|---|---|

**NORMAN LAMPS**
P. O. BOX 3550
ST CHARLES, IL 60174

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83.07** |
|---|---|---|---|

**NORTH DECATUR PRESBYTERIAN
CHURCH**
611 MEDLOCK RD
DECATUR, GA 30033

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$376.80** |
|---|---|---|---|

**NORTHROP GRUMMAN**
1201 CONTINENTAL BLVD
CHARLOTTE, NC 28273

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$291.00** |
|---|---|---|---|

**Northwest Exterminating**
830 Kennesaw Ave
Marietta, GA 30060

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,163.83** |
|---|---|---|---|

**NORTHWEST MUTUAL FINANCIAL
NETWORK
ATTN: AUBREY VAUGH
3438 PEACHTREE RD SUITE 1200
ATLANTA, GA 30326**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,037.75** |
|---|---|---|---|

**NSI Industries**
9730 Northcross Center Ct
Huntersville, NC 28078

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $793.80 |
|---|---|---|---|

**NULIGHT CONSULTING**
**PO Box 3406**
**Loganville, GA 30052**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $48.51 |
|---|---|---|---|

**Ocean Glass Inn**
**37299 Rehoboth Avenue**
**Rehoboth Beach, DE 19971**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $474.97 |
|---|---|---|---|

**OFFICE DEPOT**
**PO BOX 88040**
**CHICAGO, IL 60680-1040**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,555.68 |
|---|---|---|---|

**Old World Industries, LLC**
**P.O. BOX 204549**
**DALLAS, TX 75320**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,683.00 |
|---|---|---|---|

**ON HOLD MEDIA GROUP**
**3001 DALLAS PARKWAY**
**SUITE 220**
**FRISCO, TX 75034**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,098.67 |
|---|---|---|---|

**Oracle America, Inc.**
**Bank of America Lockbox Services**
**15612 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,342.28 |
|---|---|---|---|

**Orbit Industries, Inc.**
**2100 South Figueroa Street**
**Acct# 2409**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.80 |
|---|---|---|---|
| | **Orchid Cove at Palm Harbor**<br>**2600 Highlands Blvd N**<br>**Palm Harbor, FL 34684** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Customer Credit Balance__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,719.37 |
|---|---|---|---|
| | **OSRAM SYLVANIA INC**<br>**P O BOX 2114**<br>**ACCT# 428412**<br>**CAROL STREAM, IL 60132-2114** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.17 |
|---|---|---|---|
| | **OTTLITE TECHNOLOGIES**<br>**1715 N. WESTSHORE BLVD**<br>**TAMPA, FL 33607** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,520.74 |
|---|---|---|---|
| | **Oxem, LLC**<br>**2413 Eastwood Village Dr.**<br>**Stockbridge, GA 30281** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,924.25 |
|---|---|---|---|
| | **PHILIPS (FIXTURES) Luminaries (Sesco)**<br>**P.O. Box 100194**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,866.58 |
|---|---|---|---|
| | **Philips (LAMPS) Lighting**<br>**P.O. Box 100194**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.75 |
|---|---|---|---|
| | **PHILIPS EMERGENCY LIGHTING (#A000881)**<br>**P.O. BOX 100282**<br>**ATLANTA, GA 30384-0282** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,915.50 |
|---|---|---|---|

**Philips Lighting Electronics (ADVANCE)**
**P.O. Box 100194**
**ATLANTA, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Photometric Design**
**1066 CHARTLEY DR SW**
**LILBURN, GA 30047**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pitney Bowes**
**2225 American Drive**
**Neenah, WI 54956**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.88 |
|---|---|---|---|

**PITNEY BOWES GLOBAL**
**PO BOX 371887**
**PITTSBURGH, PA 15250-7887**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.21 |
|---|---|---|---|

**POINTS ELECTRICAL**
**5500 Oakbrook Pkwy ste 210**
**NORCROSS, GA 30093**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Customer Credit Balance__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $589.68 |
|---|---|---|---|

**POWERSELECT INC**
**15602 COMMERCE LANE**
**HUNTINGTON BEACH, CA 92649**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $611.00 |
|---|---|---|---|

**PPG AEROSPACE**
**6022 Corporate Way**
**Indianapolis, IN 46278**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Customer Credit Balance__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,197.00** |
|---|---|---|---|

**PQL (#656.00)**
**2285 WARD AVENUE**
**SIMI VALLEY, CA 93065**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$214.96** |
|---|---|---|---|

**PRINCIPAL HANDY SOLUTIONS**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customer Credit Balance</u>

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$174.00** |
|---|---|---|---|

**Pro Source Industrial, LLC**
**DBA. Mechanical Services**
**3806 Calhoun Ave**
**Chattanooga, TN 37407**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customer Credit Balance</u>

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |
|---|---|---|---|

**Quality Industries, Inc.**
**1595 Ocean Ave**
**Unit B1**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customer Credit Balance</u>

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$982.84** |
|---|---|---|---|

**Quest Diagnostics.com**
**1 Malcolm Ave.**
**Teterboro, NJ 07074**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Customer Credit Balance</u>

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,601.69** |
|---|---|---|---|

**QuikTrip Fleetmaster (QT)**
**PO Box 4337**
**Carol Stream, IL 60197-4337**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$983.18** |
|---|---|---|---|

**R&L Carriers**
**PO Box 10020**
**Port William, OH 45164-2000**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rauch-Milliken International**<br>**PO Box 8390**<br>**Metairie, LA 70011** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Agent for Reece Supply CO** | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,611.44** |
|---|---|---|---|
| | **REECE SUPPLY CO OF GA (#65600)**<br>**5755 OAKBROOK PARKWAY**<br>**NORCROSS, GA 30093** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113.95** |
|---|---|---|---|
| | **RELIANT REAL ESTATE MANAGEMENT**<br>**15600 Old 41 Rd**<br>**Naples, FL 34110** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Customer Credit Balance** | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$330.00** |
|---|---|---|---|
| | **Restaurant Technologies**<br>**2250 Pilot Knob Road**<br>**Ste 100**<br>**Mendota Heights, MN 55120** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Customer Credit Balance** | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,251.10** |
|---|---|---|---|
| | **RF Smart (ICS, Inc)**<br>**PO Box 638345**<br>**Cincinnati, OH 45263-8345** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,697.52** |
|---|---|---|---|
| | **RIZE ENTERPRISES**<br>**PO BOX 1311**<br>**BRENTWOOD, NY 11717** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,200.86** |
|---|---|---|---|
| | **RKB Maintenance Solutions**<br>**350 Motor Parkway**<br>**Suite 412**<br>**Hauppauge, NY 11788** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Customer Credit Balance** | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61.80** |
|---|---|---|---|
| | **ROBERT N JONES MD**<br>**217 FAIRWAY DRIVE**<br>**NEW ORLEANS, LA 70124** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Customer Credit Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$348,029.03** |
|---|---|---|---|
| | **ROBERT TAITZ**<br>**3860 Falls Landing Drive**<br>**Johns Creek, GA 30022** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,888.63** |
|---|---|---|---|
| | **RST VISIONS IN COLOR**<br>**8655 Tamarack Ave**<br>**Sun Valley, CA 91352** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.40** |
|---|---|---|---|
| | **Sajjadian Medical Corp.**<br>**496 Old Newport Blvd**<br>**Suite 3**<br>**Newport Beach, CA 92663** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Customer Credit Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,154.94** |
|---|---|---|---|
| | **SATCO PRODUCTS**<br>**900 N.W. 159TH DRIVE**<br>**MIAMI, FL 33169** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$542.12** |
|---|---|---|---|
| | **SCANA ENERGY**<br>**PO BOX 100157**<br>**COLUMBIA, SC 29202-3157** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$732.00** |
|---|---|---|---|
| | **SEBCO INDUSTRIES**<br>**2621 S. Main Street**<br>**SANTA ANA, CA 92707** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| | | | |
|---|---|---|---|
| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$393.64** |
| | **Semperlite** | ☐ Contingent | |
| | **141 Cassia Way** | ☐ Unliquidated | |
| | **Suite A, Room 100** | ☑ Disputed | |
| | **Henderson, NV 89014** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Vendor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,982.00** |
| | **SENGLED** | ☐ Contingent | |
| | **155 Bluegrass Valley Pkwy** | ☐ Unliquidated | |
| | **Suite 200** | ☑ Disputed | |
| | **Alpharetta, GA 30005** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Vendor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.96** |
| | **SILVERTON FIRST AID SQUAD** | ☐ Contingent | |
| | **86 MAINE STREET** | ☐ Unliquidated | |
| | **Toms River, NJ 08753-1780** | ☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Customer Credit Balance_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| | **SITLER'S SUPPLIES (#65600)** | ☐ Contingent | |
| | **111 WEST VIEW DRIVE** | ☐ Unliquidated | |
| | **WASHINGTON, IA 52353** | ☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Vendor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.50** |
| | **Sound Services-RH Nolte** | ☐ Contingent | |
| | **Po Box 18** | ☐ Unliquidated | |
| | **Bylas, AZ 85530** | ☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Customer Credit Balance_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.88** |
| | **SOUTHERN EQUIPMENT SALES** | ☐ Contingent | |
| | **ATTN: ACCOUNTS PAYABLE** | ☐ Unliquidated | |
| | **1896 FORGE STREET** | ☑ Disputed | |
| | **TUCKER, GA 30084** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Customer Credit Balance_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
| | **SOUTHLAND ELECTRIC, INC** | ☐ Contingent | |
| | **ATT: SCOTT NELSON** | ☐ Unliquidated | |
| | **2239 DILLARD STREET** | ☑ Disputed | |
| | **TUCKER, GA 30084** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Customer Credit Balance_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.15** |
| | Sparkles Smyrna<br>666 Smyrna Hill Dr<br>Smyrna, GA 30082 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  __Customter__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,250.08** |
| | Spot Lighting<br>PO Box 20860<br>Long Beach, CA 90801 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  __Vendor__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,231.75** |
| | STANDARD ENTERPRISES (DBA Watt-man) (656<br>DBA  WATT-MAN LED LIGHTING<br>P.O. BOX 1345<br>DECATUR, GA 30031 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  __Vendor__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$649.37** |
| | STAPLES ADVANTAGE<br>DEPT ATL<br>P O BOX 405386<br>ATLANTA, GA 30384-5386 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  __Vendor__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | Staples Busienss Credit<br>PO Box 105638<br>Altanta, GA 30348 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  __Vendor__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,906.15** |
| | SUNSHINE LIGHTING<br>744 CLINTON STREET<br>BROOKLYN, NY 11231 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  __Vendor__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.90** |
| | SUPER H MART DISTRIBUTION<br>2550 Pleasant Hill Rd<br>STE 300<br>Duluth, GA 30096 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  __Customer Credit Balance__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.60** |
| | **SYNOVOS**<br>**16888 STATE ROUTE 706**<br>**MONTROSE, PA 18801** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Customer Credit Balance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$245.53** |
| | **TBF Computing**<br>**1090 Cobb Industrial Dr**<br>**Marietta, GA 30066** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Customer Credit Balance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,636.73** |
| | **TECHNICAL CONSUMER PRODUCTS**<br>**3691 SOLUTIONS CENTER**<br>**CHICAGO, IL 60677-3006** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,124.62** |
| | **TECHNO USA LLC**<br>**1580 Boggs Road**<br>**Suite 500**<br>**Duluth, GA 30097** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00** |
| | **THE HARTFORD (#75850)**<br>**P. O. BOX 660916**<br>**DALLAS, TX 75266-0916** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,357.87** |
| | **The Retirement Advantage**<br>**47 Park Place**<br>**Suite 850**<br>**Appleton, WI 54914** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,058.45** |
| | **THHC LIGHTING**<br>**1411 North Batavia Street, Suite 212**<br>**Orange, CA 92867** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,729.52** |
|---|---|---|---|
| | **TOPAZ LIGHTING (65600)**<br>**PO Box 7247, Mail Code 7333**<br>**Philadelphia, PA 19170-0001** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,654.29** |
|---|---|---|---|
| | **TOPSTAR INTERNATIONAL**<br>**291 Kettering Drive**<br>**Ontario, CA 91761** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$287.52** |
|---|---|---|---|
| | **TOPSTAR INTERNATIONAL**<br>**13668 VALLEY BLVD**<br>**SUITE D-2**<br>**CITY INDUSTRY, CA 91746** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$244.40** |
|---|---|---|---|
| | **TRC Electroncis**<br>**4171 Stony Lane**<br>**Doylestown, PA 18902** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$911.25** |
|---|---|---|---|
| | **TRUE VISION SYSTEMS** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Customer Credit Balance__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,534.39** |
|---|---|---|---|
| | **UNITED PARCEL SERVICE (#65702)**<br>**P. O. BOX 7247-0244**<br>**PHILADELPHIA, PA 19170-0001** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,625.92** |
|---|---|---|---|
| | **UNIVERSAL LIGHTING (MAGNETEK)**<br>**PO BOX 5510**<br>**CAROL STREAM, IL 60197-5510** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,642.19** |
|---|---|---|---|

**US BANK EQUIPMENT FINANCE**
**P O BOX 790448**
**ST LOUIS, MO 63179-0448**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,817.92** |
|---|---|---|---|

**USHIO AMERICA**
**6045 SOLUTION CENTER**
**CHICAGO, IL 60677-6000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$155.00** |
|---|---|---|---|

**van der Veen, Hartshorn & Levin**
**1219 Spruce St.**
**Philadelphia, PA 19107**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Verizon**
**PO Box 408**
**Newark, NJ 07101**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,288.00** |
|---|---|---|---|

**Verizon Connect Fleet USA LLC**
**PO Box 15043**
**Albany, NY 12212-5043**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Versapay**
**548 Market Street # 43812**
**San Francisco, CA 94104**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.30** |
|---|---|---|---|

**Verum Analytics Industries**
**18916 Bonanza Way**
**Gaithersburg, MD 20879**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.29**

**WAGES & SONS**
**ATTN: HANK WAGES**
**P.O. BOX 605**
**STONE MOUNTAIN, GA 30086**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113.50**

**WageWorks, Inc. (take care)**
**1100 Park Place, 4th floor**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76.44**

**WellMax Center for Preventive Medicine**
**45200 Club Dr**
**Suite B**
**Indian Wells, CA 92210-8837**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89.28**

**Western Securities**
**2626 Howell St.**
**Suite 850**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$230.00**

**WESTINGHOUSE LIGHTING (ANGELO)**
**P. O. BOX 780984**
**P. O. BOX 780984**
**Philadelphia, PA 19178-0984**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$297.33**

**Wildwood Services LLC**
**2242 Otter Creeek Ln**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128.90**

**Wiredup Electric Inc.**
**14723 Weeks Dr.**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $219,418.77 |
|---|---|---|---|

**WORLDWIDE SPECIALTY**
**6759 OAK RIDGE COMMERCE WY**
**AUSTELL, GA 30168**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,334.67 |
|---|---|---|---|

**XTRA LITE LIGHTING**
**6300 ST LOUIS STREET**
**MERIDIAN, MS 39307**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $593.21 |
|---|---|---|---|

**Z&R LIGHTING**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Customer Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,600.00 |
|---|---|---|---|

**ZLED Lighting**
**1536 Kings Highway North**
**Cherry Hill, NJ 08034**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 7,014.07 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,572,043.48 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,579,057.55 |