**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

AUG 2 5 2022

M. Regina Thomas, Clerk
By:_____
Deputy Clerk

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE BAISIER |

**REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE**
**EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503**

COMES NOW the claimant identified below and hereby requests the allowance of an administrative expense claim pursuant to Section 503 of the Bankruptcy Code, and hereby shows the following:

**Name of Claimant:** TADD LLC dba Light Efficient Design

**Address of Claimant:** 188 S Northwest Highway, Cary IL 60013

**Phone:** 847-380-3540        **Email:** ar@led-llc.com

**Amount of 11 U.S.C. § 503 Administrative Expense:** $ $3,737.00

1. The undersigned holds an administrative expense claim arising on or after May 23, 2022, through July 6, 2022, pursuant to 11 U.S.C. § 503 in the amount identified above against the Debtor in the Chapter 11 Case: 22-52950-PMB

2. The consideration for this debt (or ground for this liability) owed by the Debtor is as follows: 9 unpaid invoices

3. The administrative expense is entitled to administrative priority under 11 U.S.C. § 503(b) and 11 U.S.C. § 507(a)(2) because: Customer received our inventory and did not pay their invoices

Case 22-52950-pmb    Doc 131    Filed 08/11/22    Entered 08/11/22 13:19:25    Desc Main
Document    Page 10 of 10

5.    The amount of all payments on the gap claim have been credited and deducted for the purpose of making this request.

6.    The undersigned is aware that under 18 U.S.C. §§ 152 and 3571, the penalty for presenting a fraudulent claim in a bankruptcy case includes a fine of up to $500,000 or imprisonment for up to five years, or both.

**WHEREFORE**, the undersigned requests that the Court allow the gap claim requested herein, to be paid in accordance with the priorities set forth in the Bankruptcy Code and based upon availability of funds.

**YOU ARE ENCOURAGED TO CONSULT YOUR ATTORNEY REGARDING THE LAW, YOUR LEGAL RIGHTS, THE MEANING OF TERMS USED IN THE BANKRUPTCY CODE, THIS REQUEST FORM AND THE CHAPTER 11 GAP AND ADMINISTRATIVE CLAIMS BAR DATE NOTICE.**

Dated: 8/19/2022

Name of Claimant: TIKILA BROWN – company controller

Signed: [signature]

By (if appropriate):

As Its (if appropriate):

**INSTRUCTIONS:** Mail the completed form to: Clerk, United States Bankruptcy Court, Room 1340, Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, so as to be received no later than September 26, 2022. A copy of the completed form should also be mailed to counsel for the Trustee at: Law Offices of Henry F. Sewell, Jr., LLC, c/o Henry F. Sewell, Jr., Esq., Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305.

# LIGHT EFFICIENT DESIGN

## Customer Inv Payments for: ATLANTA LIGHT BULBS - NO SALES

Date:2022/08/19 11:56

| Invoice date | Invoice | Type | Month posted | Amount | P.O. | Sales order | Due date |
|---|---|---|---|---:|---|---|---|
| 08/24/20 | 411479 | INV | 08/2020 | 59.84 | 5045683 | 284458 | 09/23/20 |
| 09/21/20 | 414185 | INV | 09/2020 | 306.82 | 5045746 | 284802 | 10/21/20 |
| 09/24/20 | 414788 | INV | 09/2020 | 975.00 | 5046177 | 287570 | 10/24/20 |
| 11/05/20 | 420299 | INV | 11/2020 | 50.60 | 5046750 | 292122 | 12/05/20 |
| 12/08/20 | 424705 | INV | 12/2020 | 999.29 | 5047046 | 294387 | 01/07/21 |
| 12/28/20 | 427595 | INV | 12/2020 | 30.36 | 5047388 | 297288 | 01/27/21 |
| 01/25/21 | 430797 | INV | 01/2021 | 1,076.20 | 5047614 | 299727 | 02/24/21 |
| 02/08/21 | 432657 | INV | 02/2021 | 109.35 | 5047614 | 299727 | 03/10/21 |
| 09/03/21 | 455656 | INV | 09/2021 | 130.28 | 5048553 | 309935 | 10/03/21 |

3,737.74

**Light Efficient Design**
RcmPros
188 South Northwest Highway
Carv, IL 60013



FIRST-CLASS
US POSTAGE
$ 000.57⁰
02 1P
0001210883   AUG 22 2022
MAILED FROM ZIP CODE 60013

To,
Clerk, United States Bankruptcy Court,
Room 1340, Russell Federal Bldg. & United States Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303

CLEARED DATE
AUG 2 5 2022

U.S. Marshals Service
Atlanta, GA 30303

30303-336799