UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| **ATLANTA LIGHT BULBS, INC.,** | : | CHAPTER 7 |
| | : | |
| Debtor(s). | : | JUDGE BAISIER |
| ———————————————— | : | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Oracle America, Inc. has filed a Request for Allowance and Payment of Chapter 7 Administrative Expenses and related papers with the Court seeking an order allowing payment of a Chapter 7 administrative expense to Oracle.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Request for Allowance and Payment of Chapter 7 Administrative Expenses at the following number: (toll-free number: 833-568-8864; meeting id 161 706 9079, at 1:10 P.M. on November 7, 2022, in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two

business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: September 28, 2022

/s/ Elizabeth B. Rose
Elizabeth B. Rose
Counsel for Movant
Georgia Bar No. 558747
Caiola & Rose, LLC
125 Clairemont Avenue, Suite 240
Decatur, Georgia 30030
(470) 300-1020
elizabeth@caiolarose.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| ATLANTA LIGHT BULBS, INC., | Case No.  22-52950-PMB |
| Debtor. | **JUDGE BAISIER** |

**REQUEST FOR ALLOWANCE AND PAYMENT OF CHAPTER 7**
**ADMINISTRATIVE EXPENSES**

Oracle America, Inc., successor in interest to NetSuite, Inc. ("Oracle"), creditor and contract counter-party in the above captioned case, hereby requests allowance and payment of a Chapter 7 administrative expense in the amount of $20,841.22, pursuant to sections 503(a) and (b) of the Bankruptcy Code (the "Administrative Request"), for goods and products provided, and services rendered, by Oracle to the to estate of Atlanta Light Bulbs, Inc. ("Debtor"), administered by Chapter 7 Trustee S. Gregory Hays ("Trustee").

1.      Oracle is a licensor of computer software and, pursuant to written license and services agreements, provides software-related products, technical support, maintenance, educational materials, and programs, as well as cloud-based services, which Oracle often customizes for the customer's specific needs.

2.      On April 15, 2022, ("Involuntary Petition Date") certain petitioning creditors filed an involuntary petition for relief under Chapter 11 against the Debtor. On May 23, 2022 ("Order for Relief Date"), the Court entered the order for relief.  On July 7, 2022 ("Conversion Date"), the Debtor's case was converted to a Chapter 7 and the Trustee was appointed.

3.      Prior the Involuntary Petition Date, the Debtor and Oracle were parties to several license agreements, including a NetSuite Subscription Services Agreement and related Estimates ("Oracle Agreements").

- 1 -

4.      Shortly after the Conversion Date, Trustee's counsel advised Oracle, through its counsel, that the Trustee needed Oracle's services provided under the Oracle Agreements, and acknowledged that Oracle would have a Chapter 7 administrative claim as a result of the Trustee's use.

5.      Pursuant to 11 U.S.C. 365 (d)(1), the Oracle Agreements were deemed rejected sixty days after the Conversion Date, i.e., September 6, 2022 ("Rejection Date"). Through their respective counsel, the Trustee advised Oracle that he required Oracle's services notwithstanding the occurrence of the Rejection Date. The term of the Oracle Agreements ends on October 26, 2022.

6.      The Trustee owes Oracle $20,841.22 for services Oracle has provided and continues to provide to the Trustee, for the benefit of the Debtor's estate. These services are evidenced by the outstanding invoices ("Invoices"), attached hereto as **Exhibit A**.[1]

7.      Oracle asserts that the Trustee used and continues to use Oracle's services and therefore Oracle has provided ongoing tangible value to the Debtor's estate.

8.      Oracle respectfully requests allowance and payment of a Chapter 7 administrative expense to Oracle in an amount of not less than $20,841.22, and reserves its right to supplement this Administrative Request if additional unpaid Chapter 7 administrative amounts accrue.

Dated:  September 28, 2022

By:
    */s/ Elizabeth B. Rose*
    Elizabeth B. Rose, Esq.
    Caiola & Rose, LLC
    Ga Bar No. 558747
    elizabeth@caiolarose.com

    Local Counsel for Oracle America, Inc.

    Shawn M. Christianson, Esq.
    Valerie Bantner Peo, Esq.
    BUCHALTER, A Professional Corporation
    425 Market Street, Suite 2900
    San Francisco, California 94105
    Telephone:  (415) 227-0900

---

[1] Exhibit A includes a spreadsheet that shows the prorated amounts owed under the Invoices for the relevant period, based on the service period for each Invoice.

BN 72876720v1
#132008v1

Peggy Bruggman, Esq.
Alice Miller, Esq.
**ORACLE AMERICA, INC**.
500 Oracle Parkway
Redwood City CA  94065
Telephone:  (650) 506-5200

Attorneys for Oracle America, Inc.

# EXHIBIT A

Atlanta Light Bulb
GAP Claim Period            4/15/22-5/22/22
Chapter 11 Admin. Period   5/23/22-7/6/22
Chapter 7 Admin. Period    7/7/22 - 10/26/22

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Service Dates | Gap Claim | Chapter 11 Admin | Chapter 7 Admin |
|---|---|---|---|---|---|---|---|
| 1241522 | 1/17/2022 | 2/24/2022 | $13,758.31 | 1/27/2022 – 4/26/2022 | $1,855.05 | $0.00 | $0.00 |
| 1286069 | 3/16/2022 | 4/25/2022 | $1,336.50 | 3/26/2022 – 6/25/2022 | $552.03 | $493.92 | $0.00 |
| 1296812 | 4/7/2022 | 5/7/2022 | $297.00 | 4/6/2022 – 7/5/2022 | $124.02 | $143.60 | $0.00 |
| 1362768 | 6/7/2022 | 5/8/2022 | $297.00 | 7/6/2022 – 10/5/2022 | $0.00 | $0.00 | $297.00 |
| 1299834 | 4/12/2022 | 5/13/2022 | $222.75 | 4/13/2022 – 7/12/2022 | $93.02 | $110.15 | $14.69 |
| 1303071 | 4/18/2022 | 5/21/2022 | $297.00 | 4/21/2022 – 7/20/2022 | $106.53 | $145.27 | $45.20 |
| 1305250 | 4/19/2022 | 5/23/2022 | $187.11 | 4/23/2022 – 7/22/2022 | $63.05 | $91.52 | $32.54 |
| 1304786 | 4/19/2022 | 5/25/2022 | $13,758.31 | 4/27/2022 – 7/26/2022 | $4,037.76 | $6,729.61 | $2,990.94 |
| 1349110 | 6/13/2022 | 7/17/2022 | $2,699.14 | 6/17/2022 – 9/16/2022 | $0.00 | $880.15 | $1,818.99 |
| 1353116 | 6/16/2022 | 7/26/2022 | $1,336.50 | 6/26/2022 – 9/25/2022 | $0.00 | $159.80 | $1,176.70 |
| 1369979 | 7/15/2022 | 8/20/2022 | $297.00 | 7/21/2022 – 10/20/2022 | $0.00 | $0.00 | $297.00 |
| 1371452 | 7/18/2022 | 8/22/2022 | $187.11 | 7/23/2022 – 10/22/2022 | $0.00 | $0.00 | $187.11 |
| 1371139 | 7/18/2022 | 8/24/2022 | $13,758.30 | 7/27/2022 – 10/26/2022 | $0.00 | $0.00 | $13,758.30 |
| 1366415 | 12/7/2022 | 12/8/2022 | $222.75 | 7/13/2022 – 10/12/2022 | $0.00 | $0.00 | $222.75 |

**Total**    $6,831.46    $8,754.02    $20,841.22

**ORACLE**® NETSUITE

# Invoice # 1362768

Oracle America, Inc.
2300 Oracle Way
Austin, TX 78741
United States
1 877 638 7848
Tax ID No.: 94-2805249

**Bill To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

**Ship To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 06 July 2022 | Net 30 | 05 August 2022 | O, Iris |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #682866 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 1 | 0.091 | $297.00 |
| Subtotal | | | | $297.00 |

| | |
|---|---|
| **Subtotal** | $297.00 |
| **Tax Total** | $0.00 |
| **Total** | $297.00 |

- - -

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____
Payment by Wire:
Bank of America
Account #: 1499827093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: 121000358
Bank Routing No. Dom. Wires: 026009593
Swift Code: BOFAUS3N

### Remittance Slip

| | |
|---|---|
| **Customer** | 1258640 Atlanta Light Bulbs, Inc. |
| **Invoice #** | 1362768 |
| **Amount Due** | $297.00 |
| **Amount Paid** | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4

# ORACLE® NETSUITE

**Invoice # 1299834**

Oracle America, Inc.
2300 Oracle Way
Austin, TX 78741
United States
1 877 638 7848
Tax ID No.: 94-2805249

**Bill To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

**Ship To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 12 April 2022 | Net 30 | 13 May 2022 | Fabry, Gregory W |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #508956 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 1 | 0.056 | $297.00 |
| Subtotal | | | | $297.00 |
| Discount | Discount | | | ($74.25) |
| Subtotal | | | | $222.75 |

|  |  |
|---|---|
| **Subtotal** | $222.75 |
| **Tax Total** | $0.00 |
| **Total** | $222.75 |

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____
Payment by Wire:
Bank of America
Account #: 1499827093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: 121000358
Bank Routing No. Dom. Wires: 026009593
Swift Code: BOFAUS3N

**Remittance Slip**

| Customer | 1258640 Atlanta Light Bulbs, Inc. |
|---|---|
| **Invoice #** | 1299834 |
| **Amount Due** | $222.75 |
| **Amount Paid** | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4

# ORACLE® NETSUITE

**Invoice # 1303071**

Oracle America, Inc.
2300 Oracle Way
Austin, TX 78741
United States
1 877 638 7848
Tax ID No.: 94-2805249

**Bill To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

**Ship To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 18 April 2022 | Net 30 | 21 May 2022 | O, Iris |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #687864 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 1 | 0.091 | $297.00 |
| Subtotal | | | | $297.00 |

| | |
|---|---|
| **Subtotal** | $297.00 |
| **Tax Total** | $0.00 |
| **Total** | $297.00 |

- - -

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____
Payment by Wire:
Bank of America
Account #: 1499827093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: 121000358
Bank Routing No. Dom. Wires: 026009593
Swift Code: BOFAUS3N

**Remittance Slip**

| Customer | 1258640 Atlanta Light Bulbs, Inc. |
|---|---|
| **Invoice #** | 1303071 |
| **Amount Due** | $297.00 |
| **Amount Paid** | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4

# ORACLE® NETSUITE

**Invoice # 1305250**

Oracle America, Inc.
2300 Oracle Way
Austin, TX 78741
United States
1 877 638 7848
Tax ID No.: 94-2805249

**Bill To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

**Ship To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 19 April 2022 | Net 30 | 23 May 2022 | Elliott, Emily H |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #554395 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 1 | 0.062 | $297.00 |
| Subtotal | | | | $297.00 |
| Discount | Discount | | | ($109.89) |
| Subtotal | | | | $187.11 |

| | |
|---|---|
| **Subtotal** | $187.11 |
| **Tax Total** | $0.00 |
| **Total** | $187.11 |

- - -

**Remittance Slip**

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693

_____

Payment by Wire:
Bank of America
Account #: 1499827093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: 121000358
Bank Routing No. Dom. Wires: 026009593
Swift Code: BOFAUS3N

| | |
|---|---|
| **Customer** | 1258640 Atlanta Light Bulbs, Inc. |
| **Invoice #** | 1305250 |
| **Amount Due** | $187.11 |
| **Amount Paid** | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4

# ORACLE® NETSUITE

**Invoice # 1304786**

Oracle America, Inc.
2300 Oracle Way
Austin, TX 78741
United States
1 877 638 7848
Tax ID No.: 94-2805249

**Bill To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

**Ship To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 19 April 2022 | Net 30 | 25 May 2022 | Fabry, Gregory W |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #467175 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite SuiteSuccess W/D Cloud Service | NetSuite Wholesale/Distribution SuiteSuccess Edition includes:<br>** ERP with G/L, Accounts Payable, Purchasing, Inventory, OrderEntry, A/R, Expense Reporting, Advanced Shipping with integratedUPS or FedEx shipping depending on your location<br>** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns; Customer Service/Support<br>** Advanced Inventory Module<br>** Advanced Procurement Module<br>** Demand Planning Module<br>** SuiteCommerce Site Builder Module<br>** Customer Center and Partner Center logins<br>**Premium Customer Center using SiteBuilder Extensions Premium<br>** Productivity tools including contacts/calendar/events<br>** Real-time Dashboards with key business metrics, report snapshots<br>** 5 Employee Self-Service Users<br>** 30,000 integrated bulk mail merges per month<br>** 120,000 campaign emails per year with no single blast exceeding 10,000 recipients<br>** 10 GB File Cabinet and 10 GB Data storage per account | 1 | 0.05 | $14,997.00 |
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 22 | 1.1 | $6,534.00 |
| Subtotal | | | | $21,531.00 |
| Discount | Discount | | | ($7,772.69) |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|------|-------------|------------------|-----------------|--------|
| Subtotal | | | | $13,758.31 |

| | |
|---|---|
| **Subtotal** | $13,758.31 |
| **Tax Total** | $0.00 |
| **Total** | $13,758.31 |

---

### Remittance Slip

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693

Payment by Wire:
Bank of America
Account #: 1499827093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: 121000358
Bank Routing No. Dom. Wires: 026009593
Swift Code: BOFAUS3N

| | |
|---|---|
| **Customer** | 1258640 Atlanta Light Bulbs, Inc. |
| **Invoice #** | 1304786 |
| **Amount Due** | $13,758.31 |
| **Amount Paid** | |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4

---

Page 2 of 2

# ORACLE® NETSUITE

**Invoice # 1349110**

Oracle America, Inc.
2300 Oracle Way
Austin, TX 78741
United States
1 877 638 7848
Tax ID No.: 94-2805249

**Bill To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

**Ship To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 13 June 2022 | Net 30 | 17 July 2022 | Vearnon, Christopher M |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #947093 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite Premium eCommerce Connector | *** Requires activation service<br>*** Only available to customers located in the United States and Canada<br>*** Connector refers to an integration between a single account on a third-party eCommerce marketplace/cart and the NetSuite ERP system. A Connector will perform automated syncs, which involves the exchange of certain data, including but not limited to, product, pricing, order, inventory, and shipping data, between the connected systems.<br>*** Unlimited named users<br>*** Customer is entitled to one connector per purchase<br>*** Available connectors subject to the limitations outlined below:<br>Amazon, Shopify, eBay, Magento2, BigCommerce, WooCommerce, Walmart, WalmartDSV<br>*** Order, fulfillment, price and quantity, full product, real time price and quantity, coupon/discount syncs available for:<br>All connectors<br>*** Realtime order sync available for:<br>Shopify, BigCommerce, WooCommerce<br>*** Gift certificate sync available for:<br>Shopify, Magento2, WooCommerce | 4 | 1.2 | $2,999.04 |
| Subtotal | | | | $2,999.04 |
| Discount | Discount | | | ($299.90) |
| Subtotal | | | | $2,699.14 |

| | |
|---|---|
| **Subtotal** | $2,699.14 |
| **Tax Total** | $0.00 |
| **Total** | $2,699.14 |

---

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693

Payment by Wire:
Bank of America
Account #: 1499827093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: 121000358
Bank Routing No. Dom. Wires: 026009593
Swift Code: BOFAUS3N

### Remittance Slip

| | |
|---|---|
| **Customer** | 1258640 Atlanta Light Bulbs, Inc. |
| **Invoice #** | 1349110 |
| **Amount Due** | $2,699.14 |
| **Amount Paid** | |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4



**Invoice # 1353116**

Oracle America, Inc.
2300 Oracle Way
Austin, TX 78741
United States
1 877 638 7848
Tax ID No.: 94-2805249

**Bill To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

**Ship To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 16 June 2022 | Net 30 | 26 July 2022 | Fabry, Gregory W |
| Currency | FX Rate | PO # | Estimate # |
| USD | 1 | | Estimate #504450 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 6 | 0.327 | $1,782.00 |
| Subtotal | | | | $1,782.00 |
| Discount | Discount | | | ($445.50) |
| Subtotal | | | | $1,336.50 |

| | |
|---|---|
| **Subtotal** | $1,336.50 |
| **Tax Total** | $0.00 |
| **Total** | $1,336.50 |

**Remittance Slip**

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____
Payment by Wire:
Bank of America
Account #: 1499827093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: 121000358
Bank Routing No. Dom. Wires: 026009593
Swift Code: BOFAUS3N

| Customer | 1258640 Atlanta Light Bulbs, Inc. |
|---|---|
| Invoice # | 1353116 |
| Amount Due | $1,336.50 |
| Amount Paid | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4

# ORACLE® NETSUITE

**Invoice # 1369979**

Oracle America, Inc.
2300 Oracle Way
Austin, TX 78741
United States
1 877 638 7848
Tax ID No.: 94-2805249

**Bill To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

**Ship To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 15 July 2022 | Net 30 | 20 August 2022 | O, Iris |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #687864 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 1 | 0.091 | $297.00 |
| Subtotal | | | | $297.00 |

| | |
|---|---|
| **Subtotal** | $297.00 |
| **Tax Total** | $0.00 |
| **Total** | $297.00 |

- - -

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____
Payment by Wire:
Bank of America
Account #: 1499827093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: 121000358
Bank Routing No. Dom. Wires: 026009593
Swift Code: BOFAUS3N

**Remittance Slip**

| | |
|---|---|
| **Customer** | 1258640 Atlanta Light Bulbs, Inc. |
| **Invoice #** | 1369979 |
| **Amount Due** | $297.00 |
| **Amount Paid** | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4

- - -

# ORACLE® NETSUITE

**Invoice # 1371452**

Oracle America, Inc.
2300 Oracle Way
Austin, TX 78741
United States
1 877 638 7848
Tax ID No.: 94-2805249

**Bill To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

**Ship To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 18 July 2022 | Net 30 | 22 August 2022 | Elliott, Emily H |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #554395 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 1 | 0.062 | $297.00 |
| Subtotal | | | | $297.00 |
| Discount | Discount | | | ($109.89) |
| Subtotal | | | | $187.11 |

| | |
|---|---|
| **Subtotal** | $187.11 |
| **Tax Total** | $0.00 |
| **Total** | $187.11 |

**Remittance Slip**

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____
Payment by Wire:
Bank of America
Account #: 1499827093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: 121000358
Bank Routing No. Dom. Wires: 026009593
Swift Code: BOFAUS3N

| Customer | 1258640 Atlanta Light Bulbs, Inc. |
|---|---|
| **Invoice #** | 1371452 |
| **Amount Due** | $187.11 |
| **Amount Paid** | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4

# ORACLE® NETSUITE

**Invoice # 1371139**

Oracle America, Inc.
2300 Oracle Way
Austin, TX 78741
United States
1 877 638 7848
Tax ID No.: 94-2805249

**Bill To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

**Ship To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 18 July 2022 | Net 30 | 24 August 2022 | Fabry, Gregory W |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #467175 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite SuiteSuccess W/D Cloud Service | NetSuite Wholesale/Distribution SuiteSuccess Edition includes:<br>** ERP with G/L, Accounts Payable, Purchasing, Inventory, OrderEntry, A/R, Expense Reporting, Advanced Shipping with integratedUPS or FedEx shipping depending on your location<br>** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns; Customer Service/Support<br>** Advanced Inventory Module<br>** Advanced Procurement Module<br>** Demand Planning Module<br>** SuiteCommerce Site Builder Module<br>** Customer Center and Partner Center logins<br>**Premium Customer Center using SiteBuilder Extensions Premium<br>** Productivity tools including contacts/calendar/events<br>** Real-time Dashboards with key business metrics, report snapshots<br>** 5 Employee Self-Service Users<br>** 30,000 integrated bulk mail merges per month<br>** 120,000 campaign emails per year with no single blast exceeding 10,000 recipients<br>** 10 GB File Cabinet and 10 GB Data storage per account | 1 | 0.05 | $14,997.00 |
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 22 | 1.1 | $6,534.00 |
| Subtotal | | | | $21,531.00 |
| Discount | Discount | | | ($7,772.70) |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|------|-------------|------------------|-----------------|--------|
| Subtotal | | | | $13,758.30 |

| | |
|---|---|
| **Subtotal** | $13,758.30 |
| **Tax Total** | $0.00 |
| **Total** | $13,758.30 |

---

**Remittance Slip**

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693

Payment by Wire:
Bank of America
Account #: 1499827093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: 121000358
Bank Routing No. Dom. Wires: 026009593
Swift Code: BOFAUS3N

| | |
|---|---|
| **Customer** | 1258640 Atlanta Light Bulbs, Inc. |
| **Invoice #** | 1371139 |
| **Amount Due** | $13,758.30 |
| **Amount Paid** | |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4

---

# ORACLE® NETSUITE

**Invoice # 1366415**

Oracle America, Inc.
2300 Oracle Way
Austin, TX 78741
United States
1 877 638 7848
Tax ID No.: 94-2805249

**Bill To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

**Ship To**
Atlanta Light Bulbs, Inc.
2109 Mountain Ind. Blvd.
Tucker GA 30084-5013
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 12 July 2022 | Net 30 | 12 August 2022 | Fabry, Gregory W |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #508956 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 1 | 0.055 | $297.00 |
| Subtotal | | | | $297.00 |
| Discount | Discount | | | ($74.25) |
| Subtotal | | | | $222.75 |

| | |
|---|---|
| **Subtotal** | $222.75 |
| **Tax Total** | $0.00 |
| **Total** | $222.75 |

**Remittance Slip**

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693

| | |
|---|---|
| **Customer** | 1258640 Atlanta Light Bulbs, Inc. |
| **Invoice #** | 1366415 |
| **Amount Due** | $222.75 |
| **Amount Paid** | _____ |

Payment by Wire:
Bank of America
Account #: 1499827093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: 121000358
Bank Routing No. Dom. Wires: 026009593
Swift Code: BOFAUS3N

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 28, 2022, I electronically filed the foregoing

*NOTICE OF HEARING AND REQUEST FOR ALLOWANCE AND PAYMENT OF*

*CHAPTER 7 ADMINISTRATIVE EXPENSES* with the Clerk of the Court using the

CM/ECF system which sent notification of such filing to the following, and I hereby

certify that I have mailed by United States Postal Service the foregoing documents to:

Tucker Ellis LLP
Suite 6950
233 S. Wacker Dr.
Chicago, IL 60606-9997
jason.torf@tuckerellis.com

Thomas Dworschak
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303
thomas.w.dworschak@usdoj.gov

Atlanta Light Bulbs, Inc.
2109 Mountain Industrial Blvd
Tucker, GA 30084

Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305
hsewell@sewellfirm.com

Kathleen G. Furr
Baker Donelson
3414 Peachtree Road, NE
Suite 1500, Monarch Plaza
Atlanta, GA 30326
kfurr@bakerdonelson.com

CAIOLA & ROSE, LLC

*/s/ Elizabeth B. Rose*
ELIZABETH B. ROSE
Georgia Bar No. 558747
elizabeth@caiolarose.com