**IT IS ORDERED as set forth below:**



Date: November 9, 2022

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| ATLANTA LIGHT BULBS, INC., | Case No. 22-52950-PMB |
| Debtor. | JUDGE BAISIER |

**CONSENT ORDER ALLOWING CHAPTER 7
ADMINISTRATIVE EXPENSE AND AUTHORIZING PAYMENT**

Before the Court is Oracle America, Inc.'s, successor in interest to NetSuite, Inc. ("Oracle"), request for allowance and payment of a Chapter 7 administrative expense in the amount of $20,841.22, pursuant to sections 503(a) and (b) of the Bankruptcy Code (the "Administrative Request"), for goods and products provided, and services rendered, by Oracle to the to estate of Atlanta Light Bulbs, Inc. ("Debtor") after July 7, 2022, the date of Conversion to Chapter 7, and as administered by Chapter 7 Trustee S. Gregory Hays ("Trustee"). [Doc. 151].

BN 72876720v1
#134705v5

The Administrative Request was duly noticed and scheduled for hearing on November 7, 2022. There was no opposition at the hearing.

The Court has considered the Administrative Request and the record, including the Chapter 7 Trustee's consent to the Administrative Request. As such, and for good cause shown, it is hereby

**ORDERED** that Oracle's Administrative Request is **GRANTED.**

It is **FURTHER ORDERED** that Oracle America, Inc. shall have a Chapter 7 administrative expense claim in the amount of $20,841.22 ("Oracle's Allowed Chapter 7 Administrative Claim"); and

It is **FURTHER ORDERED** that the Chapter 7 Trustee shall pay Oracle's Allowed Chapter 7 Administrative Claim in the ordinary course.

It is **FURTHER ORDERED** that Oracle may terminate any provision of service to the Debtor or Estate upon entry of this Order; provided, however, that Oracle shall not destroy or delete any data of the Debtor until at least December 31, 2022.

**[END OF DOCUMENT]**

Prepared and Presented by:

Caiola & Rose LLC
*/s/ Elizabeth B. Rose*
Elizabeth B. Rose, Esq.
Ga Bar No. 558747
elizabeth@caiolarose.com

*Counsel for Oracle America, Inc.*

Consented to by:

Law Offices of Henry F. Sewell, Jr., LLC

*/s/ Henry F. Sewell Jr.\**
*Signed by Elizabeth B. Rose with express permission*
Henry F. Sewell Jr.
Georgia Bar No.636265
hsewell@sewellfirm.com

*Counsel for the Chapter 7 Trustee S. Gregory Hays*

- 3 -

<u>Distribution List</u>

Tucker Ellis LLP
Suite 6950
233 S. Wacker Dr.
Chicago, IL 60606-9997


Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305


Thomas Dworschak
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303


Kathleen G. Furr
Baker Donelson
3414 Peachtree Road, NE
Suite 1500, Monarch Plaza
Atlanta, GA 30326


Atlanta Light Bulbs, Inc.
2109 Mountain Industrial Blvd
Tucker, GA 30084

Shawn M. Christianson, Esq.
Valerie Bantner Peo, Esq.
BUCHALTER, A Professional
Corporation 425 Market Street, Suite 2900
San Francisco, California 94105

BN 72876720v1
#134705v5