UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ATLANTA LIGHT BULBS. INC, | : | CASE NO. 22-52950-PMB |
| | : | |
| _____Debtor._____ | : | JUDGE BAISIER |

**NOTICE OF ABANDONMENT OF CERTAIN PROPERTY OF THE ESTATE STORED WITH IRON MOUNTAIN, INC.**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-captioned estate, proposes to abandon the following described property as burdensome, fully exempt with no equity, fully encumbered and/or of inconsequential value and benefit to the estate of the Debtor.

> **Boxes of records of the Debtor currently stored with Iron Mountain, Inc. consisting of the items identified on the schedule attached as Exhibit A hereto.**

**PLEASE TAKE FURTHER NOTICE** that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and served upon the Trustee at the address shown below within fourteen (14) days from the date of service of this Notice. If no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, the Trustee, the U.S. Trustee, and the Debtor.

This 7th day of December, 2022.

/s/ S. Gregory Hays, Trustee
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305  (404) 926-0060

| CUST BOX # | RECEIPT DATE | FROM DATE | TO DATE | MAJOR DESCRIPTION | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| 768784601 | 12/20/2012 | 8/1/2010 | 9/30/2010 | SHIP TICKETS | |
| 768784602 | 12/20/2012 | 2/1/2009 | 10/30/2009 | ACCOUNT RECEIVABLES | |
| 768784603 | 12/20/2012 | 12/1/2008 | | ACCOUNT RECEIVABLES | |
| 768784604 | 12/20/2012 | 7/1/2008 | | ACCOUNT RECEIVABLES | |
| 768784605 | 12/20/2012 | 4/1/2008 | | ACCOUNT RECEIVABLES | |
| 768784606 | 12/20/2012 | 9/1/2010 | 8/31/2011 | ACCOUNT RECEIVABLES | BULBMAN |
| 768784607 | 12/20/2012 | | 2/29/2012 | SHIP TICKETS | |
| 768784608 | 12/20/2012 | 3/1/2010 | 8/31/2010 | PAYABLES | IB & NW |
| 768784609 | 12/20/2012 | 8/1/2008 | 8/31/2009 | | BULBMAN |
| 768784610 | 12/20/2012 | 2/1/2007 | 9/30/2009 | PAYABLES | |
| 768784611 | 12/20/2012 | 8/1/2008 | 8/31/2009 | RECEIVABLES | BULBMAN |
| 768784612 | 12/20/2012 | 10/1/2008 | | ACCOUNTS RECEIVABLES | |
| 768784613 | 12/20/2012 | 7/1/2008 | 10/31/2008 | MONTH END REPORTS | BULBMAN |
| 768784614 | 12/20/2012 | 9/1/2007 | 8/31/2008 | ACCOUNTS PAYABLES | |
| 768784615 | 12/20/2012 | | 10/31/2007 | ACCOUNTS PAYABLES | |
| 768784616 | 12/20/2012 | 9/1/2007 | 3/31/2009 | ACC, PAYABLES | BULBMAN |
| 768784617 | 12/20/2012 | 10/1/2011 | 11/30/2011 | INVOICES PAYABLES | |
| 768784618 | 12/20/2012 | 3/1/2008 | 10/31/2008 | INVOICE PAYABLES | BULBMAN |
| 768784619 | 12/20/2012 | | 7/31/2009 | BANK STATEMENTS | BULBMAN |
| 768784620 | 12/20/2012 | | 11/30/2008 | ACCOUNTS PAYABLES | |
| 768784621 | 12/20/2012 | 11/1/2008 | 11/30/2008 | ACCOUNTS PAYABLE | |
| 768784622 | 12/20/2012 | 12/30/2011 | 12/30/2011 | ACOOUNT PAYABLES | |
| 768784623 | 12/20/2012 | 10/30/2011 | 10/30/2011 | ACCOUNTS PAYABLE | |
| 768784624 | 12/20/2012 | 12/30/2009 | 8/30/2010 | PAYROLL | BULBMAN |
| 768784625 | 12/20/2012 | 10/30/2008 | 10/30/2008 | ACCOUNT RECEIVABLES | |
| 768784626 | 12/20/2012 | 6/30/2008 | 6/30/2008 | RECEIVABLES | |
| 768784627 | 12/20/2012 | 3/30/2008 | 7/30/2008 | MONTH END REPORTS | |
| 768784628 | 12/20/2012 | 10/30/2009 | 4/30/2010 | ACCOUNTS PAYABLES | |
| 768784629 | 12/20/2012 | 11/30/2007 | 9/30/2008 | CHECKS PAYMENTS | EASTSIDE |
| 768784630 | 12/20/2012 | 6/30/2008 | 6/30/2008 | ACCOUNT RECEIVABLES | |
| 768784631 | 12/20/2012 | 1/1/2005 | 1/1/2006 | ACCOUNTS RECEIVABLES | |
| 768784632 | 12/20/2012 | 9/30/2010 | 8/30/2011 | PAYABLES | BULBMAN |
| 768784633 | 12/20/2012 | 12/31/2008 | 12/31/2008 | INVENTORY | ALB |
| 768784634 | 12/20/2012 | 7/30/2008 | 8/30/2008 | ACCOUNTS RECEIVABLES | |
| 768784635 | 12/20/2012 | 2/28/2008 | 3/30/2008 | ACCOUNTS RECEIVABLES | |
| 768784636 | 12/20/2012 | 6/1/2008 | 7/31/2008 | ACC. PAYABLES | |
| 768784637 | 12/20/2012 | 7/1/2008 | 12/31/2008 | ACC. RECEIVABLES | MARIETTA |
| 768784638 | 12/20/2012 | 1/1/2009 | 9/30/2009 | ACC. PAYABLES | |
| 768784639 | 12/20/2012 | | 3/31/2008 | ACC. PAYABLE | |
| 768784640 | 12/20/2012 | | 8/31/2008 | ACCT. PAYABLES | |
| 768784641 | 12/20/2012 | 1/1/2007 | | ACCT. PAYABLES | |
| 768784642 | 12/20/2012 | | 11/30/2007 | ACC. PAYABLES | |
| 768784643 | 12/20/2012 | | 7/31/2008 | INVENTOR PAYABLES | |
| 768784644 | 12/20/2012 | | 4/30/2008 | INVENTORY PAYABLES | |
| 768784645 | 12/20/2012 | | 8/31/2009 | ACC. RECEIVABLES | |
| 768784646 | 12/20/2012 | 8/9/2009 | | ACC RECEIVABLES | |
| 768784647 | 12/20/2012 | 6/1/2009 | | ACC. RECEIVABLES | |
| 768784648 | 12/20/2012 | | 7/31/2009 | ACC. RECEIVABLES | |
| 768784649 | 12/20/2012 | 4/1/2010 | 7/31/2010 | ACC. RECEIVABLES | |

| CUST BOX # | RECEIPT DATE | FROM DATE | TO DATE | MAJOR DESCRIPTION | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| 768784650 | 12/20/2012 | | 9/30/2009 | ACC. RECEIVABLES | |
| 768784651 | 12/20/2012 | 10/1/2009 | | ACC. RECEIVABLES | |
| 768784652 | 12/20/2012 | | 10/31/2009 | ACC. RECEIVABLES | |
| 768784653 | 12/20/2012 | 8/1/2009 | 3/31/2010 | ACC RECEIVABLE | |
| 768784654 | 12/20/2012 | 12/1/2009 | | SHIPPING TICKETS | BULBMAN |
| 768784655 | 12/20/2012 | 11/1/2008 | 6/30/2009 | ACC. PAYABLES | |
| 768784656 | 12/20/2012 | | 4/30/2009 | ACC RECEIVABLES | |
| 768784657 | 12/20/2012 | 10/1/2008 | 4/30/2009 | ACC PAYABLES | |
| 768784658 | 12/20/2012 | 3/1/2008 | 4/30/2009 | ACC RECEIVABLES | |
| 768784659 | 12/20/2012 | 1/1/2009 | | ACC RECEIVABLES | |
| 768784660 | 12/20/2012 | 6/1/2009 | 9/30/2009 | ACCX RECEIVABLES | |
| 768784661 | 12/20/2012 | 1/1/2009 | 12/31/2009 | PAYABLES | BULBMAN |
| 768784662 | 12/20/2012 | 4/1/2009 | 5/31/2010 | PAYABLES | FASTSIDE BANK |
| 768784664 | 12/20/2012 | | 1/31/2009 | ACCT RECEIVABLES | |
| 768784665 | 12/20/2012 | | 2/28/2009 | ACCT RECEIVABLES | |
| 768784666 | 12/20/2012 | | 2/28/2009 | ACC. RECEIVABLES | |
| 727195601 | 12/28/2012 | 12/31/2010 | 12/31/2010 | RECEIVABLES | |
| 727195602 | 12/28/2012 | 6/30/2011 | 7/30/2011 | RECEIVABLES | |
| 727195603 | 12/28/2012 | 6/30/2011 | 7/30/2011 | RECEIVABLES | |
| 727195604 | 12/28/2012 | 11/30/2011 | 11/30/2011 | SHIP TICKETS | |
| 727195605 | 12/28/2012 | 7/30/2010 | 7/30/2010 | SHIP TICKETS | |
| 727195606 | 12/28/2012 | 4/30/2010 | 5/30/2010 | PAYABLES | |
| 727195607 | 12/28/2012 | 12/31/2009 | 8/30/2010 | PAYABLES | BULBMAN |
| 727195608 | 12/28/2012 | 3/30/2010 | 5/30/2010 | INVENTORY | |
| 727195609 | 12/28/2012 | 6/30/2010 | 7/30/2010 | SHIP TICKETS | |
| 727195610 | 12/28/2012 | 8/30/2010 | 8/30/2010 | RECEIVABLES | |
| 727195611 | 12/28/2012 | 2/28/2010 | 2/28/2010 | SHIP TICKETS | |
| 727195612 | 12/28/2012 | 2/28/2010 | 2/28/2010 | RECEIVABLES | |
| 727195613 | 12/28/2012 | 3/30/2010 | 3/30/2010 | RECEIVABLES | BULBMAN |
| 727195614 | 12/28/2012 | 1/30/2011 | 5/30/2011 | SHIP TICKETS | GRAINGER |
| 727195615 | 12/28/2012 | 1/30/2011 | 1/30/2011 | CREDIT APPS | |
| 727195616 | 12/28/2012 | 3/30/2010 | 3/30/2010 | RECEIVABLES | BULBMAN |
| 727195617 | 12/28/2012 | 1/30/2010 | 1/30/2010 | RECEIVABLES | |
| 727195618 | 12/28/2012 | 4/30/2010 | 5/30/2010 | SHIP TICKETS | |
| 727195619 | 12/28/2012 | 4/30/2010 | 5/30/2010 | SHIP TICKETS | |
| 727195620 | 12/28/2012 | 3/30/2011 | 9/30/2011 | PAYABLES | |
| 727195621 | 12/28/2012 | 12/30/2011 | 4/30/2012 | PURCHASE ORDERS | GRAINGER |
| 727195622 | 12/28/2012 | 12/30/2011 | 2/28/2012 | PURCHASE ORDERS | N WEST/ BULBMAN |
| 727195623 | 12/28/2012 | 6/30/2010 | 6/30/2010 | RECEIVABLES | |
| 727195624 | 12/28/2012 | 9/30/2013 | 9/30/2013 | SHIP TICKETS | |
| 727195625 | 12/28/2012 | 10/30/2010 | 10/30/2010 | PAYABLES | |
| 727195626 | 12/28/2012 | 1/1/2010 | 12/1/2011 | INVENTORY | |
| 727195627 | 12/28/2012 | 2/28/2012 | 2/28/2012 | SHIP TICKETS | |
| 727195628 | 12/28/2012 | 6/30/2010 | 12/31/2010 | PAYABLES | |
| 727195629 | 12/28/2012 | 3/30/2010 | 11/30/2010 | INVENTORY PAYABLES | |
| 727195630 | 12/28/2012 | 5/30/2011 | 5/30/2011 | PAYABLES | |
| 727195631 | 12/28/2012 | 1/30/2010 | 3/30/2010 | INVENTORY PAYABLES | |
| 727195632 | 12/28/2012 | 6/30/2011 | 10/30/2011 | SHIP TICKETS | GRAYBAR |
| 727195633 | 12/28/2012 | 1/1/2007 | 12/1/2007 | N WESTERN | |

| CUST BOX # | RECEIPT DATE | FROM DATE | TO DATE | MAJOR DESCRIPTION | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| 727195634 | 12/28/2012 | 3/30/2008 | 4/30/2009 | PAYABLES | BULBMAN |
| 727195635 | 12/28/2012 | 10/30/2009 | 10/30/2009 | PAYABLES | |
| 727195636 | 12/28/2012 | 11/30/2010 | 11/30/2010 | INVENTORY | |
| 727195637 | 12/28/2012 | 7/30/2010 | 8/30/2010 | INVENTORY | |
| 727195638 | 12/28/2012 | 9/30/2010 | 9/30/2010 | SHIP TICKETS | |
| 727195625 | 12/28/2012 | 10/30/2010 | 10/30/2010 | PAYABLES | |
| 727195640 | 12/28/2012 | 1/30/2011 | 1/30/2011 | PAYABLES | |
| 727195641 | 12/28/2012 | 1/30/2011 | 5/30/2011 | SHIP TICKETS | |
| 727195642 | 12/28/2012 | 1/1/2011 | 12/1/2011 | PAYABLES | |
| 727195643 | 12/28/2012 | 8/30/2010 | 8/30/2010 | PAYABLES | |
| 727195644 | 12/28/2012 | 7/30/2011 | 7/30/2011 | SHIP TICKETS | |
| 727195645 | 12/28/2012 | 1/12/2010 | 12/1/2011 | INVOICES | BULBMAN |
| 727195646 | 12/28/2012 | 5/30/2011 | 5/30/2011 | PAYABLES | |
| 727195647 | 12/28/2012 | 7/30/2011 | 10/30/2011 | SHIP TICKETS | |
| 727195648 | 12/28/2012 | 9/30/2010 | 9/30/2010 | PAYABLES | |
| 727195649 | 12/28/2012 | 5/30/2009 | 5/30/2009 | PAYROLL | |
| 727195650 | 12/28/2012 | 1/1/2011 | 12/1/2011 | PAYABLES | |
| 727195651 | 12/28/2012 | 2/28/2010 | 2/28/2010 | INVENTORY PAYABLE | |
| 768784663 | 12/28/2012 | | 3/31/2009 | ACCT. PAYABLES | |
| 768784667 | 12/28/2012 | | 1/31/2010 | SHIP TICKETS | |
| 768784668 | 12/28/2012 | | 12/31/2009 | ACCT RECEIVABLES | |
| 768784669 | 12/28/2012 | 3/1/2008 | 6/30/2008 | ACCT RECEIVABLES | BULBMAN |
| 768784670 | 12/28/2012 | 7/1/2008 | 10/31/2008 | PAYABLES COUNTER | BULBMAN |
| 768784671 | 12/28/2012 | 8/1/2008 | 10/31/2009 | PAYABLES | BULBMAN |
| 768784672 | 12/28/2012 | 1/1/2009 | 8/31/2009 | RECEIVABLES COUNTER | BULBMAN |
| 768784673 | 12/28/2012 | 6/1/2009 | 11/30/2009 | ACCTS PAYABLES | BULBMAN |
| 768784674 | 12/28/2012 | 8/1/2008 | 10/31/2008 | MONTH END | |
| 768784675 | 12/28/2012 | | 2/28/2009 | ACC PAYABLES | |
| 768784676 | 12/28/2012 | | 1/31/2009 | ACC. RECEIVABLES | |
| 768784677 | 12/28/2012 | 9/1/2010 | 8/1/2011 | PAYABLES | BULBMAN |
| 768784678 | 12/28/2012 | 10/1/2010 | 11/30/2010 | SHIP TICKETS | |
| 768784679 | 12/28/2012 | | 9/30/2011 | SHIP TICKETS | |
| 768784680 | 12/28/2012 | | 4/30/2011 | SHIP TICKETS | |
| 768784681 | 12/28/2012 | | 12/31/2011 | SHIP TICKETS | |
| 768784682 | 12/28/2012 | | 4/30/2010 | PAYABLES | |
| 768784683 | 12/28/2012 | | 8/31/2011 | PAYABLES | |
| 768784684 | 12/28/2012 | 8/1/2011 | 9/30/2011 | PAYABLES | |
| 768784685 | 12/28/2012 | | 6/30/2011 | PAYABLES | |
| 768784686 | 12/28/2012 | 3/30/2011 | 3/30/2011 | SHIP TICKETS | |
| 768784687 | 12/28/2012 | 8/30/2011 | 8/30/2011 | SHIP TICKETS | |
| 768784688 | 12/28/2012 | 2/28/2011 | 2/28/2011 | RECEIVABLES | |
| 768784689 | 12/28/2012 | 10/31/2011 | 10/31/2011 | ONLINE | SHIP TICKETS |
| 768784690 | 12/28/2012 | 2/28/2010 | 11/30/2010 | PAYABLES | BULBMAN |
| 768784691 | 12/28/2012 | 12/31/2010 | 12/31/2010 | SHIP TICKETS | |
| 768784692 | 12/28/2012 | 11/30/2010 | 11/30/2010 | SHIP TICKETS | |
| 768784693 | 12/28/2012 | 3/30/2011 | 3/30/2011 | SHIP TICKETS | |
| 768784694 | 12/28/2012 | 1/30/2011 | 4/30/2011 | PAYABLES | |
| 768784695 | 12/28/2012 | 6/30/2010 | 10/30/2010 | INVENTORY | |
| 768784696 | 12/28/2012 | 12/30/2010 | 12/30/2010 | SHIP TICKETS | |

| CUST BOX # | RECEIPT DATE | FROM DATE | TO DATE | MAJOR DESCRIPTION | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| 768784697 | 12/28/2012 | 3/30/2011 | 3/30/2011 | PAYABLES | |
| 768784698 | 12/28/2012 | 1/30/2011 | 4/30/2011 | SHIP TICKETS | |
| 768784699 | 12/28/2012 | 10/30/2010 | 10/30/2010 | SHIP TICKETS | |
| 768784700 | 12/28/2012 | 6/30/2009 | 6/30/2009 | PAYABLES | |
| 727195652 | 2/5/2013 | 2/1/2007 | 1/1/2009 | ACCT PAYABLE | |
| 727195653 | 2/5/2013 | 1/1/2006 | 12/1/2007 | TAX RETURN | CID |
| 727195654 | 2/5/2013 | 1/1/2011 | 12/1/2012 | ACCT RECEIVABLES | |
| 727195656 | 2/5/2013 | 1/1/2011 | 12/1/2012 | PAYROLL | |
| 727195657 | 2/5/2013 | | | | |
| 727195661 | 2/5/2013 | 1/1/2006 | 12/1/2007 | ACCT RECEIVABLE | |
| 727195662 | 2/5/2013 | | | | |
| 727195663 | 2/5/2013 | 1/1/2006 | 12/1/2007 | FINANCIALS | ALB |
| 727195664 | 2/5/2013 | 1/1/2007 | 12/1/2008 | FINANCIALS | |
| 727195665 | 2/5/2013 | 1/1/2007 | 12/1/2008 | ACCT PAYABLES | |
| 727195667 | 2/5/2013 | 1/1/2010 | 12/1/2011 | ACCT PAYABLES | |
| 727195672 | 2/5/2013 | 1/1/2008 | 12/1/2009 | ACCT PAYABLES | |
| 727195673 | 2/5/2013 | | | | |
| 727195684 | 2/5/2013 | 9/1/2007 | 2/1/2008 | BANK STATEMENT | ALB |
| 727195685 | 2/5/2013 | | | ACCTS PAYABLE | |
| 727195686 | 2/5/2013 | 1/1/2010 | 3/1/2011 | SHIP TICKETS | |
| 727195687 | 2/5/2013 | 10/30/2010 | 10/30/2011 | PAYABLE | GRAINGER |
| 727195688 | 2/5/2013 | 1/1/2011 | 12/1/2012 | INVENTORY | BULBMAN |
| 727195690 | 2/5/2013 | 1/1/2011 | 12/1/2012 | CHECKS | |
| 727195691 | 2/5/2013 | 1/1/2011 | 12/1/2012 | ACCTS PAYABLES | NORTH WESTERN |
| 727195692 | 2/5/2013 | 1/1/2012 | 12/1/2013 | | CID TAX |
| 727195693 | 2/5/2013 | 1/1/2011 | 12/1/2011 | ACCT PAYABLES | BULBMAN |
| 727195694 | 2/5/2013 | 1/1/2008 | 12/1/2009 | ACCTS PAYABLES | |
| 727195695 | 2/5/2013 | 1/1/2007 | 12/1/2008 | ACCTS RECEIVABLES | |
| 727195696 | 2/5/2013 | 1/1/2007 | 12/1/2008 | SALES TAX RETURN | ALB |
| 727195697 | 2/5/2013 | 1/1/2010 | 12/1/2011 | XPORT AMAZON | |
| 727195698 | 2/5/2013 | 1/1/2010 | 12/1/2011 | SUNTRUST | |
| 727195699 | 2/5/2013 | 1/1/2005 | 12/1/2006 | MONTHLY REPORTS | |
| 727195655 | 2/6/2013 | 1/1/2011 | 12/1/2012 | ACCT RECEIVABLES | NORTH WESTERN |
| 727195658 | 2/6/2013 | 1/1/2008 | 12/1/2009 | ACCT PAYABLES | |
| 727195659 | 2/6/2013 | 1/1/2011 | 12/1/2012 | INVOICES | |
| 727195660 | 2/6/2013 | 1/1/2010 | 12/1/2011 | ACCT RECEIVABLE | NORTH WESTERN |
| 727195666 | 2/6/2013 | 1/1/2007 | 12/1/2008 | ACCT RECEIVABLES | |
| 727195668 | 2/6/2013 | 1/1/2005 | 12/1/2006 | ACCT PAYABLES | |
| 727195669 | 2/6/2013 | 1/1/2005 | 12/1/2006 | ACCT PAYABLES | |
| 727195670 | 2/6/2013 | 1/1/2006 | 12/1/2007 | ACCT RECEIVABLES | |
| 727195671 | 2/6/2013 | 1/1/2006 | 12/1/2007 | ACCT PAYABLES | |
| 727195674 | 2/6/2013 | 1/1/2008 | 12/1/2009 | ACCT PAYABLES | |
| 727195675 | 2/6/2013 | 1/1/2008 | 12/1/2009 | ACCT PAYABLES | |
| 727195676 | 2/6/2013 | 1/1/2009 | 12/1/2010 | ACCT PAYABLES | |
| 727195677 | 2/6/2013 | 1/1/2007 | 12/1/2008 | ACCT PAYABLE | |
| 727195678 | 2/6/2013 | 1/1/2010 | 12/1/2011 | ACCT PAYABLES | |
| 727195679 | 2/6/2013 | | | | |
| 727195680 | 2/6/2013 | 1/1/2010 | 12/1/2011 | ACCT RECEIVABLE | |
| 727195681 | 2/6/2013 | 1/1/2012 | 12/1/2013 | REPORTS | |

| CUST BOX # | RECEIPT DATE | FROM DATE | TO DATE | MAJOR DESCRIPTION | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| 727195682 | 2/6/2013 | | | | |
| 727195683 | 2/6/2013 | | | | |
| 727195689 | 2/6/2013 | 1/1/2011 | 12/1/2012 | ACCTS RECEIVABLE | |
| 786392301 | 12/17/2013 | | | | |
| 786392302 | 12/17/2013 | | | | |
| 786392303 | 12/17/2013 | | | | |
| 786392304 | 12/17/2013 | | | | |
| 786392306 | 12/17/2013 | | | | |
| 786392307 | 12/17/2013 | | | | |
| 786392308 | 12/17/2013 | | | | |
| 786392309 | 12/17/2013 | | | | |
| 786392310 | 12/17/2013 | | | | |
| 786392311 | 12/17/2013 | | | | |
| 786392312 | 12/17/2013 | | | | |
| 786392313 | 12/17/2013 | | | | |
| 786392314 | 12/17/2013 | | | | |
| 786392315 | 12/17/2013 | | | | |
| 786392316 | 12/17/2013 | | | | |
| 786392317 | 12/17/2013 | | | | |
| 786392318 | 12/17/2013 | | | | |
| 786392319 | 12/17/2013 | | | | |
| 786392320 | 12/17/2013 | | | | |
| 786392321 | 12/17/2013 | | | | |
| 786392322 | 12/17/2013 | | | | |
| 786392323 | 12/17/2013 | | | | |
| 786392324 | 12/17/2013 | | | | |
| 786392325 | 12/17/2013 | | | | |
| 786392326 | 12/17/2013 | | | | |
| 786392327 | 12/17/2013 | | | | |
| 786392328 | 12/17/2013 | | | | |
| 786392329 | 12/17/2013 | | | | |
| 786392330 | 12/17/2013 | | | | |
| 786392331 | 12/17/2013 | | | | |
| 786392332 | 12/17/2013 | | | | |
| 786392333 | 12/17/2013 | | | | |
| 786392334 | 12/17/2013 | | | | |
| 786392335 | 12/17/2013 | | | | |
| 786392336 | 12/17/2013 | | | | |
| 786392337 | 12/17/2013 | 1/1/2013 | 4/1/2013 | BULBMAN PURCHASE ORDERS | |
| 786392338 | 12/17/2013 | 1/1/2013 | 12/31/2013 | BULB MAN PAYABLES | |
| 786392339 | 12/17/2013 | | | | |
| 786392340 | 12/17/2013 | | | | |
| 786392341 | 12/17/2013 | | | | |
| 786392342 | 12/17/2013 | 1/1/2002 | 12/31/2005 | BULBMAN BANK RECORDS | |
| 786392343 | 12/17/2013 | | | | |
| 786392344 | 12/17/2013 | | | | |
| 786392345 | 12/17/2013 | | | | |
| 786392346 | 12/17/2013 | | | | |
| 786392347 | 12/17/2013 | | | | |

| CUST BOX # | RECEIPT DATE | FROM DATE | TO DATE | MAJOR DESCRIPTION | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| 786392348 | 12/17/2013 | | | | |
| 786392349 | 12/17/2013 | | | | |
| 786392350 | 12/17/2013 | | | | |
| 786392351 | 12/17/2013 | | | | |
| 786392352 | 12/17/2013 | | | | |
| 786392353 | 12/17/2013 | | | | |
| 1017377601 | 7/3/2018 | 6/1/2016 | 7/1/2016 | DEPOSITS | JUNE/JULY 2016 |
| 1017377602 | 7/3/2018 | 1/1/2011 | 12/31/2012 | AMAZON | |
| 1017377603 | 7/3/2018 | 1/1/2015 | 12/31/2015 | INVOICES | L-P |
| 1017377604 | 7/3/2018 | 1/1/2014 | 12/31/2015 | DEPOSITS 2014-2015 | |
| 1017377605 | 7/3/2018 | 1/1/2014 | 12/31/2014 | DEPOSITS 2014 | |
| 1017377606 | 7/3/2018 | 1/1/2015 | 12/31/2015 | INVOICES | Q-Z |
| 1017377607 | 7/3/2018 | 1/1/2015 | 12/31/2018 | INVOICES | F-J |
| 1017377608 | 7/3/2018 | 1/1/2014 | 12/31/2015 | DEPOSITS | |
| 1017377609 | 7/3/2018 | 1/1/2014 | 12/31/2015 | DEPOSITS | |
| 1017377610 | 7/3/2018 | 1/1/2015 | 12/31/2015 | CASH DRAWER RECEIPTS | |
| 1017377611 | 7/3/2018 | 1/1/2016 | 3/31/2016 | DEPOSITS | |
| 1017377612 | 7/3/2018 | 1/1/2015 | 12/31/2015 | INVOICES | A-E |
| 1017377613 | 7/3/2018 | 1/1/2015 | 12/31/2015 | DEPOSITS | |
| 1017377614 | 7/3/2018 | 6/1/2015 | 8/31/2015 | DEPOSITS | |
| 101737615 | 7/3/2018 | 1/1/2015 | 12/31/2015 | INVOICES | |
| 1017377616 | 7/3/2018 | 1/1/2014 | 12/31/2014 | DEPOSITS | |
| 1017377617 | 7/3/2018 | 11/1/2015 | 12/31/2015 | DEPOSITS | |
| 1017377618 | 7/3/2018 | 1/1/2014 | 12/31/2014 | DEPOSITS | |
| 1017377619 | 7/3/2018 | 1/1/2016 | 12/31/2016 | INVOICES | A-G |
| 1017377620 | 7/3/2018 | 10/1/2016 | 12/31/2016 | CHECKS | |
| 1017377621 | 7/3/2018 | 8/1/2016 | 10/31/2016 | CHECKS | |
| 1017377622 | 7/3/2018 | 1/1/2015 | 12/31/2015 | INVOICES | HALCO |
| 1017377623 | 7/3/2018 | 1/1/2016 | 12/31/2016 | INVOICES AND RMA | L-K |
| 1017377624 | 7/3/2018 | 1/1/2014 | 12/31/2014 | INVOICES | A-Z |
| 1017377625 | 7/3/2018 | 1/1/2016 | 12/31/2016 | CASH | |
| 1017377626 | 7/3/2018 | 1/1/2014 | 12/31/2014 | FINANCIALS | |
| 1017377627 | 7/3/2018 | 4/1/2016 | 6/30/2016 | DEPOSITS | |
| 1017377628 | 7/3/2018 | 1/1/2016 | 12/31/2016 | INVOICES | J-H |
| 1017377629 | 7/3/2018 | 11/12/2012 | 6/26/2013 | AMAZON | |
| 1017377630 | 7/3/2018 | 1/1/2013 | 1/31/2013 | AR | ADJ |
| 1017377631 | 7/3/2018 | 1/1/2013 | 1/31/2013 | AK | ADJ |
| 1017377632 | 7/3/2018 | 2/1/2013 | 2/28/2013 | AR | ADJ |
| 1017377633 | 7/3/2018 | 1/1/2013 | 12/31/2013 | INVOICES | A-E |
| 1017377634 | 7/3/2018 | 1/1/2013 | 12/31/2013 | INVOICES | E-H |
| 1017377635 | 7/3/2018 | 8/1/2013 | 8/31/2013 | AR | ADJUSTMENTS |
| 1017377636 | 7/3/2018 | 1/1/2010 | 12/31/2013 | ACCOUNTING | MISC |
| 1017377637 | 7/3/2018 | 1/1/2016 | 12/31/2016 | INVOICES | A-G |
| 1017377638 | 7/3/2018 | 9/1/2016 | 10/31/2016 | DEPOSITS | |
| 1017377639 | 7/3/2018 | 1/1/2014 | 12/31/2014 | SALES ORDERS | |
| 1017377641 | 7/3/2018 | 1/1/2016 | 12/31/2016 | INVOICES | OVERHEAD |
| 1017377640 | 7/3/2018 | 1/1/2011 | 12/31/2014 | AR | CREDIT APPS AND DEPOSITS |
| 1017377642 | 7/3/2018 | 1/1/2016 | 12/31/2016 | INVOICES | P-Z |
| 1017377643 | 7/3/2018 | 1/1/2016 | 12/31/2016 | INVOICES | M-P |

| CUST BOX # | RECEIPT DATE | FROM DATE | TO DATE | MAJOR DESCRIPTION | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| 1017377644 | 7/3/2018 | 7/1/2014 | 10/31/2014 | DEPOSITS | |
| 1017377645 | 7/3/2018 | 1/1/2013 | 12/31/2016 | ACCOUNTING | MISC |
| 1017377646 | 7/3/2018 | 4/1/2013 | 4/30/2013 | AR | ADJUSTMENTS |
| 1017377647 | 7/3/2018 | 5/1/2013 | 5/1/2013 | AR | ADJUSTMENTS |
| 1017377648 | 7/3/2018 | 6/1/2013 | 6/30/2013 | AR | ADJUSTMENTS |
| 1017377649 | 7/3/2018 | 3/1/2013 | 3/31/2013 | AR | ADJ |
| 1017377650 | 7/3/2018 | 2/1/2012 | 4/30/2013 | SHIP TICKETS | |
| RF044310701 | 7/3/2018 | 1/1/2014 | 12/31/2014 | AP | SUPPLIES INVOICES |
| RF044310702 | 7/3/2018 | 1/1/2014 | 12/31/2014 | PACKING SLIPS | |
| RF044310703 | 7/3/2018 | 1/1/2014 | 12/31/2014 | PACKING SLIPS | PURCHASE ORDERS |
| RF044310704 | 7/3/2018 | 1/1/2014 | 12/31/2014 | INVOICES | XTRALITE AND HALCO |
| RF044310705 | 7/3/2018 | 1/1/2013 | 12/31/2013 | STATEMENTS | JOURNAL ENTRIES AND SUPPORT |
| RF044310706 | 7/3/2018 | 1/1/2014 | 12/31/2014 | INVOICES | A-E |
| RF044310707 | 7/3/2018 | 1/1/2014 | 12/31/2014 | INVOICES | H-S |
| RF044310708 | 7/3/2018 | 1/1/2014 | 12/31/2014 | INVOICES | P-S |
| RF044310709 | 7/3/2018 | 1/1/2013 | 12/31/2013 | STATEMENTS | NW FINANCIAL |
| RF044310710 | 7/3/2018 | 1/1/2013 | 12/31/2013 | STATEMENTS | BULBMAN FINANCIAL |
| RF044310711 | 7/3/2018 | 1/1/2014 | 12/31/2014 | PURCHASE ORDERS | H-Z |
| RF044310712 | 7/3/2018 | 1/1/2014 | 12/31/2014 | PURCHASE ORDERS | A-G |
| RF044310713 | 7/3/2018 | 4/1/2014 | 4/30/2014 | AR | ADJUSTMENTS |
| RF044310714 | 7/3/2018 | 10/1/2013 | 11/30/2013 | AR | ADJUSTMENTS |
| RF044310715 | 7/3/2018 | 7/1/2013 | 7/31/2013 | AR | ADJUSTMENTS |
| RF044310716 | 7/3/2018 | 6/1/2013 | 12/31/2013 | AR | SHIP TICKETS A-G |
| RF044310717 | 7/3/2018 | 9/1/2013 | 9/30/2013 | AR | ADJUSTMENTS |
| RF044310718 | 7/3/2018 | 9/1/2013 | 10/31/2013 | AR | ADJUSTMENTS |
| RF044310719 | 7/3/2018 | 1/1/2012 | 12/31/2013 | PACKING SLIPS | BULBMAN |
| RF044310720 | 7/3/2018 | 1/1/2013 | 12/31/2013 | AP | INVOICES AND OPERATIONS |
| RF044310757 | 7/3/2018 | 11/1/2013 | 11/30/2013 | AR | POSTING |
| RF044310758 | 7/3/2018 | 2/1/2014 | 2/28/2014 | AR | POSTING |
| RF044310759 | 7/3/2018 | 1/1/2014 | 1/31/2014 | AR | POSTING |
| RF044310777 | 7/3/2018 | 1/1/2013 | 12/31/2013 | INVOICES | H-L |
| RF044310778 | 7/3/2018 | 5/1/2014 | 5/16/2014 | AR | ADJUSTMENTS |
| RF044310779 | 7/3/2018 | 5/19/2014 | 6/9/2014 | AR | ADJUSTMENTS |
| RF044310780 | 7/3/2018 | 3/5/2014 | 7/9/2014 | AMAZON | |
| RF044310781 | 7/3/2018 | 4/10/2014 | 4/30/2014 | AR | ONLINE POSTINGS |
| RF044310782 | 7/3/2018 | 3/1/2014 | 3/31/2014 | AR | ADJUSTMENTS |
| RF044310783 | 7/3/2018 | 1/1/2014 | 12/31/2014 | PACKING SLIPS | |
| RF044310784 | 7/3/2018 | 1/1/2014 | 12/31/2014 | INVOICES | M-P |
| RF044310785 | 7/3/2018 | 1/1/2014 | 12/31/2014 | INVOICES | K-M |
| RF044310786 | 7/3/2018 | 1/1/2014 | 12/31/2014 | INVOICES | T-V |
| RF044310787 | 7/3/2018 | 1/1/2014 | 12/31/2014 | INVOICES | A |
| RF044310788 | 7/3/2018 | 1/1/2014 | 1/31/2014 | INVOICES | |
| RF044310789 | 7/3/2018 | 12/1/2013 | 12/31/2013 | AR | ADJUSTMENTS |
| RF044310790 | 7/3/2018 | 8/1/2013 | 8/31/2013 | AR | ADJUSTMENTS |
| RF044310791 | 7/3/2018 | 6/26/2013 | 3/5/2014 | AMAZON | |
| RF044310792 | 7/3/2018 | 7/1/2013 | 12/31/2013 | AR | SHIP TICKETS |
| RF044310793 | 7/3/2018 | 1/1/2011 | 12/31/2012 | STATEMENTS | BANK AND CREDIT CARDS |
| RF044310794 | 7/3/2018 | 7/1/2013 | 12/31/2013 | AR | SHIP TICKETS |
| RF044310795 | 7/3/2018 | 1/1/2012 | 12/31/2012 | STATEMENTS | FINANCIAL |

| CUST BOX # | RECEIPT DATE | FROM DATE | TO DATE | MAJOR DESCRIPTION | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| RF044310796 | 7/3/2018 | 3/1/2013 | 6/30/2013 | SHIP TICKETS | GRAINGER |
| RF044310797 | 7/3/2018 | 3/1/2013 | 6/30/2013 | SHIP TICKETS | MISC |
| RF044310798 | 7/3/2018 | 1/1/2012 | 12/31/2012 | STATEMENTS | BANK AND CREDIT CARDS |
| RF044310799 | 7/3/2018 | 3/1/2013 | 6/30/2013 | SHIP TICKETS | GRAINGER |
| RF044310800 | 7/3/2018 | 1/1/2011 | 12/31/2011 | FINANCIALA STATEMENTS | |
| RF095550916 | 3/10/2021 | 1/1/2019 | 12/31/2019 | 2019 INVOICES | LETTER P THRU LETTER Z |
| RF099040536 | 3/10/2021 | 8/1/2017 | 10/31/2017 | CHECK DEPOSITS | AUG OCT 2017 |
| RF095550905 | 3/10/2021 | 1/1/2014 | 3/30/2014 | SHIP TICKETS OPEN ACCTS | MISC |
| RF099040537 | 3/10/2021 | 1/1/2017 | 2/28/2017 | CHECK DEPOSITS | JAN FEB 2017 |
| RF095550919 | 3/10/2021 | 1/1/2019 | 12/31/2019 | 2019 VENDOR INVOICES | LETTER A THRU HALCO JUNE |
| RF095550903 | 3/10/2021 | 6/1/2014 | 7/31/2014 | SHIP TICKETS OPEN ACCTS | MISC |
| RF095550915 | 3/10/2021 | 1/1/2019 | 12/31/2019 | 2019 OVERHEADS | |
| RF095550904 | 3/10/2021 | 4/1/2014 | 5/31/2014 | SHIP TICKETS OPEN ACCTS | MISC |
| RF095550910 | 3/10/2021 | 1/1/2017 | 12/31/2017 | 2017 OVERHEADS | |
| RF095550907 | 3/10/2021 | 1/1/2014 | 7/31/2014 | SHIP TICKETS OPEN ACCTS | GRAINGER-G |
| RF095550925 | 3/10/2021 | 1/1/2018 | 12/31/2018 | OVERHEADS | 2018 |
| RF095550909 | 3/10/2021 | 1/1/2017 | 6/1/2017 | VENDOR INVOICES 2017 | A-L |
| RF095550923 | 3/10/2021 | 1/1/2018 | 12/31/2018 | VENDOR INVOICES | H-J 2018 |
| RF095550917 | 3/10/2021 | 1/1/2019 | 12/31/2019 | 2019 INVOICES | LETTER H THRU LETTER L |
| RF095550927 | 3/10/2021 | 10/1/2018 | 12/31/2018 | CHECK DEPOSITS | OCT-DECEMBER 2018 |
| RF095550913 | 3/10/2021 | 5/1/2019 | 8/31/2019 | 2019 CHECK DEPOSITS | MAY-AUGUST 2019 |
| RF095550914 | 3/10/2021 | 1/1/2019 | 4/30/2019 | 2019 CHECK DEPOSITS | JANUARY-APRIL 2019 |
| RF095550921 | 3/10/2021 | 1/1/2018 | 12/31/2018 | VENDOR INVOICES | D-T 2018 |
| RF095550911 | 3/10/2021 | 1/1/2016 | 12/31/2019 | 2016-2019 CASH DEPOSITS | SEPT-DEC 2019 CHECK DEPOSITS |
| RF095550929 | 3/10/2021 | | | | |
| RF095550920 | 3/10/2021 | 1/1/2017 | 12/31/2018 | VENDOR INVOICES | U-Z 2018 M-P VENDOR INV 2017 |
| RF095550930 | 3/10/2021 | 1/1/2017 | 12/31/2018 | FINANCIALS SALES & USE PAY ADV | CHARGE BACK CHECK SUMMARY |
| RF095550908 | 3/10/2021 | 1/1/2014 | 7/31/2014 | SHIP TICKETS OPEN ACCTS | A-GOOD FRIEND ELEC |
| RF095550928 | 3/10/2021 | 3/1/2018 | 5/31/2018 | CHECK DEPOSITS | MARCH-MAY 2018 |
| RF095550924 | 3/10/2021 | 1/1/2018 | 12/31/2018 | VENDOR INVOICES | A-G 2018 |
| RF095550926 | 3/10/2021 | 1/1/2012 | 12/31/2016 | FINANCIALS | MISC |
| RF095550922 | 3/10/2021 | 1/1/2018 | 12/31/2018 | VENDOR INVOICES | K-N 2018 |
| RF095550912 | 3/10/2021 | 1/1/2017 | 11/30/2017 | 2017 CASH DRAWER REPORTS | JANUARY-NOVEMBER 2017 |
| RF095550906 | 3/10/2021 | 1/1/2014 | 7/31/2014 | SHIP TICKETS OPEN ACCTS | H-Z CO THAT START W1 # |
| RF099040535 | 3/10/2021 | 1/1/2015 | 12/31/2015 | 2015 FINANCIALS | |
| RF099040540 | 3/10/2021 | 5/1/2017 | 7/31/2017 | CHECK DEPOSITS | MAY JULY 2017 |
| RF099040539 | 3/10/2021 | 3/1/2017 | 4/30/2017 | CHECK DEPOSITS | MARCH APRIL 2017 |
| RF099040538 | 3/10/2021 | 1/1/2014 | 12/31/2014 | 2014 FINANCIALS | |
| RF095550918 | 3/10/2021 | 1/1/2019 | 12/31/2019 | 2019 INVOICES | LETTER M THRU LETTER P PHILIPS |

Count: 382