**IT IS ORDERED as set forth below:**



Date: April 4, 2023

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br>**ATLANTA LIGHT BULBS, INC.,**<br>    Debtor.<br><br>**TANDEM BANK,**<br>    Movant,<br>v.<br>**ATLANTA LIGHT BULBS, INC.,**<br>    Respondent. | **CHAPTER 7**<br><br>**CASE NO. 22-52950-pmb**<br><br><br><br>**CONTESTED MATTER** |

**ORDER GRANTING TANDEM BANK'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

This matter came before the Court for hearing on February 8, 2023, at 10:30 a.m. (the "Hearing") on the *Motion for Relief from the Automatic Stay* (the "Motion") (Doc. No. 33) filed by Tandem Bank (the "Movant") on June 8, 2022. On June 16, 2022, the Court entered an *Order*

*Granting Tandem Bank's Motion for Relief from the Automatic Stay* (Doc. No. 63) (the "Prior Order") granting the Motion in part and providing the balance of the Motion could be reset on request.

At the Hearing, Leslie M. Pineyro appeared on behalf of Movant. Henry F. Sewell, Jr. appeared on behalf of the Chapter 7 Trustee. Thomas Dworschak appeared on behalf of the United States Trustee. Stacey A. Carroll appeared on behalf of Alliance Electrical Services, Inc. in opposition to the Motion. The objection of Alliance Electrical Services, Inc. was overruled for the reasons stated on the record at the Hearing which are adopted herein. Upon review of the Motion and based upon the findings of the Court at the Hearing which are adopted herein and made a part of this Order, the Court has determined that Movant is entitled to additional relief. Accordingly, it is hereby

**ORDERED** that the Motion be, and the same hereby is, **GRANTED** as set forth in this Order. It is further

**ORDERED** that the automatic stay is modified so that Movant is authorized to: (i) repossess and liquidate any of Movant's Collateral located at Debtor's leased premises located at 2109 Mountain Industrial Blvd, Tucker, GA 30084, and (ii) take such action as necessary to accomplish the same including without limitation seeking a writ of possession or similar relief and naming Debtor as a respondent or defendant for such purposes. It is further

**ORDERED** that the Court defers ruling on any further relief requested in the Motion until any further hearing on the Motion, which shall be reset upon request. It is further

**ORDERED** that this Order is without prejudice to any further or other relief which Movant may request and any party in interest's right to object to the same. It is further

**ORDERED** that this that this Order shall be effective instanter without the necessity of any fourteen day stay, all as authorized by the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3).

**[END OF ORDER]**

| Prepared and presented by: | Reviewed as to form by: |
|---|---|
| **JONES & WALDEN LLC** | **LAW OFFICES OF HENRY F. SEWELL, JR., LLC** |
| */s/ Leslie M. Pineyro* | */s/ Henry J. Sewell, Jr.* |
| Leslie M. Pineyro | Henry J. Sewell, Jr. |
| Georgia Bar No. 969800 | Georgia Bar No. 636265 |
| Attorney for Tandem Bank | Attorney for the Chapter 7 Trustee |
| 699 Piedmont Avenue, NE | 2964 Peachtree Road NW, Suite 555 |
| Atlanta, Georgia 30308 | Atlanta, GA 30305 |
| (404) 564-9300 | (404) 926-0053 |
| lpineyro@joneswalden.com | hsewell@sewellfirm.com |

**Distribution List:**

Leslie M. Pineyro, Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, GA 30308

Atlanta Light Bulbs, Inc., 2109 Mountain Industrial Blvd, Tucker, GA 30084

Law Offices of Henry F. Sewell Jr., LLC, Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305

S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305

Office of the United States Trustee, Room 362, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Jason M Torf, Tucker Ellis LLP, Suite 6950, 233 S. Wacker Dr., Chicago, IL 60606-9997

Kathleen G. Furr, Baker Donelson, 3414 Peachtree Road, NE, Suite 1500, Monarch Plaza, Atlanta, GA 30326