# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 22-52950-PMB  
**Case Name:** ATLANTA LIGHT BULBS, INC.  
**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 07/07/2022 (c)  
**§ 341(a) Meeting Date:** 08/16/2022  
**For Period Ending:** 06/30/2023  
**Claims Bar Date:** 10/24/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Funds Turned over from Chapter 11 Trustee (u)<br>Accounts receivable deposits from Chapter 11 case. | 6,906.12 | 6,906.12 | | 6,906.12 | FA |
| 2 | Accounts Receivable (u)<br>No further collections expected | 14,617.52 | 14,617.52 | | 2,877.74 | FA |
| 3* | Security Deposit 2109 Mountain Ind Blvd, Tucker, GA (u) (See Footnote) | 7,166.66 | 7,166.66 | | 3,583.33 | FA |
| 4 | Tax Refund (u) | 639.57 | 639.57 | | 639.57 | FA |
| 5 | 2020 Ford T250 (VIN last six # B23773) (u)<br>Notice of abandonment filed, Dkt #87. | 37,450.00 | 0.00 | OA | 0.00 | FA |
| 6 | 2021 Ford F150 (VIN last six # B50953) (u)<br>Notice of abandonment filed, Dkt #87. | 80,675.00 | 0.00 | OA | 0.00 | FA |
| 7 | 2021 Ford F250 (VIN last six # D85279) (u)<br>Notice of abandonment filed, Dkt #87. | 79,125.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2021 Ford F150 (VIN last six # D64134) (u)<br>Notice of abandonment filed, Dkt #87. | 58,650.00 | 0.00 | OA | 0.00 | FA |
| 9 | 2021 Ford F150 (VIN last six # B90817) (u)<br>Notice of abandonment filed, Dkt #87. | 62,900.00 | 0.00 | OA | 0.00 | FA |
| 10 | 2019 Ford E350 (VIN last six # C60873) (u)<br>Notice of abandonment filed, Dkt #87. | 45,459.00 | 5,856.67 | OA | 0.00 | FA |
| 11 | 2019 Ford E350 (VIN last six # C60881) (u)<br>Notice of abandonment filed, Dkt #87. | 44,859.00 | 5,187.78 | OA | 0.00 | FA |
| 12 | Obsolete inventory; lighting and fixtures considered as 'recyclables' (u)<br>No value. Notice of abandonment filed, Dkt # 123. | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | Storage Racking located at 2109 Mountain Industrial (u)<br>No value. Notice of abandonment filed, Dkt # 123. | 0.00 | 0.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 22-52950-PMB | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | ATLANTA LIGHT BULBS, INC. | Date Filed (f) or Converted (c): | 07/07/2022 (c) |
| | | § 341(a) Meeting Date: | 08/16/2022 |
| For Period Ending: | 06/30/2023 | Claims Bar Date: | 10/24/2022 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | Office furniture located at 2 Sun Court including (a) 3 - 5 cubicle office systems, (b) 8 – 3 drawer cabinets which slide under the cubicle desks, (c) 1 – 4 door credenza and (d) 1 – office chair. (u)<br>No value. Notice of abandonment filed, Dkt # 123. | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | Adversary 22-05123-pmb S. Gregory Hays, As Chapter 7 Trustee For Atlanta v. Taitz et al (u)<br>Transfers to insiders. | 2,414,543.32 | 2,414,543.32 | | 0.00 | 200,000.00 |
| 16 | Adversary 23-05043-pmb Chapter 7 Trustee For Atlanta v. OSRAM Sylvania Inc. (u)<br>Preference claim | 58,370.32 | 58,370.32 | | 0.00 | 58,370.32 |
| 17 | Misc Other Small Recoveries. (u) | 1,000.00 | 1,000.00 | | 748.76 | FA |
| 17 | **Assets        Totals**   (Excluding unknown values) | **$2,915,361.51** | **$2,514,287.96** | | **$14,755.52** | **$258,370.32** |

RE PROP# 3    One half of security deposited applied to pre-petition rent per Consent Order, Dkt # 170.

---

**Major Activities Affecting Case Closing:**

4/15/22 - Involuntary petition filed against debtor.

6/17/22 - Chapter 11 Trustee appointed.

7/7/22 - Order entered converted to Chapter 7.

Trustee has abandon all physical assets as burdensome, fully exempt with no equity, fully encumbered and/or of inconsequential value and benefit to Debtor's estate.

6/30/23 - Trustee is in negotiations to resolve two open adversaries and expects to file motions approving settlements shortly.  Upon collection of settlement payments from adversaries, Trustee will submit his closing package.

**Initial Projected Date Of Final Report (TFR):**    12/31/2024        **Current Projected Date Of Final Report (TFR):**    12/31/2024

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 22-52950-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ATLANTA LIGHT BULBS, INC. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***7884 | Account #: | ******0505 Checking |
| For Period Ending: | 06/30/2023 | Blanket Bond (per case limit): | $29,875,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/08/22 | {1} | Atlanta Light Bulbs, Inc. | Transfer from Chapter 11 Trustee to Chapter 7 Trustee | 1290-010 | 6,906.12 | | 6,906.12 |
| 07/13/22 | {2} | LMI Systems LLC | Invoice # 21586275 | 1221-000 | 140.94 | | 7,047.06 |
| 07/13/22 | {2} | Voss Lighting | Invoice # 1002, PO # 6527123 | 1221-000 | 997.50 | | 8,044.56 |
| 07/22/22 | {17} | American Express | Sales | 1290-000 | 2.65 | | 8,047.21 |
| 07/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 7.18 | 8,040.03 |
| 08/22/22 | {2} | Vital Farms | Invoice # 3483079 Dated 2/24/22 | 1221-000 | 842.82 | | 8,882.85 |
| 08/29/22 | {2} | Apalachee Woods HOA | Accounts Receivable - Invoice # 1185 | 1221-000 | 519.40 | | 9,402.25 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 14.56 | 9,387.69 |
| 09/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 15.04 | 9,372.65 |
| 10/07/22 | {17} | Fedex | Refund | 1290-000 | 0.58 | | 9,373.23 |
| 10/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 14.52 | 9,358.71 |
| 11/30/22 | {2} | Anixter Inc. | Auto Tax Deduction - Resale | 1221-000 | 138.60 | | 9,497.31 |
| 11/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 15.99 | 9,481.32 |
| 12/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 15.18 | 9,466.14 |
| 01/06/23 | {2} | QES Company DBA Quality Electrical Systems | Accounts Receiable | 1221-000 | 70.00 | | 9,536.14 |
| 01/10/23 | {3} | Breit Stone Mountain Owner LLC | One half of security deposit per Consent Order, Dkt # 170. | 1290-000 | 3,583.33 | | 13,119.47 |
| 01/13/23 | {4} | United States Treasury | 2019 - Form 1120 Tax Refund | 1224-000 | 639.57 | | 13,759.04 |
| 01/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.70 | 13,738.34 |
| 02/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.54 | 13,717.80 |
| 03/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 22.71 | 13,695.09 |
| 04/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.48 | 13,674.61 |
| 05/08/23 | {17} | Sysco Corporation | Inv-35198148 - Vendor Refund | 1290-000 | 98.23 | | 13,772.84 |
| 05/26/23 | {17} | Comcast Business | Acct # 904700279 Refund | 1290-000 | 611.93 | | 14,384.77 |
| 05/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 24.25 | 14,360.52 |
| 06/05/23 | {2} | Lawson Products Inc | Invoice # 3481191 | 1221-000 | 119.80 | | 14,480.32 |
| 06/06/23 | {17} | BleachTech V UPS | Class Action Settlement BleachTech V UPS | 1290-000 | 35.37 | | 14,515.69 |
| 06/20/23 | {2} | University of California, San Francisco | Accounts Receivable, Invoice # 3483132 | 1221-000 | 48.68 | | 14,564.37 |
| 06/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 23.23 | 14,541.14 |
| | | | Page Subtotals: | | $14,755.52 | $214.38 | |

{ } Asset Reference(s)  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 22-52950-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ATLANTA LIGHT BULBS, INC. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***7884 | Account #: | ******0505 Checking |
| For Period Ending: | 06/30/2023 | Blanket Bond (per case limit): | $29,875,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 14,755.52 | 214.38 | $14,541.14 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 14,755.52 | 214.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $14,755.52 | $214.38 | |

{ } Asset Reference(s)        ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-3

| | |
|---|---|
| **Case No.:** | 22-52950-PMB |
| **Case Name:** | ATLANTA LIGHT BULBS, INC. |
| **Taxpayer ID #:** | **-***7884 |
| **For Period Ending:** | 06/30/2023 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0505 Checking |
| **Blanket Bond (per case limit):** | $29,875,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $14,755.52 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $14,755.52 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0505 Checking | $14,755.52 | $214.38 | $14,541.14 |
| | $14,755.52 | $214.38 | $14,541.14 |