UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | CASE NO: 22-52950 |
|---|---|
| ATLANTA LIGHT BULBS, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 191 |

On 8/15/2023, I did cause a copy of the following documents, described below,

Notice of Hearing on Sylvania Settlement ECF Docket Reference No. 191

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/15/2023

/s/ Henry F. Sewell, Jr.
Henry F. Sewell, Jr.  636265

Law Offices of Henry F. Sewell Jr., LLC
Suite 555, 2964 Peachtree Road
Atlanta, GA  30305
404 926 0053
hsewell@sewellfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ATLANTA LIGHT BULBS, INC | CASE NO: 22-52950<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 191 |

On 8/15/2023, a copy of the following documents, described below,

Notice of Hearing on Sylvania Settlement ECF Docket Reference No. 191

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/15/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell Jr., LLC
Suite 555, 2964 Peachtree Road
Atlanta, GA  30305

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

```
CASE INFO                           A CHRISTIAN WILSON              CANADA
 LABEL MATRIX FOR LOCAL NOTICING    SIMPSON UCHITEL  WILSON LLP     ABB INSTALLATION PRODUCTS INC
113E1                               PO BOX 550105                   1811 HYMUS BLVD
CASE 22-52950-PMB                   ATLANTA GA 30355-2605           DORVAL QC H9P1JK5
NORTHERN DISTRICT OF GEORGIA
ATLANTA
TUE AUG 15 14-55-21 EDT 20233


ABB INSTALLATION PRODUCTS INC       ABRAMS GROUP CONSTRUCTION       AC ELECTRONICS
PO BOX 28073                        3645 HWY 90                     3401 AVENUE D
CHICAGO IL 60673-0001               MILTON FL 32571-1075            ARLINGTON TX 76011-7607


ACCO BRANDS  ONTARIO                ACE CASH EXPRESS                ACE PROPERTY AND CASUALTY INS CO CO
PO BOX 842166                       3804 GUNN HWY                   CHUBB
BOSTON MA 02284-2166                SUITE B                         436 WALNUT STREET  WA04K
                                    TAMPA FL 33618-8791             PHILADELPHIA PA 19106-3703


ADT COMMERCIAL                      AFLAC                           ALL METRO SUPPLY (65600)
PO BOX 382109                       ATTN  REMITTANCE PROCESSI       3755 HEWATT COURT
PITTSBURGH PA 15251-8109            1932 WYNNTON ROAD               SNELLVILLE GA 30039-7022
                                    COLUMBUS GA 31999-0797


ALLGOOD PLUMBING  ELECTRIC          ALLIANCE SPORTS GROUP (NEBO)    AMAX LIGHTING 65600
5238 ROYALWOODS PARKWAY SUITE 190   DBA NEBO TOOLS                  10268 SANTA FE SPRINGS RD
TUCKER GA 30084-8619                P O BOX 203246                  SANTA FE SPGS CA 90670-3339
                                    DALLAS TX 75320-3246


AMERICAN EXPRESS                    AMERICAN LIGHTING SUPPLY        AMERICAN TACK AND HARDWARE
PO BOX 650448                       ATTN ACCOUNTS PAYABLE           P O BOX 85077    65600
DALLAS TX 75265-0448                PO BOX 1761                     CHICAGO IL 60680-0851
                                    LILBURN GA 30048-1761


AMERICASMART                        ANDREA MCKEEVER                 ANDRUS ELECTRICAL SOLUTIONS
475 S GRAND CENTRAL PARKWAY         4370 GUNNIN RD                  10750 PLANTATION DRIVE
SUITE 1615                          NORCROSS GA 30092-1415          JOHNS CREEK GA 30022-5653
LAS VEGAS NV 89106-4552


ANTHONY                             ASTORIA FOOT CARE GROUP         ATT 1882 (79020)
2388 COLLECTIONS CENTER DR          3117 DITMARS BLVD SUITE 1       PO BOX 105262
ACCT  102260                        ASTORIA NY 11105-2300           ATLANTA GA 30348-5262
CHICAGO IL 60693-0001


ATT CAROL STREAM 835                ATG ELECTRONICS                 ATLANTA BOTANICAL GARDENS
PO BOX 5019                         10700 7TH STREET                ATTN ACCOUNTS PAYABLE
CAROL STREAM IL 60197-5019          RCH CUCAMONGA CA 91730-5404     1345 PIEDMONT AVE NE
                                                                    ATLANTA GA 30309-3366
```

```
USPS FIRST CLASS MAILING RECIPIENTS                    Or served via First Class USPS Mail Service.
Parties whose names are struck through were not served via First Class USPS Mail Service.

ATLANTA RONALD MCDONALD HOUSE        ATLAS LIGHTING PROD (65600)          ATR LIGHTING
ATTN ACCOUNTS PAYABLE                PO BOX 740471                        PO BOX 67
795 GATEWOOD ROAD                    ATLANTA GA 30374-0471                RICHLAND MO 65556-0067
ATLANTA GA 30329-4200


AXIS LED GROUP LLC                   ACUITY BRANDS LIGHTING               ALLISON MEEHAN
L3790                                PO BOX 100863                        8723 STONY FIELD WAY
COLUMBUS OH 43260-3790               ATLANTA GA 30384-0863                LOUISVILLE KY 40299-1597


AMERICAN EXPRESS NATIONAL BANK AENB  AMERICAN EXPRESS TRAVEL RELATED      AMERICAN ULTRAVIOLET
CO ZWICKER AND ASSOCIATES PC         SERVICES CO                          212 S MT ZION ROAD
ATTORNEYSAGENTS FOR CREDITOR         CO ZWICKER AND ASSOCIATES PC         LEBANON IN 46052-9479
PO BOX 9043                          ATTORNEYSAGENTS FOR CREDITOR
ANDOVER MA 01810-0943                PO BOX 9043
                                     ANDOVER MA 01810-0943


ANGELA LITTLE HAMILTON               ANTHONY L MARCHETTI JR               ASHLEY VAN GELDER
PARNELL   PARNELL                    317 DELSEA DRIVE                     3307 STONE HEATHER CT
1200 HWY 74 S STE 6-172              PO BOX 656                           HERNDON VA 20171-4021
PEACHTREE CITY GA 30269-3073         SEWELL NJ 08080-0656


DEBTOR
ATLANTA LIGHT BULBS INC              B B STORAGE LLC                      BH ELECTRIC AND SUPPLY
2109 MOUNTAIN INDUSTRIAL BLVD        1811 W JACKSON ST                    1330 HWY 41 BYPASS
TUCKER GA 30084-5013                 KNOXVILLE IA 50138-1020              GRIFFIN GA 30224-3940


BATAVIA PUBLIC SCHOOLS               BECKER ADVENTIST SCHOOL              BLC AMERICA (FORMERLY GREEN ENERGY
804 MAIN STREET                      ATTN ACCOUNTS PAYABLE                LIGHTING
BATAVIA IL 60510-2437                3567 COVINGTON HIGHWAY               16310 ARTHUR ST
                                     DECATUR GA 30032-1847                CERRITOS CA 90703-2129


BLUEGRASS IRRIGATION  LIGHTING INC   BOSTON UNIVERSITY                    BREIT INDUSTRIAL HOLDINGS LLC (STREAM
4855 HILLS AND DALES RD NW           ATTN  ACCOUNTS PAYABLE               REALTY
CANTON OH 44708-1403                 25 BUICK STREET                      PO BOX 1232
                                     BOSTON MA 02215-1301                 HICKSVILLE NY 11802-1232


BREIT STONE MOUNTAIN OWNER LLC       BRIARLAKE BAPTIST CHURCH             BUFORD HWY FARMERS MKT
CO GENERAL COUNSEL                   ATTN ACCOUNTS PAYABLE                ATTN ACCOUNTS PAYABLE
LINK LOGISTICS REAL ESTATE           3715 LAVISTA RD                      P O BOX 620533
602 W OFFICE CENTER DR STE 200       DECATUR GA 30033-1099                ATLANTA GA 30362-2533
FT WASHINGTON PA 19034-3274


BULBRITE INDUSTRIES                  BULBTRONICS (65600)                  BARRON LIGHTING GROUP (EXITRONIX)
PO BOX 419890                        45 BANFI PLAZA N                     PO BOX 8271
BOSTON MA 02241-9890                 FARMINGDALE NY 11735-1539            PASADENA CA 91109-8271
```

```
USPS FIRST CLASS MAILING RECIPIENTS:              Or sent via First Class USPS Mail Service.
Parties whose names are struck through were not served via First Class USPS Mail Service.

BARTONS HOME UPGRADING              BEN HARTSHORN                        BENZ RESEARCH AND DEVELOPMENT
121 PENNY LANE                      490 JARVIS DR                        6447 PARKLAND DRIVE
MCDONOUGH GA 30253-7470             MORGAN HILL CA 95037-2809            SARASOTA FL 34243-4035




BOISE DIAMOND TABLES                BOMAR PNEUMATICS                     BRADLEY HARKEN
3949 ADAMS STREET                   5785 WEST 74TH STREET                2808 SOUTH RADIO LANE
GARDEN CITY ID 83714-6451           INDIANAPOLIS IN 46278-1755           SPOKANE WA 99223-1406




BRYAN KAPLAN                        BRYAN S KAPLAN                       C RANDALL WILSON
6065 ROSWELL ROAD SUITE 540         KAPLAN LEGAL SERVICES                PO BOX 454
ATLANTA GA 30328                    6065 ROSWELL RD STE 540              RED OAK IA 51566-0454
ATLANTA 30328-4038                  ATLANTA GA 30328-4038




CNROBINSON LIGHTING SUPPLY          CADMET INC                           CANDELA CORPORATION
ATTN ACCOUNTS PAYABLE               PO BOX 24                            FILE 1033
4318 WASHINGTON BLVD                MALVERN PA 19355-0024                1801 WEST OLYMPIC BLVD
BALTIMORE MD 21227-4536                                                  PASADENA CA 91199-1033




CAPITAL CITY ELECTRICAL SRV         CAPITAL ELECTRIC COMPANY             CAPP INC
1346 OAKBROOK DR                    PO BOX 945650                        PO BOX 127
SUITE 170A                          MAITLAND FL 32794-5650               CLIFTON HEIGHTS PA 19018-0127
NORCROSS GA 30093-2229




CANADA
CBC LIGHTING                        CBC LIGHTING INC                     CBC LIGHTING INC
3025 A BATES RD                     6065 ROSWELL ROAD SUITE 540          KAPLAN LEGAL SERVICES LLC
MONTREAL QC H3S 2W8                 ATLANTA GA 30328-4038                6065 ROSWELL ROAD SUITE 540
                                                                         ATLANTA GA 30328
                                                                         ATLANTA GA 30328-4038




CHRIST OUR HOPE                     CINTAS CORPORATION MASTER            CITY ELECTRIC SUPPLY(CES)
CATHOLIC CHURCH                     6800 CINTAS BLVD CINCINNATI          PO BOX 131811
1786 WELLBORN ROAD                  CINCINNATI OH 45262                  CHARLESTON DIVISION
LITHONIA GA 30058-5462                                                   DALLAS TX 75313-1811




CITY LIGHTS (65600)                 COMCAST                              COMMERCIAL AND CUSTOM CABINET
PO BOX 6586                         PO BOX 530098                        2111 KILMAN DRIVE
PHOENIX AZ 85005-6586               ATLANTA GA 30353-0098                TUCKER GA 30084-6246




COMMERCIAL LIGHTING COMPANY         CORPUS CHRISTI CATHOLIC CHURCH       CREE LIGHTING
8201 NORTH HIMES AVE                ATTN SALLY YADAV                     75 REMITTANCE DRIVE
TAMPA FL 33614-2772                 600 MOUNTAIN VIEW DRIVE              SUITE 6403
                                    STONE MOUNTAIN GA 30083-3598         CHICAGO IL 60675-6403
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CADMET INC<br>CO DAVID I GRUNFIELD ESQUIRE<br>200 SOUTH BROAD STREET SUITE 600<br>PHILADELPHIA PA 19102-3813 | CANDELA CORPORATION<br>5600 ARGOSY AVE SUITE 300<br>HUNTINGTON BEACH CA 92649-1011 | CAPITAL ONE SPARK<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN VA 20147-6122 | (P)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CHINOOK ENGINEERING<br>860 S WINDROSE DRIVE<br>COUPEVILLE WA 98239-3539 |
| (P)SHAWN M CHRISTIANSON<br>ATTN BUCHALTER PC<br>ATTN SHAWN M CHRISTIANSON<br>425 MARKET ST SUITE 2900<br>SAN FRANCISCO CA 94105-2491 | CHRISTOPHER COOPER<br>6956 WHITEWATER LN<br>LINCOLN NE 68521-8997 | CHUBB<br>PO BOX 382001<br>PITTSBURGH PA 15250-8001 |
| CHUBB INDEMNITY INSURANCE COMPANY<br>CO CHUBB<br>436 WALNUT STREET - WA04K<br>PHILADELPHIA PA 19106-3703 | CITY LIGHTS INC<br>PO BOX 6586<br>PHOENIX AZ<br>85005<br>PHOENIX AZ 85005-6586 | CITY OF DEKALB STREETS DEPT<br>1316 MARKET ST<br>DEKALB IL 60115-3533 |
| CITY OF WEST PALM BEACH<br>1045 CHARLOTTE AVE<br>WEST PALM BEACH FL 33401-6203 | CITYPLEX<br>7777 SOUTH LEWIS AVENUE<br>TULSA OK 74171-0003 | AARON CLARK<br>KAN CLARK LLP<br>869 VIRGINIA CIRCLE NE<br>ATLANTA GA 30306-3768 |
| COMCAST (VOIP)<br>PO BOX 37601<br>PHILADELPHIA PA 19101-0601 | COMMERCEHUB<br>25736 NETWORK PLACE<br>CHICAGO IL 60673-1257 | CONNIE CHEN<br>4011 CREST CT<br>PLEASANTON CA 94588-4406 |
| CONNIE LILES AUTO PARTS<br>1127 WORANGE AVE<br>TALLAHASSEE FL 32310-6126 | COOPER LIGHTING (EATON)<br>28362 NETWORK PLACE<br>CHICAGO IL 60673-1283 | CREDITSAFE USA INC<br>PO BOX 789985<br>PHILADELPHIA PA 19178-9985 |
| CURRENT ELECTRIC<br>305 WELLS ST<br>GREENFIELD MA 01301-1639 | DAVID L WOLOSHIN<br>ASTOR WEISS KAPLAN  MANDEL LLP<br>200 SOUTH BROAD ST SUITE 600<br>PHILADELPHIA PA 19102-3813 | DE ANDRADE MANGIERI LLC<br>ATTN JEFFERY M MANGIEI ESQ<br>2 RAVINIA DR STE 1530<br>ATLANTA GA 30346-2169 |
| DECATUR DIGGS<br>141 GRAPE ST NE<br>ATLANTA GA 30312-1667 | DECATUR PRESBYTERIAN CHURCH<br>ATTN ACCTS PAYABLE<br>205 SYCAMORE ST<br>DECATUR GA 30030-3476 | DEKALB COUNTY (SAN)<br>PO BOX 105942<br>DECATUR GA 30348-5942 |

USPS FIRST CLASS MAILING RECIPIENTS: Documentia First Class USPS Mail Service.
Parties whose names are struck through were not sent via First Class USPS Mail Service.

| | | |
|---|---|---|
| DEKALB COUNTY (WTR)<br>PO BOX 71224<br>CHARLOTTE NC 28272-1224 | DEKALB COUNTY TAX COMMISSIONER<br>P O BOX 100004<br>DECATUR GA 30031-7004 | DIAMOND RESTAURANT SERVICE INC<br>849 EDMONDSON RD<br>MONROE GA 30656-4899 |
| DIVERSE MARKETING<br>2050 N STEMMONS FRWY<br>SUITE 439   421<br>DALLAS TX 75207 TX 75207-3214 | DIVINE MORTUARY SERVICES<br>5620 HILLANDALE DR<br>LITHONIA GA 30058-4861 | DANIEL GRAY<br>867 VALLEY STREET<br>DAYTON OH 45404-2065 |
| DANIEL J DEVLIN<br>VAN DER VEEN HARTSHORN   LEVIN<br>1219 SPRUCE STREET<br>PHILADELPHIA PA 19107-5607 | DAVE GOMOLL<br>3323 DEKALB LN<br>NEENAH WI 54956-9032 | DAVID AMHEISER<br>3782 WENKEL FORD<br>LESLIE MO 63056-1923 |
| DAVID PARATORE<br>8601 BELL MOUNTAIN DR<br>AUSTIN TX 78730-2833 | DEKALB COUNTY TAX COMMISSIONER<br>4380 MEMORIAL DR<br>SUITE 100<br>DECATUR GA 30032-1239 | DENNIS JEWELL<br>14993 SW SCARLETT DR<br>TIGARD OR 97224-1510 |
| DENNIS MILLER<br>8260 LAKELAND DR<br>GRANITE BAY CA 95746-6934 | DICOAT CORPORATION<br>42900 W 9 MILE RD<br>NOVI MI 48375-4123 | DISTRICT850<br>2662 FLEISCHMANN ROAD<br>TALLAHASSEE FL 32308-5993 |
| DREW BOWEN ELECTRIC<br>5231 COPELAN RD<br>WATKINSVILLE GA 30677-4321 | THOMAS DWORSCHAK<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ROOM 362<br>75 TED TURNER DRIVE SW<br>ATLANTA GA 30303-3330 | ECKARDT ELECTRIC<br>ATTN ACCOUNTS PAYABLE<br>3690 NORTH PEACHTREE ROAD<br>ATLANTA GA 30341-2337 |
| EDWIN GAYNOR CORPORATION<br>200 CHARLES STREET<br>STRATFORD CT 06615-6707 | EIKO LTD<br>8596 SOLUTION CENTER<br>CHICAGO IL 60677-8005 | ELECTRIC SUPPLY   EQUIPMENT<br>ATTN ACCOUNTS PAYABLE<br>PO BOX 20308<br>GREENSBORO NC 27420-0308 |
| ELONG INTERNATIONAL USA<br>1200 W CROSBY ROAD<br>CARROLLTON TX 75006-6906 | EMORY UNIVERSITYPHARMACOLOGY<br>PO BOX 3807<br>SCRANTON PA 18505-0807 | ENCAPSULITE INTERNAT (65600)<br>P O BOX 1086<br>ROSENBERG TX 77471-1086 |
| ENERGETIC LIGHTINGINC<br>13445 12TH STREET<br>CHINO CA 91710-5206 | ESL VISION LLC<br>1136 SOUTH 3600 WEST<br>SUITE 400<br>SALT LAKE CITY UT 84104-6527 | EYE LIGHTING<br>9150 HENDRICKS ROAD<br>MENTOR OH 44060-2146 |

```
USPS FIRST CLASS MAILING RECIPIENTS:                     Processed First Class USPS Mail Service.
Parties whose names are struck through were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| EDWARD BLANK<br>PO BOX 180446<br>BOSTON MA 02118-0005 | EDWARD J LYONS<br>847 DEWITT ROAD<br>WEBSTER NY 14580-1471 | EILEEN GUPTILL<br>1387 NYE ST<br>CHARLESTON SC 29407-5121 |
| ELAINE COX<br>3907 103RD STREET CT<br>GIG HARBOR WA 98332-8814 | ELITE AVIATION CO DONNA TIPTON<br>18600 EDISON AVE<br>CHESTERFIELD MO 63005-3644 | ENERGETIC LIGHTING INC A DIVISION OF YANK<br>540 NORTH GOLDEN CIRCLE DRIVE<br>SUITE 203<br>SANTA ANA CA 92705-3914 |
| ENTERTAINMENT TECHNOLOGY INC<br>155 ATLANTA HWY<br>LOGANVILLE GA 30052 | ERIC MACBETH<br>503 E MAPLE ST<br>RIVER FALLS WI 54022-2516 | FANLIGHT CORPORATION<br>2000 S GROVE AVE BLDG B<br>ONTARIO CA 91761-4846 |
| FEDERAL EXPRESS<br>PO BOX 660481<br>DALLAS TX 75266-0481 | FEDEX FREIGHT EAST<br>DEPT CH<br>PO BOX 10306<br>PALATINE IL 60055-0306 | FEELUX<br>3000 NORTHWOODS PKWY<br>SUITE 165<br>NORCROSS GA 30071-1545 |
| FIRST SOUTHERN MANAGEMENT LLC<br>1842 INDEPENDENCE SQUARE STE C<br>ATLANTA GA 30338-5168 | FLORIDA DEPARTMENT OF CORRECTIONS<br>PO BOX 13600<br>TALLAHASSEE FL 32317-3600 | FULHAM COMPANY<br>PO BOX 845686<br>LOS ANGELES CA 90084-5686 |
| FUSECO INC (75600)<br>1865 CORPORATE DR STE 210<br>NORCROSS GA 30093-2927 | FAIRFIELD INN AND SUITES<br>1355 MALL OF GEORGIA BLVD<br>BUFORD GA 30519-6548 | FANLIGHT CORPORATION INC<br>CO SIMPSON UCHITEL WILSON LLP<br>PO BOX 550105<br>ATLANTA GA 30355-2605 |
| FEDEX CORPORATE SERVICES INC<br>3965 AIRWAYS BLVD MODULE G 3RD FLOOR<br>MEMPHIS TN 38116-5017 | FIONA LIN<br>75 BRIAR HILL RD<br>NORWICH CT 06360-6440 | FLOCONTROL<br>80 CENTER RD SE<br>CARTERSVILLE GA 30121-2956 |
| FORD CREDIT<br>PO BOX 650574<br>DALLAS TX 75265-0574 | (P)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | KATHLEEN G FURR<br>BAKER DONELSON<br>3414 PEACHTREE ROAD NE<br>SUITE 1500 MONARCH PLAZA<br>ATLANTA GA 30326-1153 |
| FUSCOS THE SPOT<br>4432 E BRISTOL RD<br>FEASTERVILLE TREVOSE PA 19053-4758 | GA CENTRAL ELECTRICAL<br>100 COMMERCE DRIVE<br>PO BOX 723<br>TYRONE GA 30290-0723 | GEORGIA DEPT OF REV (SU TAX)<br>SALES AND USE TAX DIVISION<br>P O BOX 105296<br>ATLANTA GA 30348-5296 |

USPS FIRST CLASS MAILING RECIPIENTS: Presidentia First Class USPS Mail Service.
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| GEORGIA DUPLICATING PRODUCTS INC (XEROX)<br>P O BOX 3547<br>MACON GA 31205-3547 | GEORGIA POWER COMPANY (79530)<br>96 ANNEX<br>ATLANTA GA 30396-0001 | GLOBAL INDUSTRIAL COMPANY<br>29833 NETWORK PLACE<br>CHICAGO IL 60673-1298 |
| GREATER ATLANTA CHRISTIAN SCHOOL<br>1575 INDIAN TRAIL RD<br>NORCROSS GA 30093-2614 | GREEK ORTHODOX CATHEDRAL<br>2500 CLAIRMONT ROAD<br>ATTN- VICTOR RODI - 678-478-8548<br>ATLANTA GA 30329-2709 | GREEN CREATIVE<br>PO BOX 930495<br>ATLANTA GA 31193-0495 |
| GREEN GLOW DOCK LIGHT<br>4604 49TH ST NORTH<br>SUITE 122<br>SAINT PETERSBURG FL 33709-3842 | GATEWOOD SCHOOLS<br>139 PHILLIPS DR<br>EATONTON GA 31024-1380 | (P)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| GEORGIA POWER COMPANY<br>CO THOMAS R WALKER<br>FISHERBROYLES LLP<br>945 PACES FERRY RD NE SUITE 2000<br>ATLANTA GA 30326-1374 | GREAT NORTHERN INSURANCE COMPANY<br>INSURANCE C<br>CO CHUBB<br>436 WALNUT STREET - WA04K<br>PHILADELPHIA PA 19106-3703 | GREG MOSELY<br>5257 HIGHWAY 280 EAST<br>PEMBROKE GA 31321-6711 |
| CANADA<br>GREGORY TAYLOR<br>2000 STRATHALLAN WOODS PLACE<br>INNISFIL ON L9S 4T7 | HALCO LIGHTING TECHNOLOGIES LLC<br>PO BOX 936822<br>ATLANTA GA 31193-6822 | HATCH TRANSFORMERS<br>7821 WOODLANDS CENTER BLVD<br>TAMPA FL 33614-2410 |
| HOLIDAY DIVISION (65600)<br>ACTION LIGHTING<br>310 ICE POND DR<br>BOZEMAN MT 59715-5380 | HOLIDAY INN EXPRESS   CADILLAC<br>7642 SOUTH US 131<br>CADILLAC MI 49601 | HONYA LIGHTING<br>GARDEN CITY NY 11530 UNITED STATES<br>GARDEN CITY NY 11530 |
| HORMEL FOODS CORP<br>PO BOX 900<br>AUSTIN MN 55912-0963 | HOWARD INDUSTRIES<br>P O BOX 11407<br>BIRMINGHAM AL 35246-1132 | HUBBELL LIGHTING INC<br>DEPT CH 14175<br>PALATINE IL 60055-0001 |
| HALCO LIGHTING TECHNOLOGIES LLC<br>2940 PACIFIC DRIVE<br>NORCROSS GA 30071-1808 | HARRY RUFFINO<br>5109 W LEMON ST<br>TAMPA FL 33609-1105 | HATCH TRANSFORMERS INC DBA HATCH LIGHT<br>CO SIMPSON UCHITEL  WILSON LLP<br>PO BOX 550105<br>ATLANTA GA 30355-2605 |
| S GREGORY HAYS<br>HAYS FINANCIAL CONSULTING LLC<br>SUITE 555<br>2964 PEACHTREE ROAD<br>ATLANTA GA 30305-4909 | HAYS FINANCIAL CONSULTING LLC<br>2964 PEACHTREE ROAD NW<br>SUITE 555<br>ATLANTA GA 30305-4909 | HEP GROUP USA<br>12245 FLORENCE AVENUE<br>SANTA FE SPRINGS CA 90670-3805 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| HOWARD INDUSTRIES<br>PO BOX 1588<br>LAUREL MS 39441-1588 | INDUSTRIAL PKG CORP (75601)<br>PO BOX 740438<br>ATLANTA GA 30374-0438 | INFINITE ENERGY CENTER<br>ATT JAN MITCHELL  6786204151<br>6400 SUGARLOAF PARKWAY<br>DULUTH GA 30097-7419 |
| INTERLIGHT<br>7939 NEW JERSEY AVENUE<br>HAMMOND IN 46323-3040 | INTERMATIC<br>POBOX 71596<br>CHICAGO IL 60694-1596 | INTERSTATE ALL BATTERIES WH<br>PO BOX 1909<br>SUWANEE GA 30024-0974 |
| IRON MOUNTAIN<br>P O BOX 915004<br>DALLAS TX 75391-5004 | ITV ASSOCIATES INC<br>1845 SOUTH LEE COURT<br>BUFORD GA 30518-8811 | IGNITE INDUSTRIAL CONSIGNMENT<br>ATTN JEFF HEILMAN<br>568 GEORGE BISHOP PKWY<br>MYRTLE BEACH SC 29579-7339 |
| ILHOM ISLOMOV<br>1985 E 15TH ST APT D4<br>BROOKLYN NY 11229-3343 | IMAGING CENTER<br>22647 VENTURA BLVD<br>STE 661<br>WOODLAND HILLS CA 91364-1416 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IRON MOUNTAIN INFORMATION MANAGEMENT LLC<br>ONE FEDERAL STREET<br>BOSTON MA 02110-2012 | IRON MOUNTAIN INFORMATION MANAGEMENT LLC<br>1 FEDERAL STREET 7TH FLOOR<br>BOSTON MA 02110-2003 | J D INTERNATIONAL LIGHTING INC<br>CO HAYS  POTTER LLP<br>3945 HOLCOMB BRIDGE RD STE 300<br>PEACHTREE CORNERS GA 30092-5200 |
| JD INTERNATIONAL<br>P O BOX 668755<br>POMPANO BEACH FL 33066-8755 | JD INTERNATIONAL LIGHTING INC<br>CO HAYS POTTER  MARTIN LLP<br>3945 HOLCOMB BRIDGE ROAD SUIT 300<br>PEACHTREE CORNERS GA 30092-5200 | JASON MARTON<br>471 COPANO RIDGE RD<br>ROCKPORT TX 78382-9635 |
| JL LIGHTING LLC<br>10475 MEDLOCK BRIDGE ROAD<br>SUITE 820<br>JOHNS CREEK GA 30097-4437 | JL LIGHTING<br>4505 PEACHTREE INDUSTRIAL BLVD<br>STE D<br>BERKELEY LAKE GA 30092-4917 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID<br>CRANE  PARTNERS PLLC<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 |
| JR METZGER<br>3101 CONCORD ROAD<br>ASTON PA PA 19014-2948 | JACK EISEMAN<br>466 MILL COVE DR<br>DAHLONEGA GA 30533-6650 | BRIAN J JACKIW<br>233 SOUTH WACKER<br>SUITE 6950<br>CHICAGO IL 60606-6395 |
| JACKPOT JUNCTION CASINO HOTEL<br>PO BOX 420<br>MORTON MN 56270-0420 | JAMES E OBRIEN<br>14 DAY ST<br>BLOOMFIELD NJ 07003-4410 | JAMES EIFLER<br>2800 N FLAGLER D<br>WEST PALM BEACH FL 33407-5228 |

```
USPS FIRST CLASS MAILING RECIPIENTS:                  Documents were sent via First Class USPS Mail Service.
Parties whose names are struck through were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| JAMES M SHARP<br>53 ALPINE GEM LN<br>TROUT CREEK MT 59874-9410 | JAN SCHWARTZ<br>0175N 450 EAST<br>BLUFFTON IN 46714 | JENNIFER W GORDONA DDS LLC<br>105 EAST OHIO AVENUE<br>MOUNT VERNON OH 43050-3528 |
| JERMAINE WILLIAMS<br>2 TIBBITS AVE<br>WHITE PLAINS NY 10606-2313 | JESSE ROOT<br>CO MICHAEL D ROBL<br>3754 LAVISTA ROAD<br>SUITE 250<br>TUCKER GEORGIA 30084-5623 | JESSICA MENDOZA<br>CO AARON CLARK GAMBLE CLARK LLP<br>869 VIRGINIA CIR NE<br>ATLANTA GA 30306-3768 |
| JIAWEI TECHNOLOGY (USA) LIMITED<br>29470 UNION CITY BLVD<br>UNION CITY CA 94587-1239 | JOE DE LEON<br>1210 NORTH RICHMOND ROAD<br>BAY 5<br>WHARTON TX 77488-3014 | JAMES C JOEDECKE JR<br>ANDERSEN TATE  CARR PC<br>ONE SUGARLOAF CENTRE - SUITE 4000<br>1960 SATELLITE BLVD<br>DULUTH GA 30097-4122 |
| JOHN JIMENEZ DDS<br>4831 SOQUEL DR<br>SOQUEL CA 95073-2428 | JOHN KEATING<br>6122 36TH AVE NW<br>SEATTLE WA 98107-2626 | JOHN T CARTER<br>PO BOX 772<br>SELMA AL 36702-0772 |
| KC ELECTRONIC DISTRIBUTORS INC<br>186 NORTH BELLE MEAD ROAD<br>EAST SETAUKET NY 11733-3455 | KC ELECTRONIC DISTRIBUTORS<br>186 NORTH BELLE MEAD ROAD<br>EAST SETAUKET NY 11733-3455 | KENDALL ELECTRIC INC (ALL 42)<br>5101 S SPRINKLE ROAD<br>PORTAGE MI 49002-2055 |
| KEYSTONE TECHNOLOGIES<br>PO BOX 69159<br>BALTIMORE MD 21264-9159 | KEYSTONE TECHNOLOGIES LLC<br>3530 SMOKE RISE<br>LAWRENCEVILLE GA 30044-4805 | LADE ELECTRICAL SUPPLY(65600)<br>US ELECTRICAL SERVICES INC ATTN LBS<br>PO BOX 101569<br>ATLANTA GA 30392-1569 |
| LEDVANCE LLC 429484<br>PO BOX 5163<br>CAROL STREAM IL 60197-5163 | LIGHT EFFICIENT DESIGN<br>188 NORTHWEST HWY<br>SUITE 301<br>CARY IL 60013-2987 | LIGHTING ASSOCIATES<br>3600 SWIFTWATER PARK DRIVE<br>SUWANEE GA 30024-2188 |
| LITETRONICS (65600)<br>6969 WEST 73RD STREET<br>BEDFORD PARK IL 60638-6025 | LOWE ELECTRIC SUPPLY COMPANY<br>ATTN ACCOUNTS PAYABLE<br>P O BOX 4767<br>MACON GA 31208-4767 | LUMIRAM (65600)<br>707 EXECUTIVE BLVD 1A<br>VALLEY COTTAGE NY 10989-2028 |
| LUTRON ELECTRONICS (NO DROPSHIP)<br>P O BOX 643782<br>PITTSBURGH PA 15264-3782 | MATTHEW W LEVIN<br>SCROGGINS  WILLIAMSON PC<br>ONE RIVERSIDE SUITE 450<br>4401 NORTHSIDE PARKWAY<br>ATLANTA GA 30327-3065 | RONALD A LEVINE<br>LEVINE  BLOCK LLC<br>PO BOX 422148<br>ATLANTA GA 30342-9148 |

USPS FIRST CLASS MAILING RECIPIENTS: Documents via First Class USPS Mail Service.
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LEWIS MILNER<br>19711 EDGECLIFF DRIVE<br>EUCLID OH 44119-1017 | LIGHTING SUPPLY (FORMERLY LIGHT BULB<br>DISTRIB<br>L4058<br>COLUMBUS OH 43260-4058 | M KYLE FLOYD<br>STENGER   STENGER<br>2618 EAST PARIS AVE SE<br>GRAND RAPIDS MI 49546-2458 |
| MAINTENANCE SUPPLY<br>ATTN ACCOUNTS PAYABLE<br>6910 BRASADA DR<br>HOUSTON TX 77085-1530 | MAJOR SUPPLY INTERNATIONAL<br>3562 HABERSHAM AT NORTHLAKE BLD J<br>SUITE 200<br>TUCKER GA  30084 | MAJOR SUPPLY INTERNATIONAL<br>5400 NW 35TH TERRACE<br>SUITE 104<br>FT LAUDERDALE FL 33309-6321 |
| CANADA<br>MARKET GROUP VENTURES (65600)<br>PO BOX 40<br>SHAWNIGAN LAKE BC VOR 2WO | MARTIN SPROCKET   GEAR INC<br>ATTN ACCOUNTS PAYABLE<br>PO BOX 886<br>SCOTTDALE GA 30079-0886 | MAXLITESK AMERICA<br>PO BOX 844825<br>BOSTON MA 02284-4825 |
| METROPOWER INC<br>ATTN  ACCOUNTS PAYABLE<br>PO BOX 5228<br>ALBANY GA 31706-5228 | MICROLAMP<br>2954 N W 60TH STREET<br>FT LAUDERDALE FL 33309-1735 | MIDGEORGIA INDUSTRIAL SALESINC<br>PO BOX 6175<br>MACON GA 31208-6175 |
| MILLER OEM SUPPLIES (65600)<br>3612 N 16TH STREET<br>PHOENIX AZ 85016-6422 | MILWAUKEE LIGHT BULB<br>PO BOX 125<br>OAK CREEK WI 53154-0125 | MORRIS PRODUCTS INC<br>53 CAREY ROAD<br>QUEENSBURY NY 12804-7880 |
| MULTI LITE USA (65600)<br>172 W PROVIDENCIA UNIT 101<br>BURBANK CA 91502-2141 | MARK ALLEN<br>3640 PALLOS VERDAS DR<br>DALLAS TX 75229-2625 | MAX BODDEN<br>106 BOWSPRIT DRIVE<br>NORTH PALM BEACH FL 33408-5051 |
| MAXAIR MECHANICAL LLC<br>3435 BRECKINRIDGE BLVD<br>STE 120<br>DULUTH GA 30096-7674 | MCGAHREN LAW FIRM LLC<br>6171 CROOKED CREEK ROAD<br>PEACHTREE CORNERS GA 30092-3105 | FRANK F MCGINN<br>HACKETT FEINBERG PC<br>9TH FLOOR<br>155 FEDERAL STREET<br>BOSTON MA 02110-1610 |
| SCOTT B MCMAHAN<br>POOLE HUFFMAN LLC<br>BUILDING J SUITE 200<br>3562 HABERSHAM AT NORTHLAKE<br>TUCKER GA 30084-4015 | MCNEELY ELECTRIC INC<br>8201 ALCORN CIRCLE<br>AUSTIN TX 78748-5415 | MEDCURA MEDICAL CENTER<br>5582 MEMORIAL DR<br>LITHONIA GA 30032 |
| JESSICA MARIE MENDOZA<br>869 VIRGINIA CIRCLE NE<br>ATLANTA GA 30306-3768 | MERCHANT SERVICES<br>PO BOX 6010<br>HAGERSTOWN MD 21741-6010 | MICHAEL FANNIN<br>46 GEMA<br>SAN CLEMENTE CA 92672-9494 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MICHAEL T RAFI<br>RAFI LAW FIRM LLC<br>1776 PEACHTREE ST NW STE 423-SOUTH<br>ATLANTA GA 30309-2302 | MICHEL MOOS<br>946 NORTH AVE NE<br>ATLANTA GA 30306-4456 | MODERN FORMS<br>23550 NETWORK PLACE<br>CHICAGO IL 60673-1235 |
| MONTY BENHAIM<br>10611 GARDEN GROVE AVE<br>NORTHRIDGE CA 91326-3211 | MURPHY LOMON ASSOCIATES<br>2860 RIVER RD STE 2000<br>DES PLAINES IL 60018-6007 | NBT BANK<br>120 NORTH KEYSER AVE<br>SCRANTON PA 18504-9701 |
| NICOR INC<br>2200 MIDTOWN PL NE<br>STE A<br>ALBUQUERQUE NM 87107-3217 | NORCROSS ELECTRIC SUPPLY<br>4190 CAPITAL VIEW DR<br>SUWANEE GA 30024-3979 | NORMAN LAMPS<br>PO BOX 3550<br>ST CHARLES IL 60174-9090 |
| NORTH DECATUR PRESBYTERIAN CHURCH<br>611 MEDLOCK RD<br>DECATUR GA 30033-5599 | NORTHROP GRUMMAN<br>1201 CONTINENTAL BLVD<br>CHARLOTTE NC 28273-6320 | NORTHWEST MUTUAL FINANCIAL NETWORK<br>ATTN AUBREY VAUGH<br>3438 PEACHTREE RD SUITE 1200<br>ATLANTA GA 30326-1555 |
| NSI INDUSTRIES<br>9730 NORTHCROSS CENTER CT<br>HUNTERSVILLE NC 28078-7301 | NULIGHT CONSULTING<br>PO BOX 3406<br>LOGANVILLE GA 30052-1976 | NAITRAM GOPAUL<br>407 KEYS FERRY RD<br>MCDONOUGH GA 30252-6161 |
| NICK BOHACZ<br>27 JUNIPER DR<br>RICHBORO PA 18954-1625 | NOAH SCHER<br>559 JACOBS PLACE<br>CARBONDALE CO 81623-2198 | NORTHWEST EXTERMINATING<br>830 KENNESAW AVE<br>MARIETTA GA 30060-1006 |
| OFFICE DEPOT<br>PO BOX 88040<br>CHICAGO IL 60680-1040 | ON HOLD MEDIA GROUP<br>3001 DALLAS PARKWAY<br>SUITE 220<br>FRISCO TX 75034-8672 | OSRAM SYLVANIA INC<br>PO BOX 2114<br>CAROL STREAM IL 60132-2114 |
| OTTLITE TECHNOLOGIES<br>1715 N WESTSHORE BLVD<br>TAMPA FL 33607-3920 | OXEM LLC<br>368 CHATEAUGUAY DR<br>ELLENWOOD GA 30294-2957 | OCEAN GLASS INN<br>37299 REHOBOTH AVENUE<br>REHOBOTH BEACH DE 19971-3238 |
| OLD WORLD INDUSTRIES LLC<br>PO BOX 204549<br>DALLAS TX 75320-4549 | ORACLE AMERICA INC<br>BUCHALTER A PROFESSIONAL CORPORATION<br>CO SHAWN M CHRISTIANSON ESQ<br>425 MARKET ST SUITE 2900<br>SAN FRANCISCO CA 94105-2491 | ORACLE AMERICA INC<br>BANK OF AMERICA LOCKBOX SERVICES<br>15612 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693-0001 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

```
ORACLE AMERICA INC                      ORBIT INDUSTRIES INC                    ORCHID COVE AT PALM HARBOR
CO SHAWN M CHRISTIANSON ESQ             2100 SOUTH FIGUEROA STREET              2600 HIGHLANDS BLVD N
BUCHALTER PC                            LOS ANGELES CA 90007-2047               PALM HARBOR FL 34684-2114
425 MARKET ST SUITE 2900
SAN FRANCISCO CA 94105-2491




OXEM LLC                                PHILIPS (FIXTURES) LUMINAIRIES (SESCO)  PHILIPS EMERGENCY LIGHTING (A000881)
2413 EASTWOOD VILLAGE DR                PO BOX 100194                           PO BOX 100282
STOCKBRIDGE GA 30281-7733               ATLANTA GA 30384-0194                   ATLANTA GA 30384-0282




PICC                                    PITNEY BOWES GLOBAL                     POINTS ELECTRICAL
GLOBAL RECOVERY GROUP                   PO BOX 371887                           5500 OAKBROOK PKWY STE 210
919 OLD HENDERSON ROAD                  PITTSBURGH PA 15250-7887                NORCROSS GA 30093-2788
COLUMBUS OH 43220-3722




POWERSELECT INC                         PPG AEROSPACE                           PQL (65600)
15602 COMMERCE LANE                     6022 CORPORATE WAY                      2285 WARD AVENUE
HUNTINGTON BEACH CA 92649-1604          INDIANAPOLIS IN 46278-2923              SIMI VALLEY CA 93065-1863




PACIFIC EMPLOYERS INSURANCE COMPANY     PEGGY OHALLORAN                         PHILIPS (LAMPS) LIGHTING
CO CHUBB                                6598 SPRINGPATH LANE                    PO BOX 100194
436 WALNUT STREET - WA04K               SAN JOSE CA 95120-4549                  ATLANTA GA 30384-0194
PHILADELPHIA PA 19106-3703




PHILIPS LIGHTING ELECTRONICS (ADVANCE)  PHOTOMETRIC DESIGN                      LESLIE M PINEYRO
PO BOX 100194                           1066 CHARTLEY DR SW                     JONES AND WALDEN LLC
ATLANTA GA 30384-0194                   LILBURN GA 30047-5278                   699 PIEDMONT AVENUE NE
                                                                                ATLANTA GA 30308-1400




PITNEY BOWES GLOBAL FINANCIAL SERVICES  TODD J POOLE                            JACQUELINE M PRICE
LLC                                     3562 HABERSHAM AT NORTHLAKE             HACKETT FEINBERG PC
27 WATERVIEW DRIVE                      BUILDING J STE 200                      155 FEDERAL STREET 9TH FLOOR
SHELTON CT 06484-4301                   TUCKER GA 30084-4015                    BOSTON MA 02110-1610




PRO SOURCE INDUSTRIAL LLC               QUALITY INDUSTRIES INC                  QUEST DIAGNOSTICSCOM
DBA MECHANICAL SERVICES                 1595 OCEAN AVE                          1 MALCOLM AVE
3806 CALHOUN AVE                        UNIT B1                                 TETERBORO NJ 07608-1070
CHATTANOOGA TN 37407-2531               BOHEMIA NY 11716-1948




QUIKTRIP FLEETMASTER (QT)               RL CARRIERS                             RL CARRIERS INC
PO BOX 4337                             PO BOX 10020                            600 GILLAM ROAD
CAROL STREAM IL 60197-4337              PORT WILLIAM OH 45164-2000              WILMINGTON OH 45177-9089
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

Case 22-52950-pmb    Doc 192    Filed 09/01/23    Entered 09/01/23 15:05:50    Desc Main
Document      Page 15 of 18

| | | |
|---|---|---|
| REECE SUPPLY CO OF GA (65600)<br>5755 OAKBROOK PARKWAY<br>NORCROSS GA 30093-1836 | RELIANT REAL ESTATE MANAGEMENT<br>15600 OLD 41 RD<br>NAPLES FL 34110-8420 | RF SMART (ICS INC)<br>PO BOX 638345<br>CINCINNATI OH 45263-8345 |
| RIZE ENTERPRISES<br>PO BOX 1311<br>BRENTWOOD NY 11717-0688 | RKB MAINTENANCE SOLUTIONS<br>350 MOTOR PARKWAY<br>SUITE 412<br>HAUPPAUGE NY 11788-5125 | ROBERT N JONES MD<br>217 FAIRWAY DRIVE<br>NEW ORLEANS LA 70124-1018 |
| ROBERT TAITZ<br>3860 FALLS LANDING DRIVE<br>JOHNS CREEK GA 30022-8097 | RONALD CARPENTER<br>6 COLLEGE HILL RD<br>CANAAN CT 06018-2313 | RST VISIONS IN COLOR<br>8655 TAMARACK AVE<br>SUN VALLEY CA 91352-2505 |
| RUSSELL LACEY<br>P O BOX 575<br>BOAZ AL 35957-0575 | RAMESHWAR DEOKARAN<br>555 E 90TH ST<br>NEW YORK NY 10128-7803 | RESTAURANT TECHNOLOGIES<br>2250 PILOT KNOB ROAD<br>STE 100<br>MENDOTA HEIGHTS MN 55120-1127 |
| ROBERT BEAULIEU<br>349 BLACK BROOK ROAD<br>GOFFSTOWN NH 03045-2931 | ROBIN HOPPER<br>PO BOX 670549<br>CHUGIAK AK 99567-0549 | MICHAEL D ROBL<br>ROBL LAW GROUP LLC<br>SUITE 250<br>3754 LAVISTA ROAD<br>TUCKER GA 30084-5623 |
| ROLANDO MARTINEZ<br>4307 9TH ST<br>ROCKFORD IL 61109-3017 | RON CONTI<br>905 HARVEST LANE<br>INDIANA PA 15701-9738 | RONALD THON<br>1010 MAY LANE<br>YANKTON SD 57078-6313 |
| ELIZABETH BARGER ROSE<br>CAIOLA AND ROSE LLC<br>SUITE 240<br>125 CLAIREMONT AVENUE<br>DECATUR GA 30030-2580 | SATCO PRODUCTS<br>900 NW 159TH DRIVE<br>MIAMI FL 33169-5804 | SCANA ENERGY<br>PO BOX 100157<br>COLUMBIA SC 29202-3157 |
| SEBCO INDUSTRIES<br>2621 S MAIN STREET<br>SANTA ANA CA 92707-3432 | SENGLED<br>155 BLUEGRASS VALLEY PKWY<br>SUITE 200<br>ALPHARETTA GA 30005-2222 | SILVERTON FIRST AID SQUAD<br>86 MAINE STREET<br>TOMS RIVER NJ 08753-1780 |
| SITLERS SUPPLIES (65600)<br>111 WEST VIEW DRIVE<br>WASHINGTON IA 52353-2946 | SOUTHERN EQUIPMENT SALES<br>ATTN ACCOUNTS PAYABLE<br>1896 FORGE STREET<br>TUCKER GA 30084-6628 | SOUTHLAND ELECTRIC INC<br>ATT SCOTT NELSON<br>2239 DILLARD STREET<br>TUCKER GA 30084-4824 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

STANDARD ENTERPRISES                 STAPLES ADVANTAGE                    STEPHEN MULLADY
DBA  WATTMAN LED LIGHTING            DEPT ATL                             1100 CUMBERLAND RD
PO BOX 1345                          P O BOX 405386                       CHATTANOOGA TN 37419-1006
DECATUR GA 30031-1345                ATLANTA GA 30384-5386


SUNSHINE LIGHTING                    SUPER H MART DISTRIBUTION            SYNOVOS
744 CLINTON STREET                   2550 PLEASANT HILL RD                16888 STATE ROUTE 706
BROOKLYN NY 11231-2101               STE 300                              MONTROSE PA 18801-6616
                                     DULUTH GA 30096-9250


SAJJADIAN MEDICAL CORP               SANTOSH IYER                         SARAH MARKOWITZ
496 OLD NEWPORT BLVD                 28 LEWISTON CIR                      328 NORTH MAIN ST
SUITE 3                              LANCASTER PA 17601-4822              MINOA NY 13116-1214
NEWPORT BEACH CA 92663-4264


SCOTT LONG                           SEMPERLITE                           HENRY F SEWELL JR
8321 SNOWDEN OAKS PL                 141 CASSIA WAY                       LAW OFFICES OF HENRY F SEWELL JR LLC
LAUREL MD 20708-2315                 SUITE A ROOM 100                     SUITE 555
                                     HENDERSON NV 89014-6650              2964 PEACHTREE ROAD NW
                                                                          ATLANTA GA 30305-4909


SHARON A COLADO                      SIGNIFY NORTH AMERICA CORPORATION    SMALL BUSINESS ADMINISTRATION
628 DAVID ST                         CO PARNELL  PARNELL PA               DISASTER ASSISTANCE PROCESSING CTR
LAKE IN THE HILLS IL 60156-5205      PO BOX 2189                          14925 KINGSPORT ROAD
                                     MONTGOMERY AL 36102-2189             FORT WORTH TX 76155-2243


SMALL BUSINESS ADMINISTRATION        SOUND SERVICESRH NOLTE               SPARKLES SMYRNA
CO CSC                               PO BOX 18                            666 SMYRNA HILL DR
801 ADLAI STEVENSON DRIVE            BYLAS AZ 85530-0018                  SMYRNA GA 30082-2836
SPRINGFIELD IL 62703-4261


SPOT LIGHTING                        STAPLES BUSIENSS CREDIT              STEPHEN FULLER
PO BOX 20860                         PO BOX 105638                        10475 MEDLOCK BRIDGE RD
LONG BEACH CA 90801-3860             ALTANTA GA 30348-5638                SUITE 820
                                                                          JOHNS CREEK GA 30097-4437


STEPHEN P FULER                      STEVEN WEIHER                        SUN COURT PARTNERS LP
FULLER SLOAN LLC                     S76W13722 MCSHANE DR                 CO HARTMAN SIMONS  WOOD LLP
10475 MEDLOCK BRIDGE RD STE 820      MUSKEGO WI 53150-3931                ATTN-  TODD H SURDEN ESQ
JOHNS CREEK GA 30097-4437                                                 400 INTERSTATE N PKWY SE 600
                                                                          ATLANTA GA 30339-5001


TODD H SURDEN                        TADD LLC                             TADD LLC DBA LIGHT EFFICIENT DESIGN
HARTMAN SIMONS  WOOD                 188 S NORTHWEST HIGHWAY              188 S NORTHWEST HIGHWAY
400 INTERSTATE NORTH PARKWAY SE      CARY IL 60013-2998                   CARY IL 60013-2987
SUITE 600
ATLANTA GA 30339-5001
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| TBF COMPUTING<br>1090 COBB INDUSTRIAL DR<br>MARIETTA GA 30066-6622 | TECHNICAL CONSUMER PRODUCTS<br>3691 SOLUTIONS CENTER<br>CHICAGO IL 60677-3006 | TECHNO USA LLC<br>1580 BOGGS ROAD<br>SUITE 500<br>DULUTH GA 30096-1288 |
| THE HARTFORD (75850)<br>PO BOX 660916<br>DALLAS TX 75266-0916 | THHC LIGHTING<br>1411 NORTH BATAVIA STREET SUITE 212<br>ORANGE CA 92867-3526 | TOPAZ LIGHTING (65600)<br>PO BOX 7247 MAIL CODE 7333<br>PHILADELPHIA PA 19170-0001 |
| TOPSTAR INTERNATIONAL<br>13668 VALLEY BLVD<br>SUITE D-2<br>CITY INDUSTRY CA 91746-2572 | TOPSTAR INTERNATIONAL<br>291 KETTERING DRIVE<br>ONTARIO CA 91761-8132 | TRC ELECTRONCIS<br>4171 STONY LANE<br>DOYLESTOWN PA 18902-1160 |
| TANDEM BANK<br>CO LESLIE M PINEYRO ESQ<br>699 PIEDMONT AVENUE NE<br>ATLANTA GA 30308-1414 | TANIEL M CAMERON<br>9 YORK CIRCLE<br>BLUFFTON SC 29909-3117 | THE RETIREMENT ADVANTAGE<br>47 PARK PLACE<br>SUITE 850<br>APPLETON WI 54914-8233 |
| TODD MCAREAVEY<br>2605 FIELDSTONE TRL<br>PONCA CITY OK 74604-1612 | TONY CELLI<br>28 E SPRING ST<br>COOKEVILLE TN 38501 | JASON M TORF<br>TUCKER ELLIS LLP<br>SUITE 6950<br>233 S WACKER DR<br>CHICAGO IL 60606-9997 |
| JASON M TORF<br>ICE MILLER LLP<br>200 W MADISON STREET<br>SUITE 3500<br>CHICAGO IL 60606-3417 | TRENT WEAVER<br>2204 CHESTNUT ROAD<br>BIRMINGHAM AL 35216-1510 | TUYEN NGUYEN<br>23 SUSAN DRIVE<br>PELHAM NH 03076-3571 |
| TYLER DILLARD<br>1960 SATELLITE BLVD STE 4000<br>DULUTH GA 30097-4128 | TYLER MACGEORGE<br>1031 MILLER DR<br>ALTAMONTE SPRINGS FL 32701-2067 | US SMALL BUSINESS ADMINISTRATION<br>200 W SANTA ANA BLVD STE 740<br>SANTA ANA CA 92701-7534 |
| UNITED PARCEL SERVICE (65702)<br>PO BOX 72470244<br>PHILADELPHIA PA 19170-0001 | UNIVERSAL LIGHTING (MAGNETEK)<br>PO BOX 5510<br>CAROL STREAM IL 60197-5510 | US BANK EQUIPMENT FINANCE<br>P O BOX 790448<br>ST LOUIS MO 63179-0448 |
| USHIO AMERICA<br>6045 SOLUTION CENTER<br>CHICAGO IL 60677-6000 | UNITED STATES ATTORNEY<br>NORTHERN DISTRICT OF GEORGIA<br>75 TED TURNER DRIVE SW SUITE 600<br>ATLANTA GA 30303-3309 | UNITED STATES TRUSTEE<br>362 RICHARD RUSSELL FEDERAL BUILDING<br>75 TED TURNER DRIVE SW<br>ATLANTA GA 30303-3315 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>362 RICHARD RUSSELL BUILDING<br>75 TED TURNER DR SW<br>ATLANTA GA 30303-3315 | VERIZON CONNECT FLEET USA LLC<br>PO BOX 15043<br>ALBANY NY 12212-5043 | VERSAPAY<br>548 MARKET STREET 43812<br>SAN FRANCISCO CA 94104-5401 |
| VERUM ANALYTICS INDUSTRIES<br>18916 BONANZA WAY<br>GAITHERSBURG MD 20879-1512 | WAGES SONS<br>ATTN HANK WAGES<br>PO BOX 605<br>STONE MOUNTAIN GA 30086-0605 | WESTINGHOUSE LIGHTING (ANGELO)<br>P O BOX 780984<br>PHILADELPHIA PA 19178-0984 |
| WORLDWIDE SPECIALTY<br>6759 OAK RIDGE COMMERCE WY<br>AUSTELL GA 30168-5891 | WORLDWIDE SPECIALTY LAMP LLC<br>6065 ROSWELL ROAD SUITE 540<br>ATLANTA GA 30328-4038 | WAGEWORKS INC (TAKE CARE)<br>1100 PARK PLACE 4TH FLOOR<br>SAN MATEO CA 94403-1599 |
| WELLMAX CENTER FOR PREVENTIVE MEDICINE<br>45200 CLUB DR<br>SUITE B<br>INDIAN WELLS CA 92210-8837 | WESTCHESTER FIRE INSURANCE COMPANY<br>CO CHUBB<br>436 WALNUT STREET - WA04K<br>PHILADELPHIA PA 19106-3703 | WESTERN SECURITIES<br>2626 HOWELL ST<br>SUITE 850<br>DALLAS TX 75204-4064 |
| WILDWOOD SERVICES LLC<br>2242 OTTER CREEEK LN<br>SARASOTA FL 34240-8592 | J ROBERT WILLIAMSON<br>SCROGGINS WILLIAMSON PC<br>ONE RIVERSIDE SUITE 450<br>4401 NORTHSIDE PARKWAY<br>ATLANTA GA 30327-3065 | WINFRED WIENCKE<br>2133 NEWPORT PLACE NW<br>WASHINGTON DC 20037-3002 |
| WIREDUP ELECTRIC INC<br>14723 WEEKS DR<br>LA MIRADA CA 90638-1056 | WORLDWIDE SPECIALTY LAMP LLC<br>CO BRYAN KAPLAN ESQ<br>6065 ROSWELL ROAD SUITE 540<br>ATLANTA GA 30328<br>ATLANTA GA 30328-4038 | XTRA LITE LIGHTING<br>6300 ST LOUIS STREET<br>MERIDIAN MS 39307-9560 |
| KRISTEN A YADLOSKY<br>HARTMAN SIMONS WOOD<br>400 INTERSTATE NORTH PARKWAY SE<br>SUITE 600<br>ATLANTA GA 30339-5001 | ZLED LIGHTING<br>1536 KINGS HIGHWAY NORTH<br>CHERRY HILL NJ 08034-2313 | CHIRAG PATEL<br>628 US 250<br>NORWALK OH 44857-9214 |
| JOHN CROSBY<br>534 WHITE PELICAN<br>VERO BEACH FL 32963-9561 | RICKY MCINTYRE<br>310 SOUTH LAKE AVENUE<br>RIDGELAND MS 39157-7003 | SCOTT PALMI<br>106 CEMETERY ROAD<br>PUTNEY VT 05346-8740 |
| SHAUN KENNEDY<br>2070 KALAKAUA AVE<br>HONOLULU HI 96815-2048 | VAN DER VEEN HARTSHORN LEVIN<br>1219 SPRUCE ST<br>PHILADELPHIA PA 19107-5607 | VONEE PAWLOWSKI<br>PO BOX 872<br>HIAWASSEE GA 30546-0872 |