**IT IS ORDERED as set forth below:**



**Date: September 6, 2023**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE BAISIER |
| S. GREGORY HAYS, AS CHAPTER 7 TRUSTEE FOR ATLANTA LIGHT BULBS, INC., DEBTOR, | : : : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 23-05043-pmb |
| | : | |
| OSRAM SYLVANIA INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER GRANTING MOTION TO APPROVE COMPROMISE AND SETTLEMENT
BETWEEN TRUSTEE AND OSRAM SYLVANIA INC.**

S. Gregory Hays, chapter 7 trustee (the "**Trustee**") for the Estate (the "**Estate**") of Atlanta

Light Bulbs, Inc., Debtor ("**Debtor**") in Bankruptcy Case No. 22-52950 (the "**Bankruptcy Case**"),

filed a *Motion to Approve Compromise and Settlement Between Trustee and OSRAM Sylvania Inc.* (the "**Motion**") for: 1) approval of a compromise and settlement (the "**Settlement Agreement**") between the Trustee and OSRAM Sylvania Inc. ("**Sylvania**" and, collectively, Sylvania and the Trustee are the "**Parties**"); and 2) authority to provide releases provided therein.

Following notice to all creditors and parties in interest entitled to notice, no objection was filed in opposition to the Motion. On September 5, 2023, the Court held a hearing on the Motion at which no creditor or party in interest appeared to oppose the Motion. After thorough consideration of the Motion, the Settlement Agreement, the record in this Bankruptcy Case, and arguments of counsel for the Trustee, this Court finds that the approval of the Settlement Agreement as between the Parties is in the best interests of the Estate of the Debtor, the creditors of the Debtor, and all parties in interest. Accordingly, for good cause shown, it is hereby:

ORDERED, that the Motion is GRANTED and that entry by the Trustee into the Settlement Agreement attached to the Motion on file with the Court was authorized and proper; and it is further

ORDERED, that terms of the compromise and settlement between the Trustee and Sylvania as contained in the Settlement Agreement attached to the Motion are APPROVED; and it is further

ORDERED, that upon the Trustee's receipt of the Settlement Payment,[1] Sylvania shall be deemed to have an allowed non-priority general unsecured claim against the Estate in the amount of $45,000 pursuant to 11 U.S.C. § 502(h), and it is further

ORDERED, that the Trustee is hereby granted the authority to take any and all steps necessary to consummate the compromise and settlement as set forth in the Settlement Agreement

---

[1] Capitalized, but undefined, terms used herein shall have the meaning ascribed to such terms in the Motion.

- 2 -

attached to the Motion and as herein approved, including, but not limited to the exchange of mutual releases as detailed in the Settlement Agreement and the execution and exchange of such other and further documents to effectuate the Settlement Agreement approved by this Court.

***END OF ORDER***

Order prepared and presented by:
LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for S. Gregory Hays, as Chapter 7 Trustee for the Estate of Atlanta Light Bulb, LLC, Debtor*

**Identification of parties to be served:**
Office of the U.S. Trustee, 362 Richard B. Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303

Law Offices of Henry F. Sewell, Jr., LLC, c/o Henry F. Sewell, Jr., Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305

Atlanta Light Bulbs, Inc., 2109 Mountain Industrial Blvd, Tucker, GA 30084