# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 22-52950-PMB  
**Case Name:** ATLANTA LIGHT BULBS, INC.  
**For Period Ending:** 06/30/2025

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 07/07/2022 (c)  
**§ 341(a) Meeting Date:** 08/16/2022  
**Claims Bar Date:** 10/24/2022

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Funds Turned over from Chapter 11 Trustee (u)  Accounts receivable deposits from Chapter 11 case. | 6,906.12 | 6,906.12 | | 6,906.12 | FA |
| 2 | Accounts Receivable (u)  No further collections expected | 14,617.52 | 14,617.52 | | 2,877.74 | FA |
| 3* | Security Deposit 2109 Mountain Ind Blvd, Tucker, GA (u) (See Footnote) | 7,166.66 | 7,166.66 | | 3,583.33 | FA |
| 4 | Tax Refund (u) | 639.57 | 639.57 | | 639.57 | FA |
| 5 | 2020 Ford T250 (VIN last six # B23773) (u)  Notice of abandonment filed, Dkt #87. | 37,450.00 | 0.00 | OA | 0.00 | FA |
| 6 | 2021 Ford F150 (VIN last six # B50953) (u)  Notice of abandonment filed, Dkt #87. | 80,675.00 | 0.00 | OA | 0.00 | FA |
| 7 | 2021 Ford F250 (VIN last six # D85279) (u)  Notice of abandonment filed, Dkt #87. | 79,125.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2021 Ford F150 (VIN last six # D64134) (u)  Notice of abandonment filed, Dkt #87. | 58,650.00 | 0.00 | OA | 0.00 | FA |
| 9 | 2021 Ford F150 (VIN last six # B90817) (u)  Notice of abandonment filed, Dkt #87. | 62,900.00 | 0.00 | OA | 0.00 | FA |
| 10 | 2019 Ford E350 (VIN last six # C60873) (u)  Notice of abandonment filed, Dkt #87. | 45,459.00 | 5,856.67 | OA | 0.00 | FA |
| 11 | 2019 Ford E350 (VIN last six # C60881) (u)  Notice of abandonment filed, Dkt #87. | 44,859.00 | 5,187.78 | OA | 0.00 | FA |
| 12 | Obsolete inventory; lighting and fixtures considered as 'recyclables' (u)  No value. Notice of abandonment filed, Dkt # 123. | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | Storage Racking located at 2109 Mountain Industrial (u)  No value. Notice of abandonment filed, Dkt # 123. | 0.00 | 0.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 22-52950-PMB | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | ATLANTA LIGHT BULBS, INC. | Date Filed (f) or Converted (c): | 07/07/2022 (c) |
| | | § 341(a) Meeting Date: | 08/16/2022 |
| For Period Ending: | 06/30/2025 | Claims Bar Date: | 10/24/2022 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | Office furniture located at 2 Sun Court including (a) 3 - 5 cubicle office systems, (b) 8 – 3 drawer cabinets which slide under the cubicle desks, (c) 1 – 4 door credenza and (d) 1 – office chair.  (u)<br>No value. Notice of abandonment filed, Dkt # 123. | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 15* | Adversary 22-05123-pmb S. Gregory Hays, As Chapter 7 Trustee For Atlanta v. Taitz et al (u)<br>Transfers to insiders. (See Footnote) | 2,414,543.32 | 2,414,543.32 | | 63,928.00 | 10,000.00 |
| 16* | Adversary 23-05043-pmb Chapter 7 Trustee For Atlanta v. OSRAM Sylvania Inc. (u)<br>Preference claim (See Footnote) | 58,370.32 | 58,370.32 | | 44,979.00 | FA |
| 17 | Misc Other Small Recoveries. (u) | 1,000.00 | 1,000.00 | | 713.39 | FA |
| 18 | BleachTech V UPS - Class Action (u) | 35.37 | 35.37 | | 35.37 | FA |
| 18 | Assets Totals (Excluding unknown values) | $2,915,396.88 | $2,514,323.33 | | $123,662.52 | $10,000.00 |

RE PROP# 3     One half of security deposited applied to pre-petition rent per Consent Order, Dkt # 170.

RE PROP# 15    Settled for $130,000 per Order, Dkt # 198. $15,000 up front and nine payments of $15,000.

RE PROP# 16    Settled for $45,000 per Order, Dkt # 193.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

| | |
|---|---|
| **Case No.:** 22-52950-PMB | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** ATLANTA LIGHT BULBS, INC. | **Date Filed (f) or Converted (c):** 07/07/2022 (c) |
| | **§ 341(a) Meeting Date:** 08/16/2022 |
| **For Period Ending:** 06/30/2025 | **Claims Bar Date:** 10/24/2022 |

**Major Activities Affecting Case Closing:**

4/15/2022 - Involuntary petition filed against debtor.

6/17/2022 - Chapter 11 Trustee appointed.

7/7/2022 - Order entered converted to Chapter 7.

Trustee has abandon all physical assets as burdensome, fully exempt with no equity, fully encumbered and/or of inconsequential value and benefit to Debtor's estate.

6/30/2023 - Trustee is in negotiations to resolve two open adversaries and expects to file motions approving settlements shortly. Upon collection of settlement payments from adversaries, Trustee will submit his closing package.

12/22/2023 - Adversary # 22-05123 (Hays v Taitz et al) settled for $130,000 with $15,000 down and $12,777.77 in nine monthly installments per Order (Dkt # 198).

6/30/2024 - Taitz et al have paid $56,428 to date of $130,000 settlement.

6/30/2025 - Based on discussions with Defendants in Adversary # 22-05123 regarding their ability to pay the remainder or the settlement, the Trustee will receive an additional $10,000 and then move forward with closing case.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2024 | **Current Projected Date Of Final Report (TFR):** | 09/30/2025 |

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 22-52950-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ATLANTA LIGHT BULBS, INC. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***7884 | Account #: | ******0505 Checking |
| For Period Ending: | 06/30/2025 | Blanket Bond (per case limit): | $27,123,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 202.07 | 114,734.73 |
| 08/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 183.38 | 114,551.35 |
| 09/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 176.98 | 114,374.37 |
| 10/14/24 | {15} | Law Offices of Henry F. Sewell, Jr. LLC IOLTA Account | Settlement of adversary 22-05123. Payment per Order, Dkt # 198. Payments by Defendants to Trustee's counsel. | 1241-000 | 7,500.00 | | 121,874.37 |
| 10/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 207.10 | 121,667.27 |
| 11/29/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 181.50 | 121,485.77 |
| 12/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 213.60 | 121,272.17 |
| 01/31/25 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 200.82 | 121,071.35 |
| 02/27/25 | | Transfer Debit to Western Alliance Bank acct XXXXXX2533 | Transition Debit to Western Alliance Bank acct XXXXXX2533 | 9999-000 | | 121,071.35 | 0.00 |
| | | | COLUMN TOTALS | | 7,500.00 | 122,436.80 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 121,071.35 | |
| | | | Subtotal | | 7,500.00 | 1,365.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,500.00 | $1,365.45 | |

{ } Asset Reference(s)                                                                                                                  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 22-52950-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ATLANTA LIGHT BULBS, INC. | Bank Name: | Western Alliance Bank |
| Taxpayer ID #: | **-***7884 | Account #: | ******2533 Checking Account |
| For Period Ending: | 06/30/2025 | Blanket Bond (per case limit): | $27,123,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/27/25 | | Transfer Credit from East West Bank acct XXXXXX0505 | Transition Credit from East West Bank acct XXXXXX0505 | 9999-000 | 121,071.35 | | 121,071.35 |
| 02/28/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 181.10 | 120,890.25 |
| 03/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 187.29 | 120,702.96 |
| 04/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 206.37 | 120,496.59 |
| 05/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 193.12 | 120,303.47 |
| 06/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 186.38 | 120,117.09 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 121,071.35 | 954.26 | $120,117.09 |
| Less: Bank Transfers/CDs | 121,071.35 | 0.00 | |
| Subtotal | 0.00 | 954.26 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $954.26 | |

{ } Asset Reference(s)                                                                                                          ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-3

| | |
|---|---|
| **Case No.:** | 22-52950-PMB |
| **Case Name:** | ATLANTA LIGHT BULBS, INC. |
| **Taxpayer ID #:** | **-***7884 |
| **For Period Ending:** | 06/30/2025 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Western Alliance Bank |
| **Account #:** | ******2533 Checking Account |
| **Blanket Bond (per case limit):** | $27,123,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $7,500.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $7,500.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0505 Checking | $7,500.00 | $1,365.45 | $0.00 |
| ******2533 Checking Account | $0.00 | $954.26 | $120,117.09 |
| | **$7,500.00** | **$2,319.71** | **$120,117.09** |