**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re: ATLANTA LIGHT BULBS, INC.        §        Case No. 22-52950-PMB
                                        §
                                        §
                                        §
            Debtor(s)

---

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that S. Gregory Hays, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

1340 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Pursuant to the Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files an objection within twenty-one (21) days from the date of service of this notice. Any person wishing to object to the final report or fee applications must timely file an objection with the Bankruptcy Clerk at the following address: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Dr, S.W., Atlanta, Georgia 30303, and must serve a copy on the trustee at the following address: S. Gregory Hays, 2964 Peachtree Road, NW, Ste 555, Atlanta, GA 30305, and any other appropriate persons by the objection deadline. The response or objection must explain your position and must be actually received by the Bankruptcy Clerk within the required time.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on this matter at 1:10 P.M. on May 18, 2026, Courtroom 1202, United States Courthouse, 75 Ted Turner Dr, S.W., Atlanta, Georgia, which must be attended in person, unless the Court orders otherwise.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing provided that an order is entered approving the relief requested at least one business day before the scheduled hearing. If no objection is timely filed, but no order is entered granting the motion prior to the hearing, the hearing will be held as scheduled. Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If no objections are filed, upon entry of an order on the fee applications and final report, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: <u>04/15/2026</u>                                    By: /s/ S. Gregory Hays
                                                             _____
                                                                      Chapter 7 Trustee

S. Gregory Hays
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re: ATLANTA LIGHT BULBS, INC.                    §        Case No. 22-52950-PMB
                                                    §
                                                    §
                                                    §
                                                    §
                   Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 133,662.52 |
| *and approved disbursements of:* | $ | 5,001.44 |
| *leaving a balance on hand of[1]:* | $ | 128,661.08 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1 | Ford Motor Credit Company, LLC | 39,671.22 | 39,671.22 | 0.00 | 0.00 |
| 2 | Ford Motor Credit Company, LLC | 39,602.33 | 39,602.33 | 0.00 | 0.00 |
| 3-1 | Ford Motor Credit Company LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 4-1 | Ford Motor Credit Company, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 5-1 | Ford Motor Credit Company LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 6-1 | Ford Motor Credit Company, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | Ford Motor Credit Company, LLC | 39,978.01 | 39,978.01 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|---------------:|------------------------:|-------------------------:|-----------------:|
| 22 | U.S. Small Business Administration | 2,025,551.37 | 2,025,551.37 | 0.00 | 0.00 |
| 33S | Georgia Department of Revenue | 60,797.56 | 60,797.56 | 0.00 | 0.00 |
| 54S | BREIT Stone Mountain Owner LLC | 7,166.67 | 7,166.67 | 0.00 | 0.00 |
| 57 | Tandem Bank | 456,060.90 | 456,060.90 | 0.00 | 0.00 |
| 58S | Iron Mountain Information Management, LLC | 382.00 | 382.00 | 0.00 | 0.00 |
| 66 | DeKalb County Tax Commissioner | 14,197.40 | 14,197.40 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    128,661.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| Trustee, Fees - S. Gregory Hays | 9,933.13 | 0.00 | 9,485.86 |
| Trustee, Expenses - S. Gregory Hays | 1,133.02 | 0.00 | 1,082.00 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 57,335.00 | 0.00 | 54,753.34 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 275.18 | 0.00 | 262.79 |
| Charges, U.S. Bankruptcy Court | 700.00 | 0.00 | 668.48 |
| Fees, United States Trustee | 500.00 | 0.00 | 477.49 |
| Other Chapter 7 Administrative Expenses - Oracle America, Inc. | 20,841.22 | 0.00 | 19,902.79 |
| Attorney for Trustee Fees (Other Firm) - Law Offices of Henry F. Sewell, Jr., LLC | 44,010.00 | 0.00 | 42,028.33 |

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for chapter 7 administrative expenses: $ 128,661.08
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Creditor's Committee Fees (Chapter 11) - Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C | 16,597.00 | 0.00 | 0.00 |
| Attorney for Creditor's Committee Fees (Chapter 11) - Tucker Ellis LLP | 48,360.50 | 0.00 | 0.00 |
| Attorney for Creditor's Committee Expenses (Chapter 11) - Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C | 29.47 | 0.00 | 0.00 |
| Attorney for Creditor's Committee Expenses (Chapter 11) - Tucker Ellis LLP | 1,273.39 | 0.00 | 0.00 |
| Prior Chapter Other Operating Expenses - Oracle America, Inc. | 6,831.46 | 0.00 | 0.00 |
| Prior Chapter Other Operating Expenses - Oracle America, Inc. | 8,754.02 | 0.00 | 0.00 |
| Prior Chapter Other Operating Expenses - Iron Mountain Information Management LLC | 2,791.09 | 0.00 | 0.00 |
| Prior Chapter Other Operating Expenses - TADD LLC dba Light Efficient Design | 3,737.00 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $43,474.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | Internal Revenue Service | 300.00 | 0.00 | 0.00 |
| 32 | OXEM LLC | 40,520.73 | 0.00 | 0.00 |
| 33P | Georgia Department of Revenue | 2,653.65 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,648,944.30 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3-2 | Ford Motor Credit Company LLC | 11,183.24 | 0.00 | 0.00 |
| 4-2 | Ford Motor Credit Company LLC | 14,305.98 | 0.00 | 0.00 |
| 5-2 | Ford Motor Credit Company LLC | 7,064.30 | 0.00 | 0.00 |
| 6-2 | Ford Motor Credit Company LLC | 16,163.53 | 0.00 | 0.00 |
| 8 | CBC Lighting Inc. | 35,706.91 | 0.00 | 0.00 |
| 9 | Worldwide Specialty Lamp, LLC | 220,156.71 | 0.00 | 0.00 |
| 10 | American Express Travel Related Services Co., Inc. | 62,419.34 | 0.00 | 0.00 |
| 11 | Hatch Transformers, Inc., d/b/a Hatch Lighting | 17,428.03 | 0.00 | 0.00 |
| 12 | Fanlight Corporation, Inc. | 36,095.82 | 0.00 | 0.00 |
| 13 | Energetic Lighting, Inc., a division of Yankon Ind | 21,449.39 | 0.00 | 0.00 |
| 14 | Jessica Mendoza | 0.00 | 0.00 | 0.00 |
| 15 | Jessica Mendoza | 0.00 | 0.00 | 0.00 |
| 16 | Jessica Mendoza | 0.00 | 0.00 | 0.00 |
| 17 | Sun Court Partners, L.P. | 993,478.44 | 0.00 | 0.00 |
| 19 | City Lights, Inc. | 5,824.22 | 0.00 | 0.00 |
| 20 | Jessica Mendoza | 0.00 | 0.00 | 0.00 |
| 21 | Jessica Mendoza | 0.00 | 0.00 | 0.00 |
| 23 | American Express National Bank, AENB | 195,344.77 | 0.00 | 0.00 |
| 24 | MICROLAMP | 2,904.60 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | TADD LLC dba Light Efficient Design | 3,737.74 | 0.00 | 0.00 |
| 26 | EDWIN GAYNOR CORPORATION | 2,978.52 | 0.00 | 0.00 |
| 27 | Bluegrass Irrigation & Lighting | 1,875.00 | 0.00 | 0.00 |
| 28 | MID-GEORGIA INDUSTRIAL SALES,INC. | 8,624.00 | 0.00 | 0.00 |
| 29 | ELONG INTERNATIONAL USA. | 3,940.74 | 0.00 | 0.00 |
| 30 | TECHNO USA LLC | 40,186.51 | 0.00 | 0.00 |
| 31 | MAJOR SUPPLY INTERNATIONAL | 138,173.93 | 0.00 | 0.00 |
| 33U | Georgia Department of Revenue | 1,801.38 | 0.00 | 0.00 |
| 34 | NORCROSS ELECTRIC SUPPLY | 163,322.54 | 0.00 | 0.00 |
| 35 | American Ultraviolet Company | 5,710.00 | 0.00 | 0.00 |
| 36 | Cadmet, Inc. | 81,810.08 | 0.00 | 0.00 |
| 37 | Pitney Bowes Global Financial Services LLC | 690.34 | 0.00 | 0.00 |
| 38 | HALCO LIGHTING Technologies LLC | 303,514.77 | 0.00 | 0.00 |
| 39 | R&L Carriers, Inc. | 2,476.23 | 0.00 | 0.00 |
| 40 | ZLED Lighting | 21,600.00 | 0.00 | 0.00 |
| 41 | FedEx Corporate Services Inc | 87,697.21 | 0.00 | 0.00 |
| 42 | JPMorgan Chase Bank, N.A. | 104,040.97 | 0.00 | 0.00 |
| 43 | Xtra Lite Lighting, LLC | 49,288.23 | 0.00 | 0.00 |
| 44 | Howard Industries | 9,990.35 | 0.00 | 0.00 |
| 45 | MILWAUKEE LIGHT BULB | 9,429.04 | 0.00 | 0.00 |
| 46 | JL LIGHTING, LLC | 60,659.50 | 0.00 | 0.00 |
| 47 | RIZE ENTERPRISES | 1,697.52 | 0.00 | 0.00 |
| 48 | Cellco Partnership d/b/a Verizon Wireless | 4,446.92 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 49 | Oracle America, Inc. | 48,654.78 | 0.00 | 0.00 |
| 50 | Georgia Power Company | 0.00 | 0.00 | 0.00 |
| 50-2 | Georgia Power Company | 1,207.01 | 0.00 | 0.00 |
| 51 | PICC | 18,982.00 | 0.00 | 0.00 |
| 52 | J. D. International Lighting, Inc. | 9,892.22 | 0.00 | 0.00 |
| 53 | Jesse Root | 708,027.30 | 0.00 | 0.00 |
| 54U | BREIT Stone Mountain Owner LLC | 61,293.09 | 0.00 | 0.00 |
| 55 | LADE ELECTRICAL SUPPLY(#65600) | 4,075.49 | 0.00 | 0.00 |
| 56 | K.C. Electronic Distributors, Inc | 2,280.00 | 0.00 | 0.00 |
| 58U | Iron Mountain Information Management, LLC | 10,876.59 | 0.00 | 0.00 |
| 59 | Great Northern Insurance Company Insurance Company | 16,776.94 | 0.00 | 0.00 |
| 60 | Chubb Indemnity Insurance Company | 12,258.00 | 0.00 | 0.00 |
| 61 | Pacific Employers Insurance Company | 3,042.00 | 0.00 | 0.00 |
| 62 | Westchester Fire Insurance Company | 2,811.00 | 0.00 | 0.00 |
| 63 | ACE Property and Casualty Ins. Co. c/o Chubb | 654.37 | 0.00 | 0.00 |
| 64 | C Randall Wilson | 896.71 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $ 0.00

Remaining balance:   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $21,449.39 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 67 | ENERGETIC LIGHTING,INC | 21,449.39 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims:   $                0.00
Remaining balance:   $                0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims:   $                0.00
Remaining balance:   $                0.00

Prepared By: /s/ S. Gregory Hays
Chapter 7 Trustee

S. Gregory Hays
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**