UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                           :
                                                 :        CASE NO. 22-52950-PMB
ATLANTA LIGHT BULBS, INC.,                       :
                                                 :        CHAPTER 7
        Debtor.                                  :
                                                 :

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION,
DEADLINE TO OBJECT AND HEARING**

S. Gregory Hays, the Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Atlanta Light Bulbs, Inc., has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications on April 14, 2026 [Dkt No. 210], which are summarized in the enclosed *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* [Dkt No. 211].

Pursuant to the Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files an objection within *twenty-one (21) days* from the date of service of this notice. **Any person wishing to object to the final report or fee applications must timely file an objection with the Bankruptcy Clerk at the following address: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Dr, S.W., Atlanta, Georgia 30303**, and must serve a copy on the trustee at the following address: S. Gregory Hays, 2964 Peachtree Road, NW, Ste 555, Atlanta, GA 30305, and any other appropriate persons by the objection deadline. The response or objection must explain your position and must be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for **May 18, 2026**. The Court will hold a hearing on the pleading at **1:10 P.M.** on **May 18, 2026, Courtroom 1202**, **United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**, which must be attended in person, unless the Court orders otherwise.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided

that an order is entered approving the relief requested at least one business day before the scheduled hearing. If no objection is timely filed, but no order is entered granting the motion prior to the hearing, the hearing will be held as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: April 15, 2026.

_S. Gregory Hays_
S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060