

**IT IS ORDERED as set forth below:**

**Date: May 14, 2026**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
| Debtor. | : | JUDGE BAISIER |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE AND
PROFESSIONALS OF THE TRUSTEE**

On April 14, 2026, the Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the

"**Bankruptcy Estate**") of Atlanta Light Bulbs, Inc., filed applications for payment of

compensation in the amount of $9,933.13 and expenses in the amount of $1,133.02 to the

Chapter 7 Trustee [Doc. No. 210-1], compensation in the amount of $44,010.00 to Law Offices

of Henry F. Sewell, Jr., LLC, the Chapter 7 Trustee's counsel [Doc. No. 210-2], and

compensation in the amount of $57,335.00 and expenses in the amount of $275.18 to Hays

Financial Consulting, LLC, the Chapter 7 Trustee's accountants [Doc. No. 210-3] (collectively, the "**Fee Applications**").

Also on April 14, 2026, Trustee filed *Trustee's Final Report (TFR)* [Doc. No. 210] (the "**Trustee's Final Report**") in which the Trustee proposed to make certain distributions to creditors, including the above-mentioned professionals.

On April 15, 2026, Trustee filed notices [Doc. Nos. 211 and 212] (collectively, the "**Notice**") regarding the Fee Applications and Trustee's Final Report, in accordance with the Fifth Amended and Restated General Order No. 24-2018 and setting the Fee Applications and Trustee's Final Report for hearing on May 18, 2026 (the "**Hearing**"). Trustee certifies that he served the Notice on all creditors and parties in interest entitled to notice.  [Doc. No. 213].

IT IS FURTHER APPEARING that (1) notice of the opportunity to object and for the Hearing was provided pursuant to the procedures in the Fifth Amended and Restated General Order No. 24-2018 and that no objections to the Fee Applications and Trustee's Final Report were filed prior to the objection deadline, (2) the Court has considered the [Fee Applications and Trustee's Final Report and all other matters of record, including the lack of objections thereto, and (3) based on the forgoing, no further notice or hearing is required and the Court finds the good cause exists to grant the relief requested in the Fee Applications and Trustee's Final Report. It is hereby

**ORDERED** that the Fee Applications and Trustee's Final Report are **APPROVED** and this approval is made final.  It is further

**ORDERED** that the fees and expenses requested are allowed as compensation and reimbursement of expenses as follows:

| Applicant | Docket No. | Fees | Expenses | Total |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 210-1 | $9,933.13 | $1,133.02 | $11,066.15 |

2

| Law Offices of Henry F. Sewell, Jr., LLC, attorneys for Chapter 7 Trustee | 210-2 | $44,010.00 | | $44,010.00 |
|---|---|---|---|---|
| Hays Financial Consulting, LLC, accountants for Chapter 7 Trustee | 210-3 | $57,335.00 | $275.18 | $57,610.18 |

It is further

**ORDERED** that Trustee is authorized and to pay said compensation and reimbursement of expenses approved herein based on available funds and as expressly set forth in Trustee's Final Report.

**[END OF DOCUMENT]**

Order prepared and presented by:
LAW OFFICES OF HENRY F. SEWELL JR., LLC
*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053; hsewell@sewellfirm.com
COUNSEL FOR THE CHAPTER 7 TRUSTEE

Identification of parties to be served:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays, Trustee
Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305

Atlanta Light Bulbs, Inc.
2109 Mountain Industrial Blvd
Tucker, GA 30084

Law Offices of Henry F. Sewell, Jr., LLC
c/o Henry F. Sewell, Jr., Esq.
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

3