

**IT IS ORDERED as set forth below:**

**Date: May 14, 2026**

_Paul Baisier_
_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
| Debtor. | : | JUDGE BAISIER |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE AND PROFESSIONALS OF THE TRUSTEE**

On April 14, 2026, the Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Atlanta Light Bulbs, Inc., filed applications for payment of compensation in the amount of $9,933.13 and expenses in the amount of $1,133.02 to the Chapter 7 Trustee [Doc. No. 210-1], compensation in the amount of $44,010.00 to Law Offices of Henry F. Sewell, Jr., LLC, the Chapter 7 Trustee's counsel [Doc. No. 210-2], and compensation in the amount of $57,335.00 and expenses in the amount of $275.18 to Hays

Financial Consulting, LLC, the Chapter 7 Trustee's accountants [Doc. No. 210-3] (collectively, the "**Fee Applications**").

Also on April 14, 2026, Trustee filed *Trustee's Final Report (TFR)* [Doc. No. 210] (the "**Trustee's Final Report**") in which the Trustee proposed to make certain distributions to creditors, including the above-mentioned professionals.

On April 15, 2026, Trustee filed notices [Doc. Nos. 211 and 212] (collectively, the "**Notice**") regarding the Fee Applications and Trustee's Final Report, in accordance with the Fifth Amended and Restated General Order No. 24-2018 and setting the Fee Applications and Trustee's Final Report for hearing on May 18, 2026 (the "**Hearing**"). Trustee certifies that he served the Notice on all creditors and parties in interest entitled to notice.  [Doc. No. 213].

IT IS FURTHER APPEARING that (1) notice of the opportunity to object and for the Hearing was provided pursuant to the procedures in the Fifth Amended and Restated General Order No. 24-2018 and that no objections to the Fee Applications and Trustee's Final Report were filed prior to the objection deadline, (2) the Court has considered the [Fee Applications and Trustee's Final Report and all other matters of record, including the lack of objections thereto, and (3) based on the forgoing, no further notice or hearing is required and the Court finds the good cause exists to grant the relief requested in the Fee Applications and Trustee's Final Report. It is hereby

 **ORDERED** that the Fee Applications and Trustee's Final Report are **APPROVED** and this approval is made final.  It is further

**ORDERED** that the fees and expenses requested are allowed as compensation and reimbursement of expenses as follows:

| Applicant | Docket No. | Fees | Expenses | Total |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 210-1 | $9,933.13 | $1,133.02 | $11,066.15 |

| | | | | |
|---|---|---|---|---|
| Law Offices of Henry F. Sewell, Jr., LLC, attorneys for Chapter 7 Trustee | 210-2 | $44,010.00 | | $44,010.00 |
| Hays Financial Consulting, LLC, accountants for Chapter 7 Trustee | 210-3 | $57,335.00 | $275.18 | $57,610.18 |

It is further

**ORDERED** that Trustee is authorized and to pay said compensation and

reimbursement of expenses approved herein based on available funds and as expressly set forth

in Trustee's Final Report.

**[END OF DOCUMENT]**

Order prepared and presented by:
LAW OFFICES OF HENRY F. SEWELL JR., LLC
*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053; hsewell@sewellfirm.com
COUNSEL FOR THE CHAPTER 7 TRUSTEE

Identification of parties to be served:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays, Trustee
Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305

Atlanta Light Bulbs, Inc.
2109 Mountain Industrial Blvd
Tucker, GA 30084

Law Offices of Henry F. Sewell, Jr., LLC
c/o Henry F. Sewell, Jr., Esq.
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                      Case No. 22-52950-pmb

Atlanta Light Bulbs, Inc.                                                    Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2026 | Form ID: pdf409 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

**Recip ID**        **Recipient Name and Address**
db            + Atlanta Light Bulbs, Inc., 2109 Mountain Industrial Blvd, Tucker, GA 30084-5013

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion21.at.ecf@usdoj.gov | May 14 2026 20:45:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Clark | on behalf of Defendant Jessica Marie Mendoza aclark@kanclarklaw.com |
| Aaron Clark | on behalf of Creditor Jessica Marie Mendoza aclark@kanclarklaw.com |
| Aaron Clark | on behalf of Defendant Robert Troy Taitz aclark@kanclarklaw.com |
| Elizabeth Barger Rose | |

District/off: 113E-9                                 User: bncadmin                                          Page 2 of 3
Date Rcvd: May 14, 2026                            Form ID: pdf409                                       Total Noticed: 2

on behalf of Creditor Oracle America  Inc. Elizabeth@caiolarose.com, amber@caiolarose.com;tina@caiolarose.com;sarah@caiolarose.com

Frank F. McGinn

on behalf of Creditor Iron Mountain Information Management  LLC ffm@bostonbusinesslaw.com, frankfmcginn@gmail.com

Henry F. Sewell, Jr.

on behalf of Trustee S. Gregory Hays hsewell@sewellfirm.com  hsewell123@yahoo.com

Henry F. Sewell, Jr.

on behalf of Plaintiff S. Gregory Hays  As Chapter 7 Trustee For Atlanta Light Bulbs, Inc. hsewell@sewellfirm.com, hsewell123@yahoo.com

J. Robert Williamson

on behalf of Creditor BREIT Stone Mountain Owner  LLC rwilliamson@swlawfirm.com, centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;mlevin@swlawfirm.com

James C. Joedecke, Jr.

on behalf of Creditor Norcross Electric Supply Company jjoedecke@atclawfirm.com  tswanson@atclawfirm.com

Jason M Torf

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Atlanta Light Bulbs  Inc. jason.torf@tuckerellis.com, christine.cassidy@tuckerellis.com

Jason M Torf

on behalf of Creditor Halco Lighting Technologies  LLC jason.torf@tuckerellis.com, christine.cassidy@tuckerellis.com

Jason M Torf

on behalf of Creditor Norcross Electric Supply Company jason.torf@tuckerellis.com  christine.cassidy@tuckerellis.com

Jason M Torf

on behalf of Creditor Candela Corporation jason.torf@tuckerellis.com  christine.cassidy@tuckerellis.com

Jason M. Torf

on behalf of Creditor Candela Corporation Jason.Torf@icemiller.com

Jason M. Torf

on behalf of Creditor Norcross Electric Supply Company Jason.Torf@icemiller.com

Jason M. Torf

on behalf of Creditor Halco Lighting Technologies  LLC Jason.Torf@icemiller.com

Kathleen G. Furr

on behalf of Creditor Halco Lighting Technologies  LLC kfurr@bakerdonelson.com, smeadows@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr

on behalf of Creditor Norcross Electric Supply Company kfurr@bakerdonelson.com smeadows@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Atlanta Light Bulbs  Inc. kfurr@bakerdonelson.com, smeadows@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kathleen G. Furr

on behalf of Creditor Candela Corporation kfurr@bakerdonelson.com smeadows@bakerdonelson.com;ali.lowe@bakerdonelson.com

Kristen A. Yadlosky

on behalf of Creditor Sun Court Partners  LP deloris.person@hartmansimons.com

Leslie M. Pineyro

on behalf of Creditor Tandem Bank lpineyro@joneswalden.com jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;ewooden@joneswalden.com;eterrell@joneswalden.com

Matthew W. Levin

on behalf of Creditor BREIT Stone Mountain Owner  LLC mlevin@swlawfirm.com, fharris@swlawfirm.com;centralstation@swlawfirm.com;rwilliamson@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com

Michael D. Robl

on behalf of Creditor Jesse Root michael@roblgroup.com  max@roblgroup.com,dbridges@roblgroup.com

Ronald A. Levine

on behalf of Creditor Ford Motor Credit Company  LLC A Delaware Limited Liability Company rlevine@levineblock.com, rlevine682@gmail.com

S. Gregory Hays

ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

Scott B. McMahan

District/off: 113E-9                          User: bncadmin                              Page 3 of 3
Date Rcvd: May 14, 2026                       Form ID: pdf409                             Total Noticed: 2

on behalf of Creditor Major Supply  Inc. ecf@poolehuffman.com, scott@poolehuffman.com

Shawn M. Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Stacey A Carroll
    on behalf of Defendant Alliance Electrical Services  Inc. stacey@carroll-firm.com

Stacey A Carroll
    on behalf of Defendant Lumos Supplies  LLC stacey@carroll-firm.com

Thomas Dworschak
    on behalf of U.S. Trustee United States Trustee thomas.w.dworschak@usdoj.gov

Todd H. Surden
    on behalf of Creditor Sun Court Partners  LP todd.surden@hartmansimons.com, deloris.person@hartmansimons.com


TOTAL: 32