**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Atlanta Light Bulbs, Inc.**
2109 Mountain Industrial Blvd
Tucker, GA 30084

Case No.: **22−52950−pmb**
Chapter: **7**
Judge: **Paul Baisier**

**ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE**

It appearing to the Court that

**S. Gregory Hays**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

Paul Baisier
United States Bankruptcy Judge

Dated: September 18, 2026
Form 183